UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| VOTEAMERICA, et al., | ) |
| | ) |
| *Plaintiffs,* | ) |
| | ) |
| vs. | ) |
| | ) |
| BRAD RAFFENSPERGER, in his official capacity as the Georgia Secretary of State, *et al.*, | ) CIVIL ACTION FILE NO. <br> ) 1:21-CV-01390- JPB |
| | ) |
| *Defendants,* | ) |
| | ) |
| REPUBLICAN NATIONAL COMMITTEE; NATIONAL REPUBLICAN SENATORIAL COMMITTEE; NATION REPUBLICAN CONGRESSIONAL COMMITTEE; and GEORGIA REPUBLICAN PARTY, INC., | ) |
| | ) |
| *Intervenor-Defendants.* | ) |

## NOTICE OF APPEARANCE OF JAKE EVANS

Comes now, Jake Evans, of the law firm Hall Booth Smith, P.C., 191 Peachtree Street, NE, Suite 2900, Atlanta, Georgia 30303, pursuant to L.R. 83.1(D)(1), N.D. GA, and gives notice to the Court and all counsel of record of his appearance in this matter as counsel on behalf of Proposed Intervenor-

Defendants, Republican National Committee, National Republican Senatorial Committee, National Republican Congressional Committee, and Georgia Republican Party, Inc.

Jake Evans is a member in good standing with the State Bar of Georgia and admitted to practice in the United States District Court for the Northern District of Georgia. The undersigned counsel requests that notice of court appearances, motions, pleadings and filings be served upon the undersigned.

Respectfully submitted, this 2nd day of February, 2022.

>/s/ *Jake Evans*
> Jake Evans
> Georgia Bar No. 797018
> **HALL BOOTH SMITH, P.C.**
> 191 Peachtree Street NE
> Suite 2900
> Atlanta, GA 30303
> (404) 954-5000
> jevans@hallboothsmith.com

*Counsel for Intervenor-Defendants*

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| VOTEAMERICA, et al., ) <br> ) <br> ) <br> ) <br> *Plaintiffs,* ) <br> ) <br> vs. ) <br> ) <br> BRAD RAFFENSPERGER, in his ) <br> official capacity as the Georgia ) <br> Secretary of State, *et al.*, ) <br> ) <br> *Defendants,* ) <br> ) <br> REPUBLICAN NATIONAL ) <br> COMMITTEE; NATIONAL ) <br> REPUBLICAN SENATORIAL ) <br> COMMITTEE; NATION ) <br> REPUBLICAN CONGRESSIONAL ) <br> COMMITTEE; and GEORGIA ) <br> REPUBLICAN PARTY, INC., ) <br> ) <br> *Intervenor-Defendants.* ) <br> ) | CIVIL ACTION FILE NO. <br> 1:21-CV-01390- JPB |

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically filed the foregoing **NOTICE OF APPEARANCE OF JAKE EVANS** with the Clerk of Court

- 3 -

using the CM/ECF system, which will send notification of such filing to counsel for the parties of record via electronic notification.

Respectfully submitted this 2nd day of February 2022.

/s/ *Jake Evans*
Jake Evans
Georgia Bar No. 797018
**HALL BOOTH SMITH, P.C.**
191 Peachtree Street NE
Suite 2900
Atlanta, GA 30303
(404) 954-5000
jevans@hallboothsmith.com

*Counsel for Intervenor-Defendants*