UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| VOTEAMERICA, et al., )<br>)<br>)<br>)<br>*Plaintiffs,* )<br>)<br>vs. )<br>)<br>BRAD RAFFENSPERGER, in his )<br>official capacities as Secretary of )<br>State and member of the Georgia )<br>State Elections Board, et al., )<br>)<br>*Defendants,* )<br>)<br>REPUBLICAN NATIONAL )<br>COMMITTEE; NATIONAL )<br>REPUBLICAN SENATORIAL )<br>COMMITTEE; NATIONAL )<br>REPUBLICAN CONGRESSIONAL )<br>COMMITTEE; and GEORGIA )<br>REPUBLICAN PARTY, INC., )<br>)<br>*Intervenor-Defendants.* )<br>) | CIVIL ACTION FILE NO.<br>1:21-CV-01390- JPB |

## NOTICE OF APPEARANCE OF KEVIN KUCHARZ

Comes now, Kevin Kucharz, of the law firm Hall Booth Smith, P.C., 191 Peachtree Street, NE, Suite 2900, Atlanta, Georgia 30303, pursuant to L.R. 83.1(D)(1), N.D. GA, and gives notice to the Court and all counsel of record of

73391968.1

his appearance in this matter as counsel on behalf of Intervenor-Defendants, Republican National Committee, National Republican Senatorial Committee, National Republican Congressional Committee, and Georgia Republican Party, Inc.

Kevin Kucharz is a member in good standing with the State Bar of Georgia and admitted to practice in the United States District Court for the Northern District of Georgia. The undersigned counsel requests that notice of court appearances, motions, pleadings and filings be served upon the undersigned.

Respectfully submitted, this 10th day of February, 2022.

    /s/ *Kevin Kucharz*
Kevin Kucharz
Georgia Bar No. 713718
**HALL BOOTH SMITH, P.C.**
191 Peachtree Street NE
Suite 2900
Atlanta, GA 30303
(404) 954-5000
kkucharz@hallboothsmith.com

*Counsel for Intervenor-Defendants*

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| VOTEAMERICA, et al., | ) | |
| | ) | |
| *Plaintiffs,* | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| BRAD RAFFENSPERGER, in his official capacities as Secretary of State and member of the Georgia State Elections Board, et al., | ) ) ) ) | CIVIL ACTION FILE NO. 1:21-CV-01390- JPB |
| | ) | |
| *Defendants,* | ) | |
| | ) | |
| REPUBLICAN NATIONAL COMMITTEE; NATIONAL REPUBLICAN SENATORIAL COMMITTEE; NATIONAL REPUBLICAN CONGRESSIONAL COMMITTEE; and GEORGIA REPUBLICAN PARTY, INC., | ) ) ) ) ) ) ) | |
| | ) | |
| *Intervenor-Defendants.* | ) ) | |

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically filed the foregoing **NOTICE OF APPEARANCE OF KEVIN KUCHARZ** with the Clerk of

Court using the CM/ECF system, which will send notification of such filing to counsel for the parties of record via electronic notification.

Respectfully submitted this 10th day of February, 2022.

    /s/ *Kevin Kucharz*
Kevin Kucharz
Georgia Bar No. 713718
**HALL BOOTH SMITH, P.C.**
191 Peachtree Street NE
Suite 2900
Atlanta, GA 30303
(404) 954-5000
kkucharz@hallboothsmith.com

*Counsel for Intervenor-Defendants*