## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| VOTEAMERICA; VOTER PARTICIPATION CENTER; and CENTER FOR VOTER INFORMATION, <br><br> Plaintiffs, <br><br> v. <br><br> BRAD RAFFENSPERGER, in his official capacity as Secretary of State of the State of Georgia; SARA GHAZAL, JANICE JOHNSTON, EDWARD LINDSEY, and MATTHEW MASHBURN, in their official capacities as members of the STATE ELECTION BOARD, Defendants, <br><br> and <br><br> REPUBLICAN NATIONAL COMMITTEE; NATIONAL REPUBLICAN SENATORIAL COMMITTEE; NATIONAL REPUBLICAN CONGRESSIONAL COMMITTEE; and GEORGIA REPUBLICAN PARTY, INC., <br> Intervenor-Defendants. | Case No. 1:21-cv-01390-JPB <br><br> Judge J.P. Boulee |

### DECLARATION OF JONATHAN DIAZ IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

I, JONATHAN DIAZ, declare as follows:

1

1. I am one of the attorneys representing Plaintiffs VoteAmerica, Center for Voter Information, and Voter Participation Center. I have been employed by the Campaign Legal Center since September 2018. I am over the age of 18 and competent to testify as to the matters set forth in this affidavit based upon my own personal knowledge.

2. On June 1, 2022, Intervenor-Defendants served on me Intervenor-Defendants' Responses to Plaintiffs' First Interrogatories, a true and correct copy of which is attached as Exhibit A.

3. Attached as Exhibit B is a true and correct copy of a memo by Plaintiffs VPC/CVI about their programming in 2020.

4. On June 2, 2022, Intervenor-Defendants produced to Consolidated Plaintiffs a script from the Georgia Republican Party for door-to-door canvassing about absentee voting in 2020, a true and correct copy of which is attached as Exhibit C.

5. On June 3, 2022, I retrieved an article published by ABC News titled "'We've never found systemic fraud, not enough to overturn the election': Georgia Secretary of State Raffensperger says," available at https://abcnews.go.com/Politics/weve-found-systemic-fraud-overturn-

election-georgia-secretary/story?id=74560956, a true and correct copy of which is attached as Exhibit D.

6. On June 3, 2022, I retrieved an article published by Fox 5 Atlanta titled "Georgia secretary of state reaffirms no widespread voter fraud, suggests changes to absentee voting," available at https://www.fox5atlanta.com/news/georgia-secretary-of-state-reaffirms-no-widespread-voter-fraud-suggests-changes-to-absentee-voting, a true and correct copy of which is attached as Exhibit E.

7. On June 3, 2022, I retrieved the Application for Official Absentee Ballot Application for Third-Party Absentee Application Use available at https://sos.ga.gov/how-to-guide/how-guide-voting#Absentee%20Voting, a true and correct copy of which is attached as Exhibit F.

I declare under penalty of perjury and the laws of the United States of America
that the foregoing is true and correct to the best of my knowledge.

Executed this 3rd day of June, 2022 in Washington, D.C.

Jonathan Diaz

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| VOTEAMERICA; VOTER PARTICIPATION CENTER; and CENTER FOR VOTER INFORMATION,<br><br>       Plaintiffs,<br><br>v.<br><br>BRAD RAFFENSPERGER, in his official capacity as Secretary of State of the State of Georgia; SARA GHAZAL, JANICE JOHNSTON, EDWARD LINDSEY, and MATTHEW MASHBURN, in their official capacities as members of the STATE ELECTION BOARD,<br>Defendants,<br><br>and<br><br>REPUBLICAN NATIONAL COMMITTEE; NATIONAL REPUBLICAN SENATORIAL COMMITTEE; NATIONAL REPUBLICAN CONGRESSIONAL COMMITTEE; and GEORGIA REPUBLICAN PARTY, INC.,<br>      Intervenor-Defendants. | Case No. 1:21-cv-01390-JPB<br>Judge J.P. Boulee |

# INDEX OF EXHIBITS TO PLAINTIFFS' REPLY IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

| | Exhibit | Attachment | Attachment Description |
|---|---|---|---|
| 1 | Declaration of Jonathan Diaz | A | Defendant-Intervenors' Responses to Plaintiffs' First Interrogatories |
| | | B | VPC/CVI Memo |
| | | C | Georgia Republican Party "Absentee Push & Identification Door Script" |
| | | D | ABC News article |
| | | E | Fox 5 Atlanta article |
| | | F | Sec'y of State Application for Georgia Official Absentee Ballot Form APP-21_V2 |
| 2 | Expert Rebuttal Report of Dr. Green | n/a | n/a |

# ATTACHMENT A

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

VOTEAMERICA, et al.

v.                                    No. 1:21-cv-01390-JPB

RAFFENSPERGER, et al.

### INTERVENORS' RESPONSES TO
### PLAINTIFFS' FIRST INTERROGATORIES

By agreement of the parties, Intervenors provided their objections to

Plaintiffs' first interrogatories on May 9 and are providing their responses to

those interrogatories today. Intervenors are not responding to the

interrogatories that they objected to in full. And where Intervenors agreed to

respond only in part, their answers are subject to the limitations identified in

their objections.

### RESPONSES

**1. Identify each person who has (or claims to have) knowledge of the facts supporting your defenses, or that support or contradict the claims of the Plaintiffs. For each person identified, please state the subject matter of their knowledge.**

   **RESPONSE**: Intervenors do not currently plan to call any witnesses of

their own.

**5. Explain in detail the nature of your involvement with the drafting, lobbying, and passage of the Ballot Application Restrictions, including any communications or work with any state official or state employee (including the Defendants, Governor of Georgia, members of the Georgia General Assembly, and their staffs), Heritage**

**Foundation, ALEC, Judicial Watch, Americans for Prosperity or any other entity involved in election issues.**

RESPONSE: The RNC, NRSC, and NRCC had no involvement in the legislative process. The GAGOP appointed the Election Confidence Task Force to advise the Georgia Legislature on election reform. Many of the suggested reforms were contained in SB 241 and HB 531, two of the predecessor bills to SB 202. The GAGOP drafted suggested language for certain provisions of SB 241, including provisions governing: (1) the casting of absentee ballots by mail; (2) transparency regarding the observation of signature verification and duplication of ballots; (3) candidate and party rights to inspect election materials post-election; (4) absentee ballot application, tabulation, and poll monitoring; and (5) voter challenges.

**6. Identify each person in Your office that was involved in any way in the development of SB 202 or any of its predecessor bills, including but not limited to drafting language, gathering data, providing input to any state official (including the Defendants, Governor, members of the General Assembly or their staffs) or other third parties, and soliciting, receiving, or communicating the views of Stakeholders. For each person identified, describe in detail the nature of work performed by each person.**

RESPONSE: The RNC, NRSC, and NRCC had no involvement in the legislative process. The GAGOP states as follows: (1) David Shafer; (2) Joseph Proenza; (3) Brandon Moye. As Chairman, David Shafer appointed the Georgia Election Confidence Task Force to help advised the legislature. GAGOP staff

2

members, Joeseph Proenza and Brandon Moye, worked with the Task Force to complete the recommendations that were presented to the General Assembly.

**7. Identify each state official or state employee (including the Defendants, Governor, members of the General Assembly, and their staffs) that You communicated with regarding SB 202 or any of its predecessor bills, including but not limited to communications in support of or against the Ballot Application Restrictions, communications regarding the language and text of the Ballot Application Restrictions, or communications regarding the views of Stakeholders. For each person identified, describe in detail the communications.**

RESPONSE: The RNC, NRSC, and NRCC had no involvement in the legislative process. The GAGOP states as follows: (1) Senator Brandon Beach; (2) Senator Matt Brass; (3) Senator Max Burns; (4) Senator Mike Dugan; (5) Senator Steve Gooch; (6) Senator Bo Hatchett; (7) Senator Marty Harbin; (8) Senator Burt Jones; (9) Senator Butch Miller; (10) Senator Jeff Mullis; (11) Senator Blake Tillery; (12) Representative James Burchett; (13) Representative John Burns; (14) Representative Barry Fleming; (15) Representative Bonnie Rich; and (16) Representative Todd Jones. For each of these identified individuals, the GAGOP states that the communications were in-person, via telephone, and via email, and such communications included: (1) the process for undertaking election reform; (2) the GAGOP's opinion that election reform was necessary; (3) discussions of methods to secure Georgia's absentee voting and mail-in voting processes; (4) discussions of methods to strengthen Georgia's voter challenge laws; (5) discussions of methods to

increase transparency regarding the inspection and duplication of absentee and mail-in ballots; (6) discussions of eliminating drop boxes or, if they remained, methods to better secure them; and (7) discussions of methods to strengthen Georgia's poll monitoring laws.

**8. Since July 1, 2021, Identify and Describe each and every instance in which You made a request to the Secretary of State about "which electors have requested, been issued, or voted an absentee ballot" within the meaning of the Mailing List Restriction and the response you received.**

**RESPONSE**: Intervenors made no such request. The Secretary makes this data publicly available online.

**10. For the 2018 election cycle, 2019 election, 2020 election cycle, and 2021 election, Identify and Describe each and every vote by mail or absentee ballot application sent by You or funded by You to any voter in any state, including but not limited to any mailers, email campaigns, or flyers.**

**RESPONSE**: In the 2020 cycle, the RNC sent one absentee ballot application mailer in Georgia. A copy of that mailer is attached as Exhibit A.

In the 2020 cycle, the GAGOP sent six absentee ballot application mailers, copies of which are attached as Exhibit B.

**13. Explain in detail any research You possess or have conducted regarding the effectiveness of including or prefilling the necessary state forms, including voter registration forms or absentee ballot applications, in any voter engagement mailings sent to potential voters.**

**RESPONSE**: None.

Dated: June 1, 2022

As to responses,

*/s/ Benjamin Mehr*
RNC

*/s/ Louisa Brooks*
NRSC

*/s/ Blake Murphy*
NRCC

*/s/ David Shafer*
GAGOP

As to objections,

*/s/ W. Bradley Carver, Sr.*
John E. Hall, Jr.
   Georgia Bar No. 319090
William Bradley Carver, Sr.
   Georgia Bar No. 115529
W. Dowdy White
   Georgia Bar No. 320879
Alex B. Kaufman
   Georgia Bar No. 136097
Jake Evans
   Georgia Bar No. 797018
HALL BOOTH SMITH, P.C.
191 Peachtree Street NE
Suite 2900
Atlanta, Georgia 30303
(404) 954-5000
(404) 954-5020 (fax)
bcarver@hallboothsmith.com

Tyler R. Green*
Cameron T. Norris*
CONSOVOY MCCARTHY PLLC
1600 Wilson Boulevard
Suite 700
Arlington, Virginia 22209
(703) 243-9423
*pro hac vice

*Counsel for Intervenors*

## CERTIFICATE OF SERVICE

I certify that on June 1, 2022, a copy of this document was emailed to all counsel of record.

*/s/ W. Bradley Carver, Sr.*

# Exhibit A

PLACE
1ST CLASS
STAMP
HERE

<VD_ELECTORG>
< VD_ElectOrgAddress>
< VD_ElectOrgCSZ>

# ACT NOW:

## TO ENSURE YOUR ABSENTEE BALLOT REQUEST IS RECEIVED, PLEASE DO THE FOLLOWING:

Don't wait. Fill out, sign, and date the attached application. Your signature must appear on the application, or you will not receive an Absentee Ballot.

Affix first-class postage and drop your completed application in the mail.

Or you can apply for your Absentee Ballot online by visiting: ballotrequest.sos.ga.gov

Your application must be received by your county election official by the end of the business day on **Friday, January 1, 2021.**

Wait to receive your ballot in the mail from your local County Board of Registrar's Office.

## REPUBLICANS ARE COUNTING ON YOU TO VOTE.

PLACE
1ST CLASS
STAMP
HERE

<VD_ELECTORG>
< VD_ElectOrgAddress>
< VD_ElectOrgCSZ>



# OFFICIAL REPUBLICAN PARTY NOTICE:

## Records Indicate You Have Not Yet Requested An Absentee Ballot for the Runoff Election.

**ALL GEORGIA VOTERS ARE ELIGIBLE TO VOTE ABSENTEE** – NO MATTER THE REASON.

# URGENT NOTICE:

## YOUR ABSENTEE BALLOT STATUS NEEDS YOUR IMMEDIATE ATTENTION.

Paid for by the Republican National Committee.
Not Authorized By Any Candidate
Or Candidate's Committee. www.gop.com

310 First Street SE,
Washington, DC 20003

# ACT NOW.

Return Your Absentee Ballot
Application Today.

## YOUR OFFICIAL REPUBLICAN PARTY ABSENTEE BALLOT APPLICATION IS ENCLOSED.

# YOUR IMMEDIATE ATTENTION IS REQUIRED:

## RETURN YOUR ABSENTEE BALLOT APPLICATION TODAY.

Records indicate you have yet to request your
**Absentee Ballot for the Runoff Election on January 5th.**

Use your Official Republican Party Absentee Ballot Application
to safely and securely request your ballot today.

*Return one of the enclosed forms today and skip the long lines on Election Day.*

**Your application must be received by your county election official by the
end of the business day on Friday, January 1, 2021.**

## REPUBLICANS ARE COUNTING ON YOU TO VOTE

FOLD AND TAPE TO SEAL



**Brad Raffensperger**
SECRETARY OF STATE

## APPLICATION FOR
## OFFICIAL ABSENTEE BALLOT

**PLEASE PRINT** (Failure to fill out the form completely could delay your application)
Date of Primary, Election, or Runoff: (MM/DD/YYYY) _____

| | | |
|---|---|---|
| **Voter name** | 1 | First: _____ Middle: _____<br>Last: _____ Suffix: _____ |
| **Permanent address on file with county election office**<br>This is the address at which you are registered OR the mailing address you have given your county elections office. Your ballot will be sent here unless you provide a valid address in Section 3. | 2 | Street: _____<br>City: _____ Zip: _____<br>County: _____ |
| **Temporary address where you want ballot sent**<br>If you wish to receive your absentee ballot at an address other than the one in Section 2, fill it in here. This address **must be in a different county that the county listed in Section 2** unless you are physically disabled or detained in jail or other detention facility. | 3 | Street: _____<br>City: _____ State: _____<br>Zip: _____ County: _____ |
| **Date of birth** | 4 | Date of birth: (MM/DD/YYYY) _____ |
| **Type of ballot**<br>Required in a primary or primary runoff. | 5 | ☐ Democratic  ☐ Republican  ☐ Non Partisan (will not have ANY party candidates listed) |
| **Contact information** | 6 | To assist your county elections officials in contacting you in a timely manner if your application is incomplete, please provide the following information.<br>Phone number: _____ Email: _____ |
| **Signature or mark of voter**<br>Required if voter fills out this application. | 7 | Signature or mark of voter: _____<br>Today's date: (MM/DD/YYYY) _____ |
| **Signature of person providing assistance**<br>Required if the voter receives assistance filling out this form. Assistance is only allowed if the voter is illiterate or physically disabled. | 8 | Name of assistant: _____<br>Signature of assistant: _____<br>Today's date: (MM/DD/YYYY) _____ |
| **Signature of person requesting ballot if not voter**<br>Required only if an eligible relative is making an application on behalf of the voter who is physically disabled or temporarily residing out of the county. | 9 | Signature of requestor: _____<br>Relationship to voter: _____<br>I swear that the facts contained in this application are true and that I am either the mother, father, grandparent, brother, sister, aunt, uncle, spouse, son, daughter, niece, nephew, grandchild, son-in-law, daughter-in-law, mother-in-law, father-in-law, brother-in-law or sister-in-law of the age of 18 and swear (or affirm) that the above-named voter is<br>(check one) ☐ physically disabled or ☐ temporarily residing out of the county |
| **If you meet one of the described conditions in this section and would like to receive a mail ballot for the rest of the elections cycle without another application, indicate by checking the applicable eligibility requirement.** | 10 | ☐ E - Elderly - I am 65 years of age or older  ☐ D - Disabled - I have a physical disability<br>☐ U - UOCAVA Voter - I am a uniformed service member, spouse or dependent of a uniformed service member, or other US citizen residing overseas. **My current status is (please mark one):**<br>☐ MOS – Military Overseas  ☐ OST – Overseas Temporary Resident<br>☐ MST – Military Stateside  ☐ OSP – Overseas Permanent Resident (federal offices only)<br>Email: (required for UOCAVA voters requesting electronic transmission) |

**FOR OFFICE USE ONLY**
Dist. Combo: _____ Precinct: _____ Ballot #: _____
Received Date: _____ ISS Date: _____ Certified Date: _____ Rejection Date: _____
ID SHOWN: GADL _____ Other: _____
I certify that the above named voter ☐ is eligible  ☐ is not eligible to receive a vote by mail ballot
Reason for Rejection: _____ Registrar Signature: _____
Ballot to be: ☐ Mailed Electronically  ☐ Transmitted/delivered to voter in hospital by Registrars/Deputy  ☐ Voted in office (municipal only)

FORM #ABS-APP-18

---

FOLD AND TAPE TO SEAL



**Brad Raffensperger**
SECRETARY OF STATE

## APPLICATION FOR
## OFFICIAL ABSENTEE BALLOT

**PLEASE PRINT** (Failure to fill out the form completely could delay your application)
Date of Primary, Election, or Runoff: (MM/DD/YYYY) _____

| | | |
|---|---|---|
| **Voter name** | 1 | First: _____ Middle: _____<br>Last: _____ Suffix: _____ |
| **Permanent address on file with county election office**<br>This is the address at which you are registered OR the mailing address you have given your county elections office. Your ballot will be sent here unless you provide a valid address in Section 3. | 2 | Street: _____<br>City: _____ Zip: _____<br>County: _____ |
| **Temporary address where you want ballot sent**<br>If you wish to receive your absentee ballot at an address other than the one in Section 2, fill it in here. This address **must be in a different county that the county listed in Section 2** unless you are physically disabled or detained in jail or other detention facility. | 3 | Street: _____<br>City: _____ State: _____<br>Zip: _____ County: _____ |
| **Date of birth** | 4 | Date of birth: (MM/DD/YYYY) _____ |
| **Type of ballot**<br>Required in a primary or primary runoff. | 5 | ☐ Democratic  ☐ Republican  ☐ Non Partisan (will not have ANY party candidates listed) |
| **Contact information** | 6 | To assist your county elections officials in contacting you in a timely manner if your application is incomplete, please provide the following information.<br>Phone number: _____ Email: _____ |
| **Signature or mark of voter**<br>Required if voter fills out this application. | 7 | Signature or mark of voter: _____<br>Today's date: (MM/DD/YYYY) _____ |
| **Signature of person providing assistance**<br>Required if the voter receives assistance filling out this form. Assistance is only allowed if the voter is illiterate or physically disabled. | 8 | Name of assistant: _____<br>Signature of assistant: _____<br>Today's date: (MM/DD/YYYY) _____ |
| **Signature of person requesting ballot if not voter**<br>Required only if an eligible relative is making an application on behalf of the voter who is physically disabled or temporarily residing out of the county. | 9 | Signature of requestor: _____<br>Relationship to voter: _____<br>I swear that the facts contained in this application are true and that I am either the mother, father, grandparent, brother, sister, aunt, uncle, spouse, son, daughter, niece, nephew, grandchild, son-in-law, daughter-in-law, mother-in-law, father-in-law, brother-in-law or sister-in-law of the age of 18 and swear (or affirm) that the above-named voter is<br>(check one) ☐ physically disabled or ☐ temporarily residing out of the county |
| **If you meet one of the described conditions in this section and would like to receive a mail ballot for the rest of the elections cycle without another application, indicate by checking the applicable eligibility requirement.** | 10 | ☐ E - Elderly - I am 65 years of age or older  ☐ D - Disabled - I have a physical disability<br>☐ U - UOCAVA Voter - I am a uniformed service member, spouse or dependent of a uniformed service member, or other US citizen residing overseas. **My current status is (please mark one):**<br>☐ MOS – Military Overseas  ☐ OST – Overseas Temporary Resident<br>☐ MST – Military Stateside  ☐ OSP – Overseas Permanent Resident (federal offices only)<br>Email: (required for UOCAVA voters requesting electronic transmission) |

**FOR OFFICE USE ONLY**
Dist. Combo: _____ Precinct: _____ Ballot #: _____
Received Date: _____ ISS Date: _____ Certified Date: _____ Rejection Date: _____
ID SHOWN: GADL _____ Other: _____
I certify that the above named voter ☐ is eligible  ☐ is not eligible to receive a vote by mail ballot
Reason for Rejection: _____ Registrar Signature: _____
Ballot to be: ☐ Mailed Electronically  ☐ Transmitted/delivered to voter in hospital by Registrars/Deputy  ☐ Voted in office (municipal only)

FORM #ABS-APP-18

# Exhibit B

PLACE STAMP HERE

<VD_ELECTORG>
< VD_ElectOrgAddress>
< VD_ElectOrgCSZ>



GEORGIA

# TRUMP

★★★

VICTORY

## PRESIDENT
# TRUMP
## WANTS
# YOU
## TO RETURN
## THIS FORM!

**TO ENSURE YOUR ABSENTEE BALLOT REQUEST IS RECEIVED, PLEASE DO THE FOLLOWING:**

Don't wait. Fill out, sign, and date the attached application. Your signature must appear on the application, or you will not receive an absentee ballot.

Affix first-class postage and drop your completed application in the mail. Your application must be received by your county election official by the end of the business day on the Friday before Election Day (Oct. 30).

Wait to receive your ballot in the mail from your local County Board of Registrars's Office.

PLACE STAMP HERE

<VD_ELECTORG>
< VD_ElectOrgAddress>
< VD_ElectOrgCSZ>



## PRESIDENT
# TRUMP
## WANTS
# YOU
## TO RETURN
## THIS FORM!

EVERY VOTE MATTERS!

RETURN THIS ABSENTEE BALLOT REQUEST FORM TODAY!

President Trump is Counting on You!

This is Your Chance to Decide America's Future.



Paid for by the Georgia Republican Party, Inc.
Post Office Box 550008
Atlanta, GA 30355
WWW.GAGOP.ORG

GEORGIA

# TRUMP

★★★

VICTORY



# APPLY **TODAY**
## TO **VOTE** ABSENTEE.

**Important Notice:**
Absentee voting is a safe and secure way to guarantee your voice is heard.

**Your Vote Counts:**
One more vote in your neighborhood could decide this election.

**Patriotic Duty:**
Millions of fellow patriots are counting on you to vote.

RETURN THIS ABSENTEE BALLOT REQUEST TODAY
TO ENSURE YOUR VOICE WILL BE HEARD.

FOLD AND TAPE TO SEAL



**Brad Raffensperger**
SECRETARY OF STATE

## APPLICATION FOR
## OFFICIAL ABSENTEE BALLOT

**PLEASE PRINT** (Failure to fill out the form completely could delay your application)

Date of Primary, Election, or Runoff: (MM/DD/YYYY) _____

| | | |
|---|---|---|
| **Voter name** | 1 | First: _____ Middle: _____<br>Last: _____ Suffix: _____ |
| **Permanent address on file with county election office**<br>This is the address at which you are registered OR the mailing address you have given your county elections office. Your ballot will be sent here unless you provide a valid address in Section 3. | 2 | Street: _____<br>City: _____ Zip: _____<br>County: _____ |
| **Temporary address where you want ballot sent**<br>If you wish to receive your absentee ballot at an address other than the one in Section 2, fill it in here. This address **must be in a different county than the county listed in Section 2** unless you are physically disabled or detained in jail or other detention facility. | 3 | Street: _____<br>City: _____<br>Zip: _____ State: _____<br>County: _____ |
| **Date of birth** | 4 | Date of birth: (MM/DD/YYYY) _____ |
| **Type of ballot**<br>Required in a primary or primary runoff. | 5 | ☐ Democratic ☐ Republican ☐ Non Partisan (will not have ANY party candidates listed) |
| **Contact information** | 6 | To assist your county elections officials in contacting you in a timely manner if your application is incomplete, please provide the following information.<br>Phone number: _____ Email: _____ |
| **Signature or mark of voter**<br>Required if the voter fills out this application. | 7 | Signature or mark of voter: _____<br>Today's date: (MM/DD/YYYY) _____ |
| **Signature of person providing assistance**<br>Required if the voter receives assistance filling out this form. Assistance is only allowed if the voter is illiterate or physically disabled. | 8 | Name of assistant: _____<br>Signature of assistant: _____<br>Today's date: (MM/DD/YYYY) _____ |
| **Signature of person requesting ballot if not voter**<br>Required only if an eligible relative is making an application on behalf of the voter who is physically disabled or temporarily residing out of the county. | 9 | Signature of requestor: _____<br>Relationship to voter: _____<br>I swear that the facts contained in this application are true and that I am either the mother, father, grandparent, brother, sister, aunt, uncle, spouse, son, daughter, niece, nephew, grandchild, son-in-law, daughter-in-law, mother-in-law, father-in-law, brother-in-law or sister-in-law of the age of 18 and swear (or affirm) that the above-named voter is<br>(check one) ☐ physically disabled or ☐ temporarily residing out of county |
| **If you meet one of the described conditions in this section and would like to receive a mail ballot for the rest of the elections cycle without another application, indicate by checking the applicable eligibility requirement.** | 10 | ☐ E - Elderly - I am 65 years of age or older ☐ D - Disabled - I have a physical disability<br>☐ U – UOCAVA Voter - I am a uniformed service member, spouse or dependent of a uniformed service member, or other US citizen residing overseas. **My current status is (please mark one):**<br>☐ MOS – Military Overseas ☐ OST – Overseas Temporary Resident<br>☐ MST – Military Stateside ☐ OSP – Overseas Permanent Resident (federal offices only)<br>Email: (required for UOCAVA voters requesting electronic transmission) |

**FOR OFFICE USE ONLY**
Dist. Com/box: _____ Precinct: _____ Ballot #: _____
Received Date: _____ ISS Date: _____ Certified Date: _____ Rejection Date: _____
ID SHOWN/ GADL _____ Other: _____
I certify that the above named voter ☐ is eligible ☐ is not eligible to receive a vote by mail ballot
Reason for Rejection: _____ Registrar Signature: _____
Ballot to be: ☐ Mailed Electronically ☐ Transmitted/delivered to voter in hospital by Registrars/Deputy ☐ Voted in office (municipal only)

FORM #ABS-APP-18

FOLD AND TAPE TO SEAL



**Brad Raffensperger**
SECRETARY OF STATE

## APPLICATION FOR
## OFFICIAL ABSENTEE BALLOT

**PLEASE PRINT** (Failure to fill out the form completely could delay your application)

Date of Primary, Election, or Runoff: (MM/DD/YYYY) _____

| | | |
|---|---|---|
| **Voter name** | 1 | First: _____ Middle: _____<br>Last: _____ Suffix: _____ |
| **Permanent address on file with county election office**<br>This is the address at which you are registered OR the mailing address you have given your county elections office. Your ballot will be sent here unless you provide a valid address in Section 3. | 2 | Street: _____<br>City: _____ Zip: _____<br>County: _____ |
| **Temporary address where you want ballot sent**<br>If you wish to receive your absentee ballot at an address other than the one in Section 2, fill it in here. This address **must be in a different county than the county listed in Section 2** unless you are physically disabled or detained in jail or other detention facility. | 3 | Street: _____<br>City: _____<br>Zip: _____ State: _____<br>County: _____ |
| **Date of birth** | 4 | Date of birth: (MM/DD/YYYY) _____ |
| **Type of ballot**<br>Required in a primary or primary runoff. | 5 | ☐ Democratic ☐ Republican ☐ Non Partisan (will not have ANY party candidates listed) |
| **Contact information** | 6 | To assist your county elections officials in contacting you in a timely manner if your application is incomplete, please provide the following information.<br>Phone number: _____ Email: _____ |
| **Signature or mark of voter**<br>Required if the voter fills out this application. | 7 | Signature or mark of voter: _____<br>Today's date: (MM/DD/YYYY) _____ |
| **Signature of person providing assistance**<br>Required if the voter receives assistance filling out this form. Assistance is only allowed if the voter is illiterate or physically disabled. | 8 | Name of assistant: _____<br>Signature of assistant: _____<br>Today's date: (MM/DD/YYYY) _____ |
| **Signature of person requesting ballot if not voter**<br>Required only if an eligible relative is making an application on behalf of the voter who is physically disabled or temporarily residing out of the county. | 9 | Signature of requestor: _____<br>Relationship to voter: _____<br>I swear that the facts contained in this application are true and that I am either the mother, father, grandparent, brother, sister, aunt, uncle, spouse, son, daughter, niece, nephew, grandchild, son-in-law, daughter-in-law, mother-in-law, father-in-law, brother-in-law or sister-in-law of the age of 18 and swear (or affirm) that the above-named voter is<br>(check one) ☐ physically disabled or ☐ temporarily residing out of county |
| **If you meet one of the described conditions in this section and would like to receive a mail ballot for the rest of the elections cycle without another application, indicate by checking the applicable eligibility requirement.** | 10 | ☐ E - Elderly - I am 65 years of age or older ☐ D - Disabled - I have a physical disability<br>☐ U – UOCAVA Voter - I am a uniformed service member, spouse or dependent of a uniformed service member, or other US citizen residing overseas. **My current status is (please mark one):**<br>☐ MOS – Military Overseas ☐ OST – Overseas Temporary Resident<br>☐ MST – Military Stateside ☐ OSP – Overseas Permanent Resident (federal offices only)<br>Email: (required for UOCAVA voters requesting electronic transmission) |

**FOR OFFICE USE ONLY**
Dist. Com/box: _____ Precinct: _____ Ballot #: _____
Received Date: _____ ISS Date: _____ Certified Date: _____ Rejection Date: _____
ID SHOWN/ GADL _____ Other: _____
I certify that the above named voter ☐ is eligible ☐ is not eligible to receive a vote by mail ballot
Reason for Rejection: _____ Registrar Signature: _____
Ballot to be: ☐ Mailed Electronically ☐ Transmitted/delivered to voter in hospital by Registrars/Deputy ☐ Voted in office (municipal only)

FORM #ABS-APP-18

Place
First-Class
Postage
Here

# Return this absentee request form today.

**Ensure your vote counts.**

1. After completing your application, detach along the perforated line.
2. Re-fold and tape closed.
3. Place a First-Class stamp where indicated and drop in the mail.

ABAPPOFCNM
ABAPPADDR1
ABAPPADDR2
ABAPPCSZ

## Request your absentee ballot today. Here's how:

**TO ENSURE YOUR ABSENTEE BALLOT REQUEST IS RECEIVED, PLEASE DO THE FOLLOWING:**

Don't wait. Fill out, sign, and date the attached application. Your signature must appear on the application, or you will not receive an absentee ballot.

Affix first-class postage and drop your completed application in the mail. Wait to receive your ballot in the mail from your local County Board of Registrar's Office.

**Your application must be received by your county election official by the end of the business day on the Friday before Election Day (Oct. 30).**

You may also apply for a ballot online at **https://ballotrequest.sos.ga.gov/**

**Return this absentee ballot request form today.**

Detach, fill out and mail today. Fold and tape closed.

---

Place
First-Class
Postage
Here

# Return this absentee request form today.

**Ensure your vote counts.**

1. After completing your application, detach along the perforated line.
2. Re-fold and tape closed.
3. Place a First-Class stamp where indicated and drop in the mail.

ABAPPOFCNM
ABAPPADDR1
ABAPPADDR2
ABAPPCSZ

## Request your absentee ballot today. Here's how:

**TO ENSURE YOUR ABSENTEE BALLOT REQUEST IS RECEIVED, PLEASE DO THE FOLLOWING:**

Don't wait. Fill out, sign, and date the attached application. Your signature must appear on the application, or you will not receive an absentee ballot.

Affix first-class postage and drop your completed application in the mail. Wait to receive your ballot in the mail from your local County Board of Registrar's Office.

**Your application must be received by your county election official by the end of the business day on the Friday before Election Day (Oct. 30).**

You may also apply for a ballot online at **https://ballotrequest.sos.ga.gov/**

**Return this absentee ballot request form today.**

Detach, fill out and mail today. Fold and tape closed.

Paid for by the Georgia Republican Party, Inc. not authorized by any candidate or candidate's committee. www.gagop.org



OFFICIAL REPUBLICAN PARTY NOTICE

ABSENTEE BALLOT REQUEST FORM ENCLOSED

ABAPPCSZ
ABAPPADDR2
ABAPPADDR1
ABAPPOFCNM

NAME
COMPANY
ADDRESS
ADDRESS
CITY STATE ZIP

**ECRWSH**-C-001



**Georgia Absentee Ballot**
**Request Form Enclosed**

**IMMEDIATE ATTENTION REQUIRED**

URGENT NOTICE • OPEN IMMEDIATELY



Non-Profit Org.
U.S. Postage
PAID
Campaign Mail

Georgia Republican Party
P.O. Box 550008
Atlanta, GA 30355



**Brad Raffensperger**
SECRETARY OF STATE

## APPLICATION FOR
## OFFICIAL ABSENTEE BALLOT

**PLEASE PRINT** (Failure to fill out form completely could delay your application)
Date of Primary, Election, or Runoff: (MM/DD/YYYY) _____

| | | |
|---|---|---|
| **Voter name** | 1 | First: _____ Middle: _____<br>Last: _____ Suffix: _____ |
| **Permanent address on file with county election office** This is the address at which you are registered OR the mailing address you have given your county elections office. Your ballot will be sent here unless you provide a valid address in Section 3. | 2 | Street: _____<br>City: _____ Zip: _____<br>County: _____ |
| **Temporary address where you want ballot sent** If you wish to receive your absentee ballot at an address other than the one in Section 2, fill it in here. This address **must be in a different county that the county listed in Section 2** unless you are physically disabled or detained in jail or other detention facility. | 3 | Street: _____<br>City: _____ State: _____<br>Zip: _____ County: _____ |
| **Date of birth** | 4 | Date of birth: (MM/DD/YYYY) _____ |
| **Type of ballot** **Required** in a primary or primary runoff. | 5 | ☐ Democratic   ☐ Republican   ☐ Non Partisan (will not have ANY party candidates listed) |
| **Contact information** | 6 | To assist your county elections officials in contacting you in a timely manner if your application is incomplete, please provide the following information.<br>Phone number: _____ Email: _____ |
| **Signature or mark of voter** **Required** if voter fills out this application. | 7 | Signature or mark of voter: _____<br>Today's date: (MM/DD/YYYY) _____ |
| **Signature of person providing assistance** **Required** if the voter receives assistance filling out this form. Assistance is only allowed if the voter is illiterate or physically disabled. | 8 | Name of assistant: _____<br>Signature of assistant: _____<br>Today's date: (MM/DD/YYYY) _____ |
| **Signature of person requesting ballot if not voter** **Required only** if an eligible relative is making an application on behalf of the voter who is physically disabled or temporarily residing out of the county. | 9 | Signature of requester: _____<br>Relationship to voter: _____<br>I swear that the facts contained in this application are true and that I am either the mother, father, grandparent, brother, sister, aunt, uncle, spouse, son, daughter, niece, nephew, grandchild, son-in-law, daughter-in-law, mother-in-law, father-in-law, brother-in-law or sister-in-law of the age of 18 and swear (or affirm) that the above-named voter is<br>(check one) ☐ physically disabled or ☐ temporarily residing out of the county |
| **If you meet one of the described conditions in this section and would like to receive a mail ballot for the rest of the elections cycle without another application, indicate by checking the applicable eligibility requirement.** | 10 | ☐ E - Elderly - I am 65 years of age or older   ☐ D - Disabled - I have a physical disability<br>☐ U - UOCAVA Voter -  I am a uniformed service member, spouse or dependent of a uniformed service member, or other US citizen residing overseas. **My current status is (please mark one):**<br>  ☐ MOS – Military Overseas   ☐ OST – Overseas Temporary Resident<br>  ☐ MST – Military Statewide   ☐ OSP – Overseas Permanent Resident (federal offices only)<br>Email: (required for UOCAVA voters requesting electronic transmission) _____ |

| **FOR OFFICE USE ONLY** |
|---|
| Dist. Combo: _____ Precinct: _____ Ballot #: _____ |
| Received Date: _____ ISS Date: _____ Certified Date: _____ Rejection Date: _____ |
| ID SHOWN: GADL _____ Other: _____ |
| I certify that the above named voter ☐ is eligible   ☐ is not eligible to receive a vote by mail ballot |
| Reason for Rejection: _____ Registrar Signature: _____ |
| Ballot to be: ☐ Mailed Electronically ☐ Transmitted/delivered to voter in hospital by Registrars/Deputy ☐ Voted in office (municipal only) |

FORM #ABS-APP-18

---



**Brad Raffensperger**
SECRETARY OF STATE

## APPLICATION FOR
## OFFICIAL ABSENTEE BALLOT

**PLEASE PRINT** (Failure to fill out form completely could delay your application)
Date of Primary, Election, or Runoff: (MM/DD/YYYY) _____

| | | |
|---|---|---|
| **Voter name** | 1 | First: _____ Middle: _____<br>Last: _____ Suffix: _____ |
| **Permanent address on file with county election office** This is the address at which you are registered OR the mailing address you have given your county elections office. Your ballot will be sent here unless you provide a valid address in Section 3. | 2 | Street: _____<br>City: _____ Zip: _____<br>County: _____ |
| **Temporary address where you want ballot sent** If you wish to receive your absentee ballot at an address other than the one in Section 2, fill it in here. This address **must be in a different county that the county listed in Section 2** unless you are physically disabled or detained in jail or other detention facility. | 3 | Street: _____<br>City: _____ State: _____<br>Zip: _____ County: _____ |
| **Date of birth** | 4 | Date of birth: (MM/DD/YYYY) _____ |
| **Type of ballot** **Required** in a primary or primary runoff. | 5 | ☐ Democratic   ☐ Republican   ☐ Non Partisan (will not have ANY party candidates listed) |
| **Contact information** | 6 | To assist your county elections officials in contacting you in a timely manner if your application is incomplete, please provide the following information.<br>Phone number: _____ Email: _____ |
| **Signature or mark of voter** **Required** if voter fills out this application. | 7 | Signature or mark of voter: _____<br>Today's date: (MM/DD/YYYY) _____ |
| **Signature of person providing assistance** **Required** if the voter receives assistance filling out this form. Assistance is only allowed if the voter is illiterate or physically disabled. | 8 | Name of assistant: _____<br>Signature of assistant: _____<br>Today's date: (MM/DD/YYYY) _____ |
| **Signature of person requesting ballot if not voter** **Required only** if an eligible relative is making an application on behalf of the voter who is physically disabled or temporarily residing out of the county. | 9 | Signature of requester: _____<br>Relationship to voter: _____<br>I swear that the facts contained in this application are true and that I am either the mother, father, grandparent, brother, sister, aunt, uncle, spouse, son, daughter, niece, nephew, grandchild, son-in-law, daughter-in-law, mother-in-law, father-in-law, brother-in-law or sister-in-law of the age of 18 and swear (or affirm) that the above-named voter is<br>(check one) ☐ physically disabled or ☐ temporarily residing out of the county |
| **If you meet one of the described conditions in this section and would like to receive a mail ballot for the rest of the elections cycle without another application, indicate by checking the applicable eligibility requirement.** | 10 | ☐ E - Elderly - I am 65 years of age or older   ☐ D - Disabled - I have a physical disability<br>☐ U - UOCAVA Voter -  I am a uniformed service member, spouse or dependent of a uniformed service member, or other US citizen residing overseas. **My current status is (please mark one):**<br>  ☐ MOS – Military Overseas   ☐ OST – Overseas Temporary Resident<br>  ☐ MST – Military Statewide   ☐ OSP – Overseas Permanent Resident (federal offices only)<br>Email: (required for UOCAVA voters requesting electronic transmission) _____ |

| **FOR OFFICE USE ONLY** |
|---|
| Dist. Combo: _____ Precinct: _____ Ballot #: _____ |
| Received Date: _____ ISS Date: _____ Certified Date: _____ Rejection Date: _____ |
| ID SHOWN: GADL _____ Other: _____ |
| I certify that the above named voter ☐ is eligible   ☐ is not eligible to receive a vote by mail ballot |
| Reason for Rejection: _____ Registrar Signature: _____ |
| Ballot to be: ☐ Mailed Electronically ☐ Transmitted/delivered to voter in hospital by Registrars/Deputy ☐ Voted in office (municipal only) |

FORM #ABS-APP-18

---

## REQUEST YOUR ABSENTEE BALLOT TODAY.

# Voting by absentee ballot is
# EASY, SAFE AND SECURE.

**Return this absentee ballot request form today.**

   

# OFFICIAL REPUBLICAN PARTY NOTICE
## ABSENTEE BALLOT REQUEST FORM ENCLOSED

Place
First-Class
Postage
Here

## Return this absentee request form today.

**Ensure your vote counts.**

① After completing your application, detach along the perforated line.

② Re-fold and tape closed.

③ Place a First-Class stamp where indicated and drop in the mail.

ABAPPOFCNM
ABAPPADDR1
ABAPPADDR2
ABAPPCSZ

---

## FINAL NOTICE: Request your absentee ballot today.

**TO ENSURE YOUR ABSENTEE BALLOT REQUEST IS RECEIVED, PLEASE DO THE FOLLOWING:**

Don't wait. Fill out, sign, and date the attached application. Your signature must appear on the application, or you will not receive an absentee ballot.

Affix first-class postage and drop your completed application in the mail. Wait to receive your ballot in the mail from your local County Board of Registrar's Office.

**Your application must be received by your county election official by the end of the business day on the Friday before Election Day (Oct. 30).**

You may also apply for a ballot online at **https://ballotrequest.sos.ga.gov/**

### Return this absentee ballot request form today.

Detach, fill out and mail today. Fold and tape closed.

---

Place
First-Class
Postage
Here

## Return this absentee request form today.

**Ensure your vote counts.**

① After completing your application, detach along the perforated line.

② Re-fold and tape closed.

③ Place a First-Class stamp where indicated and drop in the mail.

ABAPPOFCNM
ABAPPADDR1
ABAPPADDR2
ABAPPCSZ

---

## FINAL NOTICE: Request your absentee ballot today.

**TO ENSURE YOUR ABSENTEE BALLOT REQUEST IS RECEIVED, PLEASE DO THE FOLLOWING:**

Don't wait. Fill out, sign, and date the attached application. Your signature must appear on the application, or you will not receive an absentee ballot.

Affix first-class postage and drop your completed application in the mail. Wait to receive your ballot in the mail from your local County Board of Registrar's Office.

**Your application must be received by your county election official by the end of the business day on the Friday before Election Day (Oct. 30).**

You may also apply for a ballot online at **https://ballotrequest.sos.ga.gov/**

### Return this absentee ballot request form today.

Detach, fill out and mail today. Fold and tape closed.

Paid for by the Georgia Republican Party, Inc. Not authorized by any candidate or candidate's committee. www.gagop.org



## OFFICIAL REPUBLICAN PARTY NOTICE

**ABSENTEE BALLOT REQUEST FORM ENCLOSED**

NAME
COMPANY
ADDRESS
CITY STATE ZIP

****ECR-WSH**-001

*IMMEDIATE ATTENTION REQUIRED*

**Georgia Absentee Ballot**
Request Form Enclosed





## FINAL NOTICE



Georgia Republican Party
P.O. Box 550004
Atlanta, GA 30355

Non-Profit Org.
U.S. Postage
PAID
Campaign Mail





**Brad Raffensperger**
SECRETARY OF STATE

## APPLICATION FOR
## OFFICIAL ABSENTEE BALLOT

**PLEASE PRINT** (Failure to fill out the form completely could delay your application)

Date of (Primary, Election, or Runoff: (MM/DD/YYYY) __November 3, 2020__

| | | |
|---|---|---|
| **Voter name** | 1 | First: _____ Middle: _____<br>Last: _____ Suffix: _____ |
| **Permanent address on file with county election office** This is the address at which you are registered OR the mailing address you have given your county elections office. Your ballot will be sent here unless you provide a valid address in Section 3. | 2 | Street: _____<br>City: _____ Zip: _____<br>County: _____ |
| **Temporary address where you want ballot sent** If you wish to receive your absentee ballot at an address other than the one in Section 2, fill it in here. This address **must be in a different county that the county listed in Section 2** unless you are physically disabled or detained in jail or other detention facility. | 3 | Street: _____<br>City: _____ State: _____<br>Zip: _____ County: _____ |
| **Date of birth** | 4 | Date of birth: (MM/DD/YYYY) _____ |
| **Contact information** | 5 | To assist your county elections officials in contacting you in a timely manner if your application is incomplete, please provide the following information.<br>Phone number: _____ Email: _____ |
| **Signature or mark of voter** **Required** if voter fills out this application. | 6 | Signature or mark of voter: _____<br>Today's date: (MM/DD/YYYY) _____ |
| **Signature of person providing assistance** **Required** if the voter receives assistance filling out this form. Assistance is only allowed if the voter is illiterate or physically disabled. | 7 | Name of assistant: _____<br>Signature of assistant: _____<br>Today's date: (MM/DD/YYYY) _____ |
| **Signature of person requesting ballot if not voter** **Required only** if an eligible relative is making an application on behalf of the voter who is physically disabled or temporarily residing out of the county. | 8 | Signature of requestor: _____<br>Relationship to voter: _____<br>I swear that the facts contained in this application are true and that I am either the mother, father, grandparent, brother, sister, aunt, uncle, spouse, son, daughter, niece, nephew, grandchild, son-in-law, daughter-in-law, mother-in-law, father-in-law, brother-in-law or sister-in-law of the age of 18 and swear (or affirm) that the above named voter is (check one) ☐ physically disabled or ☐ temporarily residing out of the county |
| **If you meet one of the described conditions in this section and would like to receive a mail ballot for the rest of the elections cycle without another application, indicate by checking the applicable eligibility requirement.** | 9 | ☐ E - Elderly - I am 65 years of age or older      ☐ D - Disabled - I have a physical disability<br>☐ U - UOCAVA Voter - I am a uniformed service member, spouse or dependent of a uniformed service member, or other US citizen residing overseas. **My current status is (please mark one):**<br>☐ MOS - Military Overseas      ☐ OST - Overseas Temporary Resident<br>☐ MST - Military Statewide      ☐ OSP - Overseas Permanent Resident (federal offices only)<br>Email: (required for UOCAVA voters requesting electronic transmission) _____ |

**FOR OFFICE USE ONLY**
Dist. Combo: _____ Precinct: _____ Ballot #: _____
Received Date: _____ ISS Date: _____ Certified Date: _____ Rejection Date: _____
ID SHOWN: GADL _____ Other: _____
I certify that the above named voter ☐ is eligible ☐ is not eligible to receive a vote by mail ballot
Reason for Rejection: _____ Registrar Signature: _____
Ballot to be: ☐ Mailed Electronically ☐ Transmitted/delivered to voter in hospital by Registrars/Deputy ☐ Voted in office (municipal only)

FORM #ABS-APP-18

---



**Brad Raffensperger**
SECRETARY OF STATE

## APPLICATION FOR
## OFFICIAL ABSENTEE BALLOT

**PLEASE PRINT** (Failure to fill out the form completely could delay your application)

Date of (Primary, Election, or Runoff: (MM/DD/YYYY) __November 3, 2020__

| | | |
|---|---|---|
| **Voter name** | 1 | First: _____ Middle: _____<br>Last: _____ Suffix: _____ |
| **Permanent address on file with county election office** This is the address at which you are registered OR the mailing address you have given your county elections office. Your ballot will be sent here unless you provide a valid address in Section 3. | 2 | Street: _____<br>City: _____ Zip: _____<br>County: _____ |
| **Temporary address where you want ballot sent** If you wish to receive your absentee ballot at an address other than the one in Section 2, fill it in here. This address **must be in a different county that the county listed in Section 2** unless you are physically disabled or detained in jail or other detention facility. | 3 | Street: _____<br>City: _____ State: _____<br>Zip: _____ County: _____ |
| **Date of birth** | 4 | Date of birth: (MM/DD/YYYY) _____ |
| **Contact information** | 5 | To assist your county elections officials in contacting you in a timely manner if your application is incomplete, please provide the following information.<br>Phone number: _____ Email: _____ |
| **Signature or mark of voter** **Required** if voter fills out this application. | 6 | Signature or mark of voter: _____<br>Today's date: (MM/DD/YYYY) _____ |
| **Signature of person providing assistance** **Required** if the voter receives assistance filling out this form. Assistance is only allowed if the voter is illiterate or physically disabled. | 7 | Name of assistant: _____<br>Signature of assistant: _____<br>Today's date: (MM/DD/YYYY) _____ |
| **Signature of person requesting ballot if not voter** **Required only** if an eligible relative is making an application on behalf of the voter who is physically disabled or temporarily residing out of the county. | 8 | Signature of requestor: _____<br>Relationship to voter: _____<br>I swear that the facts contained in this application are true and that I am either the mother, father, grandparent, brother, sister, aunt, uncle, spouse, son, daughter, niece, nephew, grandchild, son-in-law, daughter-in-law, mother-in-law, father-in-law, brother-in-law or sister-in-law of the age of 18 and swear (or affirm) that the above named voter is (check one) ☐ physically disabled or ☐ temporarily residing out of the county |
| **If you meet one of the described conditions in this section and would like to receive a mail ballot for the rest of the elections cycle without another application, indicate by checking the applicable eligibility requirement.** | 9 | ☐ E - Elderly - I am 65 years of age or older      ☐ D - Disabled - I have a physical disability<br>☐ U - UOCAVA Voter - I am a uniformed service member, spouse or dependent of a uniformed service member, or other US citizen residing overseas. **My current status is (please mark one):**<br>☐ MOS - Military Overseas      ☐ OST - Overseas Temporary Resident<br>☐ MST - Military Statewide      ☐ OSP - Overseas Permanent Resident (federal offices only)<br>Email: (required for UOCAVA voters requesting electronic transmission) _____ |

**FOR OFFICE USE ONLY**
Dist. Combo: _____ Precinct: _____ Ballot #: _____
Received Date: _____ ISS Date: _____ Certified Date: _____ Rejection Date: _____
ID SHOWN: GADL _____ Other: _____
I certify that the above named voter ☐ is eligible ☐ is not eligible to receive a vote by mail ballot
Reason for Rejection: _____ Registrar Signature: _____
Ballot to be: ☐ Mailed Electronically ☐ Transmitted/delivered to voter in hospital by Registrars/Deputy ☐ Voted in office (municipal only)

FORM #ABS-APP-18

---

# FINAL NOTICE

## REQUEST YOUR ABSENTEE BALLOT TODAY.

## Voting by absentee ballot is
## EASY, SAFE AND SECURE.

Return this absentee ballot request form today.

 **OFFICIAL REPUBLICAN PARTY NOTICE** 
ABSENTEE BALLOT REQUEST FORM ENCLOSED

# THE BEST IS YET TO COME

PRESIDENT TRUMP NEEDS YOU TO ACT NOW.

**President Trump will always put America First by:**

- Fighting for law and order
- Promoting us from the radical left
- Leading our Great American Comeback

Support our Great American Comeback. Make a plan today to fill out one of the attached Absentee Ballot Request forms.

GEORGIA
**TRUMP**
V I C T O R Y

Paid for by the Georgia Republican Party, Inc. (GAGOP.ORG)

Post Office Box 550008
Atlanta, Georgia 30355

## THE LAND OF GREATNESS

"My fellow citizens, America's destiny is in our sights. America's heroes are embedded in our hearts. America's future is in our hands. And ladies and gentlemen: the best is yet to come."

– President Donald J. Trump, Speech at Mt Rushmore, July 3, 2020

<VID_ELECTORID>
<VID_ELECTORIDADDRESS>
<VID_ELECTORIDCSZ>

Place
Stamp
Here

# PRESIDENT TRUMP NEEDS YOU TO ACT NOW.

Support our Great American Comeback.
Make a plan today to fill out one of the attached Absentee Ballot Request forms.

## TO ENSURE YOUR ABSENTEE BALLOT REQUEST IS RECEIVED, PLEASE DO THE FOLLOWING:

Don't wait. Fill out, sign, and date the attached application. Your signature must appear on the application, or you will not receive an absentee ballot.

Affix first-class postage and drop your completed application in the mail. Wait to receive your ballot in the mail from your local County Board of Registrar's Office.

<VID_ELECTORID>
<VID_ELECTORIDADDRESS>
<VID_ELECTORIDCSZ>

Place
Stamp
Here

FOLD AND TAPE TO SEAL

## APPLICATION FOR OFFICIAL ABSENTEE BALLOT

Brad Raffensperger
SECRETARY OF STATE

**PLEASE PRINT** Failure to fill out the form completely could delay your application

Date of Primary, Election or Runoff (MM/DD/YYYY) _____

| # | | |
|---|---|---|
| 1 | **Voter name** | First: ___ Middle: ___ Last: ___ Suffix: ___ |
| 2 | **Permanent address on file with county election office** This is the address currently on file with your county. If this is incorrect or you are requesting a ballot for another address, you have given your county elections office. | Street: ___ City: ___ Zip: ___ County: ___ |
| 3 | **Temporary address where you want ballot sent** If you wish to receive your absentee ballot at an address other than the one on file with your county, complete this section. You may be sent to a different address than your county has on file and you are a valid address in Section 2. | Street: ___ City: ___ State: ___ Zip: ___ Country: ___ |
| 4 | **Date of birth** | Date of birth: (MM/DD/YYYY) ___ |
| 5 | **Type of ballot** **Required** in a primary or primary/runoff | ☐ Democratic   ☐ Republican   ☐ Non Partisan (will not have ANY party candidates listed) |
| 6 | **Contact information** | To assist your county elections officials in contacting you in a timely manner if your application is incomplete, please provide the following information Phone number: ___ Email: ___ |
| 7 | **Signature or mark of voter** Required if voter fills out this application. | Signature or mark of voter: ___ Today's date: (MM/DD/YYYY) ___ |
| 8 | **Signature of person providing assistance** **Required** if the voter receives assistance filling out this form. Assistance is only allowed if the voter is illiterate or physically disabled. | Name of assistant: ___ Signature of assistant: ___ Today's date: (MM/DD/YYYY) ___ |
| 9 | **Signature of person requesting ballot if not voter** **Required** only if an eligible relative is making an application on behalf of the voter who is physically disabled or temporarily residing out of the country. | Signature of requestor: ___ Relationship to voter: ___ I swear that the information on this application is true and that I am either the mother, father, grandparent, brother, sister, aunt, uncle, spouse, son, daughter, niece, nephew, grandchild, son-in-law, daughter-in-law, mother-in-law, brother-in-law or sister-in-law (the age of 18 and swear (or affirm) that the above-named voter is (check one) ☐ physically disabled or ☐ temporarily residing out of the country |
| 10 | **If you meet one of the described conditions and would like to receive a mail ballot for the rest of the elections cycle without another application, indicate by checking the applicable eligibility requirement.** | ☐ E - Elderly - I am 65 years of age or older   ☐ D - Disabled - I have a physical disability ☐ U - UOCAVA Voter - I am a uniformed service member or a member of or dependent of a uniformed service member or other US Citizen residing overseas. **My current status is (please mark one):** ☐ MOS - Military Overseas  ☐ OST - Overseas Temporary Resident ☐ MST - Military Stateside   ☐ OSP - Overseas Permanent Resident (federal offices only) Email: _required for UOCAVA voters requesting electronic transmission_ |

**FOR OFFICE USE ONLY**
Dist. Combo: ___   Precinct: ___
Received Date: ___   ISS Date: ___   Ballot #: ___
ID SHOWN GADL ___   Other: ___
I certify that the above named voter ☐ is eligible   ☐ is not eligible to receive a vote by mail ballot
Reason for Rejection: ___
Registrar Signature: ___   Certified Date: ___   Rejection Date: ___
Ballot to be: ☐ Mailed Electronically   ☐ Transmitted/delivered the voter in hospital by Registrar/Deputy   ☐ Voted in office (municipal only)

FORM ABS-APP1B

FOLD AND TAPE TO SEAL

## APPLICATION FOR OFFICIAL ABSENTEE BALLOT

Brad Raffensperger
SECRETARY OF STATE

**PLEASE PRINT** Failure to fill out the form completely could delay your application

Date of Primary, Election or Runoff (MM/DD/YYYY) _____

| # | | |
|---|---|---|
| 1 | **Voter name** | First: ___ Middle: ___ Last: ___ Suffix: ___ |
| 2 | **Permanent address on file with county election office** | Street: ___ City: ___ Zip: ___ County: ___ |
| 3 | **Temporary address where you want ballot sent** | Street: ___ City: ___ State: ___ Zip: ___ Country: ___ |
| 4 | **Date of birth** | Date of birth: (MM/DD/YYYY) ___ |
| 5 | **Type of ballot** **Required** in a primary or primary/runoff | ☐ Democratic   ☐ Republican   ☐ Non Partisan (will not have ANY party candidates listed) |
| 6 | **Contact information** | Phone number: ___ Email: ___ |
| 7 | **Signature or mark of voter** | Signature or mark of voter: ___ Today's date: (MM/DD/YYYY) ___ |
| 8 | **Signature of person providing assistance** | Name of assistant: ___ Signature of assistant: ___ Today's date: (MM/DD/YYYY) ___ |
| 9 | **Signature of person requesting ballot if not voter** | Signature of requestor: ___ Relationship to voter: ___ |
| 10 | **If you meet one of the described conditions...** | ☐ E - Elderly   ☐ D - Disabled   ☐ U - UOCAVA Voter ☐ MOS  ☐ OST  ☐ MST  ☐ OSP Email: ___ |

**FOR OFFICE USE ONLY**
Dist. Combo: ___   Precinct: ___
Received Date: ___   ISS Date: ___   Ballot #: ___
ID SHOWN GADL ___   Other: ___
I certify that the above named voter ☐ is eligible   ☐ is not eligible to receive a vote by mail ballot
Reason for Rejection: ___
Registrar Signature: ___   Certified Date: ___   Rejection Date: ___
Ballot to be: ☐ Mailed Electronically   ☐ Transmitted/delivered the voter in hospital by Registrar/Deputy   ☐ Voted in office (municipal only)

FORM ABS-APP1B



# President Trump is Counting on You.

Join millions of your fellow Americans doing their part to support our Great American Comeback. Make a plan today to fill out one of the attached Absentee Ballot Request forms.

"I will be an absentee voter. We have a lot of absentee voters. It works, so we are in favor of absentee."
– President Donald J. Trump, 7/30/20

## Don't Wait. Fill Out One Of The Attached Forms In Order To Request Your Absentee Ballot Today!

In order to complete your request, you will need to:

◇ Don't wait. Fill out, sign and date the attached application.

◇ Your signature must appear on the application, or you will not receive an absentee ballot.

◇ Affix first-class postage and drop your completed application in the mail.

◇ Wait to receive your ballot in the mail from your local County Board of Registrar's Office.

## TAKE IMMEDIATE ACTION:
THE ATTACHED ABSENTEE BALLOT REQUEST FORMS.
MAKE A PLAN TODAY TO FILL OUT ONE OF

COMPLETE THE ATTACHED OFFICIAL
PRIMARY ABSENTEE BALLOT APPLICATION

With one trip
to the mailbox,
you can *make*
*a difference.*

Paid for by the Georgia Republican Party
(www.gagop.org) and not authorized by
any candidate or candidate's committee.

Post Office Box 550008
Atlanta, GA 30355

OFFICIAL

REPUBLICAN
PARTY NOTICE

YOUR PRIMARY
ABSENTEE BALLOT
APPLICATION

INSTRUCTIONS ARE INSIDE

PLACE
STAMP
HERE

**VD_ElectionOrg**
VD_ElectionOrgAddress
VD_ElectionCityStateZip

**VD_ElectionOrg**
VD_ElectionOrgAddress
VD_ElectionCityStateZip

PLACE
STAMP
HERE

# REQUEST YOUR PRIMARY ABSENTEE BALLOT TODAY

**YOU CAN MAKE A DIFFERENCE WITH ONE TRIP TO THE MAILBOX.**

**Fill Out One of the Attached Forms to Request Your Absentee Ballot Today**

**WE HAVE GOOD NEWS:**
*YOU ARE ELIGIBLE TO VOTE BY MAIL!*

Fill out and return the attached form, and an absentee ballot for the June 9th Republican Primary will be mailed to you.

**PROTECT OUR VALUES AND OUR LIBERTIES BY REQUESTING YOUR PRIMARY ABSENTEE BALLOT TODAY.**

Your fellow conservatives are counting on your vote. Do not wait any longer. **The deadline to request a primary absentee ballot is before Friday, June 5th.**

## INSTRUCTIONS FOR PRIMARY ABSENTEE BALLOT APPLICATION

**STEP 1:** Fill out, sign, and date the attached application. Your signature must appear on the application, or you will not receive an absentee ballot.

**STEP 2:** Affix first-class postage and drop your completed application in the mail. Wait to receive your ballot in the mail from your local County Board of Registrar's Office.

## Request Your Primary Absentee Ballot Today!

---



# APPLICATION FOR OFFICIAL ABSENTEE BALLOT

**FOR PRIMARY ELECTIONS ONLY** (please check one): ☐ **Democratic**   ☐ **Non Partisan** (will not have ANY party candidates listed)
☐ **Republican**

Application Date (MM/DD/YYYY) _____   Date of Primary, Election, or Runoff: **06/09/2020**

Name as Registered  (Last) _____   (First) _____   (Middle) _____

Mailing Address as Registered (Street) _____   (City) _____   (Zip) _____

SIGNATURE OR MARK^ OF VOTER – **REQUIRED** _____   *Signature of Person Preparing Application if Voter is Disabled or Illiterate – REQUIRED

**ARE YOU ELIGIBLE TO RECEIVE ABSENTEE FOR THE REST OF THIS ELECTION CYCLE WITHOUT ANOTHER APPLICATION? SEE BELOW**
☐ **E – Elderly** – I am 65 years of age or older.   ☐ **D – Disabled** – I have a physical disability.

---



# APPLICATION FOR OFFICIAL ABSENTEE BALLOT

**FOR PRIMARY ELECTIONS ONLY** (please check one): ☐ **Democratic**   ☐ **Non Partisan** (will not have ANY party candidates listed)
☐ **Republican**

Application Date (MM/DD/YYYY) _____   Date of Primary, Election, or Runoff: **06/09/2020**

Name as Registered  (Last) _____   (First) _____   (Middle) _____

Mailing Address as Registered (Street) _____   (City) _____   (Zip) _____

SIGNATURE OR MARK^ OF VOTER – **REQUIRED** _____   *Signature of Person Preparing Application if Voter is Disabled or Illiterate – REQUIRED

**ARE YOU ELIGIBLE TO RECEIVE ABSENTEE FOR THE REST OF THIS ELECTION CYCLE WITHOUT ANOTHER APPLICATION? SEE BELOW**
☐ **E – Elderly** – I am 65 years of age or older.   ☐ **D – Disabled** – I have a physical disability.



# OFFICIAL

REPUBLICAN PARTY NOTICE

YOUR PRIMARY ABSENTEE BALLOT APPLICATION

INSTRUCTIONS ARE INSIDE

Cover

PLACE STAMP HERE

VD_ElectionOrg
VD_ElectionOrgAddress
VD_ElectionCityStateZip

VD_ElectionOrg
VD_ElectionOrgAddress
VD_ElectionCityStateZip

PLACE STAMP HERE

Transition

WITH ONE TRIP TO THE MAILBOX,

YOU CAN MAKE A DIFFERENCE

## REQUEST YOUR PRIMARY ABSENTEE BALLOT TODAY

*Fill Out One of the Attached Forms to Request Your Absentee Ballot Today*

**WE HAVE GOOD NEWS:**
***YOU ARE ELIGIBLE TO VOTE BY MAIL!***

Fill out and return the attached form, and an absentee ballot for the June 9th Republican Primary will be mailed to you.

**PROTECT OUR VALUES AND OUR LIBERTIES BY REQUESTING YOUR PRIMARY ABSENTEE BALLOT TODAY.**

Your fellow conservatives are counting on your vote. Do not wait any longer. **The deadline to request a primary absentee ballot is before Friday, June 5th.**

**INSTRUCTIONS FOR PRIMARY ABSENTEE BALLOT APPLICATION**

***STEP 1:*** Fill out, sign, and date the attached application. Your signature must appear on the application, or you will not receive an absentee ballot.

***STEP 2:*** Affix first-class postage and drop your completed application in the mail. Wait to receive your ballot in the mail from your local County Board of Registrar's Office.

***Request Your Primary Absentee Ballot Today!***

## APPLICATION FOR OFFICIAL ABSENTEE BALLOT

**FOR PRIMARY ELECTIONS ONLY** (please check one): ☐ **Democratic** ☐ **Republican** ☐ **Non Partisan** (will not have ANY party candidates listed)

Date of Primary, Election, or Runoff: 06/09/2020

Application Date (MM/DD/YYYY) | Date of Birth (MM/DD/YYYY) | Daytime Contact. Number *(Optional)*

Name as Registered (Last) | (First) | (Middle)

Mailing Address as Registered (Street) | (City) | (Zip)

SIGNATURE OR MARK* OF VOTER – **REQUIRED** | *Signature of Person Preparing Application if Voter is Disabled or Illiterate – REQUIRED

**ARE YOU ELIGIBLE TO RECEIVE ABSENTEE FOR THE REST OF THIS ELECTION CYCLE WITHOUT ANOTHER APPLICATION? SEE BELOW**

☐ **E – Elderly** – I am 65 years of age or older. ☐ **D – Disabled** – I have a physical disability.

## APPLICATION FOR OFFICIAL ABSENTEE BALLOT

**FOR PRIMARY ELECTIONS ONLY** (please check one): ☐ **Democratic** ☐ **Republican** ☐ **Non Partisan** (will not have ANY party candidates listed)

Date of Primary, Election, or Runoff: 06/09/2020

Application Date (MM/DD/YYYY) | Date of Birth (MM/DD/YYYY) | Daytime Contact. Number *(Optional)*

Name as Registered (Last) | (First) | (Middle)

Mailing Address as Registered (Street) | (City) | (Zip)

SIGNATURE OR MARK* OF VOTER – **REQUIRED** | *Signature of Person Preparing Application if Voter is Disabled or Illiterate – REQUIRED

**ARE YOU ELIGIBLE TO RECEIVE ABSENTEE FOR THE REST OF THIS ELECTION CYCLE WITHOUT ANOTHER APPLICATION? SEE BELOW**

☐ **E – Elderly** – I am 65 years of age or older. ☐ **D – Disabled** – I have a physical disability.

Inside

COMPLETE THE ATTACHED OFFICIAL PRIMARY ABSENTEE BALLOT APPLICATION

*With one trip to the mailbox, you can **make a difference.***

Paid for by the Georgia Republican Party (www.gagop.org) and not authorized by any candidate or candidate's committee.

Post Office Box 550008
Atlanta, GA 30355

Mail Panel

Place
First-Class
Postage
Here

## Return this absentee ballot request form today.
ENSURE YOUR VOTE COUNTS.

1 After completing your application, detach along the perforated line.
2 Re-fold and tape closed.
3 Place a First-Class stamp where indicated and drop in the mail.

ABAPPOFCNM
ABAPPADDR1
ABAPPADDR2
ABAPPCSZ

## REQUEST YOUR ABSENTEE BALLOT TODAY.

### VOTE IN THE SAFETY AND COMFORT OF YOUR HOME.



**TO ENSURE YOUR ABSENTEE BALLOT REQUEST IS RECEIVED, PLEASE DO THE FOLLOWING:**

Don't wait. Fill out, sign, and date the attached application. Your signature must appear on the application, or you will not receive an absentee ballot.

Affix first-class postage and drop your completed application in the mail. Wait to receive your ballot in the mail from your local County Board of Registrar's Office.

**Your application must be received by your county election official by the end of the business day on the Friday before Election Day (Oct. 30).**

You may also apply for a ballot online at https://ballotrequest.sos.ga.gov/

OFFICIAL ABSENTEE BALLOT
BALLOT MUST BE ENCLOSED

**Return this absentee ballot request form today.**

Detach, fill out and mail today. Fold and tape closed.

---

Place
First-Class
Postage
Here

## Return this absentee ballot request form today.
ENSURE YOUR VOTE COUNTS.

1 After completing your application, detach along the perforated line.
2 Re-fold and tape closed.
3 Place a First-Class stamp where indicated and drop in the mail.

ABAPPOFCNM
ABAPPADDR1
ABAPPADDR2
ABAPPCSZ

## REQUEST YOUR ABSENTEE BALLOT TODAY.

**TO ENSURE YOUR ABSENTEE BALLOT REQUEST IS RECEIVED, PLEASE DO THE FOLLOWING:**

Don't wait. Fill out, sign, and date the attached application. Your signature must appear on the application, or you will not receive an absentee ballot.

Affix first-class postage and drop your completed application in the mail. Wait to receive your ballot in the mail from your local County Board of Registrar's Office.

**Your application must be received by your county election official by the end of the business day on the Friday before Election Day (Oct. 30).**

You may also apply for a ballot online at https://ballotrequest.sos.ga.gov/

**Return this absentee ballot request form today.**

Detach, fill out and mail today. Fold and tape closed.

### ONE MORE VOTE IN YOUR NEIGHBORHOOD COULD MAKE THE DIFFERENCE.

## URGENT: COMPLETE & MAIL YOUR ABSENTEE BALLOT REQUEST FORM TODAY!

Non-Profit Org.
U.S. Postage
PAID
Campaign Mail



### "I am going to be voting absentee."
—PRESIDENT TRUMP

Worried about COVID-19, long lines, or bad weather?
**JOIN PRESIDENT TRUMP.
VOTE ABSENTEE.**

Georgia Republican Party
P.O. Box 550008
Atlanta, GA 30355

**ECR*WSH**C-001
NAME
COMPANY
ADDRESS
ADDRESS2
CITY STATE ZIP



### Return This Absentee Ballot Request Form Today.

### VOTE IN THE SAFETY AND COMFORT OF YOUR HOME.

## Vote absentee.

### IT'S SAFE AND SECURE.

OFFICIAL ABSENTEE BALLOT
BALLOT MUST BE ENCLOSED

## URGENT: ABSENTEE BALLOT REQUEST FORM ENCLOSED!

# Just one more vote in your neighborhood will make a difference.

**IF YOU WILL NOT BE ABLE TO CAST YOUR VOTE IN PERSON, SUBMIT YOUR ABSENTEE BALLOT REQUEST FORM TODAY.**

**YOUR VOTE MATTERS**
Millions of patriots are counting on you to vote. This is your chance to protect America's future.

**VOTING ABSENTEE IS SAFE AND SECURE**
Absentee voting is a safe and secure way to guarantee your voice is heard.

**VOTE FROM THE COMFORT OF YOUR HOME**
Avoid crowds, skip the lines and protect your health. Return the enclosed absentee ballot request form today!

**MAIL YOUR ABSENTEE BALLOT REQUEST FORM TODAY!**

Paid for by the Georgia Republican Party, Inc. www.gagop.org

---

*Brad Raffensperger*
SECRETARY OF STATE

## APPLICATION FOR OFFICIAL ABSENTEE BALLOT

**PLEASE PRINT** (Failure to fill out the form completely could delay your application)
Date of Primary, Election, or Runoff: (MM/DD/YYYY) **November 3, 2020**

| | | |
|---|---|---|
| **Voter name** | 1 | First: ______ Middle: ______<br>Last: ______ Suffix: ______ |
| **Permanent address on file with county election office**<br>This is the address at which you are registered OR the mailing address you have given your county elections office. Your ballot will be sent here unless you provide a valid address in Section 3. | 2 | Street: ______<br>City: ______ Zip: ______<br>County: ______ |
| **Temporary address where you want ballot sent**<br>If you wish to receive your absentee ballot at an address other than the one in Section 2, fill it in here. This address **must be in a different county that the county listed in Section 2** unless you are physically disabled or detained in jail or other detention facility. | 3 | Street: ______<br>City: ______ State: ______<br>Zip: ______ County: ______ |
| **Date of birth** | 4 | Date of birth: (MM/DD/YYYY) ______ |
| **Contact information** | 5 | To assist your county elections officials in contacting you in a timely manner if your application is incomplete, please provide the following information.<br>Phone number: ______ Email: ______ |
| **Signature or mark of voter**<br>Required if voter fills out this application. | 6 | Signature or mark of voter: ______<br>Today's date: (MM/DD/YYYY) ______ |
| **Signature of person providing assistance**<br>Required if the voter receives assistance filling out this form. Assistance is only allowed if the voter is illiterate or physically disabled. | 7 | Name of assistant: ______<br>Signature of assistant: ______<br>Today's date: (MM/DD/YYYY) ______ |
| **Signature of person requesting ballot if not voter**<br>Required only if an eligible relative is making an application on behalf of the voter who is physically disabled or temporarily residing out of the county. | 8 | Signature of requestor: ______<br>Relationship to voter: ______<br>I swear that the facts contained in this application are true and that I am either the mother, father, grandparent, brother, sister, aunt, uncle, spouse, son, daughter, niece, nephew, grandchild, son-in-law, daughter-in-law, mother-in-law, father-in-law, brother-in-law or sister-in-law of the age of 18 and swear (or affirm) that the above-named voter is<br>(check one) ☐ physically disabled or ☐ temporarily residing out of the county |
| **If you meet one of the described conditions in this section and would like to receive a mail ballot for the rest of the elections cycle without another application, indicate by checking the applicable eligibility requirement.** | 9 | ☐ E - Elderly - I am 65 years of age or older ☐ D - Disabled - I have a physical disability<br>☐ U – UOCAVA Voter - I am a uniformed service member, spouse or dependent of a uniformed service member, or other US citizen residing overseas. **My current status is (please mark one):**<br>☐ MOS – Military Overseas ☐ OST – Overseas Temporary Resident<br>☐ MST – Military Stateside ☐ OSP – Overseas Permanent Resident (federal offices only)<br>Email: (required for UOCAVA voters requesting electronic transmission) ______ |

**FOR OFFICE USE ONLY**
Dist. Combo: ______ Precinct: ______ Ballot #: ______
Received Date: ______ ISS Date: ______ Certified Date: ______ Rejection Date: ______
ID SHOWN: GADL ______ Other: ______
I certify that the above named voter ☐ is eligible ☐ is not eligible to receive a vote by mail ballot
Reason for Rejection: ______ Registrar Signature: ______
Ballot to be: ☐ Mailed Electronically ☐ Transmitted/delivered to voter in hospital by Registrars/Deputy ☐ Voted in office (municipal only)

FORM #ABS-APP-18

---

*Brad Raffensperger*
SECRETARY OF STATE

APPLICATION FOR OFFICIAL ABSENTEE BALLOT

**PLEASE PRINT** (Failure to fill out the form completely could delay your application)
Date of Primary, Election, or Runoff: (MM/DD/YYYY) **November 3, 2020**

| | | |
|---|---|---|
| **Voter name** | 1 | First: ______ Middle: ______<br>Last: ______ Suffix: ______ |
| **Permanent address on file with county election office**<br>This is the address at which you are registered OR the mailing address you have given your county elections office. Your ballot will be sent here unless you provide a valid address in Section 3. | 2 | Street: ______<br>City: ______ Zip: ______<br>County: ______ |
| **Temporary address where you want ballot sent**<br>If you wish to receive your absentee ballot at an address other than the one in Section 2, fill it in here. This address **must be in a different county that the county listed in Section 2** unless you are physically disabled or detained in jail or other detention facility. | 3 | Street: ______<br>City: ______ State: ______<br>Zip: ______ County: ______ |
| **Date of birth** | 4 | Date of birth: (MM/DD/YYYY) ______ |
| **Contact information** | 5 | To assist your county elections officials in contacting you in a timely manner if your application is incomplete, please provide the following information.<br>Phone number: ______ Email: ______ |
| **Signature or mark of voter**<br>Required if voter fills out this application. | 6 | Signature or mark of voter: ______<br>Today's date: (MM/DD/YYYY) ______ |
| **Signature of person providing assistance**<br>Required if the voter receives assistance filling out this form. Assistance is only allowed if the voter is illiterate or physically disabled. | 7 | Name of assistant: ______<br>Signature of assistant: ______<br>Today's date: (MM/DD/YYYY) ______ |
| **Signature of person requesting ballot if not voter**<br>Required only if an eligible relative is making an application on behalf of the voter who is physically disabled or temporarily residing out of the county. | 8 | Signature of requestor: ______<br>Relationship to voter: ______<br>I swear that the facts contained in this application are true and that I am either the mother, father, grandparent, brother, sister, aunt, uncle, spouse, son, daughter, niece, nephew, grandchild, son-in-law, daughter-in-law, mother-in-law, father-in-law, brother-in-law or sister-in-law of the age of 18 and swear (or affirm) that the above-named voter is<br>(check one) ☐ physically disabled or ☐ temporarily residing out of the county |
| **If you meet one of the described conditions in this section and would like to receive a mail ballot for the rest of the elections cycle without another application, indicate by checking the applicable eligibility requirement.** | 9 | ☐ E - Elderly - I am 65 years of age or older ☐ D - Disabled - I have a physical disability<br>☐ U – UOCAVA Voter - I am a uniformed service member, spouse or dependent of a uniformed service member, or other US citizen residing overseas. **My current status is (please mark one):**<br>☐ MOS – Military Overseas ☐ OST – Overseas Temporary Resident<br>☐ MST – Military Stateside ☐ OSP – Overseas Permanent Resident (federal offices only)<br>Email: (required for UOCAVA voters requesting electronic transmission) ______ |

**FOR OFFICE USE ONLY**
Dist. Combo: ______ Precinct: ______ Ballot #: ______
Received Date: ______ ISS Date: ______ Certified Date: ______ Rejection Date: ______
ID SHOWN: GADL ______ Other: ______
I certify that the above named voter ☐ is eligible ☐ is not eligible to receive a vote by mail ballot
Reason for Rejection: ______ Registrar Signature: ______
Ballot to be: ☐ Mailed Electronically ☐ Transmitted/delivered to voter in hospital by Registrars/Deputy ☐ Voted in office (municipal only)

FORM #ABS-APP-18

# ATTACHMENT B

**voterparticipation**
CENTER

CENTER FOR
**voterinformation**

| | |
|---|---|
| **To:** | Interested parties |
| **From:** | The VPC and CVI team |
| **Re:** | Lessons learned from summer 2020 VBM recruitment programs |
| **Date:** | September 14, 2020 |

## Executive Summary

In response to COVID-19, the Voter Participation Center (VPC) and the Center for Voter Information (CVI) launched a major program pushing voters to vote by mail—and this program has already produced significant results.

**To date, VPC and CVI have helped more than 3.5 million voters in key states request vote-by-mail (VBM) ballots for the November election**—and nearly tens of thousands of people continue to respond to VPC and CVI VBM mail every day. The response rate for the first large-scale wave of mail sent in early August is currently an impressive 12%.

VPC and CVI also completed large-scale testing to understand which audiences are most responsive to which tactics and strategies—because with COVID-19 changing voting behavior, it is vitally important to reevaluate to this particular moment.

As recent elections have illustrated, signing voters up to vote by mail early can relieve pressure on local election offices, making it more likely that everyone gets their ballots on time. This work puts the VPC and CVI VBM programs in an extremely strong position for the rest of the cycle.

VPC's mission, as a 501(c)(3), is to increase the participation of the Rising American Electorate (RAE)—composed of communities of color, unmarried women, and young people. CVI, a 501(c)(4) organization, speaks to different audiences of progressive voters outside the RAE.

Key lessons learned from testing to date include:

- **Vote by mail programs increase turnout.** VPC and CVI have run VBM programs for the past 16 years and consistently found that they increase total turnout and do not simply shift voters from Election Day to mail voting, and this is true in the era of COVID. VPC and CVI VBM programs increased net turnout in primary elections in Pennsylvania and Wisconsin, and increased net ballot returns in Georgia and Iowa primary elections.

VoterParticipation.org
202-659-9570
1707 L St NW, Washington, DC 20036

CenterForVoterInformation.org
202-766-6575
1707 L St NW, Washington, DC 20036

1

- **We cannot rely on states and localities to sign people up to vote by mail.** VPC and CVI have consistently found that multiple waves of effective mail (be it voter registration, VBM, or social normative turnout mail) produce additive net vote effects. In the Georgia and Iowa 2020 primary elections, VPC and CVI mailed voters who had received an official application form from their state. In both states, this mail produced a statistically significant increase in ballot returns. Mailing voters who receive official application forms for the general election is a necessary  for a comprehensive VBM program.

- **Past experience with VBM matters more than vote propensity**. In the Wisconsin election in April, the VBM program produced a statistically significant net impact even among the voters most likely to vote—but did not produce a net impact on voters with prior VBM experience, and this an enormously important lesson. In a normal election cycle, there would be different strategies for reaching and mobilizing frequent voters on a chosen scale. In 2020, with COVID-19 lingering and in some states, resurgent, it is important to help frequent voters with little or no experience with voting by mail to navigate the new reality.

- **Layering programs around VBM recruitment mail can increase the impact.** VPC and CVI have worked closely with America Votes and other organizations to send texts and to make live calls to people receiving recruitment mail. There is an effect but only among people contacted. Chase is effective when voters can be contacted but suffers due to low contract rates. VPC and CVI chase mail is effective but expensive.

- **Early VBM programs are effective**. Programs designed to get people to take an action—from registering to vote to donating money—are often more effective in leading up to a deadline. Historically that is true for VBM. However, large-scale mailings VPC and CVI conducted in June and August have double the responses compared to 2018.  Both the June and first August VBM mailings in 2020 were more effective than similar mailing in September/October of 2018, and this is noteworthy in that these applications can be sent over a more extended period, increasing the numbers of people who sign up and not endangering the vote by mail process by overloading election officials close to key deadlines.

- **Messaging matters**. Emphasizing that voting by mail is healthy and safe increases response rates among some voters. Emphasizing that a high percentage of voters in a given state vote early/by mail also increases response rates—but interestingly emphasizing high raw numbers of voters voting early/by mail doesn't appear to have an impact. And sending English/Spanish bilingual mail to voters who model as likely to speak Spanish substantially increases response rates. Ongoing testing is important to

VoterParticipation.org
202-659-9570
1707 L St NW, Washington, DC 20036

CenterForVoterInformation.org
202-766-6575
1707 L St NW, Washington, DC 20036

2

understand what works with what audience in a given moment. The ballot request effect for anticipatory language resulted in statistically insignificant but does produce suggestively higher response rates than other creatives.

VPC and CVI are already implementing these lessons', with three more VBM mailings planned in September through the first few days of October, and with a large-scale digital VBM recruitment program.

It is important to acknowledge that voting by mail is not the right solution for every voter. VPC and CVI will also encourage voters to vote early in person and on Election Day. The overall VPC/CVI strategy is to sign up as many voters as possible to vote by mail and push people with mail ballots to return them early, so that there are shorter lines on Election Day—and as a way to mitigate potential turnout reductions due to closing polling places.[1]

## The VPC/CVI VBM Program

16 years of testing informs VPC and CVI VBM programs. VPC/CVI send voters a letter package that includes a partially-pre-filled VBM application form (if allowed by the state), instructions on how to complete the form, a letter telling people that voting by mail is easy and convenient that includes social normative language, and a postage-paid return envelope to the voter's county or municipal election office. These return envelopes include a unique tracking barcode so VPC/CVI can track who has responded to which mailing. Testing has consistently shown that VBM mail works best when it is black and white and has no political messaging.

Central to all VPC/CVI programs is randomized controlled trial testing. This allows VPC/CVI to understand not just who responded and who voted, but who only voted as a result of receiving a VPC or CVI mailing, controlling for everything else happening in the election. This has allowed VPC and CVI to develop and optimize VBM strategy and tactics to-date. Testing over the past few months will allow VPC and CVI to run the most effective program going forward.

VPC and CVI have five large-scale VBM mailings planned for the cycle. These mailings aim for voters in states where the Rising American Electorate—and those who share the values of the Rising American Electorate— can have a decisive voice in the 2020 election. The first three waves have already landed in homes.

- **Wave A:** in homes August 5 – 8

---

[1] In the Wisconsin April election, a Brennan Center analysis found that reducing election day polling places reduced turnout by a staggering 8.6 percentage points.

VoterParticipation.org
202-659-9570
1707 L St NW, Washington, DC 20036

CenterForVoterInformation.org
202-766-6575
1707 L St NW, Washington, DC 20036

3

voterparticipation
CENTER

CENTER FOR
voterinformation

- **Wave B:** n homes August 19 – 22
- **Wave C:** in homes September 9 – 11
- **Wave D:** in homes September 16 – 19
- **Wave E:** in homes September 28 – October 1

The five waves include most key states, but some states were held out of specific waves in order for mail to not land too close to primary VBM request deadlines. The table below shows the states included by wave.

| State | Wave One Mail | Wave Two Mail | Wave Three Mail | Wave Four Mail | Wave Five Mail |
|---|---|---|---|---|---|
| AK | No | Yes | Yes | Yes | Yes |
| AR | No | No | Yes | No | No |
| AZ | Yes | Yes | Yes | Yes | Yes |
| FL | Yes | Yes | Yes | Yes | Yes |
| GA | No | Yes | Yes | Yes | Yes |
| IA | Yes | Yes | Yes | Yes | Yes |
| ME | No | Yes | Yes | Yes | Yes |
| MI | Yes | Yes | Yes | Yes | Yes |
| MN | Yes | Yes | Yes | Yes | Yes |
| NC | Yes | Yes | Yes | Yes | Yes |
| NE-02 | No | Yes | No | No | Yes |
| NM | Yes | Yes | Yes | Yes | Yes |
| OH | Yes | No | Yes | Yes | Yes |
| PA | Yes | Yes | Yes | Yes | Yes |

VoterParticipation.org
202-659-9570
1707 L St NW, Washington, DC 20036

CenterForVoterInformation.org
202-766-6575
1707 L St NW, Washington, DC 20036

4

voterparticipation          CENTER FOR
C E N T E R                  voterinformation

| | | | | | |
|---|---|---|---|---|---|
| TX | Yes | No | Yes | Yes | Yes |
| VA | Yes | No | No | No | No |
| WI | No | Yes | Yes | Yes | Yes |

VPC is currently running digital VBM programs in FL,IA, NC, OH, PA, and WI and will expand to GA, ME, MI, MN, and NM shortly using the CampaignOS VBM tool. The CampaignOS tool produced the best cost per successful VBM signup, but the net requests evaluation was inconclusive and different metrics performed better or worse for different tools, thus other organizations may reach different conclusions.

## Detailed Results from Wave A Mailing

The table below shows three response rates by state for vote by mail. One wave of VBM recruitment mail sent in May and June 2020, compared to the response rate by state of one wave of very similar mail sent in late September 2018, and Wave A. In all cases, the 2020 response rate is significantly higher than the 2018 response rate.

| State | 2018 Response Rates | Response Rate From May/June 2020 | Wave A  Response Rate Aug 2020 |
|---|---|---|---|
| AZ | 4.9% | 7.0% | 5.0% |
| FL | 4.7% | 6.6% | 8.9% |
| IA | NA | NA | 19.2% |
| KS | NA | NA | 15.5% |
| MI | NA | 7.9% | 6.6% |
| MN | 4.6% | 16.0% | 10.1% |
| NC | 3.5% | 5.6% | 11.7% |
| NM | NA | NA | 16.3% |
| OH | NA | NA | 18.0% |
| PA | NA | NA | 10.8% |

VoterParticipation.org
202-659-9570
1707 L St NW, Washington, DC 20036

CenterForVoterInformation.org
202-766-6575
1707 L St NW, Washington, DC 20036

5

voterparticipation CENTER

CENTER FOR
voterinformation

| | | | |
|---|---|---|---|
| **TX** | NA | NA | 26.5% |
| **VA** | NA | N/A | 12.6% |
| **WI** | 2.1% | 8.3% | NA |
| **Overall** | **4.9%** | **8.5%** | **11.9%** |

High-vote-propensity voters and older voters responded at the highest rates. The tables below show response rates from the Wave One VBM program mailed in early August by age and by 2020 modeled vote propensity score

| 2020 Vote Propensity Score | Response Rate | Age | Response Rate |
|---|---|---|---|
| 0 - 50 | 8.2% | 18 - 19 | 7.9% |
| 50 - 70 | 8.7% | 20 - 34 | 5.6% |
| 70 - 80 | 9.9% | 35 - 49 | 8.2% |
| 80 - 90 | 11.7% | 50 - 64 | 13.7% |
| 90 - 100 | 17.5% | 65+ | 23.6% |

The next tables show response rates by race, gender, and marital status for Wave A mailing.

| Race | Response Rate | Gender/Marital Status[2] | Response Rate |
|---|---|---|---|
| African American | 8.1% | Married Men | 15.2% |
| AAPI | 13.9% | Married Women | 15.4% |
| LatinX | 7.8% | Unmarried Men | 7.9% |
| Other PoC | 9.5% | Unmarried Women | 10.1% |
| Caucasian | 14.4% | | |

It is incredibly important to note that lower response rates among communities of color, unmarried women, and young people are why VPC focuses on these communities with all programs. Collectively, the RAE represents 64% of the eligible voting population, but are

---

[2] Based on model scores. VPC/CVI do not model for likely LGBTQ community status.

VoterParticipation.org
202-659-9570
1707 L St NW, Washington, DC 20036

CenterForVoterInformation.org
202-766-6575
1707 L St NW, Washington, DC 20036

6

voterparticipation          CENTER FOR
CENTER                      voterinformation

underrepresented in American politics. VPC programs are designed to emphasize these audiences, not despite their lower response rates, but because of them.

**Messaging Test Results from Wave A and B  VBM Mail**

While tens of thousands of people continue to respond to the most recent mailing in August, enough people have responded to date to evaluate the messages VPC and CVI tested in mailing.

**Wave A message tests**

Five states (MI, NC, OH, PA, and VA) tested three new messages for vote by mail recruitment. One message offers reassurance to voters by educating them they can track the status of their ballot online. A second message was tested around  the coronavirus, and how to not let the virus takeaway your ability to vote. And a third message provided a message of exclusivity and the voter has been selected to receive a vote by mail application.

- **Reassurance**.  Research on voter confidence finds that people trust "local" more than other levels of election administration. The reassurance message states local election officials are taking steps to make voting by mail safe and secure. The message also encourages voters to track their ballot status, thus offering a reassurance voters can trust the mail ballot process and feel it is safe and secure by tracking the status of their mail ballot. The response rate of the  message Reassurance rate of 12.2%.
- **Virus**. 2020 has been an unpredictable year as the coronavirus has changed daily life. To an extent, the virus has taken away the ability to go about the day as one usually would. Just because there is a pandemic, it does not mean that the virus has the ability to take away your vote because there are too few polling locations in the primaries, and general fear of contracting the virus in a public voting location. "*Voting by mail ensures coronavirus cannot take away your ability to vote,*" messaging puts the power of voting into the voters hand, and implies vote by mail is an opportunity to keep the voters ability to vote. Like Reassurance, Virus also has a 12.2% response rate.
- **Selected**. The message Selected, paired with a report card, resulted in a 11.7% response rate. Selected messaging calls attention to the fact that the voter was explicitly chosen to receive the application by mail. Their information is populated onto the vote by mail form, which provides an exclusive voter experience.

**Voters 65 and older**
- **Good Citizen** language was also tested in Wave A only to Texas voters 65 and older, and resulted in a significant 26.3% response rate. Indicating Good Citizen is the best messaging for voters 65 and over. The message addresses challenging times and that

**VoterParticipation.org**
202-659-9570
1707 L St NW, Washington, DC 20036

**CenterForVoterInformation.org**
202-766-6575
1707 L St NW, Washington, DC 20036

7

voterparticipation    CENTER FOR
C E N T E R                voterinformation

voting by mail is being considerate of family, friends, and neighbors. The message also indicates voting by mail is also creating a shorter line for people who have to vote in-person.

**Wave B Message Test**

- **CDC COVID Message Test.** In wave B, five states (FL, GA, MI, NC, PA) received letters stating, "The Center for Disease Control recommends lower risk voting options like mail ballots to minimize potential exposure to COVID." Currently, a 6.6% response rate, which is slightly outperforming other creatives, but keep in mind Wave B has only recently arrived in voter's mailboxes, explaining the lower response rate relative to Wave A messages at this point.

**Previous Message Tests from May and June**

- **Report Card**. The standard version. Testing in 2016 showed that adding social normative language comparing the voters' voting record targeted with their community substantially increased the effectiveness of the program.

  - **Anticipatory Benefits.** It comes from the social psychology principle that some people get more pleasure from anticipating something (a vacation, for example) than the thing itself. This approach showed some promise in testing conducted in May and June mailing, and Wave A. The ballot request effect for anticipatory language resulted in statistically insignificant but higher response rates compared to other creatives.

  - **Descriptive Norm**. Emphasizing high usage of mail ballot voting in past elections to drive participation in this election. This proved effective in tests by the League of Conservation Voters in 2016. When emphasizing high percentages of people voting before Election Day, this creative resulted in a statistically significant higher response rate than Report Card. When emphasizing high raw totals of people voting before Election Day, this creative did not produce better results than Report Card.

  - **Healthy and Safe.** CVI tested adding language to the standard VBM mailing in the April Wisconsin election, saying, "voting at home keeps you healthy and safe." Despite reducing response rates (but not net votes) in an earlier test in Wisconsin, this language increased response rates in the June mailing. This increase is suggestive but not statistically significant overall, but is statistically significant among voters with vote propensity scores 70 - 90.

  - **New to VBM**. In MI, PA, and VA, no-excuse VBM is available to voters for the first time, and in other states like FL and NC, most voters have never voted by mail before despite having the opportunity. This experiment introduces people to VBM and

VoterParticipation.org
202-659-9570
1707 L St NW, Washington, DC 20036

CenterForVoterInformation.org
202-766-6575
1707 L St NW, Washington, DC 20036

8

encourages them to sign up now. This mailing produced the best results of anything tested in North Carolina, but under-performed in other states.

- **Permanent Status**. Some states allow voters to join permanent mail ballot lists so that they don't need to request ballots every year. This test was designed to determine whether there is a decline in impact when pushing voters to join the permanent list, whatever their previous experience with voting by mail. Encouraging voters to join permanent vote-by-mail lists didn't reduce response rates, so future programs can safely push voters towards permanent VBM lists where available, providing a head-start on the work of 2022 and beyond. In May, mailing the response rate to Permanent status was 8.2%.

- **New Format**. VPC/CVI traditionally sends voters a letter and a form in an envelope that also contains a smaller return envelope. The new format experiment uses a new package that has proven successful in voter registration mailings that is quicker and cheaper to produce. This new format is a postcard "self-mailer" and includes a tear-off application form and a tear-off postage-paid return envelope. Despite success as a voter registration concept, this substantially underperformed the Report Card in this test.

- **Bilingual mail**. VPC and CVI have found that in voter registration, sending a mailing where the letter is translated into Spanish on the back increases response rates when sent to unregistered voters who model as likely to speak Spanish.[3] VPC and CVI tried a similar test in Florida and found that a bilingual mailer produced statistically significant higher response rates than the English-only mailer among likely Spanish-speakers.


**VBM Recruitment Mail  for 2020 PA Primary Results for Low and Mid-Propensity Voters**

The VBM requests analyzed in this memo are valid for the June 2 primary. Mail ballot use and turnout are measured in the June 2 Pennsylvania primary. The mailing use of Report Card social pressure messaging was based on past testing by CVI/VPC. There were random assignments of three versions of instructions for requesting mail ballot: Official state instructions; Simplified state instructions; Easy as 1-2-3.

- Easy: Message follows numbered, and step-by-step instructions how to to obtain a ballot by mail, and how to run the ballot. Step 1: Complete, sign, and mail form. 2. Officials mail you an absentee ballot, and 3. Fill out the ballot and return by mail.

---

[3] According to the Catalist/Latino Decisions Spanish-speaker model.

VoterParticipation.org
202-659-9570
1707 L St NW, Washington, DC 20036

CenterForVoterInformation.org
202-766-6575
1707 L St NW, Washington, DC 20036

9

voterparticipation
CENTER

CENTER FOR
voterinformation

- <u>Official state instructions</u>: Vote by mail instructions in the official state instructions is smaller than the simplified version, and includes a warning message that if a voter receives a mail-ballot and returns said ballot, voters may note vote at polling locations on election day. This letter has broken down the process for the vote by mail application, which includes, how to submit, deadline alert, necessary identification, information on annual mail-in ballot request, and website and phone number for questions.
- <u>Simplified</u>: Looks similar to the official state instructions, but the letter as slightly larger text font, breaks down the process for the vote by mail application, which includes how to submit, deadline alert, necessary identification, information on annual mail-in ballot request, and website and phone number for questions.

**Voting by Mail** was used by 9.1% of the control group, based on voting method data provided by Catalist. The differences among these three versions are marginally statistically significant (p=0.072); the differences between Easy instructions and the State instructions are statistically significant (p=0.029). The effects on voting by mail were slightly higher for whites than African American and Latinx voters. Across ideology scores, voting by mail was slightly larger among 0-50 (only People of Color) and 80-100 than the middle categories.

| Voting by Mail | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Message | Increase of VBM | Caucasian Voters | African American Voters | Latinx Voters | Cost Per Net Mail Ballot | Ideology Score Range 0-50 (PoC) | Ideology Score Range 50-64.9 | Ideology Score Range 65-80 | Ideology Score Range 80-100 |
| Easy | 1.6% | 1.7% | 1.5% | 1.1% | $32 | 1.9 | 0.8 | 1.3 | 2.0 |
| Simplified | 1.2% | 1.2% | 1.3% | 1.1% | $43 | 1.6 | 0.5 | 1.5 | 1.4 |
| State | 1.1% | 1.2% | 0.8% | 0.8% | $47 | 2.1 | 0.4 | 1.3 | 1.0 |

**Turnout** was 17.3% of the control group, based on voting data provided by Catalist. The differences among these three versions are marginally statistically significant (p=0.088); the differences between Easy instructions and the State instructions are marginally statistically significant (p=0.071). The effects on turnout were indistinguishable for Caucasian, African

VoterParticipation.org
202-659-9570
1707 L St NW, Washington, DC 20036

CenterForVoterInformation.org
202-766-6575
1707 L St NW, Washington, DC 20036

10

voterparticipation | CENTER FOR
CENTER | voterinformation

American, and Latinx voters.  Across ideology scores, turnout effects were larger among 0-50 (only People of Color) and 80-100 than the middle categories. Easy instructions increased turnout, and pulled votes prior to Election Day, while  African American, and Latinx voters saw an increase in mobilization.

| Turnout | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Message | Increase of Turnout | Caucasian Voters | African American Voters | Latinx Voters | Cost Per Net Mail Ballot | Ideology Score Range 0-50 (PoC) | Ideology Score Range 50-64.9 | Ideology Score Range 65-80 | Ideology Score Range 80-100 |
| Easy | 1.5% | 1.5% | 1.5% | 1.2% | $37 | 2.9 | 0.4 | 1.2 | 2.1 |
| Simplified | 0.9% | 0.9% | 0.6% | 1.0% | $58 | 2.8 | 0.2 | 0.9 | 1.0 |
| State | 1.0% | 1.1% | 0.6% | 1.1% | $52 | 2.6 | 0.6 | 1.3 | 0.8 |

**Learnings from Wisconsin**

The net impact of the Wisconsin programs is, not surprisingly, lower than VPC and CVI have seen historically and in other states, due to the chaotic nature of the April election, and due to the impact of the requirement that voters submit voter ID with their absentee ballot request and get a witness signature for their ballots. Despite those challenges, VCP/CVI has takeaways regarding a voters experience with vote by mail, as well as from a digital layer test.

- **Prior experience with VBM is very important**. Among people with experience voting by mail, the VPC/CVI VBM mail had no detectable effect. Among people without experience voting by mail, the VPC/CVI VBM mail increased turnout by 0.9 percentage points to 1.1 percentage points at $64 to $78 per net vote, depending on the experimental condition.

- **Running targeted digital ads to the mail universe doubled the impact of the mail by itself**. VPC and CVI ran ads on Facebook, highlighting news stories that the Governor was encouraging everyone to vote by mail, among other ads. The mail-only condition increased turnout by 0.34 percentage points over the control group turnout rate at $176 per net additional vote. The mail plus digital condition increased turnout over the

VoterParticipation.org
202-659-9570
1707 L St NW, Washington, DC 20036

CenterForVoterInformation.org
202-766-6575
1707 L St NW, Washington, DC 20036

11

voterparticipation CENTER    CENTER FOR voterinformation

control group turnout rate by 0.86 percentage points, at $105 per net additional vote.[4] A replication from June shows a much smaller and not statistically significant effect in the May/June program.

**Net Ballot Return Rates from Primary**

While final post-election voter files are not available, analysis of ballot return data in Georgia, Iowa, and Pennsylvania shows that VBM is even more effective outside Wisconsin.[5]

The table below shows the response rates, the net ballot return rate (the increase in ballots returned treatment over control) in Georgia, Iowa, and Pennsylvania, and the cost per net ballot return. In GA and IA, VPC and CVI only mailed people who received official applications, so these effects are 100% additive above and beyond the effect of receiving the official state mailer.

| State | Response Rate | Net Ballot Return Rate (PP) | Net Ballot Return Rate (% Increase of Control Turnout) | Cost per Net Ballot Return |
|---|---|---|---|---|
| Georgia | 5.1% | 1.0 pp | 20% | $42 |
| Iowa | 4.1% | 0.7 pp | 10% | $60 |
| Pennsylvania | 8.3% | 2.1 pp | 26% | $20 |

**Digital VBM Results**

**Digital Layer Test**

In the Wisconsin primary, VPC targeted digital ads to the mail universe which doubled the impact of the mail. In order to test this at a larger scale and across states, VPC launched a program in June surrounding the vote-by-mail mailings in Florida, Wisconsin, Minnesota, Arizona. The objective of this program was to replicate the findings from Wisconsin and test the effects of the number of impressions someone gets. Half of the universe received an average of 40 impressions, while the other half received an average of 15 impressions. VPC tested five messenge tracks and multiple creatives. At the start of the test, VPC was not yet using a vote-by-mail tool to track sign ups and thus to fully evaluate the



---

[4] The difference between treatments was statistically significant.

[5] Historically, net ballot return rates are highly correlated with net vote effects.

VoterParticipation.org
202-659-9570
1707 L St NW, Washington, DC 20036

CenterForVoterInformation.org
202-766-6575
1707 L St NW, Washington, DC 20036

12

test, which concluded June 26. There are however initially messaging results.

- Overall, the PSA copy (see right) performed best as a category but especially the variation with DEADLINE and the shortURL in the copy (.80% Click-Thru rate (CTR)).
- The general election language also had a high CTR at .75%. And influencers performed in the mid-range with the ad featuring Shanel beating out the others. All of these results are statistically significant.
- The highlighted map ended up beating the state flag at all points (.73% vs .61%) to a statistically significant degree.

Overall, the digital layering program did not produce a statistically significant increase in ballots returned in August primary elections, but the high-frequency track did produce a statistically significant 0.20 percentage point net increase in ballot return rate ($p$=0.01).

However, VPC also ran these ads to the control group that did not receive any mail and produced similar effects, so it appears that the ads were effective in driving VBM signups online but not more effective when timed around the mail program.

**VPC Search Lift Results from YouTube with Fellow Americans**

VPC partnered with Fellow Americans to test the effectiveness of digital video at driving VBM signups, using videos that Fellow Americans had previously developed and tested on their own. These were set up as randomized controlled trial tests looking at both the effect on ballot requests but also whether they drove changes in search behavior.

Precedents often show videos tend not to directly drive people to take online action, but can make people likely to take action later, which is why testing to see whether seeing these videos drove people to search for terms related to vote by mail is a meaningful evaluation metric.

VPC tested five messages, and users who saw the ads were 1.3 times more likely to search for vote-by-mail terms online than users who were not exposed. In this test, VPC was able to provide a 500K mail universe for NM, PA and VA, and 200K was matched, at a match rate of 30%. The viewers who went to the video link have an approximate median age of 26, which is significant because reaching younger voters is often challenging. VPC videos drove the highest lift with mail search terms with an overall lift at +128%. VPC will optimize future campaigns with a shorter video (15s) format with tight framing and succinct messaging. A key takeaway is that

VoterParticipation.org
202-659-9570
1707 L St NW, Washington, DC 20036

CenterForVoterInformation.org
202-766-6575
1707 L St NW, Washington, DC 20036

13

**voterparticipation** CENTER | CENTER FOR **voterinformation**

this opens up another platform to reach out to audiences in different ways. When there is the ability to penetrate the universe with more impressions, we expect to see stronger return rates.

| Creative<br><br>Easy, Home, and Grandpa were non-skippable 15s ads, while Sarah and Military were 30s skippable ads. Skippable ads can skip around 7s. | Mail-in Voting Lift | Voting by Mail Lift | Vote by Mail Lift |
|---|---|---|---|
| Vote by Mail is Easy: 15s<br>Video: Showing a young woman carrying her ballot to a post box and dropping it in the box. | +165% | +164% | +164% |
| Vote from Home: 15s<br>Video: Animated video referencing how much people do from home now, and voting by mail should be a part of being at home. | +156% | +155% | +155% |
| Grandpa Voted by Mail 15s<br>Video: Young African American woman sharing her grandfather voted by mail in WWII. | +151% | +149% | +149% |
| Sarah Votes by Mail 30s<br>Video: Sarah shares her story of voting by mail multiple times due to school, work, and even a family funeral. | +119% | +116% | +116% |
| The Military Votes by Mail 30s | +115% | +112% | +112% |

VoterParticipation.org
202-659-9570
1707 L St NW, Washington, DC 20036

CenterForVoterInformation.org
202-766-6575
1707 L St NW, Washington, DC 20036

14

voter**participation**
CENTER

CENTER FOR
voter**information**

| Video: Older African American Vietnam veteran shares a history of voting by mail in the military and calls out voting is the freedom he has defended. | | | |
|---|---|---|---|

Looking at AVEV data, this experiment did not find a statistically significant increase in net ballot request rate overall, although it did produce a marginally-significant 0.34 pp net ballot request effect ($p$=0.81) among people with past VBM experience. A larger program building off other findings that more impression frequency drives greater effects will hopefully yield stronger and more detectable results.

## Conclusion

Thank you to everyone who worked on these projects and made these results possible. VPC and CVI team will continue to test, evaluate, and implement programs, and will continue to share these findings with the civic engagement community—and VPC/CVI programs will be shaped by these results as well. To date, VPC and CVI have helped more than 3.5 million voters, and are well on the way to achieving the goal of over 5 million VBM signups in key states. Thousands of people continue to respond to VPC and CVI VBM mail every day.

VoterParticipation.org
202-659-9570
1707 L St NW, Washington, DC 20036

CenterForVoterInformation.org
202-766-6575
1707 L St NW, Washington, DC 20036

15

# ATTACHMENT C

**ABSENTEE PUSH & IDENTIFICATION DOOR SCRIPT**

[Q1] Good morning/afternoon/evening, may I speak with _____? Hi, I'm ____ and I am a volunteer with the Georgia Republican Party. If the election for president were held today, would you vote for the President Donald J. Trump?
1. Donald J. Trump **(GO TO Q2)**
2. Joe Biden **(GO TO Q2)**
3. Undecided **(GO TO Q2)**
4. Refused **(GO TO CLOSE)**

[Q2] If the election for U.S. Senate were held today, would you vote for the Republican Senator David Perdue?
1. David Perdue **(GO TO Q3)**
2. Jon Ossoff **(GO TO Q3)**
3. Undecided **(GO TO Q3)**
4. Refused **(GO TO CLOSE)**

[Q3] If the election for Congress were held today, would you vote for the Republican [INSERT CANDIDATE]?
1. [INSERT GOP CANDIDATE] **(GO TO Q4 IF TRUMP, GO TO CLOSE 1 IF BIDEN)**
2. [INSERT DEM CANDIDATE] **(GO TO Q4 IF TRUMP, GO TO CLOSE 1 IF BIDEN)**
3. Undecided **(GO TO Q4 IF TRUMP, GO TO CLOSE 1 IF BIDEN)**
4. Refused **(GO TO Q4 IF TRUMP, GO TO CLOSE 1 IF BIDEN)**

[Q4] This election is extremely critical and every vote counts. We at the Georgia Republican Party want to let you know that all voters will NOT be receiving an absentee ballot request form in the mail from the Secretary of State's office. Would you like to avoid long lines at your local polling location by filling out this absentee ballot application in less than 60 seconds so you can vote by mail in November's election?
1. Yes **(GO TO CLOSE 2)**
2. No **(GO TO CLOSE 1)**
3. Refused **(GO TO CLOSE 1)**
4. Undecided **(GO TO CLOSE 1)**

[CLOSE 1]: Thank you for your time. Have a great day! Paid for by the Georgia Republican Party. Not Authorized by Any Candidate or Candidate's Committee. www.gagop.org

[CLOSE 2]: Great, it is imperative that you also return your Absentee Ballot when you receive it to ensure your vote is counted. If you are a voter over the age of 65, disabled, or military or an overseas citizen, please also be sure to check the box indicating you'd like to receive an absentee ballot for the General Election on November 3rd. Thank you for your time. Have a great day! Paid for by the Georgia Republican Party. Not Authorized by Any Candidate or Candidate's Committee. www.gagop.org

# ATTACHMENT D



VIDEO    LIVE    SHOWS    COVID-19    GUN VIOLENCE    ⋯    🔍            🔔    LOG IN

Paperless Post
Online Cards, Sent Instantly          SHOP NOW

# 'We've never found systemic fraud, not enough to overturn the election': Georgia Secretary of State Raffensperger says

He also criticized the state party, saying they didn't turn out enough voters.

By Quinn Scanlan
December 06, 2020, 12:29 PM

Share



'The people of Georgia spoke in this election': Georgia secretary of state
Georgia Secretary of State Brad Raffensperger is interviewed on "This Week."

Secretary of State Brad Raffensperger said Sunday that President Donald Trump lost the state of Georgia.

He defended the integrity of the general election, saying that while they have more than 250 investigations underway, so far, his office has yet to find evidence supporting "systemic fraud" that would change the outcome.

"We've never found systemic fraud -- not enough to overturn the election. We have over 250 cases right now ... but right now we don't see anything that would overturn, you know, the will of the people here in Georgia," Raffensperger, a Republican, told ABC News Chief Anchor George Stephanopoulos during an interview on "This Week."

---

MORE: Trump-Biden transition live updates: Trump continues to tout he won election at Ga. rally    →

---

"There's no doubt in your mind President Trump lost the state of Georgia, lost the election?" Stephanopoulos pressed.


This Week ✔
@ThisWeekABC

"Yeah, sad but true ... I'm a conservative



## Top Stories


Escaped inmate dies in police shootout after allegedly murdering family of 5
Jun 03, 02:52 AM


How the law enforcement narrative of Uvalde school massacre has changed
Jun 03, 05:04 AM


Uvalde teacher wrongly accused of leaving door open is traumatized, heartbroken
Jun 02, 09:42 PM


Queen Elizabeth's Platinum Jubilee live updates: Royal family attends church service
5 minutes ago


Prince Harry, Meghan reunite with royal family after 2 years
Jun 03, 06:10 AM


🔴 ABC News Live


24/7 coverage of breaking news and live events





Republican and I'm disappointed, but those are the results," Sec. of State Brad Raffensperger tells @GStephanopoulos when asked if there's no doubt in his mind that President Trump lost the state of Georgia. abcn.ws/3gfAmny



Watch on Twitter

10:02 AM · Dec 6, 2020

♡ 61     💬 Reply     ↑ Share

Read 29 replies

"Yeah ... sad but true. I wish he would have won. I'm a conservative Republican, and I'm disappointed, but those are the results," the secretary said.

---

MORE: Braun says legal process must play out so doubts about election don't linger                    →

---

The state of Georgia will soon re-certify its election results for the second time, following the third count of the nearly 5 million votes cast in the presidential race. The state has already concluded a hand audit of every single vote cast for president, and despite it reaffirming the results of the first count -- that President-elect Joe Biden flipped Georgia blue -- the Trump campaign requested a machine recount of the votes, which they were legally allowed to do since the margin between Trump and Biden was less than 0.5% of all votes cast.

In the weeks since the election, Trump has continued to deny the results of the election, which was on full display at a rally in Valdosta, Georgia, Saturday night for the state's two senators, who are in runoffs.

Trump continued his direct attacks on the secretary and Gov. Brian Kemp, calling for signature matching of absentee ballots to be done again and repeating his false assertions about mass voter fraud and election malfeasance, which state and local officials have repeatedly shot down as being untrue.

Raffensperger and one of his top deputies, Gabriel Sterling, also made direct pleas to the president this past week to stop spreading misinformation and condemn those making violent threats against election workers, which Trump has still not personally done. The president instead doubled down on his focus on and ire towards the Peach State's election, which he lost by more than 10,000 votes.

Raffensperger told "This Week" that his family has received death threats, his wife has received "sexualized text" messages, and the threats have now also been lodged at election workers and members of his office. He said this was "irrational, angry behavior ... unpatriotic."

**This Week** ✔
@ThisWeekABC

As President Trump attacks Georgia Sec. of State Brad Raffensperger, he tells @GStephanopoulos that his family has received death threats and some poll workers are being targeted: "You're seeing just irrational angry behavior. It's unpatriotic." abcn.ws/3gfAmny



9:56 AM · Dec 6, 2020                                 ⓘ

♡ 47      ♡ Reply      ⬆ Share

Read 12 replies

The secretary's criticism wasn't reserved for the president, but also levied at the Georgia Republican Party.

"At the end of the day, we as Republicans didn't turn out enough voters. Our office, as secretary of state, is really just to look at what those votes -- totals were, and we report the results. And that's why it gets back to the state party (that) didn't do their job, didn't raise enough money and didn't turn out enough people," Raffensperger said.

---

MORE: Trump mounts another legal challenge to election, asking Georgia for a do-over                    →

---

Both of the state's senators, David Perdue and Kelly Loeffler, are on the ballot again Jan. 5, facing Democratic challengers in runoff elections that will determine which party controls Congress' upper chamber. Republicans have increasingly voiced concerns that rhetoric coming from Trump and his allies could suppress GOP turnout in that election.

Asked by Stephanopoulos if he thinks Republicans questioning the election will make it more difficult for the senators to prevail next month, Raffensperger joined those voicing concerns Sunday.

"These distractions, this disunity does make it more difficult" for Loeffler and Perdue to win, he said.

Recent Stories from ABC News





**Tulsa shooting highlights vulnerability of hospitals**

Both senators called on Raffensperger to resign weeks ago, but he said he is still supporting their campaigns.

"I'm a Republican. I vote for Republicans. So I wish them well," he said.

The Georgia GOP, whose chairman is a plaintiff in an election contest lawsuit with Trump that's seeking to have a new election ordered, has closely aligned itself with the president's post-election pursuits and rhetoric, joining his call for the signatures to be re-verified or somehow audited, even though there is no way to match the absentee ballots back to the envelopes they were returned in because the state's constitution affords voters the right to a secret ballot.

On "This Week," Stephanopoulos asked Raffensperger to explain the signature matching process and why the criticism it's receiving is, in the secretary's view, unwarranted.

In explaining the process, Raffensperger defended how Georgia does signature verification for absentee ballots, saying his office actually strengthened the process and that election officials received training from Georgia Bureau of Investigation experts.

Recent Stories from ABC News



**Tulsa shooting highlights vulnerability of hospitals**

Anyone who applied for an absentee ballot via a paper application had their signature matched twice, he explained. The first time was upon receipt of the application and the second time was upon receipt of the ballot.



This Week ✔️
@ThisWeekABC

"We've never found systemic fraud, not enough to overturn the election," Georgia Sec. of State Brad Raffensperger tells @GStephanopoulos when asked about the findings of election investigations in his state amid false claims by President Trump. abcn.ws/3gfAmny



9:47 AM · Dec 6, 2020

♡ 34      ↩ Reply      ⬆ Share

Read 9 replies

For the general election, Raffensperger also created an online absentee ballot application portal, which requires voters to have a Georgia state identification or driver's license to use. Photo ID is required for in-person voting, and the secretary previously said he wants to also require it for absentee-by-mail voters, saying verification using ID is "objective" while signature matching is "subjective."

---

MORE: Trump, Pence to campaign in Georgia as Senate runoff turnout concerns grow among GOP    →

---

This past week, the president also began calling for a special session of the state legislature. The Washington Post reported Saturday that Trump called Gov. Brian Kemp that morning to urge him to do this and to try to convince members of the legislature to override the will of Georgia voters and appoint new electors who would support Trump over Biden. A spokesman for Kemp confirmed a call took place, but would not confirm this was a topic of conversation.

Kemp has already certified the state's electors for Biden and transmitted that certification to the National Archives, but he will have to do it again once the secretary's office re-certifies the election based on the results of the recount.

The only way to call a special session in Georgia is by the governor calling for it or by three-fifths of the both chambers of the General Assembly agreeing to call one. In mid-November, the governor, in a statement co-signed by the speaker of the state House and the lieutenant governor, indicated this wouldn't happen.

"Any changes to Georgia's election laws made in a special session will not have any impact on an ongoing election and would only result in endless litigation," according to the statement.

---

MORE: Trump pushes Loeffler, Perdue along with criticism of election    →

---

Pressed by Stephanopoulos about whether this may happen, Raffensperger said he doesn't "believe that there's a will in the General Assembly for a special session."

"That's beyond my office's calling -- that's with the governor and the General Assembly, and I'm sure they'll have conversations, but the end of the day,

what they're really trying to say is if they did that, they would be then nullifying the will of the people," Raffensperger said.

Lt. Gov. Geoff Duncan said in an interview on CNN Sunday, that he and Kemp have spoken often about this topic and that he "absolutely believes (it) to be the case" that Kemp will not call the legislature into a special session.

## Related Topics

2020 Elections

---




6 Credit Cards You Should Not Ignore If You Have Excellent Credit
NerdWallet


Keep Things Cozy With New Window Treatments
Hunter Douglas


Washington State Unlocks Hydrogen Potential
Hydrogen Forward          Learn More


South Florida braces for tropical storm Alex: What to expect on Friday


Police fatally shoot Texas fugitive after family of 5 killed


Queen Elizabeth's Platinum Jubilee 2022 live updates: Royal family at Guildhall following…




DIRTY CPAP?



# ATTACHMENT E

  

**FOX 5**   Live   News   Weather   Good Day   Sports   Contests   Email   More ⋮

10 Windows AS LOW AS $99/mo GET A FREE ESTIMATE

Window World "Simply the Best for Less"



# Georgia secretary of state reaffirms no widespread voter fraud, suggests changes to absentee voting

By Brooke Zauner  |  Published December 23, 2020  |  Updated 5:47PM  |  2020 Election  |  FOX 5 Atlanta



**Suggested changes to absentee voting met with criticism**

The Secretary of State's Office suggested changes they said will improve voter confidence.

**ATLANTA** - A Georgia House Governmental Affairs committee met on Wednesday and heard from the Secretary of State's Office about the November election.

The Secretary of State's Office suggested changes they said will improve voter confidence. Secretary Brad Raffensperger reaffirmed on Wednesday their office has not found evidence of widespread voter fraud.

Sponsored Links





PAPERLESS POST    Paperless Post

# Online Cards, Sent Instantly

Celebrate with virtual events! Send e-cards & e-vites for all occasions at Paperless Post.

Shop Now  ›

## Latest News

Teen threatened to kill Fulton County Sheriff over YSL RICO arrests, officials say


Ex-court clerk gets 12 years for stealing millions from Georgia taxpayers


Georgia officials find highly contagious bird flu strain in backyard flock


Metro Atlanta KFC transforming to Jack Harlow HQ to promote new combo meal


Midtown condo complex residents frustrated over constant car break-ins


Still, Raffensperger would like to make changes to absentee voting.

"What we want to set up for an election system is one that everyone has confidence in," said Ryan Germany, General Counsel for the Secretary of State's Office.

The Secretary of State's office took questions from Georgia lawmakers on Wednesday for more than three hours.

"The vast majority of claims are simply unfounded," said Raffensperger.

Raffensperger also suggested putting an end to no excuse absentee voting in the state and requiring a photo I.D. to request that absentee ballot.

"This cycle has shown we need to move to an excuse-based system for absentee voting. The no excuse system makes no sense when we have three weeks of in-person, early voting available," said Raffensperger.



**GET MORE 2020 YOU DECIDE COVERAGE**

The suggestion was met by criticism, mostly from Democrats.

"I think a lot of the reasons we're having these committee meeting is their preferred candidate was not selected," said Rep. Renitta Shannon.

"If there is no evidence as it pertains to fraud, why would the Secretary of State try to eliminate the no excuse absentee ballot voting," questioned Rep. Bee Nguyen.

Raffensperger's office also debunked claims made by President Trump's campaign. Lawyers for Trump claimed there were thousands of illegal votes from people underage or unregistered. The Secretary of State said they found no cases of underage or unregistered voters.

"Our initial investigation is nowhere close to what the Trump campaign is saying, and it's going to be nowhere close to anything that would put the results in questions," said Germany.

The Secretary of State would also like more authority when it comes to county election offices. Raffensperger would like the ability to be able to fire election officials that consistently have issues with elections.

**WATCH: FOX 5 Atlanta live news coverage**

## Trending

 **1** **With fatal overdoses at a record high, Georgia moves to decriminalize fentanyl test strips**

 **2** **Injured Ohio woman pulls herself up 100-foot ravine after being trapped in crashed car for 9 hours**

 **3** **Judge denies bond for YSL rapper Young Thug over RICO charge**

 **4** **Arrest in deadly Stone Mountain gas station shooting**

 **5** **1 dead in Union City apartment shooting**



## BREAKING NEWS

Breaking news delivered fast

Email Address

**Sign Up**

By clicking Sign Up, I confirm that I have read and agree to the **Privacy Policy** and **Terms of Service**.



# ATTACHMENT F



**Brad Raffensperger**
SECRETARY OF STATE

# Application for Georgia Official Absentee Ballot

The information provided in this document is made under oath and penalty of law and will be used for official government purposes. **When you sign this application, you affirm that you are a citizen of the U.S., currently reside in Georgia and are eligible to vote in Georgia.** Giving false information on this application violates Georgia law and is punishable by a fine up to $100,000, imprisonment for up to 10 years, or both.

Please print clearly. Be sure to complete all **required** sections.

| | | |
|---|---|---|
| **Date of Election**<br>**Required** | **1** | Date of Primary, Election, or Runoff *(mm/dd/yyyy)* _____<br>The application must be **received** by your election office* 11 days before the election. |
| **Print voter name**<br>**Required** | **2** | Your name as it appears on your voter registration.<br>First _____ Middle _____ Last _____ Suffix _____ |
| **Type of ballot**<br>**Required** in primary | **3** | ☐ Democratic    ☐ Republican    ☐ Non Partisan (will not have ANY party candidates listed) |
| **Residential address**<br>**Required**   Your ballot will be sent here unless you provide a temporary mailing address. | **4** | The residential or mailing address on your voter registration. If you no longer reside at the address where you are registered to vote, contact your county election office prior to submitting this application.<br>Address _____<br>City _____ County _____ GA Zip _____ |
| **Temporary ballot mailing address**<br>Only if you are **temporarily living** outside the county** and want your ballot sent to this address. | **5** | This address must be in a different county** than the one where you are registered unless you are physically disabled or detained in jail or other detention facility.<br>Address _____<br>City _____ State _____ Zip _____ |
| **Contact information**<br>**Recommended** | **6** | Phone number _____ Email address _____ |
| **Voter identification**<br>**Required**<br><br>**Print carefully.** This information will be used to verify your identity.<br><br>Failure to provide accurate information may delay processing your application.<br><br>**You must provide your date of birth AND**<br>• **a Georgia Driver's License or Identification Card number**<br>OR<br>• **a copy of an acceptable identification from the list in the instructions.** | **7** | Date of birth *(mm/dd/yyyy)* _____<br><br>**AND**  Georgia Driver's License Number or State Identification Card Number<br>☐☐☐☐☐☐☐☐☐<br><br>**OR**<br>☐ I do not have a Georgia Driver's License or Identification Card and I am providing a copy of acceptable identification below.<br><br>**Instructions:**<br>• Make sure your identification on your ID card or document is visible.<br>• Take a photo of your full completed application and submit it electronically to your elections office* (addresses are online: elections.sos.ga.gov/Elections/countyregistrars.do). You may also submit a hard copy of your application via U.S. mail or in person to your elections office*.<br>• If your acceptable form of identification does not fit in this box, please attach a copy and submit it with your application.<br><br>*Place identification here if you did not provide a Georgia driver's license or ID number* |
| **Voter oath and signature**<br>**Required**<br><br>**Use a pen.** No electronic signatures allowed. | **8** | I, the undersigned, do swear and affirm that I am eligible to vote in Georgia, am a citizen of the U.S. and the facts presented in this application are true. By signing this oath, you are swearing that you are the voter requesting an absentee ballot. **Signing this oath on behalf of another voter violates Georgia law and is punishable by a fine up to $100,000, imprisonment for up to 10 years, or both.**<br><br>**Voter, sign and date here** *(Required)*<br>X _____    Date *(mm/dd/yyyy)* _____ |

If you received this application with your information pre-filled, received multiple or duplicate copies in the mail, or if an unauthorized person offers to return your absentee ballot application, please report this to reportfraud@sos.ga.gov.

**Form continues ▶**
APP-21_V2

This is NOT an official government publication and was NOT provided to you by any governmental entity and this is NOT a ballot.
It is being distributed by: _____
_____ Name and address of person, organization, or other entity distributing this document.

Pursuant to O.C.G.A §21-2-381(a)(1)(c)(iii).



**Brad Raffensperger**
SECRETARY OF STATE

# Application for Georgia Official Absentee Ballot

## Print voter name
**Required**

**9** Your name as it appears on your voter registration.

First _____ Middle _____ Last _____ Suffix _____

## Assisting a voter?

If yes, the assistant must complete this section. **Voter assistance is only allowed if the voter is illiterate or physically disabled.**

**10** By signing as assisting the voter, you are swearing under oath that the voter is entitled to assistance. Assisting a voter who is not eligible for assistance in completing this application violates Georgia law and is punishable by a fine up to $100,000 or imprisonment for up to 10 years, or both.

Assistant's name _____

| Assistant's signature | X | Date *(mm/dd/yyyy)* |
|---|---|---|

## Requesting a ballot on behalf of a voter?

If yes, complete this section. The voter must be physically disabled or temporarily residing out of the county** and must still be eligible to vote in the county** where he or she is registered.

**11** I swear that the facts contained in this application are true and that I am either the mother, father, grandparent, brother, sister, aunt, uncle, spouse, son, daughter, niece, nephew, grandchild, son-in-law, daughter-in-law, mother-in-law, father-in-law, brother-in-law or sister-in-law of the age of 18 and **acknowledge that making a false statement on this application regarding my relationship to the voter violates Georgia law and is punishable by a fine up to $1,000, 12 months in jail, or both.**

I swear (or affirm) that the above-named voter is: (check one)

☐ physically disabled
☐ temporarily residing out of the county**

Signature of authorized and eligible requestor

X _____

Relationship to voter _____

## Ballot request opt-in

Optional

If you meet the eligibility criteria, you may opt-in to receive an absentee ballot for the rest of the elections cycle without making another application.

**12** ☐ I opt-in to receive an absentee ballot for the rest of the election cycle.

I am eligible for the reason selected below:

☐ D- Disabled. I am physically disabled
☐ E- Elderly. I am 65 years of age or older
☐ U- UOCAVA. I am a uniformed service member, spouse or dependent of a uniformed service member, or other US citizen residing overseas. (Complete the information to the right)

**UOCAVA Voters only**

My current status is (check one)

☐ MOS - Military Overseas
☐ MST - Military Statewide
☐ OST - Overseas Temporary Resident
☐ OSP - Overseas Permanent Resident (may vote for federal offices only)

(Optional) By entering my email, I request that my absentee ballot be transmitted to me electronically.

Email _____

---

### Acceptable forms of identification if you do not have a Georgia Driver's License or State Identification Card Number

**Identification with your photograph:**

• United States Passport
• Georgia voter identification card
• Other valid identification card issued by a branch, department, agency, or entity of the State of Georgia, any other state, or the United States authorized by law to issue personal identification
• United States military identification card
• Employee identification card issued by any branch, department, agency, or entity of the United States government, Georgia state government, or Georgia county, municipality, board, authority, or any other entity of the state of Georgia
• Tribal identification card

**Documents that show your name and address:**

• Current utility bill • Bank statement • Paycheck
• Government check • Other government document

### How to return your absentee ballot application

Absentee ballot applications must be received 11 days before the date of the election. You can return them by:

• mail     • email (as an attachment)
• fax      • in-person at your elections or registrar's office

Your County Board of Registrar's Office information can be found online: https://elections.sos.ga.gov/Elections/countyregistrars.do

*In state, county, and federal elections, your elections office is your county elections office. In municipal elections, your elections office is your municipal elections office.

**Or, in municipal elections, municipality.

No person or entity other than the elector, a relative authorized to request an absentee ballot for such elector, a person signing as assisting an illiterate or physically disabled elector with his or her application, a common carrier charged with returning the ballot application, an absentee ballot clerk, a registrar, or a law enforcement officer in the course of an investigation shall handle or return an elector's completed absentee ballot application. **Handling a completed absentee ballot application by any person or entity other than as allowed in this paragraph is a misdemeanor.**

---

| Ballot | Dates | ID Shown | **For office use only** |
|---|---|---|---|
| Dist. Combo _____ | Received _____ | GA DL _____ | I certify that the above named voter |
| Precinct _____ | ISS _____ | Other _____ | ☐ is eligible |
| Ballot # _____ | Certified _____ | Voter Reg # _____ | ☐ is not eligible |
| | Rejected _____ | | Registrar signature |

**Ballot to be:** ☐ Mailed electronically   ☐ Delivered to voter in hospital by Registrars or Deputy   ☐ Voted in office (municipal only)

---

This is NOT an official government publication and was NOT provided to you by any governmental entity and this is NOT a ballot.
It is being distributed by: _____
Name and address of person, organization, or other entity distributing this document.

Pursuant to O.C.G.A §21-2-381(a)(1)(c)(iii).