# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:21-cv-01390-JPB
## VoteAmerica et al v. Raffensperger et al
## Honorable J. P. Boulee

Minute Sheet for proceedings held In Open Court on 09/23/2022.

TIME COURT COMMENCED: 2:30 P.M.
TIME COURT CONCLUDED: 2:30 P.M.
TIME IN COURT: 00:30
OFFICE LOCATION: Atlanta

COURT REPORTER: Geraldine Glover
DEPUTY CLERK: Jordyn Holder

ATTORNEY(S) PRESENT:
William Carver representing Georgia Republican Party, Inc.; National Republican Congressional Committee; National Republican Senatorial Committee Republican National Committee

Jonathan Diaz representing Center for Voter Information; VoteAmerica; Voter Participation Center

Cameron Norris representing Georgia Republican Party, Inc.; National Republican Congressional Committee; National Republican Senatorial Committee; Republican National Committee

Valencia Richardson representing Center for Voter Information; VoteAmerica; Voter Participation Center

Bryan Tyson representing Anh Le; Brad Raffensperger; David Worley; Matthew Mashburn; Rebecca Sullivan

PROCEEDING CATEGORY:
MINUTE TEXT:

Telephone Conference(Other Proceeding Non-evidentiary);

Telephone conference held regarding the [138] Consolidated/Joint Discovery Statement re: 30(b)(6) Depositions of RNC & GAGOP. The

Court heard from the parties on the discovery disputes listed within the notice. All issues were resolved on the record with the exception of one. The Court directed the parties to confer and attempt to schedule the deposition at issue without the Court's involvement.

HEARING STATUS:    Hearing Concluded