UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| VOTEAMERICA; VOTER PARTICIPATION CENTER; and CENTER FOR VOTER INFORMATION,<br><br>                              Plaintiffs,<br>v.<br><br>BRAD RAFFENSPERGER, in his official capacity as Secretary of State of the State of Georgia; SARA GHAZAL, JANICE JOHNSTON, EDWARD LINDSEY, and MATTHEW MASHBURN, in their official capacities as members of the STATE ELECTION BOARD,<br>       Defendants,<br><br>and<br><br>REPUBLICAN NATIONAL COMMITTEE; NATIONAL REPUBLICAN SENATORIAL COMMITTEE; NATIONAL REPUBLICAN CONGRESSIONAL COMMITTEE; and GEORGIA REPUBLICAN PARTY, INC.,<br>                   Intervenor-Defendants. | Case No. 1:21-cv-01390-JPB<br><br>Judge J.P. Boulee |

## RULE 5.4 CERTIFICATE OF SERVICE

    Pursuant to Local Rule 5.4, counsel for Plaintiffs hereby certify that they served true and correct copies of the following via email on counsel for Defendants

and Intervenor-Defendants in this matter:

1. On August 15, 2022, Plaintiffs served Plaintiffs' Notice of Subpoena and Subpoena for Documents and Deposition of Brandon Waters to take place on August 22, 2022; and

2. On August 30, 2022, Plaintiffs served Plaintiffs' Notice to Take the Deposition of Blake Evans on September 9, 2022.

3. On September 7, 2022, Plaintiffs served Plaintiffs' Notice to Take Rule 30(b)(6) Deposition of Defendant-Intervenor Republican National Committee on September 30, 2022.

4. On September 7, 2022, Plaintiffs served Plaintiffs' Notice to Take Rule 30(b)(6) Deposition of Defendant-Intervenor Georgia GOP on September 30, 2022.

5. On September 8, 2022, Plaintiffs served Plaintiffs' Notice to Take Rule 30(b)(6) Deposition of Defendant the Georgia State Election Board on September 12, 2022.

6. On September 8, 2022, Plaintiffs served Plaintiffs' Notice to Take Rule 30(b)(6) Deposition of Defendants Secretary of State of Georgia on September 13, 2022.

7. On September 9, 2022, Plaintiffs served Plaintiffs' Notice to Take

Deposition of Dr. Justin Ryan Grimmer on September 20, 2022.

8. On September 9, 2022, Plaintiffs served Plaintiffs' Notice to Take Deposition of Frances Watson on September 19, 2022.

Respectfully submitted this 30th day of September, 2022.

| | |
|---|---|
| */s/ Hayden Johnson* | */s/ Robert B. Remar* |
| Danielle Lang* | Robert B. Remar (Ga. Bar No. 600575) |
| Jonathan Diaz* | Katherine L. D'Ambrosio (Ga. Bar No. 780128) |
| Alice Huling* | |
| Hayden Johnson* | SMITH, GAMBRELL, & RUSSELL, LLP |
| Valencia Richardson* | 1105 W. Peachtree NE, Suite 1000 |
| CAMPAIGN LEGAL CENTER | Atlanta, GA 30309 |
| 1101 14th St. NW, Ste. 400 | (404) 815-3500 |
| Washington, D.C. 20005 | rremar@sgrlaw.com |
| Tel: (202) 736-2200 | kdambrosio@sgrlaw.com |
| Fax: (202) 736-2222 | |
| dlang@campaignlegalcenter.org | |
| jdiaz@campaignlegalcenter.org | |
| ahuling@campaignlegalcenter.org | |
| hjohnson@campaignlegalcenter.org | |
| vrichardson@campaignlegalcenter.org | |

*Admitted pro hac vice*

*Counsel for Plaintiffs*

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 5.1

I hereby certify that I have this date electronically filed the within and foregoing, which has been prepared using 14-point Times New Roman font, with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record.

Dated: September 30, 2022.

                                                */s/ Hayden Johnson*
                                                Hayden Johnson

                                                *Counsel for Plaintiffs*