IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| VOTEAMERICA; VOTER PARTICIPATION CENTER; and CENTER FOR VOTER INFORMATION,<br>        Plaintiffs,<br>  v.<br>BRAD RAFFENSPERGER, in his official capacity as Secretary of State of the State of Georgia; SARA GHAZAL, JANICE JOHNSTON, EDWARD LINDSEY, and MATTHEW MASHBURN, in their official capacities as members of the STATE ELECTION BOARD,<br>        Defendants,<br>and<br>REPUBLICAN NATIONAL COMMITTEE; NATIONAL REPUBLICAN SENATORIAL COMMITTEE; NATIONAL REPUBLICAN CONGRESSIONAL COMMITTEE; and GEORGIA REPUBLICAN PARTY, INC.<br>        Intervenor-Defendants. | Civil Action No.: 1:21-cv-01390-JPB |

**NOTICE OF CHANGE OF ADDRESS**

NOTICE IS HEREBY GIVEN that the law firm, mailing and business address of Katherine Leigh D'Ambrosio, co-counsel for Plaintiffs Voter

Participation Center and Center for Voter Information has changed effective December 1, 2022, as follows:

> Katherine Leigh D'Ambrosio
> COUNCILL, GUNNEMANN & CHALLY, LLC
> One Atlantic Center
> 1201 W. Peachtree Street, NW, Suite 2613
> Atlanta, Georgia  30309
> Main Telephone: 404-407-5250
> Direct Dial: 404-407-5375
> Facsimile: 404-600-1624
> Email: kdambrosio@cgc-law.com

Respectfully submitted this 7th day of December, 2022.

        **COUNCILL, GUNNEMANN & CHALLY, LLC**

        */s/ Katherine Leigh D'Ambrosio*
        Katherine Leigh D'Ambrosio
        Georgia Bar No. 780128

        One Atlantic Center
        1201 W. Peachtree Street NW, Suite 2613
        Atlanta, Georgia 30309
        Phone: 404.407.5250
        Facsimile: 404.600.1624
        kdambrosio@cgc-law.com

        *Attorney for Plaintiffs*

-3-

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a true and correct copy of the foregoing document by filing it with the Clerk of Court using the CM/ECF system. That filing system will automatically send e-mail notification of such filing to the registered counsel of record.

This 7th day of December, 2022.

                                      */s/ Katherine Leigh D'Ambrosio*
                                      Katherine Leigh D'Ambrosio
                                      Georgia Bar No. 780128