# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| VOTEAMERICA, *et al.*, | Civil Action No.: |
| *Plaintiffs*, | 1:21-CV-1390-JPB |
| v. | |
| BRAD RAFFENSPERGER, in his official capacity as the Secretary of State for the State of Georgia, *et al.*, | |
| *Defendants*, | |
| REPUBLICAN NATIONAL COMMITTEE, *et al.*, | |
| *Intervenor-Defendants*. | |

## STATE DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Pursuant to Federal Rule of Civil Procedure 56, the State Defendants respectfully request that the Court enter summary judgment in their favor on each of Plaintiffs' First Amendment claims. As demonstrated in the accompanying memorandum of law, Plaintiffs have failed to identify any evidence showing that any of the statutory provisions they challenge unconstitutionally burdens their First Amendment rights. In contrast, the

State Defendants have presented overwhelming evidence showing that each provision furthers a compelling State interest and responds directly to concerns and confusion raised by voters about the activities of various groups, including Plaintiffs themselves. Accordingly, summary judgment should be entered for the State on all counts of Plaintiffs' complaint.

Respectfully submitted this 13th day of December, 2022.

> Christopher M. Carr
> Attorney General
> Georgia Bar No. 112505
> Bryan K. Webb
> Deputy Attorney General
> Georgia Bar No. 743580
> Russell D. Willard
> Senior Assistant Attorney General
> Georgia Bar No. 760280
> Charlene McGowan
> Assistant Attorney General
> Georgia Bar No. 697316
> **State Law Department**
> 40 Capitol Square, S.W.
> Atlanta, Georgia 30334
>
> */s/ Gene C. Schaerr*
> Gene C. Schaerr*
> Special Assistant Attorney General
> Erik Jaffe*
> H. Christopher Bartolomucci*
> Brian J. Field*
> Edward H. Trent*
> Joshua J. Prince*
> **SCHAERR | JAFFE LLP**
> 1717 K Street NW, Suite 900
> Washington, DC 20006

(202) 787-1060
gschaerr@schaerr-jaffe.com
*Admitted pro hac vice

Bryan P. Tyson
Special Assistant Attorney General
Georgia Bar No. 515411
btyson@taylorenglish.com
Bryan F. Jacoutot
Georgia Bar No. 668272
bjacoutot@taylorenglish.com
Diane Festin LaRoss
Georgia Bar No. 430830
dlaross@taylorenglish.com
**Taylor English Duma LLP**
1600 Parkwood Circle
Suite 200
Atlanta, Georgia 30339
(678) 336-7249

*Counsel for State Defendants*

## CERTIFICATE OF COMPLIANCE

Pursuant to L.R. 7.1(D), the undersigned hereby certifies that the foregoing has been prepared in Century Schoolbook 13, a font and type selection approved by the Court in L.R. 5.1(C).

*/s/Gene C. Schaerr*
Gene C. Schaerr