IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

VOTEAMERICA, *et al.*,

    *Plaintiffs*,

    v.

BRAD RAFFENSPERGER, in his official capacity as the Secretary of State for the State of Georgia, *et al.*,

    *Defendants*,

REPUBLICAN NATIONAL COMMITTEE, *et al.*,

    *Intervenor-Defendants.*

Civil Action No.: 1:21-CV-1390-JPB

**INDEX OF EXHIBITS IN SUPPORT OF STATE DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT**

| EXHIBIT | DESCRIPTION |
|---|---|
| A | Deposition Transcript of Thomas K. Lopach [excerpted] |
| B | Plaintiffs' Absentee-Ballot Application Mailings |
| C | Day 1, Transcript of Preliminary Injunction Proceedings, June 9, 2022 [excerpted] |
| D | Deposition Transcript of C. Ryan Germany [excerpted] |
| E | Deposition Transcript of T. Matthew Mashburn [excerpted] |

| F | Day 2, Transcript of Preliminary Injunction Proceedings, June 10, 2022 [excerpted] |
|---|---|
| G | Complaints Related to Incorrectly Pre-Filled Absentee-Ballot Applications |
| H | Complaints Related to Duplicate Absentee-Ballot Applications |
| I | Plaintiffs' Responses & Objections to Defendants' First Set of Interrogatories, Request for Production of Documents and Requests for Admission [excerpted] |
| J | Deposition Transcript of Milton D. Kidd [excerpted] |
| K | Deposition Transcript of Donald P. Green [excerpted] |
| L | Deposition Transcript of Alisa Hamilton [excerpted] |
| M | Other Voter Complaints Regarding Source of Absentee-Ballot Application Mailings |