# EXHIBIT A

Page 1

1                IN THE UNITED STATES DISTRICT COURT
2               FOR THE NORTHERN DISTRICT OF GEORGIA
3                         ATLANTA DIVISION
4       --------------------------
        VOTEAMERICA, et al.         :
5                                   :
              Plaintiffs            :
6                                   :  Case Number:
        vs.                         :
7                                   :  1:21-cv-1390-JPB
        BRAD RAFFENSPERGER, in his  :
8       official capacity as the    :
        Secretary of State for the  :
9       State of Georgia, et al.    :
              Defendants            :
10                                  :
        REPUBLICAN  NATIONAL        :
11      COMMITTEE, et al.           :
              Intervenor-Defendants :
12      --------------------------
13         RULE 30(b)(6) DEPOSITION OF THOMAS KEITH LOPACH
14      DATE:         September 19, 2019
15      TIME:         9:41 a.m. to 2:57 p.m.
16      LOCATION:     Campaign Legal Center
                      1101 14th Street, Northwest
17                    Suite 400
                      Washington, D.C. 20005
18
19      REPORTED BY:  Felicia A. Newland, CSR
20
21                    Veritext Legal Solutions
                 1250 Eye Street, N.W., Suite 350
22                    Washington, D.C. 20005

Page 11

1     for Voter Information.

2            Q     So do you engage in any work that is,

3     to use your words, partisan in your role at CVI?

4            A     In my role at CVI, I will approve

5     spending on programs to engage voters that fall

6     outside of the definition of primary purpose.

7     Spending that falls under a definition of political

8     spending.

9            Q     Okay.  Let's take a moment to try to

10    understand, or at least clarify on the record, the

11    differences between the two organizations and what

12    they -- what their missions are.

13            So let's start with the (c)(3), the

14    Voter Participation Center.  What is its mission?

15            A     The mission of the Voter

16    Participation Center is to register and turn out

17    voters from something we call the, "New American

18    Majority."  This is people of color, young people,

19    and unmarried women.  Data demonstrates that these

20    three communities register to vote and turn out to

21    vote at rates much lower than their actual numbers

22    in society and much lower than the general

Page 12

1      population.

2                     So the Voter Participation Center

3      mission and work is to increase their registration

4      and turnout in elections.

5           Q     Okay.  And can you contrast that or

6      compare it to the mission of CVI?

7           A     The Center for Voter Information is

8      not focused as much on the New American Majority,

9      but rather is focused on voters who share the

10     values of wanting to see the New American Majority

11     register and turn out in the full strength.

12                     In other words, voters who would like

13     to see people of color, young people, and unmarried

14     women turning out in elections equal to the general

15     population at rates -- at rates equal to the

16     general population.

17          Q     So turning back to the Voter

18     Participation Center to help us understand the

19     differences between these organizations.  At a

20     broad level, what activities does the Voter

21     Participation Center engage in?

22          A     The Voter Participation Center

Page 34

```
 1              A     In 2020, I would estimate about 35 to
 2        40 percent of the budget went toward Vote by Mail
 3        programs, in large part due to the pandemic.
 4              Q     And I know this is before your time,
 5        but do you have any knowledge of what that same
 6        percentage would have been in the 2018 election
 7        cycle?
 8              A     In 2018, I would estimate CVI's Vote
 9        by Mail program to be closer to 15 to 20 percent of
10        the budget.
11              Q     And you indicated for the 2021 and
12        2022 election cycle, the majority of the budget is
13        being spent on or will be spent on the Get Out the
14        Vote Operations Programs?
15              A     That is correct.
16              Q     Is that the same for 2018?
17              A     In 2018, a greater share of the
18        budget for CVI would have been spent on Get Out the
19        Vote than on voter registration or on Vote by Mail.
20              Q     All right.  So let's now turn to the
21        Voter Participation Center.
22              A     Can we take a break at this point?
```

Page 41

1          So I'm beginning on the first page.

2     It looks to me as though we are looking at May and

3     June 2020 Vote by Mail activity.  Well, strike

4     that.

5          It looks to me as though we are

6     looking at 2020 Vote by Mail activity in a series

7     of waves.  Is that correct?

8          A    That is correct.

9          Q    And do I understand "wave" correctly

10    to simply mean the rounds of Vote by Mail mailings

11    that are being sent out?

12         A    Yes.

13         Q    And do I understand it correctly that

14    in 2020, CVI and VPC sent five such waves, A

15    through E?

16         A    No.

17         Q    Okay.  Can you clarify then for me?

18         A    In 2020, VPC and CVI sent a test

19    program for Vote by Mail in May/June, largely

20    focused on primaries that were subsequent to

21    May/June.  After that test program, there were then

22    up to five waves of Vote by Mail, A through E, in

Page 42

1          different geographies.

2                    Q     I see.

3                          So the first three lines is an

4          initial wave, a test wave -- I think a test run you

5          said, and then A through E are then five additional

6          waves?

7                    A     Correct.

8                    Q     Okay.  Where was the test run mailed?

9                    A     The test run was mailed in a handful

10         of states that had primaries subsequent to May or

11         June.  Georgia was one of those states.

12                   Q     I believe the following spreadsheets

13         only include A through E.  So that's helpful to

14         understand.  I just wanted to make sure that the

15         test run happened in Georgia as well.

16                         MS. HULING:  But this is not an

17         excerpt, this is a printing of the entire document.

18                         MR. FIELD:  This is what I believe to

19         be a printing.  I believe that I selected "Print

20         All Sheets."

21                         MS. HULING:  Okay.  Fair enough.

22

Page 44

1          that helps pay organizational overhead.

2               Q    Let's turn to the next page.  So we

3          are on Exhibit 3, page 2.  And the title of this

4          page is, "VPM Wave A Counts and Budget."

5                    And it looks here as though Georgia

6          was not included in Wave A.  Am I correct?

7               A    You are correct.

8               Q    Do you know why that was?

9               A    My memory is that Georgia may have

10         had a primary election close to the dates of when

11         Wave A would have dropped.  And so it could have

12         created confusion by dropping Vote by Mail

13         applications too close to a primary election in

14         which people wouldn't know if they were signing up

15         to Vote by Mail in the primary, in the general or

16         in the runoff.

17              Q    And to the best of your knowledge,

18         without going into any of the specific states, do

19         you know whether or not there were any other states

20         that are listed here that also were not part of

21         Wave A?

22                   MS. HULING:  Objection to the extent

Page 62

1       now.

2               Q       And to the best of your knowledge,

3       let's -- strike that.

4                       Looking first at the 2021/2022

5       election cycle, to the best of your knowledge, are

6       the components that you just described for mailings

7       in Georgia the same components that are used in

8       other states?

9                       And for clarity, I mean in mailings

10      that Plaintiff sent to other states.

11                      MS. HULING:  Objection to form.

12                      THE WITNESS:  Generally, yes.

13      BY MR. FIELD:

14              Q       Are there any exceptions that come to

15      mind in states where Plaintiffs send different

16      components in their absentee ballot application

17      mailers?

18              A       Not to my knowledge.

19              Q       So, to the best of your knowledge,

20      every state in which Plaintiffs send an absentee

21      ballot application, it is sent along with a cover

22      letter, correct?

1          A      Correct.

2          Q      And to the best of your knowledge, if

3     I understood your previous testimony, neither CVI

4     nor VPC have ever sent absentee ballot applications

5     directly to voters without a cover letter.  Is that

6     correct?

7          A      To my knowledge that is correct.

8          Q      And looking just at Georgia, let's

9     use the 2020 or 2021/2022 election cycle.  And let

10    me know if there's a difference between the two.

11             Does every individual who receives an

12    absentee ballot application mailer from CVI or VPC

13    receive the same contents?

14             MS. HULING:  Objection to form.

15             THE WITNESS:  What do you mean by

16    "contents"?

17    BY MR. FIELD:

18         Q      Cover letter -- strike that.

19             Carrier envelope, cover letter,

20    application, and postage paid envelope.

21         A      Generally, yes.

22         Q      And then is the information that's

Page 64

```
 1        included on the cover letter or the explanatory
 2        letter different based on the recipient?
 3                    MS. HULING:  Objection.  Form.
 4                    THE WITNESS:  The cover letter can be
 5        different based on recipient.
 6        BY MR. FIELD:
 7              Q    And can you explain that a bit?
 8                   And I should have said, putting aside
 9        the fact that obviously the names will be
10        different, the person to whom it's being sent, what
11        other information might change in a cover letter
12        depending on the recipient?
13              A    Cover letters from VPC will have a
14        VPC logo, cover letters from CVI will have a CVI
15        logo, the signer could be different depending on
16        the organization.  And then we often test different
17        creative letters to determine which letters more
18        effectively share our message.
19              Q    And can you describe some of those
20        differences?
21              A    In 2020, to some people we would send
22        a cover letter discussing how Vote by Mail could
```

Page 65

```
 1        help ensure health and safety in a pandemic.  In
 2        2020, other people would receive a letter
 3        discussing the convenience of voting by mail, as
 4        one example or two examples.
 5             Q    Let's say in 2021/2022 election
 6        cycle, do Plaintiffs also vary the message or test
 7        the message, I believe you said, in the letters
 8        that are being sent to recipients in Georgia?
 9                  MS. HULING:  Objection.  Form.
10                  THE WITNESS:  Repeat the year.
11        BY MR. FIELD:
12             Q    Sure.
13                  So in the current election cycle, do
14        individuals -- well, strike that.
15                  Have VPC and CVI sent absentee ballot
16        application mailers to Georgians in the 2021/2022
17        election cycle?
18             A    Yes.
19             Q    In those mailers, did every
20        individual receive the same cover letter putting
21        aside different logo and different signature?
22             A    I do not believe so.
```

Page 70

1     volume, yet may create a need for increased

2     customer service to answer questions about

3     applications with no explanatory letter.

4          Q     And presumably you also spend money

5     designing your cover letters, determining what's

6     going to go into those letters.  If that project

7     were not part of this, wouldn't the entire cost of

8     mailing absentee ballot applications be less?

9                MS. HULING:  Objection to form.

10               THE WITNESS:  The cost would likely

11    be somewhat less.

12    BY MR. FIELD:

13         Q     On the cover letters, to the best of

14    your knowledge since the original (c)(3) and (c)(4)

15    were formed, had -- strike that.

16               Have the cover letters that accompany

17    absentee ballot application mailings always

18    included the name of the organization sending them,

19    either CVI or VPC or their predecessors?

20         A     I believe that the cover letters have

21    always included the name of the organization

22    sending the Vote by Mail application.

Page 71

1          Q     And does that include contact

2     information?

3          A     I believe it has always included

4     language on how to reach the organization.

5          Q     Do you know if that has always

6     included a phone number?

7          A     I do not know.

8          Q     Do you know if you currently provide

9     one?

10         A     I believe we currently provide a

11    phone number.

12         Q     And that number is what we talked

13    about earlier that goes to the call center.  Is

14    that correct?

15         A     I believe that is correct.

16         Q     And what about an e-mail address, has

17    VPC or CVI always included an e-mail address in

18    their cover letters that accompanied the absentee

19    ballot application mailings?

20         A     I do not know if VPC or CVI have

21    always included an e-mail address or not.

22         Q     To the best of your knowledge, do

Page 72

```
 1        they currently?
 2              A     To the best of my knowledge, they
 3        currently do include an e-mail address.
 4              Q     And to the best of your knowledge, do
 5        they currently include a mailing address -- a
 6        physical mailing address?
 7              A     To the best of my knowledge, our vote
 8        by mail applications have a return mailing address
 9        on the carrier envelope.
10              Q     What about on the cover letter
11        itself?
12              A     I cannot speak to that.
13              Q     What about social media contact
14        information, do you know if you currently provide
15        any information where a recipient of an absentee
16        ballot application mailer can contact VPC or CVI
17        through social media?
18                    MS. HULING:  Objection.  Form.
19                    THE WITNESS:  I do not know that.
20        BY MR. FIELD:
21              Q     Okay.  Other than anything I just
22        asked you about, to the best of your knowledge, is
```

Page 73

1      there any other contact information provided to a

2      recipient of an absentee ballot application mailer?

3              A    I believe that there is a URL on our

4      letters directing recipients to a website for

5      either organization.

6              Q    Now, for each of these -- strike

7      that.

8                   For the phone number that's provided

9      in the mailings, you indicated it was a call center

10     that staffs those calls.  Is that correct?

11             A    Correct.

12             Q    Is it only the call center that

13     receives calls to the number provided in the cover

14     letter?

15             A    I believe it is only the call center

16     that receives calls to the number provided in the

17     letter.

18             Q    What about the physical mail that

19     comes in, is there -- do you have staff that are

20     responsible for handling and reviewing physical

21     mail?

22                  MS. HULING:  Objection to form.

Page 90

```
 1              Q    Okay.  And when you say "at the lower

 2       end of the vote propensity scale," would this be

 3       somebody who has never voted?

 4              A    Yes.

 5              Q    Okay.

 6              MR. FIELD:  This is a good time to

 7       take a break.

 8              (Recess from 12:09 p.m. to 12:47 p.m.)

 9       BY MR. FIELD:

10              Q    All right.  So, Mr. Lopach, when we

11       broke we were talking about how you determined who

12       you send absentee ballot application materials to

13       in particular states.

14              And I'd like to step back a bit.

15       Let's talk first just about how you obtained the

16       contact information in the first place for who you

17       send information to.

18              So for Georgia, where do you obtain

19       contact information?

20              A    Through data vendors.

21              Q    Okay.  And we'll get into the vendors

22       specifically in a second.  But when you do obtain
```

1        contact information from a vendor, do you obtain

2        statewide contact information?

3                    Let me ask it a different way

4        actually.  Strike that.

5                    When you obtain contact information

6        from a data vendor for individuals in Georgia, do

7        you obtain addresses and contact information for

8        every registered voter in the state?

9            A     For VPC or for CVI?

10           Q     For both.  And to the extent there's

11       a difference, feel free to explain.

12           A     No.

13           Q     Okay.  So neither VPC nor CVI obtain

14       contact information for every registered voter.  Is

15       that correct?

16           A     That is correct.

17           Q     Okay.  When you, either CVI or VPC,

18       receive contact information, does either

19       organization itself further whittle down the

20       addresses and contact information to the subset of

21       people that you are going to send to?

22                    MS. HULING:  Objection.  Form.

Page 101

1        geography is an input for ideology?

2        BY MR. FIELD:

3              Q      Correct.

4              A      I don't know.

5              Q      And when CVI or VPC obtain contact

6        information, is socioeconomic status a parameter in

7        any way that you apply in identifying what data you

8        want?

9              A      I don't believe so.

10             Q      The same question with respect to

11       income specifically.  Do you request data for

12       individuals at particular income levels?

13             A      I don't believe so.

14             Q      And I believe you testified at the

15       preliminary injunction hearing, and earlier today

16       as well, that recipients of your absentee ballot

17       application mailings are able to opt out of future

18       mailings.  Is that correct?

19             A      Yes.

20             Q      Generally speaking, how does one opt

21       out of future mailings from CVI or VPC?

22             A      One could fill out the form indicated

1          with a website URL in our letters.  One could call

2          the 800-number, one could call the telephone number

3          provided and share a code found on the letter to

4          unsubscribe.  And I think there is an e-mail option

5          as well, but I am not certain.

6                  Q     And if an individual follows either

7          of those courses that you just mentioned, what are

8          they unsubscribing from in the future?

9                  A     They are unsubscribing from any

10         programming that we run, be it voter -- Vote by

11         Mail application or Get Out the Vote mail while

12         their registration is at the address provided.

13                 Q     So with that final caveat in place

14         about the same registered address, somebody who

15         opts out is opting out of all future mailings on

16         any topic from your organizations, correct?

17                 A     With the caveat I provided relating

18         to their registration and a current address.

19                 Q     So just to make sure I'm clear on

20         this, an individual who receives an absentee ballot

21         application mailer and says, "I want out," contacts

22         you and opts out.  They are opting out of future

Page 103

1        absentee ballot application mailers, as well as

2        future voter registration mailers and future Get

3        Out the Vote mailers, provided that their address

4        remains the same -- their registration address?

5                    MS. HULING:  Object to form.

6                    THE WITNESS:  Generally, yes.  The

7        one caveat I would add is that if an individual

8        calls requesting to be removed from a mailing list

9        while another mailing is in process or already

10       printed or already in the mail, there will be an

11       unavoidable overlap that may result in the

12       recipient receiving another piece of mail.

13       BY MR. FIELD:

14              Q     And is it also true that opting out

15       by phone or any of these mechanisms to VPC opts out

16       of communications from CVI or are they two separate

17       options?

18                    MS. HULING:  Objection.  Form.

19                    THE WITNESS:  I believe they would be

20       interchangeable.  I believe that opting out of one

21       will opt you out of both.

22

Page 106

1     when somebody opted out, so let's now go two months

2     ahead of time.  So two months later.

3               What is done to ensure that the

4     addresses of another wave of mailings does not

5     include anyone who has opted out?

6          A     The subsequent or secondary mailing

7     is reviewed against various removal lists to remove

8     targets that have requested to be removed from

9     subsequent mailings when there is sufficient time

10    for that removal.

11         Q     When in the process of getting a

12    mailer together is that comparison done?

13         A     I believe that that comparison is

14    done at least two points in the process; one at the

15    beginning of compiling a list and two, at the end

16    of compiling a list prior to a list being sent to

17    the printer.

18         Q     And is that a task that somebody

19    employed by VPC or CVI performs or is that

20    performed by a contractor?

21              MS. HULING:  Objection to form.

22              THE WITNESS:  I believe the removal

1    of potential targets is done at different points,

2    both by the contractor and by our internal data

3    staff depending on the point in the process.

4    BY MR. FIELD:

5         Q    After the list is sent to the

6    printer, is there another comparison run against

7    the opt-out list?

8              MS. HULING:  Objection.  Form.

9              THE WITNESS:  I do not believe -- I

10   do not believe after the list is sent to the

11   printer that another comparison is done.

12   BY MR. FIELD:

13        Q    Do you know whether CVI or VPC have

14   ever sent materials to a recipient who had

15   previously opted out of receiving further mailings?

16        A    I do not know whether VPC or CVI have

17   ever sent additional mail to someone who has opted

18   out.

19        Q    And do you know if the log we were

20   discussing earlier, or the opt-out list -- strike

21   that.

22             The opt-out list, do you know if an

1                    MS. HULING:  Same objection.

2                    THE WITNESS:  VPC has a list of

3        addresses to which it sent vote by mail

4        applications since 2018.

5        BY MR. FIELD:

6             Q     If VPC sent two absentee ballot

7        application mailings to the same individual in the

8        same election cycle, would that name be listed

9        twice?

10                   MS. HULING:  Objection.  Form.

11                   THE WITNESS:  In that scenario, the

12       address would be listed once.

13       BY MR. FIELD:

14            Q     Is there any way in which VPC could

15       identify for the 2020 election cycle, when there

16       were five mailings sent in Georgia, the addresses

17       to which it sent more than one vote -- absentee

18       ballot application mailing?

19                   MS. HULING:  Objection to form.

20                   THE WITNESS:  I believe that there is

21       a way in which VPC could identify the vast majority

22       of addresses to which it sent vote by mail

Page 110

1    applications on multiple occasions in the 2020

2    election cycle.

3    BY MR. FIELD:

4         Q    How would it do that?

5              MS. HULING:  Objection to the extent

6    that it calls for speculation.

7              THE WITNESS:  VPC would review

8    records of Vote by Mail applications sent to

9    particular addresses in the 2020 election cycle.

10   BY MR. FIELD:

11        Q    Now, with respect to CVI, would it

12   also be able to identify the addresses to which CVI

13   sent multiple absentee ballot application mailings

14   for the 2020 election cycle?

15        A    I believe so.

16             MS. HULING:  Objection.

17   BY MR. FIELD:

18        Q    Do you have any knowledge of what

19   percentage of addresses in Georgia received more

20   than one absentee ballot application mailing during

21   the 2020 election cycle?

22        A    I do not recall what percentage of

Page 111

1       Georgia targets received more than one absentee

2       ballot mailing in the 2020 election.

3               Q    Do you have any general understanding

4       of what that percentage might be?

5               A    It would be speculation.

6               Q    Okay.  And what about for the 2018

7       election cycle, do you have any general knowledge

8       of the percentage of addresses to which more than

9       one absentee ballot application mailing was sent to

10      Georgia?

11                   MS. HULING:  Objection.  Foundation.

12                   THE WITNESS:  I do not.

13      BY MR. FIELD:

14              Q    Let's talk about the prefilled

15      absentee ballot applications.  Do you understand

16      what I mean when I use that term?

17              A    Yes.

18              Q    So we're on the same page, I'm

19      referring to applications where at least a portion

20      of it is filled in before the mailing is sent out.

21              A    (Moving head up and down.)

22              Q    Do you know when either Plaintiff

```
 1        organization began sending prefilled absentee

 2        ballot applications?

 3               A      Define when.

 4               Q      By year.  And what I mean is we

 5        talked earlier about the activity of the Plaintiff

 6        organization sending out absentee ballot

 7        applications.

 8                      Has it -- has either organization

 9        always tried to send prefilled applications or did

10        that start at a later year?

11               A      I believe that in 2006, VPC or CVI,

12        or their predecessor organizations, sent prefilled

13        Vote by Mail applications.

14               Q      Beginning in -- strike that.

15                      Let's talk about 2020 specifically.

16        Do you know what states CVI or VPC sent prefilled

17        applications to?

18               A      The vast majority of states where VPC

19        and CVI ran Vote by Mail programs.  They were

20        largely prefilled Vote by Mail applications.  I do

21        not recall exactly which states.

22               Q      Do you recall which states did not
```

1      that it provides you from the state?

2            A      Can you ask that question another

3      way?

4            Q      You indicated that Catalist -- it's

5      your understanding that Catalist obtains the data

6      that it provides you from the state.  Is that

7      correct?

8            A      Correct.

9            Q      Have you done anything to verify that

10     that is, in fact, correct?

11                  MS. HULING:  Objection.  Form.

12                  THE WITNESS:  Yes.

13     BY MR. FIELD:

14           Q      Okay.  What have you done?

15           A      At one point in 2020, we received

16     feedback from people who had received our mail that

17     the data was somewhat different than the voter

18     file.

19           Q      So this would be feedback from

20     individual recipients?

21           A      Yes.

22           Q      And what type of things did they tell

1      you?

2              A     Someone indicated they had a suffix

3      or middle initial that was not theirs, and I don't

4      recall which.

5              Q     Is there more than just this one

6      individual that comes to mind?

7              A     I believe -- I directly heard from

8      two individuals, I believe.

9              Q     And this was an issue that arose when

10     you were obtaining data from Catalist?

11             A     Correct.

12             Q     Did you then speak with somebody at

13     Catalist about this?

14             A     Yes.

15             Q     And what did they say was the cause

16     of that?

17             A     I don't remember the exact words, but

18     that they had compared the voter file data to

19     commercial data.  And that is how this occurred.

20             Q     Meaning they changed voter data based

21     on commercial data and ended up providing you with

22     incorrect information?

Page 128

```
 1                    MS. HULING:  Objection.  Form.

 2                    THE WITNESS:  Correct.

 3        BY MR. FIELD:

 4              Q     Okay.  And do you recall which wave

 5        this occurred in during the 2020 election cycle?

 6              A     I believe that I discovered this in

 7        Wave 1A -- Wave A.

 8              Q     But Wave A didn't go to Georgia,

 9        correct?

10              A     Correct.

11              Q     Okay.  Did you then respond by not

12        pre-filling applications for a wave or two based on

13        this issue with data?

14              A     Yes.

15              Q     And how many waves did you not

16        prefill applications?

17              A     Two.

18              Q     Okay.  Correct.

19                    So B and C did not include prefilled

20        applications, correct?

21              A     Correct.

22              Q     And do you know what the response
```

1           rate was for either of those waves?

2                   A     I don't recall.

3                         MS. HULING:  Interject.  You said

4           Waves B and C?

5                         MR. FIELD:  Correct.

6                         MS. HULING:  I believe it was C and

7           D.

8                         MR. FIELD:  Okay.  So --

9                         THE WITNESS:  I apologize.

10                        MS. HULING:  I just want to make sure

11          our record is clear on that.

12                        MR. FIELD:  I appreciate that.

13          BY MR. FIELD:

14                  Q     And I will say for this purpose, just

15          let me know if the following is correct:  One of

16          the waves in 2020 had this issue with incorrect

17          data.  In response to that, you did not prefill

18          applications for two waves.  Is that correct?

19                  A     That is correct --

20                  Q     Okay.

21                  A     -- based on my memory.

22                  Q     Okay.  But it's true that you

1       mail based on that data periodically or do you

2       obtain data periodically?

3                   MS. HULING:  Objection.  Form.

4                   THE WITNESS:  For the 2021 and 2022

5       election cycle, there were elections in New Jersey

6       and Virginia in 2021, in which we would have

7       received voter file data from either TargetSmart or

8       Catalist, at least once, possibly twice.

9                   In 2022, there are elections in

10      many more states, and depending on the timing of

11      our Vote by Mail application programs and which

12      vendor has which up-to-date voter file, we will

13      use either vendor possibly twice to get voter

14      file data.

15      BY MR. FIELD:

16                  Q    Why do you say possibly?

17                  Let me step back.  Let me ask you one

18      question first.

19                  Am I correct that in this cycle,

20      2022, as a general matter, you would be sending out

21      two waves of absentee ballot applications?

22                  A    Outside of Georgia, we are sending

Page 134

1      out two waves of absentee ballot applications, and

2      there is more time between waves than there was in

3      2020.  And so there is a greater likelihood of time

4      to get an updated voter file.

5              Q     And earlier you indicated that you --

6      I can't remember the word you used.  You found my

7      word of "asked" to be a bit of an understatement

8      for your conversation with Catalist.  "Demanded," I

9      think, was the word that you used.

10                  Why is it important to you that the

11     data you use to prefill applications be accurate?

12                  MS. HULING:  Objection to the

13     characterization of testimony.

14                  THE WITNESS:  It is important to me

15     and to VPC and CVI to run accurate programming,

16     with accurate data from the voter file.

17     BY MR. FIELD:

18              Q     Why is that?  Why is that important?

19              A     We want our message to voters to be

20     clear and understood without question.

21              Q     I think we touched on this earlier,

22     but just to confirm for me, when you receive the

Page 147

```
 1        waves is the right number?

 2                A       I believe in 2018 we had tested

 3        various combinations of Vote by Mail application

 4        and Vote -- Get Out the Vote in person, and that

 5        what we found in 2018, indicated two Vote by Mail

 6        application mailings was an efficient amount to

 7        send.

 8                Q       So did you find that five waves -- or

 9        I guess actually six waves, with the test in 2020,

10        was inefficient?

11                        MS. HULING:  Objection.  Form.

12                        THE WITNESS:  In 2020, we found the

13        earlier waves were more efficient, which makes

14        sense.

15        BY MR. FIELD:

16                Q       Why were the earlier waves more

17        efficient?

18                A       Many people will respond to the first

19        wave they receive.

20                Q       Now turning back to the PI hearing,

21        you testified that you worked with, what you

22        called, "Various national, state, and local groups
```

Page 150

1          Q     And do you do that at their request

2     or at your initiative or something else?

3          A     I can't say which.

4          Q     Has that type of follow-up activity,

5     text messages, door knocks, phone calls, et cetera,

6     to the best of your understanding, happened yet in

7     the 2022 election cycle?

8          A     It would be speculation for me to

9     answer that.

10          Q     Okay.  Let me step back.

11                You have sent a wave of absentee

12     ballot applications in Georgia in the 2022 election

13     cycle, correct?

14          A     Correct.

15          Q     Have you provided the results of

16     that -- strike that.

17                Have you provided the contact

18     information from that mailing to any third-party

19     entities in the state of Georgia to use when

20     following up with voters?

21          A     I do not know.

22          Q     Whether you plan to do so this

Page 153

1          cycles?

2                    A      I do not have a sense of that.

3                    Q      Do you have a sense of whether it has

4          gone up or down?

5                          MS. HULING:  Objection to the extent

6          it calls for speculation.

7                          THE WITNESS:  The volume of our

8          program increased in 2020 due to the pandemic.  It

9          would follow that comments increased.

10         BY MR. FIELD:

11                   Q      Okay.  Now I'm going to just ask you

12         a slightly different question, which is with

13         respect to duplicate applications or a second

14         application to the same individual.

15                          Do you know whether or not CVI or VPC

16         have received feedback from recipients of your Vote

17         by Mail application mailings complaining that they

18         have received multiple from you in the same

19         election cycle?

20                          MS. HULING:  Objection.  Form.

21                          Go ahead.

22                          THE WITNESS:  I do not have specific

Page 154

1          knowledge of such comments.

2          BY MR. FIELD:

3                Q     Do you have general knowledge about

4          such comments?

5                A     I have heard those concerns broadly.

6                Q     Okay.  From who?

7                A     They have been covered in the press

8          and in legal proceedings.

9                Q     Okay.  So other than what I'm

10         guessing you're referring to is the ProPublica

11         article and then from the legal proceedings, have

12         you heard from staff who received these contacts or

13         anything like that that there are individuals

14         complaining about receiving multiple applications?

15               A     No.

16               Q     Okay.  And, again, there would be no

17         log of such complaints, correct?

18               A     There's a --

19               MS. HULING:  Sorry.  Objection.

20         Misstates prior testimony.

21               Go ahead.

22               THE WITNESS:  There's a log of people

Page 162

1     have not contacted Arena Digital to inquire whether

2     or not they could handle your printing for you?

3          A     That is fair to say.

4          Q     Okay.  So since S.B. 202 has been

5     enacted, you sent one wave of applications to

6     Georgia.  Is it correct that the contents of those

7     applications are the same as what we talked about

8     before, which is a carrier envelope, a cover

9     letter, an application, albeit not prefilled, and a

10    return envelope.  Is that correct?

11         A     That is correct.

12         Q     Do you recall when that mailing was

13    sent?

14         A     The mailing was planned to land in

15    Georgia mailboxes on or as close as possible to the

16    first day of Georgia's Vote by Mail application

17    period, which I believe was August 26th of 2022.

18    So around August 26th of 2022 is when that mailing

19    landed in the mailboxes.

20         Q     Since then have you received any

21    questions or feedback from recipients asking

22    whether or not the mailing that you sent was

Page 164

1          Q      Correct.

2          A      No.

3          Q      Okay.  But it went out a few weeks

4     ago, correct?

5          A      Yes.

6          Q      Okay.  So why have you not looked

7     yet?

8          A      I have been looking largely at

9     national response rates for all of our programs and

10    raising money.  It is a bandwidth question.

11         Q      Is the response rate for the Georgia

12    mailing something that is tracked?

13         A      Yes.

14         Q      And how often is it tracked?

15         A      Our response --

16                MS. HULING:  Objection.  Form.

17                I'm sorry.  Go ahead.

18                THE WITNESS:  Our response tracking

19    database is updated multiple times a week, if not

20    daily, so that number is adjusted whenever we get

21    updated scans from the postal service.

22

1      envelope, we will get a scan that is specific to

2      Jane Doe indicating her Vote by Mail form is on its

3      way back to the election administration office.

4              Q      Has it always been that way, where

5      you've always had response tracked down to the

6      person?

7              A      In recent years we have been able to

8      do the individual level tracking of barcodes.   I

9      cannot speak to whether or not it has always been

10     this way since the founding of our organizations.

11             Q      Since you've been tracking that data

12     down to the individual, do you know whether or not

13     Jane Doe, in your hypothetical, in previous years

14     could have still received a subsequent absentee

15     ballot application from you?

16             A      It would depend on the timing of

17     subsequent waves and printing and data work and how

18     many waves we were sending.

19             Q      Well, is there a mechanism in place

20     that would have removed Jane Doe from future

21     mailings?

22             A      In the 2020 cycle, the mechanism for

Page 167

1      removal was such that respondents to Wave A were

2      most likely not removed from Wave B, but were

3      removed from Wave C.  The timing of the five waves

4      in 2020 was so compacted that the data work met

5      about every other mailing.

6                   In 2022, in states outside of

7      Georgia, where we were sending two mailings, we

8      constructed the timeline to allow for removal of

9      respondents based on barcode.

10             Q     And so the reference to A and C,

11     would that be the same for B and D and it's just

12     basically one cycle off for -- I'm sorry, one wave

13     off for 2020?

14             A     I believe so.

15                   MR. FIELD:  Okay.  Why don't we go

16     off the record for a moment.

17               (Discussion had off the record.)

18               (Recess from 2:47 p.m. to 2:57 p.m.)

19                   MR. FIELD:  We can go back on the

20     record.

21                   Mr. Lopach, I have no other

22     questions.