# EXHIBIT B

Dear Jane,

...

You can check your ballot status at: **mvp.sos.ga.gov**

...

Sincerely,

*Lionel Dripps*
Lionel Dripps
*Center for Voter Information*

If you wish to be removed from our mailing list, email this code: GAAU0591397 to unsubscribe@centerforvoterinformation.org



**HOW DO YOU COMPARE WITH OTHERS?***

Your Participation | Average of All Voters

**Your voting score is:**
Below Average

---

**Brad Raffensperger**
SECRETARY OF STATE

# APPLICATION FOR OFFICIAL ABSENTEE BALLOT

**PLEASE PRINT** (Failure to fill out the form completely could delay your application)

Date of Primary, Election, or Runoff: (MM/DD/YYYY) __11/3/2020__

| | | |
|---|---|---|
| **Voter name** | 1 | First: Jane    Middle: A<br>Last: Smith    Suffix: III |
| **Permanent address on file with county election office**<br>This is the address at which you are registered OR the mailing address you have given your county elections office. Your ballot will be sent here unless you provide a valid address in Section 3. | 2 | Street: 123 Anywhere St<br>City: Anytown    Zip: 12345<br>County: MUSCOGEE |
| **Temporary address where you want ballot sent**<br>If you wish to receive your absentee ballot at an address other than the one in Section 2, fill it in here. This address **must be in a different county than the county listed in Section 2** unless you are physically disabled or detained in jail or other detention facility. | 3 | Street: _____<br>City: _____ State: _____<br>Zip: _____ County: _____ |
| **Date of birth** | 4 | Date of birth: (MM/DD/YYYY) _____ |
| **Type of ballot**<br>**Required** in a primary or primary runoff. | 5 | ☐ Democratic  ☐ Republican  ☐ Non Partisan (will not have ANY party candidates listed) |
| **Contact information** | 6 | To assist your county elections officials in contacting you in a timely manner if your application is incomplete, please provide the following information.<br>Phone number: _____  Email: _____ |
| **Signature or mark of voter**<br>**Required if** voter fills out this application. | 7 | Signature or mark of voter: _____<br>Today's date: (MM/DD/YYYY) _____ |
| **Signature of person providing assistance**<br>**Required if** the voter receives assistance filling out this form. Assistance is only allowed if the voter is illiterate or physically disabled. | 8 | Name of assistant: _____<br>Signature of assistant: _____<br>Today's date: (MM/DD/YYYY) _____ |
| **Signature of person requesting ballot if not voter**<br>**Required only if** an eligible relative is making an application on behalf of the voter who is physically disabled or temporarily residing out of the county. | 9 | Signature of requestor: _____<br>Relationship to voter: _____<br>I swear that the facts contained in this application are true and that I am either the mother, father, grandparent, brother, sister, aunt, uncle, spouse, son, daughter, niece, nephew, grandchild, son-in-law, daughter-in-law, mother-in-law, father-in-law, brother-in-law or sister-in-law of the age of 18 and swear (or affirm) that the above-named voter is<br>(check one) ☐ physically disabled or ☐ temporarily residing out of the county |
| **If you meet one of the described conditions in this section and would like to receive a mail ballot for the rest of the elections cycle without another application, indicate by checking the applicable eligibility requirement.** | 10 | ☐ E - Elderly - I am 65 years of age or older   ☐ D - Disabled - I have a physical disability<br>☐ U – UOCAVA Voter -  I am a uniformed service member, spouse or dependent of a uniformed service member, or other US citizen residing overseas. **My current status is (please mark one):**<br>☐ MOS – Military Overseas    ☐ OST – Overseas Temporary Resident<br>☐ MST – Military Stateside   ☐ OSP – Overseas Permanent Resident (federal offices only)<br>Email: (required for UOCAVA voters requesting electronic transmission)<br>_____ |

**FOR OFFICE USE ONLY**
Dist. Combo: _____ Precinct: _____ Ballot #: _____
Received Date: _____ ISS Date: _____ Certified Date: _____ Rejection Date: _____
ID SHOWN: GADL _____ Other: _____
I certify that the above named voter ☐ is eligible  ☐ is not eligible to receive a vote by mail ballot
Reason for Rejection: _____ Registrar Signature: _____
Ballot to be: ☐ Mailed Electronically  ☐ Transmitted/delivered to voter in hospital by Registrars/Deputy  ☐ Voted in office (municipal only)

FORM #ABS-APP-18

# Center For Voter Information

If you've already submitted a request for a ballot by mail for the 2020 General Election, there is no need to submit another request.

Dear Jane,

**The Center for Disease Control recommends lower risk voting options like mail ballots to minimize potential exposure to COVID19.** The Georgia Secretary of State and county election officials encourage voters to use mail ballots in the upcoming elections. I have sent you the enclosed absentee ballot application for Georgia already filled out with your name and address.

**Voting by mail is EASY.** Just sign, date, and complete the application. Drop it in the mail and you will receive a ballot from your County Board of Registrar's Office which you can complete and return without ever leaving your home. No waiting in line.

**Voting by mail keeps you healthy and safe.** The best way to protect yourself, your family, and your whole community during this time is to vote by mail.

You can even research the candidates as you vote.

**Your privacy is protected.** If you use the enclosed envelope with **pre-paid postage,** your application will be delivered directly to your County Board of Registrar's Office.

You can check your ballot status at: **mvp.sos.ga.gov.**

Sincerely,

*Lionel Dripps*
Lionel Dripps
*Center for Voter Information*



HOW DO YOU COMPARE WITH OTHERS?*

NA
Your Participation    Average of All Voters

Your voting score is:
no record

P.S. We have already filled in your name and address on the enclosed form. **Please take a minute to complete the form, sign and date it, and place the form in the pre-addressed, postage-paid envelope.** Thank you.

*Data obtained from publicly available state voter files.

If you wish to be removed from our mailing list, email this code: GAAS2261876 to unsubscribe@centerforvoterinformation.org

This mailing has been paid for by the Center for Voter Information (CVI). CVI is a non-government, nonprofit, 501(c)(4) organization.
**(866)-377-7396** www.centerforvoterinformation.org. CVI is not affiliated with state or local election officials.
© 2016-2020 The Center for Voter Information. All Rights Reserved.

31970000142