# EXHIBIT C

```
                    UNITED STATES DISTRICT COURT
                FOR THE NORTHERN DISTRICT OF GEORGIA
                         ATLANTA DIVISION


VOTEAMERICA, ET AL,              )
                                 )
     PLAINTIFFS,                 )
                                 ) DOCKET NO. 1:21-CV-01390-JPB
     -VS-                        ) VOLUME 1
                                 )
BRAD RAFFENSPERGER, ET AL,       )
                                 )
     DEFENDANTS.                 )
```

**TRANSCRIPT OF PRELIMINARY INJUNCTION PROCEEDINGS**
**BEFORE THE HONORABLE J.P. BOULEE**
**UNITED STATES DISTRICT JUDGE**
**JUNE 9, 2022**

STENOGRAPHICALLY RECORDED BY:

PENNY PRITTY COUDRIET, RMR, CRR
OFFICIAL COURT REPORTER
UNITED STATES DISTRICT COURT
ATLANTA, GEORGIA

```
 1                     A P P E A R A N C E S

 2

   ON BEHALF OF THE PLAINTIFF - VOTEAMERICA, VOTER PARTICIPATION
 3 CENTER AND CENTER FOR VOTER INFORMATION

 4        KATHERINE LEIGH D'AMBROSIO
          SMITH GAMBRELL & RUSSELL, LLP
 5
          JONATHAN DIAZ, ESQ.
 6        DANIELLE M. LANG, ESQ.
          VALENCIA RICHARDSON, ESQ.
 7        HAYDEN JOHNSON, ESQ.
          ALICE CLARE CAMPBELL HULING, ESQ.
 8        CAMPAIGN LEGAL CENTER

 9
   ON BEHALF OF THE DEFENDANTS - BRAD RAFFENSPERGER, SARA GHAZAL,
10 JANICE JOHNSTON, EDWARD LINDSEY, MATTHEW MASHBURN

11        GENE C. SCHAERR, ESQ.
          H. CHRISTOPHER BARTOLOMUCCI, ESQ.
12        BRIAN FIELD, ESQ.
          SCHAERR JAFFE, LLP.
13
          BRYAN P. TYSON, ESQ.
14        TAYLOR ENGLISH DUMA, LLP.

15
   ON BEHALF OF THE INTERVENOR DEFENDANTS - REPUBLICAN NATIONAL
16 COMMITTEE, NATIONAL REPUBLICAN SENATORIAL COMMITTEE, NATIONAL
   REPUBLICAN CONGRESSIONAL COMMITTEE, GEORGIA REPUBLICAN PARTY,
17 INC.,

18        CAMERON T. NORRIS, ESQ.
          CONSOVOY MCCARTHY, PLLC.
19

20

21

22

23

24

25
```

1                              I N D E X

2

3  WITNESS:                                                    PAGE:

4  1.  THOMAS LOPACH

5           DIRECT EXAMINATION.............................32
            CROSS-EXAMINATION..............................72
6           REDIRECT EXAMINATION..........................125
            RECROSS-EXAMINATION...........................130
7
   2.  DANIEL MCCARTHY
8
            DIRECT EXAMINATION............................132
9           CROSS-EXAMINATION.............................162

10

11 3.  DONALD GREEN

            DIRECT EXAMINATION............................199
12          CROSS-EXAMINATION.............................242

13
                              - - - - -
14

1 absentee ballot applications that were provided by VPC/CVI
2 submitted over the election cycle, correct?
3 **A.** Over the election cycle to exclude the runoff.  The runoff
4 would be possibly additional, possibly duplicative in terms of
5 individuals.
6 **Q.** Certainly.  And that's what I was getting to.
7     These 575,000 and the 88,500 individuals, only the 88,500
8 individuals are unique individuals, not counted twice, right?
9 **A.** That sounds right, yes.
10 **Q.** Now, VPC/CVI provides an e-mail address and also provides its
11 phone number in the letter to voters, right?
12 **A.** Correct.
13 **Q.** Does VPC/CVI receive complaints at the phone number in the
14 e-mail address about its mailings?
15 **A.** VPC and CVI receive all sorts of messages both through the
16 phone line answered by an 800 call service and through the e-mail
17 address.
18 **Q.** And some of those messages are complaints about VPC/CVI's
19 mailings, right?
20 **A.** Some messages are complaints.
21 **Q.** Does VPC/CVI track complaints received at its phone number and
22 e-mail address?
23 **A.** When the unique code is provided, VPC and CVI will unsubscribe
24 recipients from our future programs.
25 **Q.** And my question was more specific:  Do you track complaints,

1  **A.**  I can't speak to how an individual may mistake or receive a
2  mailer that we send.
3  **Q.**  Can VPC/CVI mailers create more work for local election
4  officials after they're sent?
5  **A.**  I cannot speak to the results of our work for election
6  officials.
7  **Q.**  I'm going to hand you what we'll mark as Exhibit 52.  And this
8  is a ProPublica article entitled "A Nonprofit With Ties to
9  Democrats is Sending Out Millions of Ballot Applications.
10 Election Officials Wish It Would Stop."  Do you see that?
11 **A.**  I am familiar with this article.
12        MR. TYSON:  Your Honor, we move Exhibit 52 in for
13 impeachment purposes on a couple questions starting on page four.
14        THE COURT:  Hearing no objection, it's admitted.
15 **Q.**  So, Mr. Lopach, if you could turn with me to page 4 of 11 at
16 the bottom.
17 **A.**  Yes.
18 **Q.**  The first full paragraph, the last sentence appears to be
19 quoting you:  He added that some errors are inevitable and that
20 the group also encounters mistakes in official voter files.  Do
21 you see that?
22 **A.**  Yes.
23 **Q.**  And then the next statement is:  He acknowledged that CVI can
24 create more work for local election officials.  Do you see that?
25 **A.**  I do.

1  that extra step in the process is precisely the kind of
2  transaction costs that can be decisive.
3      And groups know that, so what they're trying to do is grease
4  the voter's path, especially a voter who might otherwise be
5  apprehensive about doing something online or filling out a form or
6  knowing how to sign the back of the form, not forgetting to do
7  those kinds of little details.
8  **Q.** So when you say "behavioral threshold," can you just give us a
9  definition of what that is.
10 **A.** Oh, I think, you know, you're often just at the cusp of, for
11 example, making an online purchase, but maybe you're thinking, do
12 I really need that?  Nah, I don't know.  And, of course, there's
13 sort of lots of, you know, intuition and lore in online purchasing
14 that the longer somebody tarries, the more they're likely to slip
15 away and have second thoughts.
16     And so in much of the same way, sending someone a form where
17 they actually have the form and very often pre-populated the form,
18 it allows them to feel more confident that they'll get through the
19 process quickly.
20 **Q.** So what effects does reducing transaction costs have on the
21 rate at which absentee ballot -- absentee voting applications or
22 ballots are rejected?
23 **A.** Well, I would say that from a study that we're going to talk
24 about in a bit, the Mann and Mayhew 2015 study, there does not
25 appear to be much of an effect.  You know, perhaps encouraging

1 people to fill out forms by themselves elevates the number of
2 errors they will make, but the kinds of error rates are
3 vanishingly low. In that study it was less than a 10th of a
4 percent. And the only -- and the gains -- or it was a 10th of a
5 percent, but the gain over the control group or the generic --
6 sorry, the appeal to go online was only six-tenths of a percent.
7 So we're really talking about a relatively trivial kind of
8 nuisance in terms of inflicting extra time commitments on election
9 officials.
10 **Q.** So you just mentioned Mann and Mayhew 2015 and that's
11 contained in your report. Can you give us just a brief one- or
12 two-sentence summary of what that report says.
13 **A.** A brief cut-to-the-chase summary of Mann and Mayhew is this
14 was a randomized trial in which there were three randomized arms:
15 A controlled group that received nothing, a treatment group that
16 received encouragement by mail to go to an online e-government
17 site where they could request a vote-by-mail ballot, or a mailed
18 ballot right then and there so they could fill -- I'm sorry, the
19 mail request right then and there so they could fill that out
20 directly or they could go to the e-government site.
21  So the question is what were the results for the absentee
22 voting rate and the voting rate in general. And the effect is,
23 you know, a surge in absentee voting rate among the people who
24 received the mailed form, and an increase in the voter turnout
25 rate, pretty much as you would expect in a world governed by

1      MR. JOHNSON:  And, your Honor, I'll give you a heads-up
2 that we'll play a video at some point here, one of my colleagues
3 will pull that up.
4 **A.** Which tab are you on?
5 **Q.** I haven't turned to a tab yet, but we'll eventually be pulling
6 up your Plaintiffs' Exhibit 26, which is your initial report.  So
7 you can go ahead and pull that up and turn to page six, please,
8 Dr. Green.
9 **A.** I'm there.
10 **Q.** So just what in your general understanding does this
11 disclaimer requirement do?
12 **A.** The basic requirements of law are to present the disclaimer in
13 a way that is prominently displayed.  So it can't be in small
14 font, it can't be in some recessive part of the form, it has to be
15 prominently displayed.  And it has to have language that I think
16 will cause puzzlement, consternation, confusion, reluctance on the
17 part of people who are encountering it.
18    Why?  Because unlike regular language, it's almost like a kind
19 of -- it's almost like the kind of thing you would see in like a
20 troll's e-mail or troll's social media post with repeated
21 capitalized letters that are designed in some ways to put off
22 voters for no apparent reason.
23    The reading of this thing is especially odd because when you
24 say what is -- what does the disclosure actually require, it says
25 this is not, capital not, an official government publication.  All

1  right.  True.  But it's identical, it's required to be identical
2  to an official publication.  And was not provided to you by any
3  governmental entity.  Okay.  True.  And this is not a ballot,
4  which is -- it's a very strange thing to include, especially again
5  with a capital not.  Yes, it's not a ballot, it's not a fishing
6  license, it's not a death certificate, it's not a lot of things,
7  but no one ever would think this is a ballot because there's
8  nobody to vote for.  A ballot has something else going on.  So it
9  seems as though this is a disclaimer that is meant to discredit
10 the form more than it is likely to disclose information.
11      It also requires that you disclose information.  And as we've
12 already seen from some of the other forms that these groups
13 routinely send, they're already disclosing information.  I'm happy
14 to have them to be required to disclose information, but this
15 particular disclosure in my assessment of public opinion, you
16 know, would put off voters.
17 **Q.**  Let's turn to the actual form that the state has recently
18 posted at its website, and that's Plaintiffs' Exhibit 2.
19 **A.**  Good.  Okay, I'm there.
20 **Q.**  So do you see the title at the top of the first page of that
21 document?
22 **A.**  Yes.  It's Application For Georgia Official Absentee Ballot.
23 **Q.**  And do you see the gray box at the bottom of the first and
24 second page?
25 **A.**  Yes.  In fact, I'm going to go to the -- yeah, for the heck of