# EXHIBIT E

Page 1

```
 1
 2              UNITED STATES DISTRICT COURT
            FOR THE NORTHERN DISTRICT OF GEORGIA
 3                     ATLANTA DIVISION

 4   VOTEAMERICA; VOTER            )
     PARTICIPATION CENTER;         )
 5   AND CENTER FOR VOTER          )
     INFORMATION,                  )
 6                                 )
                 Plaintiffs,       )
 7                                 )
              vs.                  ) CASE NO. 1:21-CV-1390-JPB
 8                                 )
     BRAD RAFFENSPERGER, IN        )
 9   HIS OFFICIAL CAPACITY AS      )
     SECRETARY OF THE STATE        )
10   OF GEORGIA; SARA GHAZAL,      )
     JANICE JOHNSTON, EDWARD       )
11   LINDSEY, AND MATTHEW          )
     MASHBURN IN THEIR             )
12   OFFICIAL CAPACITIES AS        )
     MEMBERS OF THE STATE          )
13   ELECTION BOARD,               )
                                   )
14               Defendants,       )
                                   )
15               AND               )
                                   )
16   REPUBLICAN NATIONAL           )
     COMMITTEE; NATIONAL           )
17   REPUBLICAN SENATORIAL         )
     COMMITTEE; NATIONAL           )
18   REPUBLICAN CONGRESSIONAL      )
     COMMITTEE; AND GEORGIA        )
19   REPUBLICAN PARTY, INC.,       )
     ELECTION BOARD,               )
20                                 )
        Intervenor-Defendants.     )
21
                DEPOSITION OF T. MATTHEW MASHBURN
22      IN A 30(b)(6) CAPACITY FOR GEORGIA STATE ELECTION BOARD
                        ATLANTA, GEORGIA
23                 MONDAY, SEPTEMBER 12, 2022

24   REPORTED BY:   TANYA L. VERHOVEN-PAGE,
                    CCR-B-1790
25   JOB NO.  216946
```

Page 83

1          T. MASHBURN
2  sending an absentee ballot application to a voter who
3  had already requested, received or cast one; is that
4  right?
5      A    None that I recall.
6      Q    Prior to the enactment of SB 202, did the
7  Board have any communications with nongovernment
8  entities or individuals about the distribution of
9  absentee ballot applications generally?
10     A    Outgoing from the Board, no.
11     Q    Did the Board receive communications on
12 that subject?
13     A    From the nongovernmental entities?
14     Q    Yes.
15     A    None that I specifically recall.
16     Q    Did the Board receive communications from
17 the public about the distribution of absentee ballot
18 applications generally?
19     A    Oh, my goodness, yes.
20     Q    What were the substance of those
21 communications, generally speaking?
22     A    We had so many calls.  People would stop
23 you in the grocery store, they would stop you in a
24 restaurant, and they would go, I've got ten ballots.
25 How in the world did I get ten ballots.  Or, you

```
 1                      T. MASHBURN
 2   know, the people that lived in my house ten years ago
 3   just got a ballot, and how is this possible, and what
 4   kind of fraud is going on.  And who -- you know,
 5   what -- you know, what's going on here, why are
 6   multiple ballots getting sent to me.
 7              And so we're -- you know, we would -- as
 8   best you could, with those voters, you would say,
 9   well, I'm pretty sure that what you got is an
10   application.  And then they'd say, no, no, I'm
11   positive, it's a ballot.  And you're like, well, oh,
12   okay, let's -- you know, let's look at this further,
13   what does it say on the envelope and things like
14   that.
15              And so then they're like, well, somebody
16   needs to do something about this.  And you're like,
17   well, call your legislature, they passed the laws.
18              But that happened -- that happened, 2020,
19   in the level that I've never seen before.
20      Q      But is it your understanding that even if
21   people were concerned about receiving multiple
22   ballots, in most instances they were receiving
23   multiple applications; is that right?
24      A      Yeah, correct.  I've only heard of a
25   couple of people that actually had more than one
```

Page 85

1        T. MASHBURN
2   ballot, and it was due to an administrative error.
3        Q    Got it.
4        A    But they were -- I mean, people were
5   really upset about it.
6        Q    So you mentioned a couple of ways that
7   those communications get to the Board. How else
8   might people send a complaint or a concern to the
9   Board?
10       A    They would have -- they could have sent
11  an e-mail, they could have called them on the phone.
12  And the ones I remember, they always were like, this
13  is fraud, this is fraud, this election is out of
14  control.
15            So it was always -- but it would come to
16  the Secretary of State's office through phone calls,
17  e-mails. People would -- people -- people would
18  literally stop me in the grocery store.
19       Q    Is there a public e-mail address that
20  folks can send comments to the Board through?
21       A    Yeah, I think there's -- I think it's
22  published in our rule making that they can.
23       Q    And did individual Board members get
24  e-mails sent to them directly, as well?
25       A    I would imagine -- I would imagine so. I

Page 88

1          T. MASHBURN

2  applications having been rejected, prior to the

3  enactment of SB 202, based on inaccurate or

4  incomplete information pre-filled on those

5  applications?

6       A     I know that it -- I'm aware that it

7  happened as the representative of the Board, but

8  mostly that was before my time as an individual.

9       Q     Because you joined the Board in 2020?

10      A     Correct.

11      Q     Prior to the enactment of Senate Bill

12 202, did the Board receive complaints or reports from

13 voters about receiving applications pre-filled with

14 incorrect information?

15      A     Oh, yes.

16      Q     What were the substance of those

17 complaints?

18      A     I've got it -- I've got this mailing here

19 for people that used to live here that haven't lived

20 here.  I've got official -- official ballots -- that

21 were applications -- with my; maiden name that I

22 haven't used in 20 years.  You know, I got this

23 mailing for my dead relative who's been dead for six

24 years.  There was some cat that was getting an

25 application to register.

1          T. MASHBURN

2     Q    Okay.  So it sounds like there were maybe
3  two large categories of issues; one, applications
4  addressed to a person who doesn't live there or a
5  deceased person or an ineligible voter and, two, an
6  application addressed to the right person but with
7  some of the information incorrect?
8     A    I agree with that.
9     Q    Do you have a sense of which of those two
10 issues was more prevalent in the 2020 and 2021
11 elections?
12    A    It's like -- it's like a fire hose and
13 trying to decide which -- which water is coming out
14 of the fire hose the fastest.  No.  It was all this
15 giant wave of complaints.
16    Q    So I know we talked about voters having
17 received multiple applications.
18    A    Oh --
19    Q    Sorry.
20    A    Go ahead.  Go ahead.
21    Q    We discussed reports that voters had
22 received multiple applications in past election
23 cycles.  Are you aware of applications being rejected
24 because voters submitted multiple or duplicate
25 applications?

Page 90

```
 1                    T. MASHBURN
 2      A     I'm not aware of any.  It might have
 3  happened, but I'm not aware of it.
 4      Q     Did the Board receive any complaints or
 5  reports from the counties about receiving multiple
 6  applications from the same voter?
 7      A     Not -- not that I recall, but it may have
 8  been.  Not that recall.  We did have -- we did
 9  have -- let me see.
10            Yeah.  None, not that I recall.
11      Q     In these complaints that the Board
12  received from voters, was there any indication that
13  the voters didn't understand who the applications
14  were coming from?
15      A     Oh, yes.  There was very -- there was a
16  lot of confusion about that.  Why is the county
17  sending this to me?  Why am I getting this?  Why did
18  the Secretary of State send this.  And you're like,
19  well, I'm not sure that came from the Secretary of
20  State.  Tell me -- read to me who -- read to me who
21  is on the return address, and it's a group.  Okay.
22  That's not from the Secretary of State.  That's not
23  an official document.
24            So there was a lot of confusion about
25  that.
```

Page 91

1                       T. MASHBURN

2       Q     Okay.  And you previously testified that
3   some voters were also confused about whether ballot
4   applications were absentee ballots themselves; is
5   that right?
6       A     Yes.  Correct, and they also were very
7   upset and confused.  They would get these cards in
8   the mail that said, we've reviewed the voting records
9   and you haven't voted, and they knew they had voted.
10  And so they were like, what kind of fraud is this.
11  My vote's not counting.  I've just been told that my
12  vote didn't count.  So that was causing great
13  problems.
14      Q     If a registrar or a county Board of
15  Elections receives an application from a voter -- an
16  absentee ballot application from a voter who has
17  already submitted one, do you know what they're
18  supposed to do with that?
19      A     I would look it up, but I don't recall
20  off the top of my head.
21      Q     That's fine.
22            Do you know if it's against Georgia law
23  for a voter to submit multiple applications for an
24  absentee ballot?
25      A     I would look it up.  I don't recall.

1        T. MASHBURN

2   about hearing complaints.  I mean, they really want

3   to know where -- where the pressure points are for

4   the public, so they're really in tune to that.

5        Q    You testified that you, and I think other

6   members of the Board, have gotten significantly less

7   complaints or calls about people receiving multiple

8   applications or multiple ballots since the enactment

9   of SB 202; is that right?

10       A    That's true.

11       Q    Has there been a general election since

12  SB 202 was exacted?

13       A    Not that I recall.

14       Q    Have there been any elections since SB

15  202 was enacted?

16       A    I think a couple.  I think there's been a

17  couple.

18       Q    There was a primary this year?

19       A    A primary, yes.

20       Q    Do you know what the turnout in this

21  year's primary election was like relative to the 2020

22  general election?

23       A    I don't know the exact numbers but,

24  generally speaking, primaries are well less attended

25  than generals.

1                    T. MASHBURN

2         Q     Okay.  So there could be other reasons
3    that the Board is getting less complaints at this
4    time than it did in 2020?
5         A     It's conceivable, but just -- it was so
6    many and it was just so bad.  I mean, it was just
7    so -- just overwhelming.  I mean --
8         Q     I understand.  I think you testified
9    earlier that the 2020 election in Georgia was the
10   most watched election in the history of the state; is
11   that right?
12        A     That is absolutely my opinion.
13        Q     Would you characterize the 2022 primary
14   that way?
15        A     In Georgia's history.  It was probably
16   the most watched primary in Georgia's history, I
17   would probably agree with that.
18        Q     Do you -- I believe you testified in
19   response to some questions from Mr. Schaerr about
20   some of the reasons why the legislature might past
21   Senate Bill 202?
22        A     Ask me that again.
23        Q     You testified as to some of the issues
24   that the legislature was aiming to address when it
25   passed Senate Bill 202?