# EXHIBIT F

```
1                    UNITED STATES DISTRICT COURT
                  FOR THE NORTHERN DISTRICT OF GEORGIA
2                          ATLANTA DIVISION

3

4   VOTEAMERICA, ET AL,              )
                                     )
5        PLAINTIFFS,                 )
                                     ) DOCKET NO. 1:21-CV-01390-JPB
6        -VS-                        ) VOLUME 2
                                     )
7   BRAD RAFFENSPERGER, ET AL,       )
                                     )
8        DEFENDANTS.                 )

9

10

11          TRANSCRIPT OF PRELIMINARY INJUNCTION PROCEEDINGS
                 BEFORE THE HONORABLE J.P. BOULEE
12                 UNITED STATES DISTRICT JUDGE
                         JUNE 10, 2022
13

14

15

16

17

18

19

20  STENOGRAPHICALLY RECORDED BY:

21
                         PENNY PRITTY COUDRIET, RMR, CRR
22                          OFFICIAL COURT REPORTER
                          UNITED STATES DISTRICT COURT
23                             ATLANTA, GEORGIA

24

25
```

1                        A P P E A R A N C E S

2

ON BEHALF OF THE PLAINTIFF - VOTEAMERICA, VOTER PARTICIPATION
3     CENTER AND CENTER FOR VOTER INFORMATION

4          KATHERINE LEIGH D'AMBROSIO
           SMITH GAMBRELL & RUSSELL, LLP
5
           JONATHAN DIAZ, ESQ.
6          DANIELLE M. LANG, ESQ.
           VALENCIA RICHARDSON, ESQ.
7          HAYDEN JOHNSON, ESQ.
           ALICE CLARE CAMPBELL HULING, ESQ.
8          CAMPAIGN LEGAL CENTER

9

ON BEHALF OF THE DEFENDANTS - BRAD RAFFENSPERGER, SARA GHAZAL,
10    JANICE JOHNSTON, EDWARD LINDSEY, MATTHEW MASHBURN

11         GENE C. SCHAERR, ESQ.
           H. CHRISTOPHER BARTOLOMUCCI, ESQ.
12         BRIAN FIELD, ESQ.
           SCHAERR JAFFE, LLP.
13
           BRYAN P. TYSON, ESQ.
14         TAYLOR ENGLISH DUMA, LLP.

15

ON BEHALF OF THE INTERVENOR DEFENDANTS - REPUBLICAN NATIONAL
16    COMMITTEE, NATIONAL REPUBLICAN SENATORIAL COMMITTEE, NATIONAL
      REPUBLICAN CONGRESSIONAL COMMITTEE, GEORGIA REPUBLICAN PARTY,
17    INC.,

18         CAMERON T. NORRIS, ESQ.
           CONSOVOY MCCARTHY, PLLC.
19

20

21

22

23

24

25

1                          I N D E X

2

3    WITNESS:                                      PAGE:

4    1.  RYAN GERMANY

5              DIRECT EXAMINATION...............................5
               CROSS-EXAMINATION................................52
6              REDIRECT EXAMINATION........................115
               RECROSS-EXAMINATION.........................121
7
     2.  BRANDON WATERS
8
               DIRECT EXAMINATION...........................134
9              CROSS-EXAMINATION............................138

10

11   3.  JUSTIN GRIMMER

12             DIRECT EXAMINATION...........................146
               CROSS-EXAMINATION............................186
13             REDIRECT EXAMINATION........................211
               RECROSS-EXAMINATION.........................215

14
                          - - - - -
15

16

17

18

19

20

21

22

23

24

25

1    Do they investigate more than just election-related issues?

2  **A.**   Yes.  We have an investigations division.  It consists of

3  about a little more than 20, I think, POST-certified law

4  enforcement officers, law enforcement investigators.  We also have

5  an inspections division that's not -- that they more deal with

6  kind of the inspections part of it, so it's not a POST-certified

7  law enforcement position.  But from the POST-certified side,

8  that's about 20 people, and they investigate election complaints,

9  professional licensing complaints, corporations issues, and

10  securities as well.

11  **Q.**   Generally, how does a voter submit an election-related

12  complaint to the Secretary of State's Office?

13  **A.**   Generally we get them through e-mail.  We have kind of web

14  forms that so if you go to our website and you can click, you

15  know, contact the elections division or contact the Secretary of

16  State's Office, it will take you to a web form, but then that

17  comes to our office like an e-mail and then goes to certain people

18  monitoring each inbox; whether it's the elections, we have kind of

19  a voter fraud e-mail, we have an investigations e-mail, and we

20  have kind of SOS contact is sort of the broad one that a lot of

21  them might end up falling into.

22  **Q.**   Do folks also call the office?

23  **A.**   Yes, phone calls as well.

24  **Q.**   And I see in your declaration a lot of complaints at a

25  voterfraudmailalerts@sos.ga.gov.  Is that one of those e-mail

1  addresses.

2  **A.**  Yes.

3  **Q.**  When was that created and why?

4  **A.**  I'm not sure.  We've had kind of those general e-mails for as

5  long as I've been at the office, including a kind of voter fraud

6  one, election division, SOS contact, those general e-mails have

7  been around for as long as I've been in the office.

8  **Q.**  Why do you have those e-mail addresses?

9  **A.**  It's because we want to hear from constituents.  We want to

10  hopefully resolve their issue.  We do have a call center, so the

11  call center is busy as well, but sometimes it's helpful to have

12  another way to get in touch.  And so we want to hear from our

13  constituents and hopefully resolve as many issues as we can.

14  **Q.**  What about county election offices, do voters also submit

15  complaints there?

16  **A.**  Yes.  Generally the county elections office will have a

17  general e-mail address as well, if not more than one depending on

18  the size of the county.

19  **Q.**  And just very briefly, can you talk me through the lifecycle

20  of a complaint.  We see the complaints in your declaration, what

21  happens to them after that point?

22  **A.**  You're talking about elections complaints?

23  **Q.**  I'm sorry, yes, with election-related complaints.

24  **A.**  Sure.  It kind of depends because sometimes it might be a

25  voter just reaching out and saying, here's the issue, I'm having a

**A.**   So I started in 2014, and before that I did not have really

election administration experience, so my knowledge really starts

there.

     And I think it's pretty typical for campaigns to send out

absentee ballot applications.  My sense is it wasn't something

that was really kind of blanketed across the electorate.  My -- we

really started seeing that I think more so in 2018.

     And backing up a little bit, I think when it's a campaign or a

party sending it out, the voter was a little more aware of, okay,

this is who this is coming from, this is, you know, this guy who

is running for state senate or whatever.

     And then I think in -- it really was 2018 when we started

seeing more blanket applications that led to questions about who

is this?  What is this?  Is this something I have to fill out?

Generated a lot of calls to counties and to the state.

     We also saw in 2018 people utilizing really, really

paired-down application forms that I think also -- that was really

the first time that we saw that.  So that generated some

complaints and confusion as well.

**Q.**   Just to make sure that's clear, so before 2018 there was no

requirement for what needed to be included in the form of a ballot

application that a third party sends out, right?

**A.**   Well, there was -- there was -- you had to have certain

information, a voter had to include certain information to request

an absentee ballot, but there wasn't a law or regulation that said

1  voters?

2  **A.**  Yes.  I should say they did, in 2020 was really the first

3  time.  I think 2018 and 2020 was really the first time we started

4  seeing that to my knowledge.

5  **Q.**  How would Mr. Harvey's job be affected if all those

6  organizations e-mailed him to ask him for his views on the forms

7  of the applications or information?

8  **A.**  Well, that would be almost a full-time job basically.  And

9  he's got, you know, a job of running our elections division and,

10  you know, that includes working with our staff.  He also has spent

11  a lot of time working with counties, and so, you know, that would

12  basically pull him off of what I think his like real duties of

13  here's what he needs to accomplish for -- in terms of the duties

14  we have to accomplish.

15  **Q.**  One other point on those discussions from yesterday, do you

16  recall as part of that line of questioning testimony that Director

17  Harvey suggested, including the election date on the application?

18  **A.**  In terms of pre-filling the election date?

19  **Q.**  That's correct.

20  **A.**  Yes.

21  **Q.**  Under SB 202 is there anything that would prevent plaintiffs

22  from continuing to include the date on applications in the future?

23  **A.**  No.

24  **Q.**  I would like to talk with you about some of the complaints

25  that you appended to your declaration.  Do you recall those?

1  **A.**  Yes, generally.

2  **Q.**  And do you recall there being three categories of complaints

3  that were attached?

4  **A.**  I --

5  **Q.**  Let's do it this way:  I would like to talk to you about your

6  first category of complaints that you attached, which is -- do you

7  recall attaching complaints where voters reference incorrect

8  information on applications?

9  **A.**  Voters referencing what?

10  **Q.**  Incorrect information --

11  **A.**  Yes.

12  **Q.**  -- on applications?

13  **A.**  Yes.  You're talking about if they would get a pre-filled

14  application but it was either sent to somebody -- or sent to their

15  address to someone who either didn't live there anymore or never

16  lived there to their knowledge; or we also had, I think,

17  complaints of, okay, this is addressed to me, but I don't live at

18  this address anymore in Georgia, I live somewhere else; or this is

19  not my -- one I remember was this is not my middle name, this is

20  somebody else, and this person doesn't live here.

21  **Q.**  And the examples that were attached to your declaration, is

22  that the entirety of the complaints that the Secretary of State's

23  Office received about incorrectly pre-filled applications?

24  **A.**  No.

25             MR. FIELD:  If we can pull up the demonstrative

1  exhibits, slide five.

2  **Q.**  Can you see that on your screen, Mr. Germany?

3  **A.**  Yes.

4  **Q.**  This is just the selection of the complaints that were

5  attached to your declaration.  I would like to draw your attention

6  first to the second bullet point, it begins "to date."  Could you

7  read that to us.

8  **A.**  To date there have been at least three pre-filled applications

9  for absentee ballots from the Center for Voter Information in

10 Atlanta.  Each is addressed to a subject who has absolutely no

11 affiliation with this address.  My concern is that someone has

12 fraudulently registered to vote under two different names using

13 this address.

14 **Q.**  And as you've likely seen in the papers filed in this case,

15 plaintiffs call it conspiratorial.  Do you recall that to be a

16 conspiratorial complaint?

17 **A.**  What's on the bullet point right here, it just looks very sort

18 of factual here's what happened to me, here was the experience

19 that I had.

20 **Q.**  And looking at the date, that was submitted before the 2020

21 election, is that right?

22 **A.**  That's what it says on here.

23 **Q.**  If we jump down to the fourth bullet point, could you read

24 that one.

25 **A.**  After receiving multiple applications, I received mail to my

```
 1  address with someone else's name.  This was from the Voter
 2  Participation Center and says it's a vote-at-home ballot request.
 3  It seems to me if I were willing to commit fraud, which I'm not,
 4  receiving six applications in the mail for absentee ballots that I
 5  did not request is troublesome to say the least.
 6  Q.  Here again, does it strike you as conspiratorial, to borrow
 7  plaintiffs' word, to be troubled about receiving multiple
 8  applications --
 9          MS. LANG:  Objection.  This misrepresents plaintiffs'
10  allegations.  And I also want to lodge a complaint to the extent
11  that these are being sought to be submitted for the truth of the
12  matter asserted.  We have not objected to their entry into the
13  record because they could be used for the effect that they had on
14  the Secretary of State, but to the extent that Mr. Germany is
15  testifying that these are factual and truthful complaints, we do
16  object to their entry into the record for the truth of the matter
17  asserted.
18          THE COURT:  Counsel.
19          MR. FIELD:  Your Honor, we are -- at the -- at this
20  stage we are talking with Mr. Germany about the effect they had on
21  the Secretary of State's Office, which, as I understand the
22  objection, that their objection does not apply to these complaints
23  used for that purpose.  And I would submit also that the lower
24  standard of evidentiary rules during a preliminary injunction
25  hearing would suggest that this Court can, in fact, rely on
```

1 understand how it's all going to work, but we do want to see

2 what's the factual allegation and, okay, what's the sort of effect

3 that it seems to be having on the voter.

4 **Q.** And did the Secretary of State's Office receive any complaints

5 from voters complaining that these applications left the door open

6 to fraud and suggesting they may or may not continue participating

7 in the electoral process?

8 **A.** Yes, we did get complaints like that.

9 **Q.** Did those complaints say that the voters would or would not

10 continue participating in the electoral process?

11 **A.** Yes.  Yes, we got complaints that said, look, this is -- we

12 got complaints that basically said this looks like rampant fraud

13 to me, I don't see any reason to participate in the process if

14 this is what the process is.

15 **Q.** The other thing we heard yesterday was about mismanaged voter

16 files.  Do you remember hearing that testimony?

17 **A.** Are you talking about sort of the fact that --

18 **Q.** I'm sorry, let me ask that again.

19    Do you recall testimony yesterday from plaintiffs'

20 representatives discussing the accuracy of the state's data?

21         MS. LANG:  Objection.  Lack of foundation.  I don't

22 recall such testimony.

23 **Q.** Well, do you recall any testimony yesterday about where VPC

24 and CVI get their data?

25 **A.** Yes.

1  say, well, I didn't request an absentee ballot.  So we got a lot

2  of complaints like that.  And what we saw is people I think had

3  kind of forgotten they had or maybe not realized that the form

4  they filled out was for that.

5  **Q.**  On that point, if I could just interject, can you talk -- just

6  explain to the Court briefly what the process is in a polling

7  location when a voter needs to have his or her absentee ballot

8  canceled.

9  **A.**  Sure.  There's two different kinds of ways that can happen.

10  One is you can show up with your blank -- I'll back up a little

11  bit.

12      A voter's requested an absentee ballot.  If they've received

13  it and they basically just say, oh, I don't want to vote it, I

14  want to vote in person, they can bring that blank ballot to the

15  polling place, surrender it to the poll workers or to the poll

16  manager.  At that point they still -- the poll manager still has

17  to contact the kind of county headquarters and ensure that that

18  absentee ballot is canceled in the system.  And the -- that

19  basically means it can't be voted.  If a -- if a ballot shows up

20  for that voter, the county would know, well, there was no actual

21  existing request, so this is not a good ballot.

22      Or a voter can show up without a ballot, and then when they're

23  checked in, the poll worker will see, oh, they've requested an

24  absentee ballot.  And the voter will say, oh, maybe I lost it or

25  it hasn't gotten here yet, I would like to vote in person.  So

1   then the county has to contact the deputy registrar.  Some of the

2   larger counties will have the deputy registrars at the actual

3   polling place, but some of the smaller ones will not.  And they

4   have to contact the deputy registrar, get the absentee ballot

5   request canceled, and then the voter's allowed to vote in person.

6       So that call to -- usually a lot of times it's a call that can

7   take a little bit of time.  And also it can lead to what I was

8   talking about earlier where the voter said, well, I didn't request

9   an absentee ballot, you're saying someone's voted an absentee

10  ballot for me?  That's the other problem, too, is sometimes --

11  remember, poll workers are not -- these are not people that do

12  this job every day, they do this a few times a year and they're

13  trained.  But I think sometimes there were some things lost in

14  translation where the system, when they were checking in, was

15  showing the voter had requested an absentee ballot, but it might

16  have either kind of been relayed to the voter or sounded to the

17  voter like you voted an absentee ballot.  And they said, I didn't

18  vote, someone must have voted for me and that sounds like voter

19  fraud.

20      And the other thing that we heard was if people were kind of

21  maybe three or four people behind that voter in line and hearing

22  this conversation, they would -- it could be relayed back to, hey,

23  they say this voter had already voted and then they let them vote

24  again, and we got a lot of complaints about that also.

25      I think overall the cancelation process -- and we saw a big

1   increase in canceled absentee ballots in 2020, but that can

2   definitely lead to issues at the polls, lines at the poll, which

3   we very much want to avoid because we want to have a smooth voting

4   experience for everybody.

5          MR. FIELD:  We can move to one slide earlier.

6   **Q.** Take a look at what's before you.  Can you explain what has

7   happened with the number of canceled ballots in the last three

8   primary elections?

9   **A.** Sure.  So this is the number of absentee ballots that have

10  been canceled in the last three primary elections.  The most --

11  like by far the biggest reason why an absentee ballot is canceled

12  is because someone has shown up to vote in person, either in early

13  voting or on Election Day.  There's other reasons, so it's not

14  that all of these are going to be that, but I think the vast, vast

15  majority, probably into the 90 percents, are going to be people

16  who showed up to vote in person.

17     In 2018 we saw 1,157 ballots canceled in the primary.  And

18  then in 2018 (sic) it went way up in the primary.  And that was in

19  the middle of COVID obviously.  And so, you know, the state had

20  actually sent out absentee ballot applications to everybody, so,

21  you know, we understand that's going to be higher.

22     And then for the 2022 when we see it going back down to a

23  higher number just because of the -- there's actually more

24  absentee ballots in 2022 than in 2018 but a lower percent

25  canceled, which is good.

1  from the complaints we were getting.

2  **Q.**  Since SB 202 has been enacted, has the state received greater

3  or fewer complaints about incorrectly pre-filled applications?

4  **A.**  Fewer.

5  **Q.**  I would like to turn then to the duplicate ballot

6  applications.

7         MR. FIELD:  You can take down the slide.

8  **Q.**  So in your declaration do you recall attaching examples of

9  people receiving multiple applications?

10  **A.**  Yes.

11  **Q.**  And do you recall hearing any -- well, let me try it this way:

12  Can you describe generally what type of complaints you received

13  about duplicate applications.

14  **A.**  We received a few complaints.  One of them -- a big one was, I

15  already requested an absentee ballot, why am I getting this?  Was

16  there a problem with my first request?  What happened?  What do I

17  need to do?  And, of course, that's going to generate calls to the

18  county and to the state.

19     And the other one I think was basically -- a lot of them were

20  I've received six ballots here and that looks like voter fraud.

21  And oftentimes we would call that voter and say, can you describe

22  what the ballots looked like.  And they were -- and I think we --

23  that's a thing that often happens with voters and, frankly,

24  everybody.  Sometimes I say absentee ballot when I mean absentee

25  ballot application, but I think with voters it's real -- it really

1   is -- can be confusing.

2       And so they would say, I've received six absentee ballots, and

3   what we suspected and what turned out to be the case generally was

4   they received six absentee ballot applications, but to the voter

5   it was concerning.

6   **Q.**   I would like to talk about two aspects of this.  So looking

7   first at a voter receiving multiple applications, why is it

8   problematic for a voter to receive multiple applications?

9   **A.**   Well, one, the effect on the voter can be, I -- I've already

10  requested an absentee ballot, if they have; or basically they want

11  to vote in person and they're not sure why they're receiving them.

12      So if they have requested an absentee ballot, it's more like

13  is there a problem with my first request?  If they aren't planning

14  to request one, then I think they just see it more as what is

15  this?  The fact that I keep getting this, is this something that I

16  need to do?  Am I supposed to do this?  So it can lead to that

17  type of confusion.

18      And then the other thing is it basically leads to they can --

19  they might just send in all of them that they get.  You know, some

20  of these forms are designed to look -- are designed to look like

21  they're coming from the government.  And we see that not just in

22  elections, you know, we do corporations as well, and when you

23  start -- if you start a new LLC, it generates a lot of mail that

24  then you get that's kind of designed to look like official

25  government stuff that you have to do.  And a lot of it is

1  **Q.**  And, if you could, could you look at Volume I of plaintiff's

2  exhibits, that's the white binder that says Volume I.  It should

3  be on your left.  And if you would look at tab 3, please.  Let me

4  know when you're there.

5  **A.**  I'm at tab three.

6  **Q.**  And if you flip past, there's a page that says Exhibit B.  Do

7  you see a State Election Board regulation there?

8  **A.**  Yes.

9  **Q.**  Are you familiar with this regulation?

10  **A.**  Yes.

11  **Q.**  I would like to draw your attention specifically to part two

12  right in the middle of the page.  Are you familiar with that

13  provision of this regulation?

14  **A.**  Yes.

15  **Q.**  And what is the purpose of that provision?

16  **A.**  This was a provision that was enacted by the State Election

17  Board subsequent to SB 202 I think to clarify that web-based tools

18  or applications -- I'm reading from it now -- web-based tools or

19  applications that allow people who are otherwise eligible to

20  request absentee ballots in Georgia, i.e., voters or eligible

21  family members, by entering personal information into the

22  web-based application by the voter or eligible family member, to

23  partially complete the absentee ballot application described in

24  Section 1 of this rule are permitted.  That's the first sentence.

25  **Q.**  Can you put it in your own words, what does that mean?

1  **A.**   That basically means what -- the type of thing -- I think it

2  was really aimed at exactly the type of thing that VoteAmerica

3  does, where -- to help someone kind of fill out the application

4  that way or to -- really to allow them to fill out their own

5  application that way is perfectly fine.

6  **Q.**   Do you read this to mean that VoteAmerica's print-and-mail

7  tool would be permitted under SB 202?

8  **A.**   Yes.

9  **Q.**   And that's with respect to the pre-filing prohibition?

10  **A.**   Pre-filling?

11  **Q.**   I'm sorry.  Pre-filling prohibition and the anti-duplication

12  provision?

13  **A.**   Yes.  I read permitted to mean permitted -- this was enacted

14  subsequent to SB 202, so I think it was in direct response to try

15  to clarify that.

16  **Q.**   Are there any other limitations or caveats to that in this

17  particular provision?

18  **A.**   Yes.  The next sentence deals with how the groups that I guess

19  run the web-based application, how they store -- I'm sorry, it

20  deals with how those groups store voter information and it puts

21  restrictions on that.

22  **Q.**   So I would like to now discuss the disclaimer provision.  Are

23  you familiar with that term when I use that?

24  **A.**   Yes.

25  **Q.**   Can you explain -- actually, strike that, we've already

1   So I would like to begin first with discussing the following:

2   This is not an official government publication.  Do you see that?

3 **A.**   Yes.

4 **Q.**   Do you recall hearing yesterday testimony from Dr. Green that

5   that sentence was true?

6 **A.**   Yes.

7 **Q.**   Why is this document not an official government publication?

8 **A.**   I think the point that that's trying to get across is this is

9   not something that you have to interact with.  This is not

10   something that you have to fill out and return.

11   You know, I know in the legislative process of SB 202 one of

12   the big concerns was space.  I mean, I don't think -- you can't

13   really put everything in a disclaimer that you might want to

14   because, you know, there is concern about space.  But I think the

15   real point to get across was this is not something that you have

16   to fill out and return because voters would think that -- some

17   voters would call and we can explain you don't have to do this,

18   but some voters would just fill it out, which, you know, if they

19   want to then -- if they want to then vote absentee, that's fine,

20   but if they don't realize that's what this is -- and we did try to

21   improve this form post-SB 202 to make clearer this isn't a -- your

22   requesting an official absentee ballot.

23   And that was also I think one of the purposes of the

24   pre-filling prohibition, is that if you have to actually fill out

25   the form, it really requires a voter to engage more with the form

1    and really see what it is, what they're writing down, what they're

2    essentially swearing to because they can get -- they could get in

3    trouble if there's something incorrect on here.

4        I think that's really the purpose of that, is to say this is

5    not -- they didn't go and get this from the government, you know,

6    that's why it's only required when they're getting it from a third

7    party.

8  Q.  So, then, let's go to the next clause.  And some of this will

9    dovetail likely with what you've already testified, but let's talk

10   about the clause that reads:  And was not provided to you by any

11   government entity.

12 A.  Right.  I think that's going to -- that was one of the main

13   questions that the counties and us would get, is why are you

14   sending me this?  And so this tries to answer that question of,

15   okay, it's not sent to you by the government, and trying to kind

16   of hammer home, you don't have to do something with this.  You

17   know, it's two separate things, right, like who is sending me this

18   and what do I have to do with it?  So I think both of those things

19   are trying to kind of hammer that point home.

20 Q.  Did you testify earlier about who voters call when the VPC and

21   CVI applications land in folks mailboxes?

22 A.  I know they call the county and the state a lot.  A lot of

23   times they'll call counties and then we'll hear from counties as

24   well.  And I know they call the state or e-mail the state.  I

25   mean, I heard yesterday they might also reach out to VPC and CVI,

1  but I don't have really insight into that.

2  **Q.**  And the last clause that I want to talk with you about is:

3  This is not a ballot.  Do you see that language?

4  **A.**  Yes.

5  **Q.**  Do you recall testimony yesterday from Dr. Green stating that

6  nobody would think this is a ballot because there's nobody to vote

7  for?

8  **A.**  We get a lot of complaints about thinking it's a ballot.

9  Whether it's, you know, I just received six ballots.  There was a

10  story in 2018 where somebody using one of those pared-down forms

11  thought it was a ballot and wrote on there "Stacey Abrams" because

12  that's who she wanted to vote for in terms of where she was

13  supposed to write her own name.  And then that -- again, that was

14  in DeKalb County.  The voter -- or, sorry, the election worker

15  then issued a ballot to Stacey Abrams.  Now, she shouldn't have,

16  it was a mistake basically, it should have been kind of caught,

17  this was not what that was meant to be.

18      But go back to what I said earlier, these are -- DeKalb

19  County's one that has to kind of do some surge hiring during

20  election time and you train people.  And that's why the form was

21  changed in 2018 to say, okay, you can't -- that's too confusing

22  for counties.

23      But so, yeah, people -- there are certain instances --

24  there are definitely instances of people thinking -- it's one of

25  the most common things we get thinking the application is a

ballot.

**Q.** And before we conclude, just moving past the disclaimer provision, I would like to discuss with you what third-party organizations may or may not be able to do now that SB 202 is enacted.

So under SB 202 may an organization like plaintiffs send blank absentee ballot applications to Georgia voters?

**A.** Yes.

**Q.** How often?

**A.** As often as they want until the voter requests an absentee ballot.

**Q.** And may the plaintiffs include -- and other third-party organizations include cover letters with those absentee ballot applications?

**A.** Yes.

**Q.** And could those cover letters include a statement explaining what this disclaimer means?

**A.** Yes.

**Q.** And then after plaintiffs or other third-party organizations send an initial wave of applications, may they send follow-up letters reminding voters that they sent an application to them previously?

**A.** Yes.

**Q.** And may organizations like plaintiffs also include a link in that cover letter to where they can obtain another copy of the

1   application?

2   **A.**   Yes.

3   **Q.**   Just more generally, under SB 202 may plaintiffs continue

4   sending letters to Georgians expressing their support for absentee

5   voting?

6   **A.**   Yes.

7   **Q.**   How often can they send those letters?

8   **A.**   As often as they would like.

9   **Q.**   The last thing I would like to discuss with you, let's say

10  that this Court were to enter a preliminary injunction on the

11  three provisions that we've talked about, how would that affect

12  the operations of the Secretary of State's Office?

13  **A.**   Well, I think it could affect the operations substantially of

14  our office and of county election officials.  What I've learned in

15  elections is it is a big logistical thing that's done by a lot of

16  different people, and so you move one piece, it kind of requires

17  moving another piece, requires moving another piece.  And even if

18  they're small moves, at the end of this chain that, frankly, I am

19  usually not smart enough to see the very end of it, it can affect

20  something that we really didn't think we would have an effect on.

21      That's exactly what happened in DeKalb County in the last

22  primary where we found a -- there were all these things that

23  happened, some outside of the control of the state and the

24  counties and some not, but there was a redistricting change that

25  was missed, so that had to be kind of fixed late, which that made

1  able to deal with every complaint, but these were the kinds of

2  complaints we were getting.

3  **Q.**  In order to take advantage of the five-day safe harbor that

4  you mentioned, third parties are supposed to rely on the absentee

5  voter file that you maintain on a daily basis on the website, is

6  that right?

7  **A.**  That our office maintains, yes.  I don't maintain it.

8  **Q.**  And the absentee voter file is available by county and then

9  also statewide, is that right?

10 **A.**  Yes.

11 **Q.**  It's my understanding that the -- the data that's in that file

12 is collected by the counties and inputted by the counties, is that

13 right?

14 **A.**  Yes.

15 **Q.**  Is it your understanding that 100 percent of the counties

16 update this list on a daily base in realtime as they process

17 applications?

18 **A.**  They -- they process an application in E-Net, that's how you

19 process an application.  That automatically updates that file.

20 That's where that comes from.  They don't have to do anything

21 separate other than once they process the application, that list

22 is updated.  When I say -- sorry.

23       THE COURT:  Go ahead.

24 **A.**  I was going to say then if they process it on a Wednesday, for

25 instance, it will be on -- it will be in E-Net that same day and

1  and such.

2  **Q.**  How many pieces of mail did Arena send for its clients in the

3  2020 election cycle?

4  **A.**  We sent about 112 Million individual pieces of mail in 2020.

5  **Q.**  Did Arena mail absentee ballot applications to Georgia voters

6  in 2020?

7  **A.**  We did, we did three mailings to Georgia for absentee

8  applications.

9  **Q.**  Mr. Waters, do you -- are you familiar with union versus

10  non-union printers?

11  **A.**  Yes.

12  **Q.**  And does Arena use union or non-union printers?

13  **A.**  We primarily use non-union printers, but we do on occasion use

14  union printers.

15  **Q.**  And if an Arena client insisted on you only using union

16  printers, would that limit your ability to assist that client?

17  **A.**  It would.

18  **Q.**  Is Arena a seamless entry firm?

19  **A.**  We are, yes.

20  **Q.**  Can you explain to the Court what a seamless entry firm is?

21  **A.**  Sure.  A few years ago in order to streamline some processes

22  with the post office, the US Postal Service instituted a seamless

23  entry process which allows certain mail houses and printers within

24  the country to do what's called seamless entry, where they

25  essentially function as the post office.  So we will -- we produce

1  a mail piece, we will process the paperwork, we will enter it into

2  the US Postal Services systems.  And then at that point when we

3  enter it into their system, it will be calculated as mailed, and

4  then we are responsible for delivering it to the local sorting

5  facility where we're going to drop it, but we don't actually bring

6  it to the post office to get it checked in and technically mailed.

7  **Q.**  Do existing Arena clients update the list that they use for

8  voters based on information from states and counties of who has

9  already voted absentee in an election?

10 **A.**  Yes, they do.

11 **Q.**  And why do they do that?

12 **A.**  Primarily to save money.  And once you've mailed somebody an

13 application, for example, you know, there's no point in sending

14 another one if they've already sent in their application; or if

15 they've already voted, there's no point in continuing to send

16 out messages or applications --

17 **Q.**  Could you repeat from "send out messages," we lost the last

18 part of that, I'm sorry.

19 **A.**  There's no point in sending advocacy messages -- where we're

20 advocating on behalf of a campaign, there's no point in sending an

21 advocacy message to a voter after they have voted.

22 **Q.**  Are you familiar with the provisions of Georgia law related to

23 entities mailing absentee ballot applications to voters and when

24 they have to update their mailing lists?

25 **A.**  I am.

1 **Q.**  And is it your understanding that is a five business day

2 window to update the data?

3 **A.**  Yes.

4 **Q.**  Can Arena update a data file and mail absentee ballot

5 applications within a five business day window?

6 **A.**  Yes, we can.

7 **Q.**  And in 2020 did Arena make mailings of absentee ballot

8 applications to Georgia within a five business day window?

9 **A.**  We did three different mailings, two of them we did in -- I'm

10 sorry, in three business days.  One mailing we did within six

11 business days, and it was actually more about five-and-a-half days

12 but technically it had gone over to the sixth day, and that was

13 primarily because that was when our drop date was scheduled.

14 **Q.**  Can you describe for the Court what the difference in

15 scrubbing a list and building a list is.

16 **A.**  Sure.  When you're building a list, you're compiling all of

17 the names of the voters, so you would take the voter file and you

18 would go through a process of choosing and selecting which voters

19 you were going to be mailing a particular mail piece.  You would

20 then have to eliminate households and remove duplicates and such.

21 That process can, you know, take a little while to do just because

22 you're often going back and forth with a client.

23     When you're scrubbing a list, you are literally taking a list,

24 you know, and in the case of an absentee ballot application you

25 would take the list of people who requested an absentee ballot and