# EXHIBIT G

Message

| | |
|---|---|
| **From**: | VoterFraudEmailAlerts@sos.ga.gov [VoterFraudEmailAlerts@sos.ga.gov] |
| **Sent**: | 10/11/2018 9:07:06 PM |
| **To**: | EMailStopVoterFraud [/o=SOS/ou=Exchange Administrative Group |
| | (FYDIBOHF23SPDLT)/cn=Recipients/cn=fe6ed741b1ac47beb601daf8709ce9b8-EMailStopVoterFraud] |
| **Subject**: | Web E-Mail [Stop Voter Fraud] From michelle smith |

```
Name:  michelle smith
Phone:  ███████████
Address: ███████████
City:  alpharetta
State:  ga
Zip Code:  ██████
County:  Fulton
E-mail:  ███████████████
```

Location of Violation:  through the usps.


Description of Violation:  I received a pre-filled in application for absentee ballot from Page S.
Gardner The Voter Participation Center with my first and last name but a different middle name. This was
addressed directly to my po box, I am registered to vote from my home address. The name on the ballot is
Michelle Zenobia Smith at ███████████ Alpharetta, Ga ██████. My name is Michelle Denise Smith registered at
███████████████ Alpharetta, Ga ██████. I suspect this to be a fraudulent voter registration.

ATTORNEYS' EYES ONLY

Message

| | |
|---|---|
| **From**: | VoterFraudEmailAlerts@sos.ga.gov [VoterFraudEmailAlerts@sos.ga.gov] |
| **Sent**: | 11/2/2018 5:12:35 PM |
| **To**: | EMailStopVoterFraud [/o=SOS/ou=Exchange Administrative Group |
| | (FYDIBOHF23SPDLT)/cn=Recipients/cn=fe6ed741b1ac47beb601daf8709ce9b8-EMailStopVoterFraud] |
| **Subject**: | Web E-Mail [Stop Voter Fraud] From Mari Wall |

```
Name:  Mari Wall
Phone:  ████████████
Address: █
City:  Peachtree Corners
State:  GA
Zip Code:  ██████
County:  Gwinnett
E-mail:  ██████████████████
```

Location of Violation:  Mail


Description of Violation:  I keep receiving mail from the center for voter information which is clearly
run by democrats with the name of Charles G Wall Jr.  There is no such person living or dead.  This is
the first year that we have ever recieved mail for this person.  My husband in charles Gordon Wall but
there is no Jr  Never was and never will be

ATTORNEYS' EYES ONLY

Message

| | |
|---|---|
| **From**: | VoterFraudEmailAlerts@sos.ga.gov [VoterFraudEmailAlerts@sos.ga.gov] |
| **Sent**: | 11/2/2018 7:03:58 PM |
| **To**: | EMailStopVoterFraud [/o=SOS/ou=Exchange Administrative Group |
| | (FYDIBOHF23SPDLT)/cn=Recipients/cn=fe6ed741b1ac47beb601daf8709ce9b8-EMailStopVoterFraud] |
| **Subject**: | Web E-Mail [Stop Voter Fraud] From Jeffry Miller |

Name:   Jeffry Miller
Phone:  ███████████
Address: ███████████████
City:   Savannah
State:  GA
Zip Code: ███████
County:  Chatham
E-mail: ██████████████████

Location of Violation:  ████████████████
Savannah, GA
████

Description of Violation:  We are receiving mail from 'The Voter Participation Center', 'ProGeorgia State Table,LLC', and 'BlackPAC-GA' to a Sheba Necola Smalls.  Sheba Nicola Smalls does not live at this residence.  We have lived here 5 years, and one of these flyers implies she has voted successfully from this address in 2010, 2012, 2014, and 2016.  We purchased this home in 2013, and it had been an abandoned building for 10 years prior to then.

How many other people have been registered at this address when my wife and I are the only people who haved lived here in fifteen years?

ATTORNEYS' EYES ONLY    GA-VA00007624

Message

| | |
|---|---|
| **From**: | VoterFraudEmailAlerts@sos.ga.gov [VoterFraudEmailAlerts@sos.ga.gov] |
| **Sent**: | 11/30/2018 4:18:41 PM |
| **To**: | EMailStopVoterFraud [/o=SOS/ou=Exchange Administrative Group |
| | (FYDIBOHF23SPDLT)/cn=Recipients/cn=fe6ed741b1ac47beb601daf8709ce9b8-EMailStopVoterFraud] |
| **Subject**: | Web E-Mail [Stop Voter Fraud] From Jill Smith |

Verified no such person is registered at the listed address and emailed Ms. Smith. 11/30 (FW)

```
Name:  Jill Smith
Phone:  ▮
Address: ▮
City:  Atlanta
State:  GA
Zip Code:  ▮
County:  DeKalb
E-mail:  ▮
```

Location of Violation:  US Mail

Description of Violation:  Today I received mail at my home address from the Center for Voter Information addressed to Jeremy Stephen Smith.  I have lived in this house for 13 years, and can verify that this person has never lived at this address for the 13 years I have, nor for the previous 4 years.  Assuming this organization got this person's name and address from the registered voters, I wanted to call it to your attention as possible voter fraud.  I Googled this person by name, and there is such a person living in the Atlanta area.  White pages has his address at Alpharetta, which is not in DeKalb county.  I hope you will look into this.  Thanks!

ATTORNEYS' EYES ONLY

Message
_____

**From:**     VoterFraudEmailAlerts@sos.ga.gov [VoterFraudEmailAlerts@sos.ga.gov]
**Sent:**     12/4/2018 12:43:19 PM
**To:**       EMailStopVoterFraud [/o=SOS/ou=Exchange Administrative Group
              (FYDIBOHF23SPDLT)/cn=Recipients/cn=fe6ed741b1ac47beb601daf8709ce9b8-EMailStopVoterFraud]
**Subject:**  Web E-Mail [Stop Voter Fraud] From Richard Braun


Name:   Richard Braun
Phone:  ███████████
Address: ██████████████
City:   Athens
State:  GA
Zip Code: ██████
County: Clarke
E-mail: ████████████████


Location of Violation:   Home address


Description of Violation:   I received a piece of mail addressed to Mary Abney Rathbone from the Center
for Voter Information at my address. This person does not live at ██████████████ and to my knowledge
she never has. My wife and I have lived at this address since September 2012. I am concerned that this
person may fraudulently use this address for her voter registration.

ATTORNEYS' EYES ONLY                                                             GA-VA00007626

Message
| | |
|---|---|
| **From:** | Watson, Frances [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=A76276F39BDD4942930106C456DEBCA6-WATSON, FRA] |
| **Sent:** | 12/1/2020 3:20:16 PM |
| **To:** | NBOREN@COLUMBUSGA.ORG |

Just a FYI- Looks like a type resulted in a duplicate entry for the same individual

Frances

Name:  Joshua Allen
Phone:
Address:
City:  Columbus
State:  GA
Zip Code:
County:  Muscogee
E-mail:


Location of Violation:  not entered


Description of Violation:  Hello,

We have received several political brochures and cards in the mail over the past year addressed to "Meray Allen." My wife's name is Mercy Allen and she is registered under that name. Due to the concerns of voter fraud in this past presidential election, I decided to see if there may be anything suspicious related to our address. I searched under the MVP site several weeks ago and noticed that there were in fact two people under "M Allen" on the site. After searching again today, only one "M Allen" is registered after providing the information required. We have not received any absentee ballots for "Meray Allen", but I thought I might as well report this. Please let me know if you have any questions.


**Frances Watson**
*Chief Investigator*
*Investigations Division*
*Georgia Secretary of State*
Main: 470-312-2774
Cell: 404-683-3226



Message

| | |
|---|---|
| **From:** | Watson, Frances [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=A76276F39BDD4942930106C456DEBCA6-WATSON, FRA] |
| **Sent:** | 12/12/2020 6:18:36 PM |
| **To:** | Hall, Adrick [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=d8244186feb9408681b44f7f614eeb31-Hall, Adric] |
| **Subject:** | FW: Web E-Mail [Stop Voter Fraud] From ashley cline |

Frances Watson
Chief Investigator
Investigations Division
Georgia Secretary of State
Main: 470-312-2774
Cell: 404-683-3226


-----Original Message-----
From: VoterFraudEmailAlerts@sos.ga.gov <VoterFraudEmailAlerts@sos.ga.gov>
Sent: Friday, December 11, 2020 2:03 PM
To: EMailStopVoterFraud <EMailStopVoterFraud@sos.ga.gov>
Subject: Web E-Mail [Stop Voter Fraud] From ashley cline

Name:  ashley cline
Phone:
Address:
City:  canton
State:  ga
Zip Code:
County:  Cherokee
E-mail:


Location of Violation:  not entered


Description of Violation:  I have been receiving absentee ballots or applications from third party
organizations like VPC and the NAACP with false voter information

ATTORNEYS' EYES ONLY

Message

| | |
|---|---|
| **From:** | Watson, Frances [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=A76276F39BDD4942930106C456DEBCA6-WATSON, FRA] |
| **Sent:** | 12/20/2020 4:09:20 PM |
| **To:** | Gerron Levi |
| **Subject:** | RE: Web E-Mail [Stop Voter Fraud] From G Levi |

That is not a Absentee ballot envelope.

Thank you for checking

Frances

**Frances Watson**
*Chief Investigator*
*Investigations Division*
*Georgia Secretary of State*
Main: 470-312-2774
Cell: 404-683-3226



**From:** Gerron Levi
**Sent:** Sunday, December 20, 2020 1:11 AM
**To:** Watson, Frances <fwatson@sos.ga.gov>
**Subject:** Re: Web E-Mail [Stop Voter Fraud] From G Levi

**EXTERNAL EMAIL:** Do not click any links or open any attachments unless you trust the sender and know the content is safe.

ATTORNEYS' EYES ONLY

GA-VA00022868

No part of this shipment may be reproduced, stored in a retrieval system, or transmitted, in any form or by any means, electronic, mechanical, photo-copying, recorded, or otherwise, without prior written permission from the publisher. Protected by U.S. Copyright Law (Title 17 U.S.C. Section 101 et seq., Title 18 U.S.C. Section 2319); Infringements can be punishable by up to five (5) years in prison and $250,000 in fines.

Sender

**CLIENT SERVICES,**
1125 N. CHARLES STREET, BALTIMORE, MD 21201



PRSRT MKT
U.S. POSTAGE
**PAID**
CAROL STREAM
PERMIT #1989

**Ship To:**

824000061104 ESI ID# DESIWC26
**SAM DEUTSCHENDORF**          16211B - 23

**MORROW, GA** ████████

*Not At This Addee*

| Contents | Description | Qty | Net Weight (lbs/oz) | Origin Country |
|---|---|---|---|---|
| **PRINTED MATTER** | **"AMERICA'S NEXT BIG GAME CHANGER IS HERE: THE BIGGEST NEW TECH BREAKTHROUGH AFFECTING YOU AND YOUR MONEY TODAY"** | 1 | 0/1.5 | **USA** |

I CERTIFY THIS PACKAGE DOES NOT CONTAIN ANY UNDECLARED DANGEROUS ARTICLES, OR ARTICLES PROHIBITED BY LEGISLATION OR BY POSTAL REGUALTIONS. I HAVE MET ALL APPLICABLE REQUIREMENTS UNDER FEDERAL LAW AND REGULATIONS.

SENDER'S SIGNATURE ...................

GA-VA00022869

ATTORNEYS' EYES ONLY


Please confirm receipt.

On Dec 19, 2020, at 2:29 PM, Watson, Frances <fwatson@sos.ga.gov> wrote:

This person is listed as deceased and no ballot would be able to be submitted in this name. There may have been a Absentee ballot request (application) mailed out by a third party organization. He is not a eligible voter in the system.

Frances Watson
Chief Investigator
Investigations Division
Georgia Secretary of State
Main: 470-312-2774
Cell: 404-683-3226

-----Original Message-----
From: VoterFraudEmailAlerts@sos.ga.gov <VoterFraudEmailAlerts@sos.ga.gov>
Sent: Saturday, December 19, 2020 1:20 PM
To: EMailStopVoterFraud <EMailStopVoterFraud@sos.ga.gov>
Subject: Web E-Mail [Stop Voter Fraud] From G Levi

Name: G Levi
Phone: 
Address: 
City: Morrow
State: Ga
Zip Code: 
County: Clayton
E-mail: 

Location of Violation: , Morrow, GA

Description of Violation: An actual ballot was sent to the prior owner of house on  - Sam Duetschendorf - who was last the owner about 19 years ago. I have a photo of the ballot. The current resident of the home does not want to be on TV and so I am reporting it on her behalf.

ATTORNEYS' EYES ONLY                                                                    GA-VA00022870

Message

**From:**     Watson, Frances [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP
              (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=A76276F39BDD4942930106C456DEBCA6-WATSON, FRA]
**Sent:**     1/5/2021 9:07:34 PM
**To:**       Brittany Bird [                                    ]
**Subject:**  RE: Web E-Mail [Stop Voter Fraud] From Brittany Bird

These is an absentee ballot request form. Not a actual ballot. The third party organizations are sending these out.

Thank you
Frances

**Frances Watson**
*Chief Investigator*
*Investigations Division*
*Georgia Secretary of State*
Main: 470-312-2774
Cell: 404-683-3226



**From:** Brittany Bird <                          >
**Sent:** Tuesday, January 5, 2021 3:17 PM
**To:** Watson, Frances <fwatson@sos.ga.gov>
**Subject:** Re: Web E-Mail [Stop Voter Fraud] From Brittany Bird

**EXTERNAL EMAIL:** Do not click any links or open any attachments unless you trust the sender and know the content is safe.

ATTORNEYS' EYES ONLY                                                                    GA-VA00023039



GA-VA00023040

ATTORNEYS' EYES ONLY

On Tue, Jan 5, 2021 at 3:14 PM Watson, Frances <fwatson@sos.ga.gov> wrote:

You can sent a photo of the outside of the envelope

**Frances Watson**

*Chief Investigator*

*Investigations Division*

*Georgia Secretary of State*

Main: 470-312-2774

Cell: 404-683-3226



**From:** Brittany Bird <‌                                    >
**Sent:** Tuesday, January 5, 2021 2:29 PM
**To:** Watson, Frances <fwatson@sos.ga.gov>
**Subject:** Re: Web E-Mail [Stop Voter Fraud] From Brittany Bird

**EXTERNAL EMAIL:** Do not click any links or open any attachments unless you trust the sender and know the content is safe.

I sure can! I haven't opened the ballot yet just to be safe. Is it okay if I open the ballot and send you a scanned copy?

On Tue, Jan 5, 2021 at 9:44 AM Watson, Frances <fwatson@sos.ga.gov> wrote:

Can you forward a copy of what you received

Frances Watson
Chief Investigator
Investigations Division
Georgia Secretary of State
Main: 470-312-2774
Cell: 404-683-3226

-----Original Message-----
From: VoterFraudEmailAlerts@sos.ga.gov <VoterFraudEmailAlerts@sos.ga.gov>
Sent: Monday, January 4, 2021 8:58 PM
To: EMailStopVoterFraud <EMailStopVoterFraud@sos.ga.gov>
Subject: Web E-Mail [Stop Voter Fraud] From Brittany Bird

Name: Brittany Bird
Phone:
Address:
City: Newnan
State: GA
Zip Code:
County: Coweta
E-mail:

Location of Violation: Mail in ballot for election on Jan. 5th 2021

Description of Violation: I received a mail in ballot addressed to my LATE husband, USAF Capt. Carson Grady Bird who passed away on November 26, 2016!

ATTORNEYS' EYES ONLY

I sure can! I haven't opened the ballot yet just to be safe. Is it okay if I open the ballot and send you a scanned copy?

On Tue, Jan 5, 2021 at 9:44 AM Watson, Frances <fwatson@sos.ga.gov> wrote:

Can you forward a copy of what you received

Frances Watson
Chief Investigator
Investigations Division
Georgia Secretary of State
Main: 470-312-2774
Cell: 404-683-3226

-----Original Message-----
From: VoterFraudEmailAlerts@sos.ga.gov <VoterFraudEmailAlerts@sos.ga.gov>
Sent: Monday, January 4, 2021 8:58 PM
To: EMailStopVoterFraud <EMailStopVoterFraud@sos.ga.gov>
Subject: Web E-Mail [Stop Voter Fraud] From Brittany Bird

Name:  Brittany Bird
Phone: 
Address: 
City:  Newnan
State:  GA
Zip Code: 
County:  Coweta
E-mail: 

Location of Violation:  Mail in ballot for election on Jan. 5th 2021

Description of Violation:  I received a mail in ballot addressed to my LATE husband, USAF Capt. Carson Grady Bird who passed away on November 26, 2016!

ATTORNEYS' EYES ONLY                                                                    GA-VA00023047

## Watson, Frances

| | |
|---|---|
| **From:** | VoterFraudEmailAlerts@sos.ga.gov |
| **Sent:** | Friday, December 18, 2020 7:13 PM |
| **To:** | EMailStopVoterFraud |
| **Subject:** | Web E-Mail [Stop Voter Fraud] From Ken Ennis |

Name: Ken Ennis
Phone: █████████
Address: ██████████
City: Brooks
State: GA
Zip Code: ██████
County: Fayette
E-mail: ████████████

Location of Violation: Fayetteville, GA 30214

Description of Violation: I received an actual ABSENTEE BALLOT in the mail a few days ago. It had someone else's name on it WITH MY ADDRESS. If someone had sent in an application it is doubtful they would have put the wrong address on it. It looks to me like the "FAYETTE COUNTY BOARD OF ELECTIONS
140 STONEWALL AVE WEST
SUITE 208
FAYETTEVILLE, GA 30214" Has committed a crime here. I've gotten applications addressed to this person before but have always destroyed them. I've given written notice to the FCBOE several times but have never heard back and the applications still keep coming! Now they have skipped the application and actually sent a ballot! This is a problem and is part of the reason why we don't trust our elected officials!

ATTORNEYS' EYES ONLY

## Watson, Frances

| | |
|---|---|
| **From:** | VoterFraudEmailAlerts@sos.ga.gov |
| **Sent:** | Thursday, December 10, 2020 9:50 AM |
| **To:** | EMailStopVoterFraud |
| **Subject:** | Web E-Mail [Stop Voter Fraud] From Kerri McBride |

Name: Kerri McBride
Phone:
Address:
City: Treasure Island
State: Fl
Zip Code:
County: DeKalb
E-mail:

Location of Violation: Out of state resident receiving application for absentee ballots

Description of Violation: My husband and I moved out of state earlier this year and voted in our new state of residence, FL. We both just received applications for absentee ballots from DeKalb County. No where on this form does it specify that we must be residents of the state or county. It does not ask me to vouch for my being a legal voter it simply asks if I want a ballot. You are begging for fraudulent votes by mass mailing out of state â?ovotersâ? applications for absentee ballots when they havenâ?Tt requested them. This practice must stop if you have any hope of maintaining the integrity of the voting system. I am outraged.

1

ATTORNEYS' EYES ONLY                                                    GA-VA00023716

## Watson, Frances

| | |
|---|---|
| **From:** | VoterFraudEmailAlerts@sos.ga.gov |
| **Sent:** | Sunday, December 6, 2020 3:54 PM |
| **To:** | EMailStopVoterFraud |
| **Subject:** | Web E-Mail [Stop Voter Fraud] From Betty Jones Holt |

Name: Betty Jones Holt
Phone: 
Address: 
City: Tifton
State: GA
Zip Code: 
County: Tift
E-mail: 

Location of Violation: Tifton

Description of Violation: I have received 3 applications for a ballot for the January senate runoff in the name of John Jeffery Holt. My husband died in 2019 but his name was John Franklin Holt. No one here by John Jeffery Holt. I took the application letters to Tifton to Supervisor of Elections an she told me to put on outside of letter Return to Sender. They were mailed from Washington D C. Return address was America Votes PO Box 33516, Washington DC 20033 I did not return. Looks like fraud to me.

1

## Watson, Frances

| | |
|---|---|
| **From:** | VoterFraudEmailAlerts@sos.ga.gov |
| **Sent:** | Thursday, December 3, 2020 7:17 AM |
| **To:** | EMailStopVoterFraud |
| **Subject:** | Web E-Mail [Stop Voter Fraud] From Yvette Powell |

Name: Yvette Powell
Phone: 
Address: 
City: Bay St. Louis
State: MS
Zip Code: 
County: McIntosh
E-mail: 

Location of Violation: Bay St. Louis, MS via mail

Description of Violation: My husband and I received applications for official absentee ballots. This was sent directly to our address in Mississippi. We moved from Georgia in 2018 and have not voted in Georgia since we left. The application is coming from Honest Elections Project in Alexandria, VA. Why would we receive applications specifically for Georgia elections when we reside in Mississippi.

1

ATTORNEYS' EYES ONLY

GA-VA00023725

## Watson, Frances

| | |
|---|---|
| **From:** | VoterFraudEmailAlerts@sos.ga.gov |
| **Sent:** | Wednesday, December 2, 2020 3:11 PM |
| **To:** | EMailStopVoterFraud |
| **Subject:** | Web E-Mail [Stop Voter Fraud] From David P. Cooper |

Name: David P. Cooper
Phone: ▮
Address: ▮
City: Conyers
State: Georgia
Zip Code: ▮
County: Rockdale
E-mail: ▮

Location of Violation: ▮             Conyers GA ▮

Description of Violation: I am the second owner of this home living here since 1996. Home was built 1995-1996. The previous owner lived here a month or two and got transfered. We bought it from a relocation company  No Jjuan Rene Cooper Sr. has ever lived here and we are getting absentee ballot applications addressed to Juan Rene Cooper Sr from America Votes

1

## Watson, Frances

| | |
|---|---|
| **From:** | VoterFraudEmailAlerts@sos.ga.gov |
| **Sent:** | Wednesday, December 2, 2020 7:21 AM |
| **To:** | EMailStopVoterFraud |
| **Subject:** | Web E-Mail [Stop Voter Fraud] From Deb Buckner |

Name: Deb Buckner
Phone: ▮▮▮▮▮▮▮▮
Address: ▮▮▮▮▮▮▮▮▮▮▮
City: Conyers
State: GA
Zip Code: ▮▮▮▮
County: Rockdale
E-mail: ▮▮▮▮▮▮▮▮▮

Location of Violation: In the mail

Description of Violation: My brother has been deceased since 2015. Last week I received a partially completed voter registration Application to register him to vote. It came from Register2vote.org. What data base are they using? What gives them the authority to arbitrarily send out applications? How many people fill these out for deceased people? This is encouraging fraud and making it so simple.

1

ATTORNEYS' EYES ONLY                                                                GA-VA00023732

## Watson, Frances

| | |
|---|---|
| **From:** | VoterFraudEmailAlerts@sos.ga.gov |
| **Sent:** | Monday, December 14, 2020 6:15 PM |
| **To:** | EMailStopVoterFraud |
| **Subject:** | Web E-Mail [Stop Voter Fraud] From Robert Burke |

Name: Robert Burke
Phone:
Address:
City: Tampa
State: Fl
Zip Code:
County: Chatham
E-mail:

Location of Violation: Chatham County

Description of Violation: I moved from Ga to Fl in 2018. Please remove me from the voter rolls as Iâ?Tve received absentee ballot applications. I voted in the state of Florida since moving.
-RJB

1

GA-VA00070155

## Watson, Frances

| | |
|---|---|
| **From:** | VoterFraudEmailAlerts@sos.ga.gov |
| **Sent:** | Thursday, December 3, 2020 8:07 AM |
| **To:** | EMailStopVoterFraud |
| **Subject:** | Web E-Mail [Stop Voter Fraud] From Steve Mondibrown |

Name: Steve Mondibrown
Phone: ▮▮▮▮▮▮▮▮
Address: ▮▮▮▮▮▮▮▮▮
City: CUMMING
State: GA
Zip Code: ▮▮▮▮
County: Forsyth
E-mail: ▮▮▮▮▮▮▮▮▮▮

Location of Violation: Mailbox

Description of Violation: I just wanted to see if it is legal for someone out of state to send unsolicited absentee ballot applications. My daughter received one post marked Boston, MA. She never requested one.

1

GA-VA00070168

Message
_____

**From**:       VoterFraudEmailAlerts@sos.ga.gov [VoterFraudEmailAlerts@sos.ga.gov]
**Sent**:       8/26/2020 12:33:24 PM
**To**:         EMailStopVoterFraud [/o=SOS/ou=Exchange Administrative Group
               (FYDIBOHF23SPDLT)/cn=Recipients/cn=fe6ed741b1ac47beb601daf8709ce9b8-EMailStopVoterFraud]
**Subject**:    Web E-Mail [Stop Voter Fraud] From Elizabeth Brown


Name:    Elizabeth Brown
Phone:
Address:
City:    Gainesville
State:   Georgia
Zip Code:
County:  Hall
E-mail:


Location of Violation:   Clarke County


Description of Violation:   My mother-in-law who lives in Athens GA received 2 voter applications with my
nickname, Lisa, at her home address.   Both are from the Center for Voter Information.   She is already
registered to vote in Clarke County, and I am registered to vote in Hall County.

CONFIDENTIAL                                                                                 GA-VA00071598

Message

| | |
|---|---|
| **From**: | VoterFraudEmailAlerts@sos.ga.gov [VoterFraudEmailAlerts@sos.ga.gov] |
| **Sent**: | 8/21/2020 5:25:16 PM |
| **To**: | EMailStopVoterFraud [/o=SOS/ou=Exchange Administrative Group |
| | (FYDIBOHF23SPDLT)/cn=Recipients/cn=fe6ed741b1ac47beb601daf8709ce9b8-EMailStopVoterFraud] |
| **Subject**: | Web E-Mail [Stop Voter Fraud] From Rosemarie Kobau |

```
Name:   Rosemarie Kobau
Phone:
Address:
City:   Decatur
State:  GA
Zip Code:
County:  DeKalb
E-mail:
```

Location of Violation:  not entered

Description of Violation:  I received a letter from the Center for Voter Information--with a modification
to my name (i.e., added a middle initial which I DO NOT have).    I wonder if I ignored this and submitted
a request for an absentee ballot, if there would be a problem because my names wouldn't match.

I don't plan on submitting this form at all.  But, I wanted to report this as potential fraud as it could
be a bigger problem.

Thank you.

CONFIDENTIAL

Message

| | |
|---|---|
| **From**: | VoterFraudEmailAlerts@sos.ga.gov [VoterFraudEmailAlerts@sos.ga.gov] |
| **Sent**: | 8/20/2020 4:03:51 PM |
| **To**: | EMailStopVoterFraud [/o=SOS/ou=Exchange Administrative Group |
| | (FYDIBOHF23SPDLT)/cn=Recipients/cn=fe6ed741b1ac47beb601daf8709ce9b8-EMailStopVoterFraud] |
| **Subject**: | Web E-Mail [Stop Voter Fraud] From Larry W Causby Jr |

```
Name:  Larry W Causby Jr
Phone:
Address:
City:  CARTERSVILLE
State:  GA
Zip Code:
County:  Bartow
E-mail:
```

Location of Violation:  Bartow County

Description of Violation:  People receiving unsolicited pre-filledout appilcation for absentee ballot in
the mail from The Center for Voter Information.

CONFIDENTIAL

GA-VA00071603

Message

| | |
|---|---|
| **From**: | VoterFraudEmailAlerts@sos.ga.gov [VoterFraudEmailAlerts@sos.ga.gov] |
| **Sent**: | 8/19/2020 3:29:39 PM |
| **To**: | EMailStopVoterFraud [/o=SOS/ou=Exchange Administrative Group |
| | (FYDIBOHF23SPDLT)/cn=Recipients/cn=fe6ed741b1ac47beb601daf8709ce9b8-EMailStopVoterFraud] |
| **Subject**: | Web E-Mail [Stop Voter Fraud] From Glenn Hayden |

```
Name:  Glenn Hayden
Phone:
Address:
City:  Macon
State:  GA
Zip Code:
County:  Bibb
E-mail:
```

Location of Violation:  Mail


Description of Violation:  I received an unsolicited application for Official Absentee Ballot from the
Center For Voter Information with my name and address already completed (incorrect middle initial).  I
did not request this and I'm extremely displeased to receive this, what if the form was sent to incorrect
address and someone tried to fill it out.  This should not be allowed and causes me great concern that
possible voter fraud may result from these unsolicited mailings.  1st sentence states that SSoS and local
elections officials encourage voters to use mail ballots.

CONFIDENTIAL

Message

| | |
|---|---|
| **From**: | VoterFraudEmailAlerts@sos.ga.gov [VoterFraudEmailAlerts@sos.ga.gov] |
| **Sent**: | 7/7/2020 2:14:26 PM |
| **To**: | EMailStopVoterFraud [/o=SOS/ou=Exchange Administrative Group |
| | (FYDIBOHF23SPDLT)/cn=Recipients/cn=fe6ed741b1ac47beb601daf8709ce9b8-EMailStopVoterFraud] |
| **Subject**: | Web E-Mail [Stop Voter Fraud] From Thomas Woodward |

```
Name:   Thomas Woodward
Phone:
Address:
City:   Evans
State:   GA
Zip Code:
County:   Columbia
E-mail:
```

Location of Violation:   home residence

Description of Violation:   I'm not sure if this is voter fraud or not but I received a letter from the "Center for Voter Information" with a person that hasn't had that name in over 10 years and has never lived at the address that was used for this correspondence. This may or may not be fraud but with the use of outdated databases, it can open the door to fraud.

CONFIDENTIAL

Message

| | |
|---|---|
| **From**: | VoterFraudEmailAlerts@sos.ga.gov [VoterFraudEmailAlerts@sos.ga.gov] |
| **Sent**: | 11/30/2020 8:39:54 AM |
| **To**: | EMailStopVoterFraud [/o=ExchangeLabs/ou=Exchange Administrative Group |
| | (FYDIBOHF23SPDLT)/cn=Recipients/cn=3d4563a949c84299ae2bc6814d8441c5-EMailStopVo] |
| **Subject**: | Web E-Mail [Stop Voter Fraud] From Richard Wright |

```
Name:  Richard Wright
Phone:
Address:
City:  St Simons Island
State:  GA
Zip Code:
County:  Glynn
E-mail:
```

Location of Violation:  Saint Simons Island, GA
Glynn County

Description of Violation:  I received a letter entitled "VOTER ALERT, US Senate Runoff Election is January 5, 2021; Vote at Home Ballot Request Form Enclosed".

The letter was addressed to Ricky Thomas Wright with my address.

When I opened the letter I found Form #ABS-APP-18 with the voter name filled in as Ricky Wright with a street address of .

The letter had a self addressed envelop to Glenn County Board of Registrars Offices and a return my return address with Ricky Wright's name.

There was also a letter from the Center for Voter Information, signed by Lionel Dripps.  I found the website www.centerforvoterinformation.org and also found a number of articles across the country suggesting the organization has been using questionable tactics in other states.

Here are links to those articles:

https://www.yoursun.com/charlotte/opinion/letters_to_editor/letter-they-are-trying-to-manipulate-mail-in-voting/article_06ee64dc-d346-11ea-bb8c-97e53d4b060f.htmlÂ

https://yallpolitics.com/2019/11/04/left-leaning-voting-information-group-sends-last-minute-misleading-letters-that-may-scare-voters/Â

https://yallpolitics.com/2019/11/04/left-leaning-voting-information-group-sends-last-minute-misleading-letters-that-may-scare-voters/Â

This is apparently a non-profit organization that is trying to get people to vote.  However, I feel it is an organization that may be bending the rules to directly solicit people's absentee ballots in ways that may not be legal.

Clearly, they sent the information that was prefilled to the wrong person and the wrong address.  I can provide the original mailing or a scan if this would be helpful to investigate.

Sincerely yours,
Richard C. Wright

Message

| | |
|---|---|
| **From**: | VoterFraudEmailAlerts@sos.ga.gov [VoterFraudEmailAlerts@sos.ga.gov] |
| **Sent**: | 9/9/2020 9:28:45 PM |
| **To**: | EMailStopVoterFraud [/o=SOS/ou=Exchange Administrative Group |
| | (FYDIBOHF23SPDLT)/cn=Recipients/cn=fe6ed741b1ac47beb601daf8709ce9b8-EMailStopVoterFraud] |
| **Subject**: | Web E-Mail [Stop Voter Fraud] From Victor Hudon |

```
Name:  Victor Hudon
Phone:
Address:
City:  Duluth
State:  GA
Zip Code:
County:  Gwinnett
E-mail:
```

Location of Violation:  Voter Registration Mailout in Gwinnett County.


Description of Violation:  My mother, who has been deceased for over 20 years, just got an application to vote from "The Center for Voter Information" at 925B Peachtree St. NE #615 Atlanta GA. Although my mother died in the Atlanta metro area she did not vote here. She was a resident of Minnesota. It appears to me that someone is going through a list of deceased persons and compiling names and associated surnames to attempt to fraudulently register voters.

ATTORNEYS' EYES ONLY                                                                 GA-VA00071641

## Watson, Frances

| | |
|---|---|
| **From:** | VoterFraudEmailAlerts@sos.ga.gov |
| **Sent:** | Tuesday, December 1, 2020 7:50 PM |
| **To:** | EMailStopVoterFraud |
| **Subject:** | Web E-Mail [Stop Voter Fraud] From Lenny Mercurio |

Name: Lenny Mercurio
Phone: ▮▮▮▮▮▮▮▮
Address: ▮▮▮▮▮▮▮
City: Douglasville
State: Ga
Zip Code: ▮▮▮▮
County: Douglas
E-mail: ▮▮▮▮▮▮▮▮▮▮▮

Location of Violation: Douglasville, Georgia/
Sacramento, California

Description of Violation: My girlfriend is a former resident of Georgia. Sheâ?Ts lived in California for about 17 years. On
12/1/20 she received two Georgia absentee ballot applications at her home in Sacramento, California
They are labeled as being sent from the â?oRepublican National Committeeâ?
Itâ?Ts addressed to her surname and the word â?ohouseholdâ?  or â?ocurrent residentâ?
She has the ballot application and photos and is willing to provide this information.
I can provide her contact information upon request.
-Leonard Anthony Mercurio

1

ATTORNEYS' EYES ONLY                                        GA-VA00023733

## Watson, Frances

| | |
|---|---|
| **From:** | VoterFraudEmailAlerts@sos.ga.gov |
| **Sent:** | Tuesday, December 8, 2020 12:01 AM |
| **To:** | EMailStopVoterFraud |
| **Subject:** | Web E-Mail [Stop Voter Fraud] From Stefanie Franklin |

Name: Stefanie Franklin
Phone: 
Address: 
City: Midway
State: GA
Zip Code: 
County: Liberty
E-mail: 

Location of Violation: N/A

Description of Violation: I live in Ga and received a partial pre-filled Absentee Ballot application for my husband on 12/03/2020.

My Husband passed on 08/2013.

I checked prior to & after Election to make sure he was not reactivated as a voter, due to many dead people being able to vote this year. The application was send by register2vote.org, which is run by Madeline Eden & Jeremy Smith. I did some research on Mrs. Eden and feel that the website for â?ohelp with Registrationsâ?  and info on there is very misleading, since it states that they are a no Party affiliated, independent, Tax-exempt 501 org. yet Mrs. Eden ran as a Dem for the House, District 17 in Texas in 2020.

The form could look somewhat legit to someone who wouldnâ?Tt know the difference, but at closer look itâ?Ts made to possibly be altered with any random information, since the Ballot application has wired name and address change options as well as â?oif no valid IDâ?  or â?ono address availableâ?  options. My Husband was always a registered Republican, as am I, yet I keep getting tons of wired Ballot applications from Democrats that just donâ?Tt seem. I assume my Husbandâ?Ts info was retrieved from prior years registration data? I will continue to monitor my husbandâ?Ts voter info to make sure he is not being activated prior to the GA runoff, since this application will obviously not be returned by him or anyone else.

Thank you very much for your time
Sincerely
S. Franklin

1