# EXHIBIT H

Message

| | |
|---|---|
| **From:** | Watson, Frances [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP |
| | (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=A76276F39BDD4942930106C456DEBCA6-WATSON, FRA] |
| **Sent:** | 1/13/2021 1:37:42 PM |
| **To:** | Hall, Adrick [/o=ExchangeLabs/ou=Exchange Administrative Group |
| | (FYDIBOHF23SPDLT)/cn=Recipients/cn=d8244186feb9408681b44f7f614eeb31-Hall, Adric]; Callaway, James |
| | [/o=ExchangeLabs/ou=Exchange Administrative Group |
| | (FYDIBOHF23SPDLT)/cn=Recipients/cn=366c24bcd3a14a12b5a8f18214647d3c-Callaway, J] |
| **Subject:** | FW: Web E-Mail [Stop Voter Fraud] From Brian Pollard |

```
Frances Watson
Chief Investigator
Investigations Division
Georgia Secretary of State
Main: 470-312-2774
Cell: 404-683-3226
```

```
-----Original Message-----
From: Watson, Frances
Sent: Wednesday, January 13, 2021 8:36 AM
To: Barron, Richard L. <Richard.Barron@fultoncountyga.gov>; Jones, Ralph <Ralph.Jones@fultoncountyga.gov>
Subject: FW: Web E-Mail [Stop Voter Fraud] From Brian Pollard
```

Can you advise if there was any absentee ballot issued or mailed to Brian Pollard VR 02387932

Please see the below. A poll worker told him there was a Absentee in his name and had him cancel the Absentee. Was he on the roll over list and when was the original application? Can you forward a copy of that application?

Frances

```
>>
>>
>>
>> -----Original Message-----
>> From: VoterFraudEmailAlerts@sos.ga.gov <VoterFraudEmailAlerts@sos.ga.gov>
>> Sent: Thursday, January 7, 2021 10:24 AM
>> To: EMailStopVoterFraud <EMailStopVoterFraud@sos.ga.gov>
>> Subject: Web E-Mail [Stop Voter Fraud] From Brian Pollard
>>
>> Name:  Brian Pollard
>> Phone:
>> Address:
>> City:  Atlanta
>> State:  GA
>> Zip Code:
>> County:  Fulton
>> E-mail:
>>
>>
>> Location of Violation:  Cathedral of St Phipps
>>
>>
>> Description of Violation:  I received 5 applications for absentee ballot two were from a group called
America Votes P O Bx 33516 Washington DC 20033 I suspect a leftist group from California. Received one
from The Center for Voter Information (25B Peachtree St NE # 615 Atlanta ,GA 30309, and 2 absentee ballot
application from another source I did not save envelop. I did not request any  absentee ballot. The poll
worker stated they had my absentee ballot. I informed him I had not sent in an absentee ballot. I had to
go to another poll worker to have him cancel my absentee ballot that I never sent in. Then I was allowed
to vote.This is Fraud in the Senate Voting in Georgia! I will sign a legal form to verify this Fraud. .
```

Message

| | |
|---|---|
| **From:** | Harvey, Chris [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP |
| | (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=3F1F603CA29F4E62874AD7949BCD384B-HARVEY, CHR] |
| **Sent:** | 11/3/2020 6:18:39 PM |
| **To:** | Evans, Blake [/o=ExchangeLabs/ou=Exchange Administrative Group |
| | (FYDIBOHF23SPDLT)/cn=Recipients/cn=a09e743410f9426790ae196aa7f44db8-Evans, Blak] |
| **Subject:** | FW: |

**Chris Harvey**
*Elections Director*
Georgia Secretary of State

**Main 470-312-2777**
**Cell   404-985-6351**



**From:** Harvey, Chris
**Sent:** Tuesday, November 3, 2020 12:36 PM
**To:** Watson, Frances <fwatson@sos.ga.gov>; Germany, Ryan <rgermany@sos.ga.gov>; Fuchs, Jordan <jfuchs@sos.ga.gov>
**Subject:** RE:

We can follow up, but this is a very strange set of facts.
I'm not sure if there is confusion about absentee voting status or concerns with the BMDs.

**Chris Harvey**
*Elections Director*
Georgia Secretary of State

**Main 470-312-2777**
**Cell   404-985-6351**



**From:** Watson, Frances <fwatson@sos.ga.gov>
**Sent:** Tuesday, November 3, 2020 12:29 PM
**To:** Germany, Ryan <rgermany@sos.ga.gov>; Fuchs, Jordan <jfuchs@sos.ga.gov>; Harvey, Chris <wharvey@sos.ga.gov>
**Subject:**

Just an fyi
Getting  many reports similar to this one that voters that have not requested an Absentee Ballot or voted are being told they already voted.

GA-VA00001562

Message

| | |
|---|---|
| **From:** | Watson, Frances [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=A76276F39BDD4942930106C456DEBCA6-WATSON, FRA] |
| **Sent:** | 12/12/2020 7:25:08 PM |
| **To:** | Hall, Adrick [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=d8244186feb9408681b44f7f614eeb31-Hall, Adric] |
| **Subject:** | FW: Web E-Mail [Stop Voter Fraud] From Ivellies Wilson |

I believe we have added this to a Fulton County case but please have someone call her .

Frances Watson
Chief Investigator
Investigations Division
Georgia Secretary of State
Main: 470-312-2774
Cell: 404-683-3226

-----Original Message-----
From: VoterFraudEmailAlerts@sos.ga.gov <VoterFraudEmailAlerts@sos.ga.gov>
Sent: Thursday, December 10, 2020 12:36 PM
To: EMailStopVoterFraud <EMailStopVoterFraud@sos.ga.gov>
Subject: Web E-Mail [Stop Voter Fraud] From Ivellies Wilson

Name:  Ivellies Wilson
Phone:
Address:
City:  Atlanta
State:  GA
Zip Code:
County:  Fulton
E-mail:

Location of Violation:  absentee ballot

Description of Violation:  I have  screenshots showing that an absentee ballot was requested on 10/16, issued on 10/17, and received on 10/17.  HOWEVER, I voted IN PERSON.  I have called the Secretary of States office twice to complain.  I was told the first time "this is not an issue" but I specifically requested that my complaint be referred to whoever researches voter fraud complaints.  My husband alled back yesterday (12/9) and there was no record that either he r I had called.  We was told the "only" way to file a complaint was online.  I recently received UNSOLICITED two different applications for absentee ballots: one from VPC and the NAACP and one from America Votes.  Both include a postage paid envelope, so aren't the providing something of value (postage) to get me to vote?  Isn't that against the law?

ATTORNEYS' EYES ONLY

Message
_____

**From:**      Watson, Frances [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP
               (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=A76276F39BDD4942930106C456DEBCA6-WATSON, FRA]
**Sent:**      12/15/2020 1:09:01 AM
**To:**        ▉▉▉▉▉▉▉▉
**Subject:**   RE: Web E-Mail [Stop Voter Fraud] From David Brower


As the law is written currently the sending of the ballot request is legal. Completing and submitting
them if not eligible is the violation.

Frances


Frances Watson
Chief Investigator
Investigations Division
Georgia Secretary of State
Main: 470-312-2774
Cell: 404-683-3226


-----Original Message-----
From: VoterFraudEmailAlerts@sos.ga.gov <VoterFraudEmailAlerts@sos.ga.gov>
Sent: Monday, December 14, 2020 7:55 AM
To: EMailStopVoterFraud <EMailStopVoterFraud@sos.ga.gov>
Subject: Web E-Mail [Stop Voter Fraud] From David Brower

Name:  David Brower
Phone:  ▉▉▉▉▉▉▉▉
Address:  ▉▉▉▉▉▉▉▉
City:  Kennesaw
State:  GA
Zip Code:  ▉▉▉▉
County:  Cobb
E-mail:  ▉▉▉▉▉▉▉▉


Location of Violation:  Mail

Description of Violation:  We have received multiple absentee ballot request forms from a third party by
mail that was NOT requested.  Is this legal?

Received from: America Votes, PO Box 33516, Washington, DC 20033

ATTORNEYS' EYES ONLY                                                                      GA-VA00022787

Message

| | |
|---|---|
| **From:** | Watson, Frances [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=A76276F39BDD4942930106C456DEBCA6-WATSON, FRA] |
| **Sent:** | 12/19/2020 4:27:20 AM |
| **To:** | James Devlin [ ] |
| **Subject:** | RE: Web E-Mail [Stop Voter Fraud] From James M. Devlin |

Thank you. The envelopes are for Absentee ballot request (applications). These are mailed by third party groups and not by our office or the county. There is currently no violation for the organizations to mail these.

Thank you for the information

Frances

**Frances Watson**

*Chief Investigator*
*Investigations Division*
*Georgia Secretary of State*
Main: 470-312-2774
Cell: 404-683-3226



**From:** James Devlin <                    n>
**Sent:** Friday, December 18, 2020 9:45 PM
**To:** Watson, Frances <fwatson@sos.ga.gov>
**Cc:** James Devlin                        n>
**Subject:** Re: Web E-Mail [Stop Voter Fraud] From James M. Devlin

**EXTERNAL EMAIL:** Do not click any links or open any attachments unless you trust the sender and know the content is safe.

Good Evening Frances,

Attached to this email is a picture of all three unrequested absentee ballots for the Georgia runoff race.

Respectfully.

James M. Devlin
USMC, LCpl (Ret.)

**From:** Watson, Frances <fwatson@sos.ga.gov>
**Sent:** Thursday, December 17, 2020 4:58 PM

**To:** ███████████████ ◁ ███████████████ ▷
**Subject:** RE: Web E-Mail [Stop Voter Fraud] From James M. Devlin

Were these applications that you received? Can you send me a photo of what you received

Frances


Frances Watson
Chief Investigator
Investigations Division
Georgia Secretary of State
Main: 470-312-2774
Cell: 404-683-3226


-----Original Message-----
From: VoterFraudEmailAlerts@sos.ga.gov <VoterFraudEmailAlerts@sos.ga.gov>
Sent: Thursday, December 17, 2020 2:09 PM
To: EMailStopVoterFraud <EMailStopVoterFraud@sos.ga.gov>
Subject: Web E-Mail [Stop Voter Fraud] From James M. Devlin

Name:  James M. Devlin
Phone: ███████████
Address: ███████████
City:  Savannah
State:  Ga
Zip Code: █████
County:  Chatham
E-mail: ███████████.

Location of Violation: ███████████  Savannah, Ga███

Description of Violation:  I received 3 unrequested absentee ballots for the Georgia runoff race. I do not live in Georgia. I live in Maryland and I am a Maryland registered voter.

GA-VA00022847

Message

| | |
|---|---|
| **From:** | Watson, Frances [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=A76276F39BDD4942930106C456DEBCA6-WATSON, FRA] |
| **Sent:** | 1/8/2021 7:11:03 PM |
| **To:** | Allyson Pellegrino [             ] |
| **Subject:** | RE: Web E-Mail [Stop Voter Fraud] From Allyson Pope |

Thank you. These are Absentee Ballot applications that the third party and campaigns mailed out. The mailing of the applications to request a ballot is not a violation of the code as it is written currently.

Thank you for sending me the photos

Frances

**Frances Watson**
*Chief Investigator*
*Investigations Division*
*Georgia Secretary of State*
Main: 470-312-2774
Cell: 404-683-3226



**From:** Allyson Pellegrino <                >
**Sent:** Friday, January 8, 2021 1:34 PM
**To:** Watson, Frances <fwatson@sos.ga.gov>
**Subject:** Re: Web E-Mail [Stop Voter Fraud] From Allyson Pope

**EXTERNAL EMAIL:** Do not click any links or open any attachments unless you trust the sender and know the content is safe.

ATTORNEYS' EYES ONLY

Thank you. I did not request one that is why I'm curious why I received 3 of them. See picture



attached.

On Jan 8, 2021, at 11:47 AM, Watson, Frances <fwatson@sos.ga.gov> wrote:

I do not show a request for a Absentee Ballot. Can you forward a copy of the envelopes that you received.

Frances

Frances Watson
Chief Investigator
Investigations Division
Georgia Secretary of State

ATTORNEYS' EYES ONLY

Main: 470-312-2774
Cell: 404-683-3226


-----Original Message-----
From: VoterFraudEmailAlerts@sos.ga.gov <VoterFraudEmailAlerts@sos.ga.gov>
Sent: Sunday, January 3, 2021 6:00 PM
To: EMailStopVoterFraud <EMailStopVoterFraud@sos.ga.gov>
Subject: Web E-Mail [Stop Voter Fraud] From Allyson Pope

Name: Allyson Pope
Phone: █████████
Address: █████████
City: Loganville
State: GA
Zip Code: ██████
County: Gwinnett
E-mail: ██████████████████

Location of Violation: My Mail


Description of Violation: I received 3 absentee ballots that I did not request in the mail on the same day
for the runoff election....

ATTORNEYS' EYES ONLY

## Watson, Frances

**From:** VoterFraudEmailAlerts@sos.ga.gov
**Sent:** Sunday, December 27, 2020 12:26 PM
**To:** EMailStopVoterFraud
**Subject:** Web E-Mail [Stop Voter Fraud] From Lorraine M. Holtsinger

Name: Lorraine M. Holtsinger
Phone:
Address:
City: Dacula,
State: Georgia
Zip Code:
County: Gwinnett
E-mail:

Location of Violation: Gwinnett

Description of Violation: I received many unsolicited applications for absentee ballot.

Voted early with no recognition of this on Ga voters page

Would like the officials that I, personally, voted for to be recorded to help Audits.

1

ATTORNEYS' EYES ONLY

GA-VA00023705

## Watson, Frances

**From:** VoterFraudEmailAlerts@sos.ga.gov
**Sent:** Saturday, December 26, 2020 11:40 AM
**To:** EMailStopVoterFraud
**Subject:** Web E-Mail [Stop Voter Fraud] From Michael Barrett Culpepper

Name: Michael Barrett Culpepper
Phone: ▮▮▮▮▮▮▮▮
Address: ▮▮▮▮▮▮▮▮
City: Lilburn
State: GA
Zip Code: ▮▮▮▮
County: Gwinnett
E-mail: ▮▮▮▮▮▮▮▮▮

Location of Violation: My home.

Description of Violation: I have never registered to vote & I received numerous absentee ballot applications this fall. My step daughter was not registered to vote and she did as well. How many others received ballots when they never did the legwork to register to vote.

1

ATTORNEYS' EYES ONLY                                                   GA-VA00023706

## Watson, Frances

| | |
|---|---|
| **From:** | VoterFraudEmailAlerts@sos.ga.gov |
| **Sent:** | Friday, December 18, 2020 12:36 AM |
| **To:** | EMailStopVoterFraud |
| **Subject:** | Web E-Mail [Stop Voter Fraud] From Cathy Carter |

Name: Cathy Carter
Phone: ▮
Address: ▮
City: Box Springs
State: Ga
Zip Code: ▮
County: Talbot
E-mail: ▮

Location of Violation: ▮
Box Springs, GA ▮

Description of Violation: I moved here to Talbot County 8 years ago. I have neither registered or voted in that time. My husband has NEVER voted or even registered to vote. This year for the first time ever, we received over 15 absentee ballot applications for mail in voting. Many came addressed to â?ocurrent residentâ? , just like bulk/junk mail. We also received ballot applications for my husbandâ?Ts dead Mother & Father along with one for his mentally handicapped Sister who can neither read or write. NONE of them have ever lived here. There was nothing remotely secure about these absentee ballots and I take issue with the fact that our supposedly secure and unbiased elections have been hijacked by corporate oligarchs with big money to buy our elections.
I think the dead comedian George Carlin was sharing a sad fact when he told us:
â?o If voting really made any difference they wouldnâ?Tt let us do itâ? .

1

## Watson, Frances

| | |
|---|---|
| **From:** | VoterFraudEmailAlerts@sos.ga.gov |
| **Sent:** | Wednesday, December 9, 2020 6:03 PM |
| **To:** | EMailStopVoterFraud |
| **Subject:** | Web E-Mail [Stop Voter Fraud] From Laurice Herzog |

Name: Laurice Herzog
Phone: ▇▇▇▇▇▇
Address: ▇▇▇▇▇▇▇▇▇
City: Loganville
State: GA
Zip Code: ▇▇▇▇
County: Gwinnett
E-mail: ▇▇▇▇▇▇▇

Location of Violation: My mailbox in Loganville GA

Description of Violation: I received 4 - FOUR - Applications for Absentee Ballots that were unsolicited. In fact, I have
NEVER asked for an absentee ballot in my whole life and now I get 4 all in one day? I called the SoS office but they don't
seem to give a shit, and I doubt you do, either, but what the heck, I'll humor the people who tell me that I should report
this.

1

ATTORNEYS' EYES ONLY                                                                 GA-VA00023717

**Watson, Frances**

| | |
|---|---|
| **From:** | VoterFraudEmailAlerts@sos.ga.gov |
| **Sent:** | Wednesday, December 9, 2020 12:02 PM |
| **To:** | EMailStopVoterFraud |
| **Subject:** | Web E-Mail [Stop Voter Fraud] From Leanne Lewis |

Name: Leanne Lewis
Phone:
Address:
City: Woodstock
State: GA
Zip Code:
County: Cherokee
E-mail:


Location of Violation: My home


Description of Violation: Received 2 applications for mail in ballot in the last week.. Iâ?Tve never applied for mail in ballot.. also have had democratic groups contacting me to reapply for my absentee ballot for the next election.. Iâ?Tve always voted in person and have never asked to receive absentee ballot

1

ATTORNEYS' EYES ONLY

GA-VA00023718

## Watson, Frances

| | |
|---|---|
| **From:** | VoterFraudEmailAlerts@sos.ga.gov |
| **Sent:** | Wednesday, December 2, 2020 9:18 PM |
| **To:** | EMailStopVoterFraud |
| **Subject:** | Web E-Mail [Stop Voter Fraud] From Justin Cavanaugh |

Name: Justin Cavanaugh
Phone:
Address:
City: Atlanta
State: GA
Zip Code:
County: Fulton
E-mail:

Location of Violation: Home residence mail box

Description of Violation: I have received 3 absentee ballot applications that I did not request from America votes. I also received 2 absentee ballot requests from the state of Georgia that I did not request. I had destroyed 4 of these applications and kept the one mailed today.

Today I received mail to my address with someone elseâ?Ts name I gave me er seen before. This was from the Voter Participation Center. As the mail is addressed to someone else I have not opened, but the letter says itâ?Ts a vote at home ballot request enclosed. It seems to me if I were willing to commit fraud, to which I am not, receiving 6 applications in the mail for absentee ballots that I did not request is troublesome to say the least.

1

ATTORNEYS' EYES ONLY GA-VA00023726

## Watson, Frances

| | |
|---|---|
| **From:** | VoterFraudEmailAlerts@sos.ga.gov |
| **Sent:** | Wednesday, December 2, 2020 8:52 PM |
| **To:** | EMailStopVoterFraud |
| **Subject:** | Web E-Mail [Stop Voter Fraud] From Patti Tennis |

Name: Patti Tennis
Phone: ▮▮▮▮▮▮▮
Address: ▮▮▮▮▮▮▮
City: Stone Mountain
State: 13
Zip Code: ▮▮▮▮
County: DeKalb
E-mail: ▮▮▮▮▮▮▮▮

Location of Violation: Dekalb and Walton County

Description of Violation: I received an absentee ballot application which I never asked for. My daughter received 3 applications for absentee ballots which she never asked for.

1

ATTORNEYS' EYES ONLY                                                          GA-VA00023727

## Watson, Frances

**From:** VoterFraudEmailAlerts@sos.ga.gov
**Sent:** Wednesday, December 2, 2020 6:33 PM
**To:** EMailStopVoterFraud
**Subject:** Web E-Mail [Stop Voter Fraud] From Elaine Barnes-Bailey

Name: Elaine Barnes-Bailey
Phone:
Address:
City: Marietta
State: GA
Zip Code:
County: Cobb
E-mail:

Location of Violation: Marietta

Description of Violation: When I saw this before the Presidential election I was wondering if it was normal to receive 3 applications for Absentee ballots for one person in my household and the only one who is a Democrat.

Now for the Senate race that same Democrat has received 2 applications thus far for the Absentee Ballot.

Ga enough this is wrong and it is happening all over our State!

1

ATTORNEYS' EYES ONLY                                                        GA-VA00023728

## Watson, Frances

| | |
|---|---|
| **From:** | VoterFraudEmailAlerts@sos.ga.gov |
| **Sent:** | Wednesday, December 2, 2020 3:04 PM |
| **To:** | EMailStopVoterFraud |
| **Subject:** | Web E-Mail [Stop Voter Fraud] From Jody Williams traylor |

Name: Jody Williams traylor
Phone: ▮
Address: ▮
City: Marietta
State: Ga
Zip Code: ▮
County: Cobb
E-mail: ▮

Location of Violation: My home

Description of Violation: Received 3 applications for absentee ballot. All addressed to me. All received on same date.

1

ATTORNEYS' EYES ONLY

GA-VA00023730

## Watson, Frances

| | |
|---|---|
| **From:** | VoterFraudEmailAlerts@sos.ga.gov |
| **Sent:** | Wednesday, December 2, 2020 2:53 PM |
| **To:** | EMailStopVoterFraud |
| **Subject:** | Web E-Mail [Stop Voter Fraud] From Peggy Johnson |

Name: Peggy Johnson
Phone:
Address:
City: Duluth
State: GA
Zip Code:
County: Gwinnett
E-mail:

Location of Violation: My home address

Description of Violation: I keep receiving unsolicitated Absentee Ballet Applications from America Votes. These ballots aren't even official. Have sent an address cancellation request to them and have sent three of these same mailings back to them. Return Address P.O.Box 33516 Washington, D.C. 2033. This is harrassment. I have only resided at my current address one year. Also they have the audacity to show postage paid on applicaton ballot...I called the number on this mailing 1-866-687-8683...Person that answers says they are not America Votes... I told them, it doesnt matter, I will be reporting this.

1

ATTORNEYS' EYES ONLY

## Watson, Frances

| | |
|---|---|
| **From:** | VoterFraudEmailAlerts@sos.ga.gov |
| **Sent:** | Tuesday, December 1, 2020 7:47 PM |
| **To:** | EMailStopVoterFraud |
| **Subject:** | Web E-Mail [Stop Voter Fraud] From Matthew Kirby |

Name: Matthew Kirby
Phone: ▇▇▇▇▇▇
Address: ▇▇▇▇▇▇
City: Tybee Island
State: GA
Zip Code: ▇▇▇▇
County: Chatham
E-mail: ▇▇▇▇▇▇▇▇▇

Location of Violation: Mailbox and text message

Description of Violation: I have received 3 absentee ballot applications for the US Senate runoff in the mail in the past week but have never requested an absentee ballot or expressed interest to vote by mail. Today, December 1st, I received a text message from 1-830-271-5693 providing me with a link to request a mail ballot for the US Senate runoff https://r.seiu.org/GaMailBallot. I attempted to call the number to speak with someone but it line wasn't able to receive incoming calls. I then text them back and informed them I hadn't requested a mail in ballot and plan to vote in person and planned to report them. They told me they have since opted me out of texts immediately and to "have a great day". This seems very suspicious to me and could easily allow fraudulent activity during any local or national election.

1

                                                  GA-VA00023734

## Watson, Frances

| | |
|---|---|
| **From:** | VoterFraudEmailAlerts@sos.ga.gov |
| **Sent:** | Monday, November 30, 2020 9:07 PM |
| **To:** | EMailStopVoterFraud |
| **Subject:** | Web E-Mail [Stop Voter Fraud] From Sheree Muniz |

Name: Sheree Muniz
Phone: █████████
Address: █████████
City: Dahlonega
State: GA
Zip Code: █████
County: Lumpkin
E-mail: █████████████

Location of Violation: Mailing of absentee ballot unrequested from America Votes.

Description of Violation: I have received 3 unrequested absentee ballot applications from America Votes. I don't have any dealing with America Votes. If this company mailed anything during the Presidental election, this could be considered fraud.

I personally drop off my absentee ballot application at my local office. Thanks.

Sheree Nicole Muniz

1

ATTORNEYS' EYES ONLY                                                          GA-VA00023737

## Watson, Frances

| | |
|---|---|
| **From:** | VoterFraudEmailAlerts@sos.ga.gov |
| **Sent:** | Tuesday, January 5, 2021 6:04 PM |
| **To:** | EMailStopVoterFraud |
| **Subject:** | Web E-Mail [Stop Voter Fraud] From Greg Ragsdale |

Name: Greg Ragsdale
Phone:
Address:
City: Suwanee
State: GA
Zip Code:
County: Gwinnett
E-mail:

Location of Violation:                  , Suwanee, GA

Description of Violation: It appears an individual is using my P.O. Box as a "home address" as over the past 2 months I have been receiving post cards, letters, flyers, numerous applications for absentee ballots and mailers addressed to this individual urging her to vote for certain two candidates. Many of the mail comes from out of state and a large volume from the Dem Party of Georgia, the NAACP, Stacey Abrams and others. Something is rotten in Denmark!

1

GA-VA00070147

## Watson, Frances

| | |
|---|---|
| **From:** | VoterFraudEmailAlerts@sos.ga.gov |
| **Sent:** | Thursday, December 17, 2020 10:04 AM |
| **To:** | EMailStopVoterFraud |
| **Subject:** | Web E-Mail [Stop Voter Fraud] From Leonard Celaya, |

Name: Leonard Celaya
Phone: ▮
Address: ▮
City: Blairsville
State: GA
Zip Code: ▮
County: Union
E-mail: ▮

Location of Violation: ▮ , Blairsville, GA ▮

Description of Violation: Received three (3) Applications for Official Absentee Ballot from the following organizations: Women Speak Out Pac, PO Box 1876, Merrifield, VA 22116-8076 and The Conservative Caucus, PO Box 1890, Merrifield, VA 22116-8090.
Why am I receiving these from VA and not from the state of Georgia? Why is the mailing address to a PO box in VA?

1

## Watson, Frances

| | |
|---|---|
| **From:** | VoterFraudEmailAlerts@sos.ga.gov |
| **Sent:** | Monday, December 7, 2020 1:02 PM |
| **To:** | EMailStopVoterFraud |
| **Subject:** | Web E-Mail [Stop Voter Fraud] From Ryan Stern |

Name: Ryan Stern
Phone:
Address:
City: Kathleen
State: GA
Zip Code:
County: Houston
E-mail:

Location of Violation: Kathleen, GA

Description of Violation: I am currently stationed at Robins AFB, GA near Warner Robins, GA. I have received 4 applications in the mail to register to vote for the upcoming Senate runoff on 5 Jan. I am registered to vote in South Dakota since I am on Active Duty and that is my home of record. I received no such solicitations for the general election on Nov 3rd. The applications also have my middle name as Andrew instead of Matthew and they are for the Gwinnett County Board of Registrars Offices when I currently live in Houston County. The groups sending these applications are America Votes and the Black Progressive Action Coalition. I'm not sure how the citizens of Georgia can expect a fair and free election when absentee ballots are being sent to non-residents of the state.

1

Message

| | |
|---|---|
| **From**: | VoterFraudEmailAlerts@sos.ga.gov [VoterFraudEmailAlerts@sos.ga.gov] |
| **Sent**: | 10/15/2020 11:59:56 AM |
| **To**: | EMailStopVoterFraud [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=3d4563a949c84299ae2bc6814d8441c5-EMailStopVo] |
| **Subject**: | Web E-Mail [Stop Voter Fraud] From Heather Vedell |

```
Name:   Heather Vedell
Phone:  ████████████
Address: █
City:   Atlanta
State:  GA
Zip Code: ████
County: Fulton
E-mail: ████████████
```

```
Location of Violation:  My home-  ████████████ , atlanta Ga ████
```

Description of Violation:  I have received 4 different applications for absentee ballots. All of them had
my name typed differently (one all caps, one all lowercase, one sentence case, one with my middle
initial). These are all from the Center For Voter Information. I shredded the first two and have received
2 more this week. In my opinion, this makes it ripe to request multiple absentee ballots and I have not
requested any absentee ballots

Message

| | |
|---|---|
| **From**: | VoterFraudEmailAlerts@sos.ga.gov [VoterFraudEmailAlerts@sos.ga.gov] |
| **Sent**: | 10/6/2020 9:50:13 AM |
| **To**: | EMailStopVoterFraud [/o=ExchangeLabs/ou=Exchange Administrative Group |
| | (FYDIBOHF23SPDLT)/cn=Recipients/cn=3d4563a949c84299ae2bc6814d8441c5-EMailStopVo] |
| **Subject**: | Web E-Mail [Stop Voter Fraud] From Richard Cree |

```
Name:  Richard Cree
Phone:
Address:
City:  Smyrna
State:  Ga
Zip Code:
County:  Cobb
E-mail:
```

Location of Violation:  Home US Mail

Description of Violation:  My wife and I continually receive pre-filled out Absentee Ballot Applications
that we DID NOT request from your office or Cobb County Board of Elections.  Most of these multiple
mailings are from the Center for Voter Information.  We have also been receiving the same type
unsolicited applications for a former resident at this address, Debbie Lee that hasn't lived at this
address for over15 or so years.

Again these are all unsolicited.  My wife and me intend to vote in person on November 3rd.  We sincerely
hope that any of these pre-filled out absentee applications are not intercepted, filled out with
fradulent addresses and submitted.

We would hope that this attempt to get absentee applications out filled out with voter information is
illegal.  If not, it should be.  Thanks for your help with our concern,

Richard Cree

ATTORNEYS' EYES ONLY

Message

**From:**      VoterFraudEmailAlerts@sos.ga.gov [VoterFraudEmailAlerts@sos.ga.gov]
**Sent:**      11/6/2020 11:49:30 AM
**To:**        EMailStopVoterFraud [/o=ExchangeLabs/ou=Exchange Administrative Group
               (FYDIBOHF23SPDLT)/cn=Recipients/cn=3d4563a949c84299ae2bc6814d8441c5-EMailStopVo]
**Subject:**   Web E-Mail [Stop Voter Fraud] From Brian Fisher

```
Name:  Brian Fisher
Phone:
Address:
City:  Peachtree City
State:  GA
Zip Code:
County:  Fayette
E-mail:
```

Location of Violation:  Fayette

Description of Violation:  We purchased our home at                          in Peachtree City on September 1,
2020 and the house had been vacant since at least February of 2020. It had been used as a rental home
prior to that. We received multiple pieces of mail from the Center for Voter Information and/or the Voter
Participation Center for numerous previous renters of the property. We can recall at least 5 different
names possibly more, none of whom currently reside at our address currently or have resided in the
previous 10 months. We did return them with "Not at this address" written on the envelopes. But wanted to
make sure that it is known that only Brian and Stephanie Fisher should have been registered to vote at
our address.

CONFIDENTIAL                                                                      GA-VA00071613

## Watson, Frances

| | |
|---|---|
| **From:** | VoterFraudEmailAlerts@sos.ga.gov |
| **Sent:** | Tuesday, December 29, 2020 7:07 PM |
| **To:** | EMailStopVoterFraud |
| **Subject:** | Web E-Mail [Stop Voter Fraud] From Dustin Young |

Name: Dustin Young
Phone:
Address:
City: Orange Park
State: FL
Zip Code:
County: Forsyth
E-mail:

Location of Violation: Forsyth County Georgia

Description of Violation: I have been getting absentee ballot applications from the Democratic Party of Georgia and your website shows that Iâ?Tm an active registered voter in Georgia. Iâ?Tve lived in Florida since 2014 and when I did live in GA more than 6 years ago, I was a registered Republican. I suspect someone is voting for me in Georgia just like they are for many other people. Someone needs to contact me and let me know that they have made sure that I didnâ?Tt vote in GA between 2014-present and that GA voter registration is deactivated immediately. Thank you.

1

ATTORNEYS' EYES ONLY

GA-VA00023704

## Watson, Frances

**From:** VoterFraudEmailAlerts@sos.ga.gov
**Sent:** Friday, December 11, 2020 12:00 PM
**To:** EMailStopVoterFraud
**Subject:** Web E-Mail [Stop Voter Fraud] From Suzanne Grantham

Name: Suzanne Grantham
Phone:
Address:
City: Kingwood
State: TX
Zip Code:
County: Morgan
E-mail:

Location of Violation: Kingwood Texas

We moved from Morgan County GA almost 2 years ago. We have Texas residency and we voted in Texas. Why are we getting applications for absentee ballots from the Republican National Committee and the Honest Elections Project? If I were to fill these out would I actually get an absentee ballot from Georgia? It seems to me that my residency in Texas should be known by Georgia. This is very suspicious and makes me not trust the legitimacy of the election count even more.

Description of Violation: We moved from Morgan County GA almost 2 years ago. We have Texas residency and we voted in Texas. Why are we getting applications for absentee ballots from the Republican National Committee and the Honest Elections Project? If I were to fill these out would I actually get an absentee ballot from Georgia? It seems to me that my residency in Texas should be known by Georgia. This is very suspicious and makes me not trust the legitimacy of the election count even more.

1