# EXHIBIT I

# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA ATLANTA DIVISION

| | |
|---|---|
| VOTEAMERICA, *et al.*,<br><br>*Plaintiffs*,v.<br><br>BRAD RAFFENSPERGER, in his official capacity as the Secretary of State for the State of Georgia, *et al.*,<br><br>*Defendants*,<br><br>REPUBLICAN NATIONAL COMMITTEE, *et al.*,<br><br>*Intervenor-Defendants*. | Civil Action No.:<br>1:21-CV-1390-JPB |

### PLAINTIFFS' OBJECTIONS AND RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES REQUEST FOR PRODUCTION OF DOCUMENTS, AND REQUESTS FOR ADMISSION

Pursuant to Federal Rules of Civil Procedure 26 and 34, as well as applicable Local Rules of the United States District Court for the Northern District of Georgia ("Local Rule(s)"), Plaintiffs VoteAmerica, Voter Participation Center ("VPC"), and Center for Voter Information ("CVI") (together, "Plaintiffs") object and respond to Defendants' First Set of Interrogatories, Requests for Production of Documents, and

1

## REQUESTS FOR ADMISSION

1. Admit that before SB 202 was enacted, each Plaintiff expended resources to assist Georgia voters requesting absentee ballots.

**RESPONSE:** Admit.

2. Admit that after SB 202 was enacted, each Plaintiff engaged in activities to assist Georgia voters requesting absentee ballots.

**RESPONSE:**

VPC/CVI: Deny.

VoteAmerica: Admit, to the extent that the VoteAmerica online Mail and Absentee Ballot tool remains available to Georgia voters to receive absentee ballot applications via email. Otherwise, deny.

3. Admit that before SB 202 was enacted, each Plaintiff expended resources to assist Georgia voters in submitting absentee ballots.

**RESPONSE:**

VoteAmerica: Deny. VoteAmerica assists Georgia voters in requesting absentee ballot applications; they do not assist voters in submitting their absentee ballots.

VPC/CVI: Admit to the extent that VPC/CVI sent follow up mail to Georgia voters reminding them to submit mail ballots if they had requested one and had not yet submitted it. Otherwise, deny.

list from which voter names can be "removed."

Respectfully submitted,

| | |
|---|---|
| *s/ Valencia Richardson* | Robert B. Remar |
| Danielle Lang* | (Ga. Bar No. 600575) |
| Jonathan Diaz* | Katherine L. D'Ambrosio |
| Alice Huling* | (Ga. Bar No. 780128) |
| Hayden Johnson* | Smith, Gambrell & Russell, LLP |
| Valencia Richardson* | 1105 W. Peachtree NE, Suite 1000 |
| Campaign Legal Center | Atlanta, GA 30309 |
| 1101 14th St. NW, Ste. 400 | (404) 815-3500 |
| Washington, D.C. 20005 | rremar@sgrlaw.com |
| Tel: (202) 736-2200 | kdambrosio@sgrlaw.com |
| Fax: (202) 736-2222 | |
| dlang@campaignlegalcenter.org | |
| jdiaz@campaignlegalcenter.org | |
| ahuling@campaignlegalcenter.org | |
| hjohnson@campaignlegalcenter.org | |
| vrichardson@campaignlegalcenter.org | |

*Admitted pro hac vice*

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on April 7, 2022, the foregoing was served by electronic mail on all counsel of record.

/s/*Valencia Richardson*

*Counsel for Plaintiffs*
*Admitted pro hac vice*