# EXHIBIT J

```
 1           IN THE UNITED STATES DISTRICT COURT
              FOR THE NORTHERN DISTRICT OF GEORGIA
 2

 3

 4   IN RE                           )
                                     )
 5      GEORGIA SENATE BILL 202      )
                                     )
 6           Plaintiff,              )
     vs.                             )  Civil Action No.
 7                                   )  1:21:MI-55555-JPB
                                     )
 8           Defendants.             )
                                     )
 9   - - - - - - - - - - - - - - )

10

11                       DEPOSITION OF

12                      MILTON D. KIDD

13

14      Thursday, May 5, 2022, 10:09 a.m.(EST)

15

16

17

18      HELD AT:

19

20         Thompson Hine LLP
           Two Alliance Center
21         3560 Lenox Road, Suite 1600
           Atlanta, Georgia  30326
22

23

24      ----------------------------------------------
           WANDA L. ROBINSON, CRR, CCR, No. B-1973
25         Certified Shorthand Reporter/Notary Public
```



800.211.DEPO (3376)
EsquireSolutions.com

1  applications in the mail?
2       A    I have had voters call because they --
3  yes.
4       Q    And so you mentioned that voters called.
5  Did you receive any of those kinds of complaints in
6  any other form, like email or in person or anything
7  like that?
8       A    In person and phone calls were the
9  majority of the incidences.
10      Q    So tell us a little bit about the types of
11 those complaints that you received.
12      A    They were wondering if this was legal of
13 other organizations to send an absentee ballot
14 request outside of our office sending them.
15      Q    Was there anything else that was relayed
16 to you or your office with respect to those
17 particular complaints other than what you've said?
18      A    I don't believe so.
19      Q    And what actions did Douglas County take
20 in response to those complaints?
21      A    We did post information on our website
22 indicating that we did do mailers and indicating
23 that third-party groups are able to disseminate --
24 well, were able to disseminate absentee ballot
25 applications at that time.



```
 1             We also participated in several forms at
 2   community events to notify voters of their right, or
 3   that they would be receiving these in a campaign
 4   election season.
 5        Q    And was it --
 6             MS. LaROSS:  Sorry.  Strike that.
 7        Q    So the folks that complained to your
 8   office concerning their receipt of multiple absentee
 9   ballot applications, did any of those individuals
10   express confusion as to why they were receiving
11   multiple ballot applications?
12        A    Yes.
13        Q    And just to get an idea of the number of
14   these kinds of complaints, can you give us a
15   ballpark number of them?  Is it a handful or 20 to
16   30 or 100?  Do you have any sense for that?
17        A    I would say 20 to 30.
18        Q    20 to 30.  And did any of the individuals
19   indicate that they had already completed and
20   returned an absentee ballot application and then
21   received another afterward?
22        A    Yes.
23        Q    Did any of these individuals express
24   confusion about whether the documents were
25   applications or ballots?
```



```
 1        A    Yes.
 2        Q    And did any of the individuals express
 3   concern about problems with voting or voter fraud
 4   when making these complaints?
 5        A    Can you restate the question?
 6        Q    So did any of the individuals express to
 7   you concern that there might be wrongful use of the
 8   ballots or voter fraud when making these complaints?
 9        A    There was confusion as to the fact that an
10   absentee ballot application is not a ballot.  So
11   some of the complaints were being addressed that
12   they were receiving ballots but they were receiving
13   applications.
14        Q    Okay.  And in that instance you all would
15   clarify what they had actually received?
16        A    Yes.
17        Q    And whether it was an application or a
18   ballot, correct?
19        A    Yes.
20        Q    And are you aware of any complaints that
21   the Douglas County election office received from
22   potential voters stating that they had received
23   absentee ballot applications that included incorrect
24   personal information?
25        A    Yes.
```

