# EXHIBIT K

Page 1

```
 1            UNITED STATES DISTRICT COURT
         FOR THE NORTHERN DISTRICT OF GEORGIA
 2                   Civil Division
    - - - - - - - - - - - - - - - - :
 3  VOTEAMERICA, ET AL,             :
                                    :
 4          Plaintiff,              :  CASE NO.
                                    :
 5          vs.                     :  1:21-cv-01390
                                    :
 6  BRAD RAFFENSPERGER, IN HIS      :
    OFFICIAL CAPACITY AS SECRETARY  :
 7  OF STATE OF THE STATE OF        :
    GEORGIA, ET AL.,                :
 8                                  :
              Defendants.           :
 9                                  :
    - - - - - - - - - - - - - - - - :
10
11         DEPOSITION OF DONALD P. GREEN, PHD
12
13  DATE:              October 4, 2022
14  TIME:              9:38 a.m.
15  LOCATION:          Campaign Legal Center
                       1101 14th Street, NW
16                     Suite 400
                       Washington, DC 20005
17
18
19  REPORTED BY:       Constance H. Rhodes
                       Reporter, Notary
20
21            Veritext Legal Solutions
              1250 Eye Street, Northwest
22               Washington, DC 20005
```

Page 46

1  So what we wanted to warn readers about is
2  that, for example, when vendors sell robocalls, you
3  might not hear from them about the fact that the
4  robocalls have almost a perfect record of never
5  working.
6      Q   So it's possible for an organization to
7  have expertise in doing direct mail without having
8  expertise in understanding how effective it is or
9  how cost-effective it is in producing the desired
10 effect of increasing voter participation for
11 elections?
12     A   That's correct.  My co-author, Alan
13 Gerber, in another book, another series of
14 articles, has written eloquently about the fact
15 that this is not limited to campaigns and
16 elections.  It's also true for medical -- clinical
17 medicine, that there are instances of surgical
18 procedures that are known not to be effective and
19 yet are widely performed, often by physicians with
20 the best of intentions.  They are not trying to
21 harm their patients, they are trying to help them,
22 but there are some surgeries that have been

1    demonstrated to have no effect.
2         Q    You are saying that that's also true of
3    certain get-out-the-vote efforts, including direct
4    mail efforts?
5         A    Yes.  It's a bit of a paradox, right?
6    Because many of the people who are campaign
7    consultants are ardent partisans.  They very much
8    want to win.  And just as many clinical physicians
9    are extremely talented, smart, good hearted, it's
10   not as though they are doing this just to make a
11   fast buck.  But it's very hard for a person to
12   assess cause and effect when they are that close
13   to the process.
14        Q    Well, I think that's a good cue to go to
15   page 16, because I think you address this very
16   topic.  On page 16 at the second checkmark, you
17   write, quote:  Experts frequently adduce dubious
18   statistics purporting to show the effectiveness of
19   their campaign efforts -- dot, dot, dot -- which
20   is what I'll say when I'm skipping over some
21   text -- so dot, dot, dot, but lacking a background
22   in research design or statistical inference they

1   campaigns fail to use the most recent address list
2   they could?
3       A   Yes.  The reason to underscore that
4   point is that very often groups that are sending
5   out mail have to pay to purchase a list, and
6   there's a temptation to purchase a list once but
7   not update it.
8       Q   I'm sorry.  Did you have something you
9   wanted to add?
10      A   That's sufficient.  I would say this is
11  a problem for groups that are strapped for cash or
12  that don't have a lot of technical capacity.  It
13  tends not to bite in the same way for large
14  sophisticated groups.
15      Q   Now, down near the bottom on 67, you
16  wrote, quote:  Bear in mind most recipients will
17  glance at the piece only momentarily on route to
18  the trashcan.  End quote.
19          Have I read that correctly?
20      A   Yes.
21      Q   And is that a finding confirmed by the
22  literature that voters only glance at mail and

1  then toss it?
2      A   Yes.  I would -- obviously it's not as
3  though we're in people's homes watching them sort
4  through mail, but there have been qualitative
5  studies that have given people a stack of mail and
6  watched them as they sift through it.  And not
7  surprisingly, they quickly sort the junk mail from
8  the real mail.
9          Another perhaps subtle way of measuring
10 this is there are -- I think they are called planet
11 codes that indicate whether a person has responded
12 or replied to something, and that indicates that
13 even when you include a coupon or money, people will
14 often throw it out.  So there's reason to believe
15 that quite a lot of mail is thrown out without ever
16 being opened.
17         By way of anecdote I noticed yesterday
18 before I left to come to Washington, D.C. that in my
19 mail there were direct mailers that included coinage
20 that was visible through the transparent part of the
21 envelope to make sure that before I threw it in the
22 trash I glanced at the, in this case, two pennies