# EXHIBIT L

Page 1

```
 1          IN THE UNITED STATES DISTRICT COURT
         FOR THE NORTHERN DISTRICT OF GEORGIA
 2                    ATLANTA DIVISION
 3   VOTEAMERICA, et al.,
 4         Plaintiffs,
                                      CIVIL ACTION NO.:
 5   vs.                              1:21-CV-1390-JPB
 6   BRAD RAFFENSPERBER, in his
     official capacity as the
 7   Secretary of State of
     Georgia, et al.,
 8
           Defendants.
 9
10
11
12        VIDEO DEPOSITION OF ALISA HAMILTON
13                 October 7, 2022
14                   9:00 a.m.
15        1600 Parkwood Circle, Suite 200
16                Atlanta, Georgia
17
18    Carolyn M. Carboni, RPR, RMR, CCR-B-878
19          David Ramirez, Videographer
20
21
22
23
24
25
```

Page 60

1     Q    That's your voice we hear on the video --
2     A    Yes.
3     Q    -- in addition to the interview subject?
4     A    (Witness nods head.)
5     Q    Now, this interviewee initially said, "I
6  pretty much would fill it out, put all my name and
7  identification stuff on it, and sign it and just
8  basically wait for my ballot to come back," right;
9  he said that?
10    A    Yes.
11    Q    And that was in reference to the version
12 of the form with the disclaimer box?
13    A    Uh-huh.
14    Q    So at first, he didn't have any -- he
15 didn't seem to have any concerns about the box?
16    A    Correct.
17    Q    Later on, after you pointed out, you said,
18 "What do you think about that box," and he said,
19 "Well, I'd put this in the trash"?
20    A    Uh-huh.
21    Q    So once you drew his attention to it, he
22 sang a bit of a different tune, but initially, he
23 said he would fill it out; is that right?
24    A    Uh-huh.
25    Q    And he also told you, "I usually just go