# EXHIBIT M

**Message**

**From:** Watson, Frances [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=A76276F39BDD4942930106C456DEBCA6-WATSON, FRA]
**Sent:** 1/3/2021 11:59:12 PM
**To:** [redacted]
**Subject:** RE: Web E-Mail [Stop Voter Fraud] From Kelly Pait

Can you forward me a copy of what you received so I can verify it is the same that I have already been made aware of.

Frances

Frances Watson
Chief Investigator
Investigations Division
Georgia Secretary of State
Main: 470-312-2774
Cell: 404-683-3226

-----Original Message-----
From: VoterFraudEmailAlerts@sos.ga.gov <VoterFraudEmailAlerts@sos.ga.gov>
Sent: Wednesday, December 30, 2020 2:06 PM
To: EMailStopVoterFraud <EMailStopVoterFraud@sos.ga.gov>
Subject: Web E-Mail [Stop Voter Fraud] From Kelly Pait

Name:  Kelly Pait
Phone: [redacted]
Address: [redacted]
City:  Smyrna
State:  GA
Zip Code: [redacted]
County:  Cobb
E-mail: [redacted]

Location of Violation:  Direct mailing

Description of Violation:  I received a mailing from The Center for Voter Information, signed by their president Tom Lopach, that was designed unethically to look like an official government supplied document. After reading it more closely it is clearly a campaign flier for Warnock and Ossoff but it was designed to scam voters into thinking otherwise. Luckily for me, I have already voted for the best two candidates and am not falling victim to this hoax.

ATTORNEYS' EYES ONLY                                                                                              GA-VA00023003

# Watson, Frances

**From:** VoterFraudEmailAlerts@sos.ga.gov
**Sent:** Tuesday, December 8, 2020 3:28 PM
**To:** EMailStopVoterFraud
**Subject:** Web E-Mail [Stop Voter Fraud] From Samantha Briner

Name: Samantha Briner
Phone: ▓▓▓▓▓▓▓▓
Address: ▓▓▓▓▓▓▓▓▓▓▓
City: Atlanta
State: GA
Zip Code: ▓▓▓▓
County: DeKalb
E-mail: ▓▓▓▓▓▓▓▓▓▓▓▓▓

Location of Violation: Mail-in ballot applications

Description of Violation: I have received correspondence from a business named "Democracy for America". They are sending mail-in ballot applications to individuals under the name "America Votes".

Shouldn't mail in ballot applications come solely from the government? Why would I fill out a ballot and return it to a business called "America Votes"?

There is 100% voter fraud in Georgia and it's sad that the SOS is not taking it more seriously.

1

ATTORNEYS' EYES ONLY

| | |
|---|---|
| **Message** | |
| From: | VoterFraudEmailAlerts@sos.ga.gov [VoterFraudEmailAlerts@sos.ga.gov] |
| Sent: | 9/29/2020 2:35:41 PM |
| To: | EMailStopVoterFraud [/o=SOS/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=fe6ed741b1ac47beb601daf8709ce9b8-EMailStopVoterFraud] |
| Subject: | Web E-Mail [Stop Voter Fraud] From Jaime Graham |

Name: Jaime Graham
Phone:
Address:
City: Atlanta
State: GA
Zip Code:
County: Fulton
E-mail:

Location of Violation: My mailbox

Description of Violation: I received an official looking letter from what I believed to be a government office in Georgia. The letter was sent to encourage voters to vote by mail and included a prepaid envelope. It included an absentee ballot request form in the mailing and purported to be an encouragement from the Secretary of State in GA. However, this letter was sent by a lobbying group based in Washington, DC. Very shady!! They should not be allowed to use the name of state elected officials - which is intentionally misleading.

Mailer paid for by: Center for Voter Information 866-377-7396 www.centerforvoterinformation.org

ATTORNEYS' EYES ONLY

GA-VA00071637