UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| VOTEAMERICA, *et al.*,<br>*Plaintiffs*,<br><br>v.<br><br>BRAD RAFFENSPERGER, in his official capacity as Secretary of State of the State of Georgia, *et al.*,<br>*Defendants*,<br><br>REPUBLICAN NATIONAL COMMITTEE, *et al.*,<br>*Intervenor-Defendants*. | No. 1:21-cv-1390-JPB |

**NOTICE OF INTERVENOR-DEFENDANTS' JOINDER
OF STATE'S MOTION FOR SUMMARY JUDGMENT**

The State has moved for summary judgment. Consistent with their pledge to "work to prevent duplicative briefing," Doc. 25-1 at 5, Intervenor-Defendants join the State's filings.

1

Respectfully submitted,

/s/ *Cameron T. Norris*

| | |
|---|---|
| Tyler R. Green (*pro hac vice*) | John E. Hall, Jr. |
| Cameron T. Norris (*pro hac vice*) |    Georgia Bar No. 319090 |
| Thomas McCarthy (*pro hac vice*) | William Bradley Carver, Sr. |
| Steven Begakis (*pro hac vice*) |    Georgia Bar No. 115529 |
| Jeffrey Hetzel (*pro hac vice*) | Baxter D. Drennon (*pro hac vice*) |
| | W. Dowdy White |
| **CONSOVOY MCCARTHY PLLC** |    Georgia Bar No. 320879 |
| 1600 Wilson Boulevard | Alex B. Kaufman |
| Suite 700 |    Georgia Bar No. 136097 |
| Arlington, VA 22209 | Jake Evans |
| (703) 243-9423 |    Georgia Bar No. 797018 |
| | Kevin T. Kucharz |
| |    Georgia Bar No. 713718 |

**HALL BOOTH SMITH, P.C.**
191 Peachtree Street NE
Suite 2900
Atlanta, GA 30303
(404) 954-6967
bcarver@hallboothsmith.com

*Counsel for Intervenor-Defendants*

# CERTIFICATE OF SERVICE AND CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 5.1

The foregoing was prepared in Century Schoolbook font, 13-point type, one of the font and point selections approved by the Court in Local Rule 5.1(C). I e-filed the foregoing on December 13, 2022, which will electronically serve everyone requiring notice.

                                           Respectfully submitted,

                                           /s/ *Cameron T. Norris*

Tyler R. Green (*pro hac vice*)
Cameron T. Norris (*pro hac vice*)
Thomas McCarthy (*pro hac vice*)
Steven Begakis (*pro hac vice*)
Jeffrey Hetzel (*pro hac vice*)

**CONSOVOY MCCARTHY PLLC**
1600 Wilson Boulevard
Suite 700
Arlington, VA 22209
(703) 243-9423

John E. Hall, Jr.
   Georgia Bar No. 319090
William Bradley Carver, Sr.
   Georgia Bar No. 115529
Baxter D. Drennon (*pro hac vice*)
W. Dowdy White
   Georgia Bar No. 320879
Alex B. Kaufman
   Georgia Bar No. 136097
Jake Evans
   Georgia Bar No. 797018
Kevin T. Kucharz
   Georgia Bar No. 713718

**HALL BOOTH SMITH, P.C.**
191 Peachtree Street NE
Suite 2900
Atlanta, GA 30303
(404) 954-6967
bcarver@hallboothsmith.com

*Counsel for Intervenor-Defendants*