UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| VOTER PARTICIPATION CENTER, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> BRAD RAFFENSPERGER, in his official capacity as the Georgia Secretary of State, *et al.*, <br><br> Defendants, <br><br> REPUBLICAN NATIONAL COMMITTEE, *et al.*, <br><br> Intervenor-Defendants. | Case No. 1:21-cv-01390-JPB <br><br> Judge J.P. Boulee |

**PLAINTIFFS' CONSENT MOTION FOR EXTENSION OF TIME**

Plaintiffs Voter Participation Center and Center for Voter Information respectfully submit this Motion for extension of time for Plaintiffs' Response In Opposition To Defendants' Motion To Exclude Certain Opinions Of Plaintiffs' Expert Donald P. Green, Phd. (ECF No. 150). Plaintiffs seek to extend the deadline for Plaintiffs' brief to January 17, 2023. Defendants and Intervenor-Defendants both consent to this Motion. Good cause also supports this Motion. The December

holidays have limited the availability of Plaintiffs' counsel and relevant witnesses. The parties also seek to align Plaintiffs' response briefing deadline for the Defendants' *Daubert* Motion to be the same as for Plaintiffs' response briefing deadline for the Defendants' pending Motion for Summary Judgment. (*See* ECF Nos. 132, 149). Because the Defendants' *Daubert* Motion relates to the Defendants' Motion for Summary Judgment, setting Plaintiffs' response briefs deadlines on January 17, 2023, will serve efficiency interests and will not unduly delay the resolution of the motions.

Respectfully submitted this 23rd day of December, 2022.

/s/ *Robert B. Remar*
Robert B. Remar (Ga. Bar No. 600575)
ROGERS & HARDIN LLP
229 Peachtree Street NE
2700 International Tower
Atlanta, GA 30303
Tel: (404) 522-4700
Fax: (404) 525-2224
rremar@rh-law.com

Katherine L. D'Ambrosio (Ga. Bar No. 780128)
COUNCILL, GUNNEMANN & CHALLY, LLC
One Atlantic Center
1201 W. Peachtree St, NW, Ste 2613
Atlanta, GA 30309
Tel: 404-407-5250
Facsimile: 404-600-1624

kdambrosio@cgc-law.com

Danielle Lang*
Jonathan Diaz*
Alice C.C. Huling*
Hayden Johnson*
Valencia Richardson*
CAMPAIGN LEGAL CENTER
1101 14th St. NW, Ste. 400
Washington, D.C. 20005
Tel: (202) 736-2200
Fax: (202) 736-2222
dlang@campaignlegalcenter.org
jdiaz@campaignlegalcenter.org
ahuling@campaignlegalcenter.org
hjohnson@campaignlegalcenter.org
vrichardson@campaignlegalcenter.org
*admitted pro hac vice

Counsel for Plaintiffs

## CERTIFICATE OF SERVICE
## AND COMPLIANCE WITH LOCAL RULE 5.1

I hereby certify that I have this date electronically filed the within and foregoing, which has been prepared using 14-point Times New Roman font, with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record.

Dated: December 23, 2022.

>   */s/ Robert B. Remar*
>   Robert B. Remar
>   GA Bar No. 600575
>
>   *Counsel for Plaintiffs*