# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

VOTEAMERICA; VOTER
PARTICIPATION CENTER; and
CENTER FOR VOTER
INFORMATION,

                    Plaintiffs,

v.

BRAD RAFFENSPERGER, in his
official capacity as Secretary of State
of the State of Georgia; SARA
GHAZAL, JANICE JOHNSTON,
EDWARD LINDSEY, and
MATTHEW MASHBURN, in their
official capacities as members of the
STATE ELECTION BOARD,

                    Defendants,
and

REPUBLICAN NATIONAL
COMMITTEE; NATIONAL
REPUBLICAN SENATORIAL
COMMITTEE; NATIONAL
REPUBLICAN CONGRESSIONAL
COMMITTEE; and GEORGIA
REPUBLICAN PARTY, INC.,

                    Intervenor-Defendants.

Case No. 1:21-cv-01390-JPB

Judge J.P. Boulee

## JOINT MOTION TO MODIFY SCHEDULING ORDER

The Parties[1] in the above-captioned matter respectfully request a modification of this Court's Scheduling Order (Doc. 70). Specifically, the Parties request that this Court grant an extension of the remaining deadlines for summary judgment briefing. This Court has previously granted three consent scheduling requests for good cause.

There is good cause to grant this request. Given the holidays, complex legal issues, and extensive written discovery related to the factual issues in the case and raised in Defendants' motion, Plaintiffs require additional time to respond to Defendants' Motion for Summary Judgment. Defendants likewise require an extension for their Reply in Support of Motion for Summary Judgment; otherwise, the new reply deadline would occur simultaneously with the deposition period in the SB 202 Consolidated Cases. The Parties have conferred and consent to the below proposal to extend the remaining deadlines. Intervenor-Defendants also consent to the proposal.

Therefore, the Parties propose that the entries in the Court's Scheduling Order be modified as follows:

|  | EVENT | CURRENT DEADLINE | PROPOSED DEADLINE |
|---|---|---|---|
| 9. | Responses to Motions for Summary Judgment | January 17, 2023 | January 31, 2023 |

---

[1] This motion is submitted on behalf of Plaintiff and State Defendants. The Intervenor-Defendants consent.

| 10. | Replies in Support of Motions for Summary Judgment | February 7, 2023 | February 28, 2023 |
|-----|-----|-----|-----|
| 11. | Trial | As soon as practicable after resolution of any Motion for Summary Judgment | As soon as practicable after resolution of any Motion for Summary Judgment |

A proposed order is attached for the Court's convenience.

Respectfully submitted this 6th day of January, 2023.

| | |
|---|---|
| /s/ Valencia Richardson | Christopher M. Carr |
| Danielle Lang* | Attorney General |
| Jonathan Diaz* | Georgia Bar No. 112505 |
| Alice Huling* | Bryan K. Webb |
| Hayden Johnson* | Deputy Attorney General |
| Valencia Richardson* | Georgia Bar No. 743580 |
| CAMPAIGN LEGAL CENTER | Russell D. Willard |
| 1101 14th St. NW, Ste. 400 | Senior Assistant Attorney General |
| Washington, D.C. 20005 | Georgia Bar No. 760280 |
| Tel: (202) 736-2200 | Charlene McGowan |
| Fax: (202) 736-2222 | Assistant Attorney General |
| dlang@campaignlegalcenter.org | Georgia Bar No. 697316 |
| jdiaz@campaignlegalcenter.org | **State Law Department** |
| ahuling@campaignlegalcenter.org | 40 Capitol Square, S.W. |
| hjohnson@campaignlegalcenter.org | Atlanta, Georgia 30334 |
| vrichardson@campaignlegalcenter.org | |
| | /s/ Gene C. Schaerr |
| *Admitted pro hac vice | Gene C. Schaerr* |
| | Special Assistant Attorney General |
| /s/ Katherine L. D'Ambrosio | Erik Jaffe* |
| Katherine L. D'Ambrosio | H. Christopher Bartolomucci* |
| (Ga. Bar No. 780128) | Brian J. Field* |
| COUNCILL, GUNNEMANN & CHALLY, LLC | Edward H. Trent* |
| 1201 W. Peachtree St. NW, Suite 2613 | Joshua J. Prince* |
| Atlanta, GA 30309 | SCHAERR \| JAFFE LLP |

(404) 407-5250
kdambrosio@cgc-law.com

Robert B. Remar
(Ga. Bar No. 600575)
SMITH, GAMBRELL & RUSSELL, LLP
1105 W. Peachtree NE, Suite 1000
Atlanta, GA 30309
(404) 815-3500
rremar@sgrlaw.com

*Counsel for Plaintiffs*

1717 K Street NW, Suite 900
Washington, DC 20006
(202) 787-1060
gschaerr@schaerr-jaffe.com

*Admitted pro hac vice*

Bryan P. Tyson
Special Assistant Attorney General
Georgia Bar No. 515411
btyson@taylorenglish.com
Bryan F. Jacoutot
Georgia Bar No. 668272
bjacoutot@taylorenglish.com
Diane Festin LaRoss
Georgia Bar No. 430830
dlaross@taylorenglish.com
**Taylor English Duma LLP**
1600 Parkwood Circle
Suite 200
Atlanta, Georgia 30339
(678) 336-7249

*Counsel for State Defendants*

## CERTIFICATE OF SERVICE
## <u>AND COMPLIANCE WITH LOCAL RULE 5.1</u>

I hereby certify that I have this date electronically filed the within and foregoing, which has been prepared using Times New Roman font, with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record.

Dated: January 6, 2023.

*/s/Valencia Richardson*
Valencia Richardson

*Counsel for Plaintiffs*
*Admitted pro hac vice*
