# EXHIBIT 13

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| VOTEAMERICA; VOTER PARTICIPATION CENTER; and CENTER FOR VOTER INFORMATION,<br><br>                    Plaintiffs,<br><br>v.<br><br>BRAD RAFFENSPERGER, in his official capacity as Secretary of State of the State of Georgia; SARA GHAZAL, JANICE JOHNSTON, EDWARD LINDSEY, and MATTHEW MASHBURN, in their official capacities as members of the STATE ELECTION BOARD, Defendants,<br><br>and<br><br>REPUBLICAN NATIONAL COMMITTEE; NATIONAL REPUBLICAN SENATORIAL COMMITTEE; NATIONAL REPUBLICAN CONGRESSIONAL COMMITTEE; and GEORGIA REPUBLICAN PARTY, INC.,<br>                    Intervenor-Defendants. | Case No. 1:21-cv-01390-JPB<br>Judge J.P. Boulee |

## DECLARATION OF JONATHAN DIAZ IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

I, JONATHAN DIAZ, declare as follows:

1

1. I am one of the attorneys representing Plaintiffs VoteAmerica, Center for Voter Information, and Voter Participation Center. I have been employed by the Campaign Legal Center since September 2018. I am over the age of 18 and competent to testify as to the matters set forth in this affidavit based upon my own personal knowledge.

2. On June 1, 2022, Intervenor-Defendants served on me Intervenor-Defendants' Responses to Plaintiffs' First Interrogatories, a true and correct copy of which is attached as Exhibit A.

3. Attached as Exhibit B is a true and correct copy of a memo by Plaintiffs VPC/CVI about their programming in 2020.

4. On June 2, 2022, Intervenor-Defendants produced to Consolidated Plaintiffs a script from the Georgia Republican Party for door-to-door canvassing about absentee voting in 2020, a true and correct copy of which is attached as Exhibit C.

5. On June 3, 2022, I retrieved an article published by ABC News titled "'We've never found systemic fraud, not enough to overturn the election': Georgia Secretary of State Raffensperger says," available at https://abcnews.go.com/Politics/weve-found-systemic-fraud-overturn-

election-georgia-secretary/story?id=74560956, a true and correct copy of which is attached as Exhibit D.

6. On June 3, 2022, I retrieved an article published by Fox 5 Atlanta titled "Georgia secretary of state reaffirms no widespread voter fraud, suggests changes to absentee voting," available at https://www.fox5atlanta.com/news/georgia-secretary-of-state-reaffirms-no-widespread-voter-fraud-suggests-changes-to-absentee-voting, a true and correct copy of which is attached as Exhibit E.

7. On June 3, 2022, I retrieved the Application for Official Absentee Ballot Application for Third-Party Absentee Application Use available at https://sos.ga.gov/how-to-guide/how-guide-voting#Absentee%20Voting, a true and correct copy of which is attached as Exhibit F.

I declare under penalty of perjury and the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed this 3rd day of June, 2022 in Washington, D.C.

Jonathan Diaz

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

VOTEAMERICA; VOTER
PARTICIPATION CENTER; and
CENTER FOR VOTER
INFORMATION,

      Plaintiffs,

v.

BRAD RAFFENSPERGER, in his
official capacity as Secretary of State
of the State of Georgia; SARA
GHAZAL, JANICE JOHNSTON,
EDWARD LINDSEY, and
MATTHEW MASHBURN, in their
official capacities as members of the
STATE ELECTION BOARD,
Defendants,

and

REPUBLICAN NATIONAL
COMMITTEE; NATIONAL
REPUBLICAN SENATORIAL
COMMITTEE; NATIONAL
REPUBLICAN CONGRESSIONAL
COMMITTEE; and GEORGIA
REPUBLICAN PARTY, INC.,

      Intervenor-Defendants.

Case No. 1:21-cv-01390-JPB

Judge J.P. Boulee

# INDEX OF EXHIBITS TO PLAINTIFFS' REPLY IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

| | Exhibit | Attachment | Attachment Description |
|---|---|---|---|
| 1 | Declaration of Jonathan Diaz | A | Defendant-Intervenors' Responses to Plaintiffs' First Interrogatories |
| | | B | VPC/CVI Memo |
| | | C | Georgia Republican Party "Absentee Push & Identification Door Script" |
| | | D | ABC News article |
| | | E | Fox 5 Atlanta article |
| | | F | Sec'y of State Application for Georgia Official Absentee Ballot Form APP-21_V2 |
| 2 | Expert Rebuttal Report of Dr. Green | n/a | n/a |

# ATTACHMENT A

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

VOTEAMERICA, et al.

v.

RAFFENSPERGER, et al.

No. 1:21-cv-01390-JPB

## INTERVENORS' RESPONSES TO
## PLAINTIFFS' FIRST INTERROGATORIES

By agreement of the parties, Intervenors provided their objections to Plaintiffs' first interrogatories on May 9 and are providing their responses to those interrogatories today. Intervenors are not responding to the interrogatories that they objected to in full. And where Intervenors agreed to respond only in part, their answers are subject to the limitations identified in their objections.

## RESPONSES

**1. Identify each person who has (or claims to have) knowledge of the facts supporting your defenses, or that support or contradict the claims of the Plaintiffs. For each person identified, please state the subject matter of their knowledge.**

**RESPONSE**: Intervenors do not currently plan to call any witnesses of their own.

**5. Explain in detail the nature of your involvement with the drafting, lobbying, and passage of the Ballot Application Restrictions, including any communications or work with any state official or state employee (including the Defendants, Governor of Georgia, members of the Georgia General Assembly, and their staffs), Heritage**

**Foundation, ALEC, Judicial Watch, Americans for Prosperity or any other entity involved in election issues.**

**RESPONSE**: The RNC, NRSC, and NRCC had no involvement in the legislative process. The GAGOP appointed the Election Confidence Task Force to advise the Georgia Legislature on election reform. Many of the suggested reforms were contained in SB 241 and HB 531, two of the predecessor bills to SB 202. The GAGOP drafted suggested language for certain provisions of SB 241, including provisions governing: (1) the casting of absentee ballots by mail; (2) transparency regarding the observation of signature verification and duplication of ballots; (3) candidate and party rights to inspect election materials post-election; (4) absentee ballot application, tabulation, and poll monitoring; and (5) voter challenges.

**6. Identify each person in Your office that was involved in any way in the development of SB 202 or any of its predecessor bills, including but not limited to drafting language, gathering data, providing input to any state official (including the Defendants, Governor, members of the General Assembly or their staffs) or other third parties, and soliciting, receiving, or communicating the views of Stakeholders. For each person identified, describe in detail the nature of work performed by each person.**

**RESPONSE**: The RNC, NRSC, and NRCC had no involvement in the legislative process. The GAGOP states as follows: (1) David Shafer; (2) Joseph Proenza; (3) Brandon Moye. As Chairman, David Shafer appointed the Georgia Election Confidence Task Force to help advised the legislature. GAGOP staff

2

members, Joeseph Proenza and Brandon Moye, worked with the Task Force to complete the recommendations that were presented to the General Assembly.

**7. Identify each state official or state employee (including the Defendants, Governor, members of the General Assembly, and their staffs) that You communicated with regarding SB 202 or any of its predecessor bills, including but not limited to communications in support of or against the Ballot Application Restrictions, communications regarding the language and text of the Ballot Application Restrictions, or communications regarding the views of Stakeholders. For each person identified, describe in detail the communications.**

**RESPONSE**: The RNC, NRSC, and NRCC had no involvement in the legislative process. The GAGOP states as follows: (1) Senator Brandon Beach; (2) Senator Matt Brass; (3) Senator Max Burns; (4) Senator Mike Dugan; (5) Senator Steve Gooch; (6) Senator Bo Hatchett; (7) Senator Marty Harbin; (8) Senator Burt Jones; (9) Senator Butch Miller; (10) Senator Jeff Mullis; (11) Senator Blake Tillery; (12) Representative James Burchett; (13) Representative John Burns; (14) Representative Barry Fleming; (15) Representative Bonnie Rich; and (16) Representative Todd Jones. For each of these identified individuals, the GAGOP states that the communications were in-person, via telephone, and via email, and such communications included: (1) the process for undertaking election reform; (2) the GAGOP's opinion that election reform was necessary; (3) discussions of methods to secure Georgia's absentee voting and mail-in voting processes; (4) discussions of methods to strengthen Georgia's voter challenge laws; (5) discussions of methods to

increase transparency regarding the inspection and duplication of absentee and mail-in ballots; (6) discussions of eliminating drop boxes or, if they remained, methods to better secure them; and (7) discussions of methods to strengthen Georgia's poll monitoring laws.

**8. Since July 1, 2021, Identify and Describe each and every instance in which You made a request to the Secretary of State about "which electors have requested, been issued, or voted an absentee ballot" within the meaning of the Mailing List Restriction and the response you received.**

    **RESPONSE**: Intervenors made no such request. The Secretary makes this data publicly available online.

**10. For the 2018 election cycle, 2019 election, 2020 election cycle, and 2021 election, Identify and Describe each and every vote by mail or absentee ballot application sent by You or funded by You to any voter in any state, including but not limited to any mailers, email campaigns, or flyers.**

    **RESPONSE**: In the 2020 cycle, the RNC sent one absentee ballot application mailer in Georgia. A copy of that mailer is attached as Exhibit A. In the 2020 cycle, the GAGOP sent six absentee ballot application mailers, copies of which are attached as Exhibit B.

**13. Explain in detail any research You possess or have conducted regarding the effectiveness of including or prefilling the necessary state forms, including voter registration forms or absentee ballot applications, in any voter engagement mailings sent to potential voters.**

    **RESPONSE**: None.

Dated: June 1, 2022

As to responses,

*/s/ Benjamin Mehr*
RNC

*/s/ Louisa Brooks*
NRSC

*/s/ Blake Murphy*
NRCC

*/s/ David Shafer*
GAGOP

As to objections,

*/s/ W. Bradley Carver, Sr.*
John E. Hall, Jr.
  Georgia Bar No. 319090
William Bradley Carver, Sr.
  Georgia Bar No. 115529
W. Dowdy White
  Georgia Bar No. 320879
Alex B. Kaufman
  Georgia Bar No. 136097
Jake Evans
  Georgia Bar No. 797018
HALL BOOTH SMITH, P.C.
191 Peachtree Street NE
Suite 2900
Atlanta, Georgia 30303
(404) 954-5000
(404) 954-5020 (fax)
bcarver@hallboothsmith.com

Tyler R. Green*
Cameron T. Norris*
CONSOVOY MCCARTHY PLLC
1600 Wilson Boulevard
Suite 700
Arlington, Virginia 22209
(703) 243-9423
*pro hac vice

*Counsel for Intervenors*

## CERTIFICATE OF SERVICE

I certify that on June 1, 2022, a copy of this document was emailed to all counsel of record.

_/s/ W. Bradley Carver, Sr._

# Exhibit A

PLACE
1ST CLASS
STAMP
HERE

<VD_ELECTORG>
< VD_ElectOrgAddress>
< VD_ElectOrgCSZ>

## ACT NOW:

### TO ENSURE YOUR ABSENTEE BALLOT REQUEST IS RECEIVED, PLEASE DO THE FOLLOWING:

Don't wait. Fill out, sign, and date the attached application. Your signature must appear on the application, or you will not receive an Absentee Ballot.

Affix first-class postage and drop your completed application in the mail.

Or you can apply for your Absentee Ballot online by visiting: ballotrequest.sos.ga.gov

Your application must be received by your county election official by the end of the business day on **Friday, January 1, 2021.**

Wait to receive your ballot in the mail from your local County Board of Registrar's Office.

## REPUBLICANS ARE COUNTING ON YOU TO VOTE.

PLACE
1ST CLASS
STAMP
HERE

<VD_ELECTORG>
< VD_ElectOrgAddress>
< VD_ElectOrgCSZ>



## OFFICIAL REPUBLICAN PARTY NOTICE:

### Records Indicate You Have Not Yet Requested An Absentee Ballot for the Runoff Election.

**ALL GEORGIA VOTERS ARE ELIGIBLE TO VOTE ABSENTEE** – NO MATTER THE REASON.

## URGENT NOTICE:

### YOUR ABSENTEE BALLOT STATUS NEEDS YOUR IMMEDIATE ATTENTION.

Paid for by the Republican National Committee.
Not Authorized By Any Candidate
Or Candidate's Committee. www.gop.com
310 First Street SE,
Washington, DC 20003

## ACT NOW.

**Return Your Absentee Ballot Application Today.**

### YOUR OFFICIAL REPUBLICAN PARTY ABSENTEE BALLOT APPLICATION IS ENCLOSED.

## RETURN YOUR ABSENTEE BALLOT APPLICATION TODAY.

Records indicate you have yet to request your
**Absentee Ballot for the Runoff Election on January 5th.**

Use your Official Republican Party Absentee Ballot Application
to safely and securely request your ballot today.

*Return one of the enclosed forms today and skip the long lines on Election Day.*

**Your application must be received by your county election official by the
end of the business day on Friday, January 1, 2021.**

# REPUBLICANS ARE COUNTING ON YOU TO VOTE

FOLD AND TAPE TO SEAL



**Brad Raffensperger**
SECRETARY OF STATE

## APPLICATION FOR
## OFFICIAL ABSENTEE BALLOT

**PLEASE PRINT** (Failure to fill out the form completely could delay your application)

Date of Primary, Election, or Runoff: (MM/DD/YYYY) _____

| | | |
|---|---|---|
| **Voter name** | 1 | First: _____ Middle: _____<br>Last: _____ Suffix: _____ |
| **Permanent address on file with county election office**<br>This is the address at which you are registered OR the mailing address you have given your county elections office. Your ballot will be sent here unless you provide a valid address in Section 3. | 2 | Street: _____<br>City: _____ Zip: _____<br>County: _____ |
| **Temporary address where you want ballot sent**<br>If you wish to receive your absentee ballot at an address other than the one in Section 2, fill it in here. This address **must be in a different county that the county listed in Section 2** unless you are physically disabled or detained in jail or other detention facility. | 3 | Street: _____<br>City: _____ State: _____<br>Zip: _____ County: _____ |
| **Date of birth** | 4 | Date of birth: (MM/DD/YYYY) _____ |
| **Type of ballot**<br>Required in a primary or primary runoff. | 5 | ☐ Democratic ☐ Republican ☐ Non Partisan (will not have ANY party candidates listed) |
| **Contact information** | 6 | To assist your county elections officials in contacting you in a timely manner if your application is incomplete, please provide the following information.<br>Phone number: _____ Email: _____ |
| **Signature or mark of voter**<br>Required if voter fills out this application. | 7 | Signature or mark of voter: _____<br>Today's date: (MM/DD/YYYY) _____ |
| **Signature of person providing assistance**<br>Required if the voter receives assistance filling out this form. Assistance is only allowed if the voter is illiterate or physically disabled. | 8 | Name of assistant: _____<br>Signature of assistant: _____<br>Today's date: (MM/DD/YYYY) _____ |
| **Signature of person requesting ballot if not voter**<br>Required only if an eligible relative is making an application on behalf of the voter who is physically disabled or temporarily residing out of the county. | 9 | Signature of requestor: _____<br>Relationship to voter: _____<br>I swear that the facts contained in this application are true and that I am either the mother, father, grandparent, brother, sister, aunt, uncle, spouse, son, daughter, niece, nephew, grandchild, son-in-law, daughter-in-law, mother-in-law, father-in-law, brother-in-law or sister-in-law of the age of 18 and swear (or affirm) that the above-named voter is<br>(check one) ☐ physically disabled or ☐ temporarily residing out of the county |
| **If you meet one of the described conditions in this section and would like to receive a mail ballot for the rest of the elections cycle without another application, indicate by checking the applicable eligibility requirement.** | 10 | ☐ E - Elderly - I am 65 years of age or older ☐ D - Disabled - I have a physical disability<br>☐ U - UOCAVA Voter - I am a uniformed service member, spouse or dependent of a uniformed service member, or other US citizen residing overseas. **My current status is (please mark one):**<br>☐ MOS – Military Overseas ☐ OST – Overseas Temporary Resident<br>☐ MST – Military Statewide ☐ OSP – Overseas Permanent Resident (federal offices only)<br>Email: (required for UOCAVA voters requesting electronic transmission) |

**FOR OFFICE USE ONLY**

Dist. Combo: _____ Precinct: _____ Ballot #: _____
Received Date: _____ ISS Date: _____ Certified Date: _____ Rejection Date: _____
ID SHOWN: GADL _____ Other: _____
I certify that the above named voter ☐ is eligible ☐ is not eligible to receive a vote by mail ballot
Reason for Rejection: _____ Registrar Signature: _____
Ballot to be: ☐ Mailed Electronically ☐ Transmitted/delivered to voter in hospital by Registrars/Deputy ☐ Voted in office (municipal only)

FORM #ABS-APP-18

---

FOLD AND TAPE TO SEAL



**Brad Raffensperger**
SECRETARY OF STATE

## APPLICATION FOR
## OFFICIAL ABSENTEE BALLOT

**PLEASE PRINT** (Failure to fill out the form completely could delay your application)

Date of Primary, Election, or Runoff: (MM/DD/YYYY) _____

| | | |
|---|---|---|
| **Voter name** | 1 | First: _____ Middle: _____<br>Last: _____ Suffix: _____ |
| **Permanent address on file with county election office**<br>This is the address at which you are registered OR the mailing address you have given your county elections office. Your ballot will be sent here unless you provide a valid address in Section 3. | 2 | Street: _____<br>City: _____ Zip: _____<br>County: _____ |
| **Temporary address where you want ballot sent**<br>If you wish to receive your absentee ballot at an address other than the one in Section 2, fill it in here. This address **must be in a different county that the county listed in Section 2** unless you are physically disabled or detained in jail or other detention facility. | 3 | Street: _____<br>City: _____ State: _____<br>Zip: _____ County: _____ |
| **Date of birth** | 4 | Date of birth: (MM/DD/YYYY) _____ |
| **Type of ballot**<br>Required in a primary or primary runoff. | 5 | ☐ Democratic ☐ Republican ☐ Non Partisan (will not have ANY party candidates listed) |
| **Contact information** | 6 | To assist your county elections officials in contacting you in a timely manner if your application is incomplete, please provide the following information.<br>Phone number: _____ Email: _____ |
| **Signature or mark of voter**<br>Required if voter fills out this application. | 7 | Signature or mark of voter: _____<br>Today's date: (MM/DD/YYYY) _____ |
| **Signature of person providing assistance**<br>Required if the voter receives assistance filling out this form. Assistance is only allowed if the voter is illiterate or physically disabled. | 8 | Name of assistant: _____<br>Signature of assistant: _____<br>Today's date: (MM/DD/YYYY) _____ |
| **Signature of person requesting ballot if not voter**<br>Required only if an eligible relative is making an application on behalf of the voter who is physically disabled or temporarily residing out of the county. | 9 | Signature of requestor: _____<br>Relationship to voter: _____<br>I swear that the facts contained in this application are true and that I am either the mother, father, grandparent, brother, sister, aunt, uncle, spouse, son, daughter, niece, nephew, grandchild, son-in-law, daughter-in-law, mother-in-law, father-in-law, brother-in-law or sister-in-law of the age of 18 and swear (or affirm) that the above-named voter is<br>(check one) ☐ physically disabled or ☐ temporarily residing out of the county |
| **If you meet one of the described conditions in this section and would like to receive a mail ballot for the rest of the elections cycle without another application, indicate by checking the applicable eligibility requirement.** | 10 | ☐ E - Elderly - I am 65 years of age or older ☐ D - Disabled - I have a physical disability<br>☐ U - UOCAVA Voter - I am a uniformed service member, spouse or dependent of a uniformed service member, or other US citizen residing overseas. **My current status is (please mark one):**<br>☐ MOS – Military Overseas ☐ OST – Overseas Temporary Resident<br>☐ MST – Military Statewide ☐ OSP – Overseas Permanent Resident (federal offices only)<br>Email: (required for UOCAVA voters requesting electronic transmission) |

**FOR OFFICE USE ONLY**

Dist. Combo: _____ Precinct: _____ Ballot #: _____
Received Date: _____ ISS Date: _____ Certified Date: _____ Rejection Date: _____
ID SHOWN: GADL _____ Other: _____
I certify that the above named voter ☐ is eligible ☐ is not eligible to receive a vote by mail ballot
Reason for Rejection: _____ Registrar Signature: _____
Ballot to be: ☐ Mailed Electronically ☐ Transmitted/delivered to voter in hospital by Registrars/Deputy ☐ Voted in office (municipal only)

FORM #ABS-APP-18

# Exhibit B

PLACE
STAMP
HERE

<VD_ELECTORG>
< VD_ElectOrgAddress>
< VD_ElectOrgCSZ>



GEORGIA
**TRUMP**
VICTORY

**TO ENSURE YOUR ABSENTEE BALLOT REQUEST IS RECEIVED, PLEASE DO THE FOLLOWING:**

Don't wait. Fill out, sign, and date the attached application. Your signature must appear on the application, or you will not receive an absentee ballot.

Affix first-class postage and drop your completed application in the mail. Your application must be received by your county election official by the end of the business day on the Friday before Election Day (Oct. 30).

Wait to receive your ballot in the mail from your local County Board of Registrar's Office.

# PRESIDENT
# TRUMP
# WANTS
# YOU
# TO RETURN
# THIS FORM!

PLACE
STAMP
HERE

<VD_ELECTORG>
< VD_ElectOrgAddress>
< VD_ElectOrgCSZ>



# PRESIDENT
# TRUMP
# WANTS
# YOU
# TO RETURN
# THIS FORM!

EVERY VOTE MATTERS!

RETURN THIS ABSENTEE BALLOT REQUEST FORM TODAY!

**President Trump is Counting on You!**

**This is Your Chance to Decide America's Future.**

Paid for by the Georgia Republican Party, Inc.
Post Office Box 550008
Atlanta, GA 30355

WWW.GAGOP.ORG



GEORGIA
**TRUMP**
VICTORY



APPLY **TODAY** TO **VOTE** ABSENTEE.

**Important Notice:**
Absentee voting is a safe and secure way to guarantee your voice is heard.

**Your Vote Counts:**
One more vote in your neighborhood could decide this election.

**Patriotic Duty:**
Millions of fellow patriots are counting on you to vote.

RETURN THIS ABSENTEE BALLOT REQUEST TODAY TO ENSURE YOUR VOICE WILL BE HEARD.

FOLD AND TAPE TO SEAL



**Brad Raffensperger**
SECRETARY OF STATE

## APPLICATION FOR OFFICIAL ABSENTEE BALLOT

**PLEASE PRINT** (Failure to fill out the form completely could delay your application)

Date of Primary, Election, or Runoff: (MM/DD/YYYY) _____

| | | |
|---|---|---|
| **Voter name** | 1 | First: _____ Middle: _____<br>Last: _____ Suffix: _____ |
| **Permanent address on file with county election office**<br>This is the address at which you are registered OR the mailing address you have given your county elections office. Your ballot will be sent here unless you provide a valid address in Section 3. | 2 | Street: _____<br>City: _____ Zip: _____<br>County: _____ |
| **Temporary address where you want ballot sent**<br>If you wish to receive your absentee ballot at an address other than the one in Section 2, fill it in here. This address **must be in a different county than the county listed in Section 2** unless you are physically disabled or detained in jail or other detention facility. | 3 | Street: _____<br>City: _____<br>Zip: _____ State: _____<br>County: _____ |
| **Date of birth** | 4 | Date of birth: (MM/DD/YYYY) _____ |
| **Type of ballot**<br>**Required** in a primary or primary runoff. | 5 | ☐ Democratic ☐ Republican ☐ Non Partisan (will not have ANY party candidates listed) |
| **Contact information** | 6 | To assist your county elections officials in contacting you in a timely manner if your application is incomplete, please provide the following information.<br>Phone number: _____ Email: _____ |
| **Signature or mark of voter**<br>**Required** if voter fills out this application. | 7 | Signature or mark of voter: _____<br>Today's date: (MM/DD/YYYY) _____ |
| **Signature of person providing assistance**<br>**Required** if the voter receives assistance filling out this form. Assistance is only allowed if the voter is illiterate or physically disabled. | 8 | Name of assistant: _____<br>Signature of assistant: _____<br>Today's date: (MM/DD/YYYY) _____ |
| **Signature of person requesting ballot if not voter**<br>**Required** only if an eligible relative is making an application on behalf of the voter who is physically disabled or temporarily residing out of the county. | 9 | Signature of requestor: _____<br>Relationship to voter: _____<br>I swear that the facts contained in this application are true and that I am either the mother, father, grandparent, brother, sister, aunt, uncle, spouse, son, daughter, niece, nephew, grandchild, son-in-law, daughter-in-law, mother-in-law, father-in-law, brother-in-law or sister-in-law of the age of 18 and swear (or affirm) that the above-named voter is<br>(check one) ☐ physically disabled or ☐ temporarily residing out of the county |
| **If you meet one of the described conditions in this section and would like to receive a mail ballot for the rest of the elections cycle without another application, indicate by checking the applicable eligibility requirement.** | 10 | ☐ E - Elderly - I am 65 years of age or older ☐ D - Disabled - I have a physical disability<br>☐ U - UOCAVA Voter - I am a uniformed service member, spouse or dependent of a uniformed service member, or other US citizen residing overseas. **My current status is (please mark one):**<br>☐ MOS – Military Overseas ☐ OST – Overseas Temporary Resident<br>☐ MST – Military Stateside ☐ OSP – Overseas Permanent Resident (federal offices only)<br>Email: (required for UOCAVA voters requesting electronic transmission) |

**FOR OFFICE USE ONLY**

Dist. Combo#: _____ Precinct: _____ Ballot #: _____
Received Date: _____ ISS Date: _____ Certified Date: _____ Rejection Date: _____
ID SHOWN GADL: _____ Other: _____
I certify that the above named voter ☐ is eligible ☐ is not eligible to receive a vote by mail ballot
Reason for Rejection: _____ Registrar Signature: _____
Ballot to be: ☐ Mailed Electronically ☐ Transmitted/delivered to voter in hospital by Registrars/Deputy ☐ Voted in office (municipal only)

FORM #ABS-APP-18

---

FOLD AND TAPE TO SEAL



**Brad Raffensperger**
SECRETARY OF STATE

## APPLICATION FOR OFFICIAL ABSENTEE BALLOT

**PLEASE PRINT** (Failure to fill out the form completely could delay your application)

Date of Primary, Election, or Runoff: (MM/DD/YYYY) _____

| | | |
|---|---|---|
| **Voter name** | 1 | First: _____ Middle: _____<br>Last: _____ Suffix: _____ |
| **Permanent address on file with county election office**<br>This is the address at which you are registered OR the mailing address you have given your county elections office. Your ballot will be sent here unless you provide a valid address in Section 3. | 2 | Street: _____<br>City: _____ Zip: _____<br>County: _____ |
| **Temporary address where you want ballot sent**<br>If you wish to receive your absentee ballot at an address other than the one in Section 2, fill it in here. This address **must be in a different county than the county listed in Section 2** unless you are physically disabled or detained in jail or other detention facility. | 3 | Street: _____<br>City: _____<br>Zip: _____ State: _____<br>County: _____ |
| **Date of birth** | 4 | Date of birth: (MM/DD/YYYY) _____ |
| **Type of ballot**<br>**Required** in a primary or primary runoff. | 5 | ☐ Democratic ☐ Republican ☐ Non Partisan (will not have ANY party candidates listed) |
| **Contact information** | 6 | To assist your county elections officials in contacting you in a timely manner if your application is incomplete, please provide the following information.<br>Phone number: _____ Email: _____ |
| **Signature or mark of voter**<br>**Required** if voter fills out this application. | 7 | Signature or mark of voter: _____<br>Today's date: (MM/DD/YYYY) _____ |
| **Signature of person providing assistance**<br>**Required** if the voter receives assistance filling out this form. Assistance is only allowed if the voter is illiterate or physically disabled. | 8 | Name of assistant: _____<br>Signature of assistant: _____<br>Today's date: (MM/DD/YYYY) _____ |
| **Signature of person requesting ballot if not voter**<br>**Required** only if an eligible relative is making an application on behalf of the voter who is physically disabled or temporarily residing out of the county. | 9 | Signature of requestor: _____<br>Relationship to voter: _____<br>I swear that the facts contained in this application are true and that I am either the mother, father, grandparent, brother, sister, aunt, uncle, spouse, son, daughter, niece, nephew, grandchild, son-in-law, daughter-in-law, mother-in-law, father-in-law, brother-in-law or sister-in-law of the age of 18 and swear (or affirm) that the above-named voter is<br>(check one) ☐ physically disabled or ☐ temporarily residing out of the county |
| **If you meet one of the described conditions in this section and would like to receive a mail ballot for the rest of the elections cycle without another application, indicate by checking the applicable eligibility requirement.** | 10 | ☐ E - Elderly - I am 65 years of age or older ☐ D - Disabled - I have a physical disability<br>☐ U - UOCAVA Voter - I am a uniformed service member, spouse or dependent of a uniformed service member, or other US citizen residing overseas. **My current status is (please mark one):**<br>☐ MOS – Military Overseas ☐ OST – Overseas Temporary Resident<br>☐ MST – Military Stateside ☐ OSP – Overseas Permanent Resident (federal offices only)<br>Email: (required for UOCAVA voters requesting electronic transmission) |

**FOR OFFICE USE ONLY**

Dist. Combo#: _____ Precinct: _____ Ballot #: _____
Received Date: _____ ISS Date: _____ Certified Date: _____ Rejection Date: _____
ID SHOWN GADL: _____ Other: _____
I certify that the above named voter ☐ is eligible ☐ is not eligible to receive a vote by mail ballot
Reason for Rejection: _____ Registrar Signature: _____
Ballot to be: ☐ Mailed Electronically ☐ Transmitted/delivered to voter in hospital by Registrars/Deputy ☐ Voted in office (municipal only)

FORM #ABS-APP-18

Place
First-Class
Postage
Here

## Return this absentee request form today.

**Ensure your vote counts.**

① After completing your application, detach along the perforated line.

② Re-fold and tape closed.

③ Place a First-Class stamp where indicated and drop in the mail.

ABAPPOFCNM
ABAPPADDR1
ABAPPADDR2
ABAPPCSZ

## Request your absentee ballot today. Here's how:

**TO ENSURE YOUR ABSENTEE BALLOT REQUEST IS RECEIVED, PLEASE DO THE FOLLOWING:**

Don't wait. Fill out, sign, and date the attached application. Your signature must appear on the application, or you will not receive an absentee ballot.

Affix first-class postage and drop your completed application in the mail. Wait to receive your ballot in the mail from your local County Board of Registrar's Office.

**Your application must be received by your county election official by the end of the business day on the Friday before Election Day (Oct. 30).**

You may also apply for a ballot online at **https://ballotrequest.sos.ga.gov/**

**Return this absentee ballot request form today.**

Detach, fill out and mail today. Fold and tape closed.

---

Place
First-Class
Postage
Here

## Return this absentee request form today.

**Ensure your vote counts.**

① After completing your application, detach along the perforated line.

② Re-fold and tape closed.

③ Place a First-Class stamp where indicated and drop in the mail.

ABAPPOFCNM
ABAPPADDR1
ABAPPADDR2
ABAPPCSZ

## Request your absentee ballot today. Here's how:

**TO ENSURE YOUR ABSENTEE BALLOT REQUEST IS RECEIVED, PLEASE DO THE FOLLOWING:**

Don't wait. Fill out, sign, and date the attached application. Your signature must appear on the application, or you will not receive an absentee ballot.

Affix first-class postage and drop your completed application in the mail. Wait to receive your ballot in the mail from your local County Board of Registrar's Office.

**Your application must be received by your county election official by the end of the business day on the Friday before Election Day (Oct. 30).**

You may also apply for a ballot online at **https://ballotrequest.sos.ga.gov/**

**Return this absentee ballot request form today.**

Detach, fill out and mail today. Fold and tape closed.

Paid for by the Georgia Republican Party, Inc. Not authorized by any candidate or candidate's committee. www.gagop.org

# OFFICIAL REPUBLICAN PARTY NOTICE
## ABSENTEE BALLOT REQUEST FORM ENCLOSED

ABAPPCSZ
ABAPPADDR2
ABAPPADDR1
ABAPPOFCNM

APPLICANT

QRCODE:

\*ECR-WSH\*-C-001
NAME
COMPANY
ADDRESS
CITY STATE ZIP
ADDRESS

**IMMEDIATE ATTENTION REQUIRED**

**Georgia Absentee Ballot**
Request Form Enclosed





Non-Profit Org.
U.S. Postage
PAID
Campaign Mail

Georgia Republican Party
P.O. Box 550088
Atlanta, GA 30355









**Brad Raffensperger**
SECRETARY OF STATE

# APPLICATION FOR
# OFFICIAL ABSENTEE BALLOT

**PLEASE PRINT** (Failure to fill out the form completely could delay your application)

Date of Primary, Election, or Runoff: (MM/DD/YYYY) _____

| | | |
|---|---|---|
| **Voter name** | **1** | First: _____ Middle: _____<br>Last: _____ Suffix: _____ |
| **Permanent address on file with county election office**<br>This is the address at which you are registered OR the mailing address you have given your county elections office. Your ballot will be sent here unless you provide a valid address in Section 3. | **2** | Street: _____<br>City: _____ Zip: _____<br>County: _____ |
| **Temporary address where you want ballot sent**<br>If you wish to receive your absentee ballot at an address other than the one in Section 2, fill it in here. This address **must be in a different county that the county listed in Section 2** unless you are physically disabled or detained in jail or other detention facility. | **3** | Street: _____<br>City: _____ State: _____<br>Zip: _____ County: _____ |
| **Date of birth** | **4** | Date of birth: (MM/DD/YYYY) _____ |
| **Type of ballot**<br>**Required** in a primary or primary runoff. | **5** | ☐ Democratic   ☐ Republican   ☐ Non Partisan (will not have ANY party candidates listed) |
| **Contact information** | **6** | To assist your county elections officials in contacting you in a timely manner if your application is incomplete, please provide the following information.<br>Phone number: _____ Email: _____ |
| **Signature or mark of voter**<br>**Required** if voter fills out this application. | **7** | Signature or mark of voter: _____<br>Today's date: (MM/DD/YYYY) _____ |
| **Signature of person providing assistance**<br>**Required** if the voter receives assistance filling out this form. Assistance is only allowed if the voter is illiterate or physically disabled. | **8** | Name of assistant: _____<br>Signature of assistant: _____<br>Today's date: (MM/DD/YYYY) _____ |
| **Signature of person requesting ballot if not voter**<br>**Required only** if an eligible relative is making an application on behalf of the voter who is physically disabled or temporarily residing out of the county. | **9** | Signature of requestor: _____<br>Relationship to voter: _____<br>I swear that the facts contained in this application are true and that I am either the mother, father, grandparent, brother, sister, aunt, uncle, spouse, son, daughter, niece, nephew, grandchild, son-in-law, daughter-in-law, mother-in-law, father-in-law, brother-in-law or sister-in-law of the age of 18 and swear (or affirm) that the above-named voter is (check one) ☐ physically disabled or ☐ temporarily residing out of the county |
| **If you meet one of the described conditions in this section and would like to receive a mail ballot for the rest of the elections cycle without another application, indicate by checking the applicable eligibility requirement.** | **10** | ☐ E - Elderly - I am 65 years of age or older   ☐ D - Disabled - I have a physical disability<br>☐ U - UOCAVA Voter -   I am a uniformed service member, spouse or dependent of a uniformed service member, or other US citizen residing overseas. **My current status is (please mark one):**<br>☐ MOS – Military Overseas   ☐ OST – Overseas Temporary Resident<br>☐ MST – Military Stateside   ☐ OSP – Overseas Permanent Resident (federal offices only)<br>Email: (required for UOCAVA voters requesting electronic transmission) _____ |

| **FOR OFFICE USE ONLY** | |
|---|---|
| Dist. Combo: _____ Precinct: _____ Ballot #: _____ | |
| Received Date: _____ ISS Date: _____ Certified Date: _____ Rejection Date: _____ | |
| ID SHOWN/GADL: _____ Other: _____ | |
| I certify that the above named voter ☐ is eligible ☐ is not eligible to receive a vote by mail ballot | |
| Reason for Rejection: _____ Registrar Signature: _____ | |
| Ballot to be: ☐ Mailed Electronically ☐ Transmitted/delivered to voter in hospital by Registrars/Deputy ☐ Voted in office (municipal only) | |

FORM #ABS-APP-18



**Brad Raffensperger**
SECRETARY OF STATE

# APPLICATION FOR
# OFFICIAL ABSENTEE BALLOT

**PLEASE PRINT** (Failure to fill out the form completely could delay your application)

Date of Primary, Election, or Runoff: (MM/DD/YYYY) _____

| | | |
|---|---|---|
| **Voter name** | **1** | First: _____ Middle: _____<br>Last: _____ Suffix: _____ |
| **Permanent address on file with county election office**<br>This is the address at which you are registered OR the mailing address you have given your county elections office. Your ballot will be sent here unless you provide a valid address in Section 3. | **2** | Street: _____<br>City: _____ Zip: _____<br>County: _____ |
| **Temporary address where you want ballot sent**<br>If you wish to receive your absentee ballot at an address other than the one in Section 2, fill it in here. This address **must be in a different county that the county listed in Section 2** unless you are physically disabled or detained in jail or other detention facility. | **3** | Street: _____<br>City: _____ State: _____<br>Zip: _____ County: _____ |
| **Date of birth** | **4** | Date of birth: (MM/DD/YYYY) _____ |
| **Type of ballot**<br>**Required** in a primary or primary runoff. | **5** | ☐ Democratic   ☐ Republican   ☐ Non Partisan (will not have ANY party candidates listed) |
| **Contact information** | **6** | To assist your county elections officials in contacting you in a timely manner if your application is incomplete, please provide the following information.<br>Phone number: _____ Email: _____ |
| **Signature or mark of voter**<br>**Required** if voter fills out this application. | **7** | Signature or mark of voter: _____<br>Today's date: (MM/DD/YYYY) _____ |
| **Signature of person providing assistance**<br>**Required** if the voter receives assistance filling out this form. Assistance is only allowed if the voter is illiterate or physically disabled. | **8** | Name of assistant: _____<br>Signature of assistant: _____<br>Today's date: (MM/DD/YYYY) _____ |
| **Signature of person requesting ballot if not voter**<br>**Required only** if an eligible relative is making an application on behalf of the voter who is physically disabled or temporarily residing out of the county. | **9** | Signature of requestor: _____<br>Relationship to voter: _____<br>I swear that the facts contained in this application are true and that I am either the mother, father, grandparent, brother, sister, aunt, uncle, spouse, son, daughter, niece, nephew, grandchild, son-in-law, daughter-in-law, mother-in-law, father-in-law, brother-in-law or sister-in-law of the age of 18 and swear (or affirm) that the above-named voter is (check one) ☐ physically disabled or ☐ temporarily residing out of the county |
| **If you meet one of the described conditions in this section and would like to receive a mail ballot for the rest of the elections cycle without another application, indicate by checking the applicable eligibility requirement.** | **10** | ☐ E - Elderly - I am 65 years of age or older   ☐ D - Disabled - I have a physical disability<br>☐ U - UOCAVA Voter -   I am a uniformed service member, spouse or dependent of a uniformed service member, or other US citizen residing overseas. **My current status is (please mark one):**<br>☐ MOS – Military Overseas   ☐ OST – Overseas Temporary Resident<br>☐ MST – Military Stateside   ☐ OSP – Overseas Permanent Resident (federal offices only)<br>Email: (required for UOCAVA voters requesting electronic transmission) _____ |

| **FOR OFFICE USE ONLY** | |
|---|---|
| Dist. Combo: _____ Precinct: _____ Ballot #: _____ | |
| Received Date: _____ ISS Date: _____ Certified Date: _____ Rejection Date: _____ | |
| ID SHOWN/GADL: _____ Other: _____ | |
| I certify that the above named voter ☐ is eligible ☐ is not eligible to receive a vote by mail ballot | |
| Reason for Rejection: _____ Registrar Signature: _____ | |
| Ballot to be: ☐ Mailed Electronically ☐ Transmitted/delivered to voter in hospital by Registrars/Deputy ☐ Voted in office (municipal only) | |

FORM #ABS-APP-18

## REQUEST YOUR ABSENTEE BALLOT TODAY.

# Voting by absentee ballot is
# EASY, SAFE AND SECURE.

**Return this absentee ballot request form today.**



# OFFICIAL REPUBLICAN PARTY NOTICE
## ABSENTEE BALLOT REQUEST FORM ENCLOSED




Place
First-Class
Postage
Here

## Return this absentee request form today.

**Ensure your vote counts.**

1. After completing your application, detach along the perforated line.
2. Re-fold and tape closed.
3. Place a First-Class stamp where indicated and drop in the mail.

ABAPPOFCNM
ABAPPADDR1
ABAPPADDR2
ABAPPCSZ

---

# FINAL NOTICE: Request your absentee ballot today.

**TO ENSURE YOUR ABSENTEE BALLOT REQUEST IS RECEIVED, PLEASE DO THE FOLLOWING:**

Don't wait. Fill out, sign, and date the attached application. Your signature must appear on the application, or you will not receive an absentee ballot.

Affix first-class postage and drop your completed application in the mail. Wait to receive your ballot in the mail from your local County Board of Registrar's Office.

**Your application must be received by your county election official by the end of the business day on the Friday before Election Day (Oct. 30).**

You may also apply for a ballot online at **https://ballotrequest.sos.ga.gov/**

## Return this absentee ballot request form today.

Detach, fill out and mail today. Fold and tape closed.

---

Place
First-Class
Postage
Here

## Return this absentee request form today.

**Ensure your vote counts.**

1. After completing your application, detach along the perforated line.
2. Re-fold and tape closed.
3. Place a First-Class stamp where indicated and drop in the mail.

ABAPPOFCNM
ABAPPADDR1
ABAPPADDR2
ABAPPCSZ

---

# FINAL NOTICE: Request your absentee ballot today.

**TO ENSURE YOUR ABSENTEE BALLOT REQUEST IS RECEIVED, PLEASE DO THE FOLLOWING:**

Don't wait. Fill out, sign, and date the attached application. Your signature must appear on the application, or you will not receive an absentee ballot.

Affix first-class postage and drop your completed application in the mail. Wait to receive your ballot in the mail from your local County Board of Registrar's Office.

**Your application must be received by your county election official by the end of the business day on the Friday before Election Day (Oct. 30).**

You may also apply for a ballot online at **https://ballotrequest.sos.ga.gov/**

## Return this absentee ballot request form today.

Detach, fill out and mail today. Fold and tape closed.

Paid for by the Georgia Republican Party, Inc. Not authorized by any candidate or candidate's committee. www.gagop.org

---

# OFFICIAL REPUBLICAN PARTY NOTICE
## ABSENTEE BALLOT REQUEST FORM ENCLOSED

ABAPPOFCNM
ABAPPADDR1
ABAPPADDR2
ABAPPCSZ



NAME
COMPANY
ADDRESS1
CITY STATE ZIP

*********ECR-WSH**C-001



**IMMEDIATE ATTENTION REQUIRED**

**Georgia Absentee Ballot
Request Form Enclosed**

Georgia Republican Party
P.O. Box 550008
Atlanta, GA 30355


Non-Profit Org.
U.S. Postage
**PAID**
Campaign Mail

# FINAL NOTICE



Brad Raffensperger
SECRETARY OF STATE

# APPLICATION FOR OFFICIAL ABSENTEE BALLOT

**PLEASE PRINT** (Failure to fill out the form completely could delay your application)

Date of Primary, Election, or Runoff: (MM/DD/YYYY) **November 3, 2020**

| | | |
|---|---|---|
| **Voter name** | 1 | First: ______ Middle: ______<br>Last: ______ Suffix: ______ |
| **Permanent address on file with county election office**<br>This is the address at which you are registered OR the mailing address you have given your county elections office. Your ballot will be sent here unless you provide a valid address in Section 3. | 2 | Street: ______<br>City: ______ Zip: ______<br>County: ______ |
| **Temporary address where you want ballot sent**<br>If you wish to receive your absentee ballot at an address other than the one in Section 2, fill it in here. This address **must be in a different county that the county listed in Section 2** unless you are physically disabled or detained in jail or other detention facility. | 3 | Street: ______<br>City: ______ State: ______<br>Zip: ______ County: ______ |
| **Date of birth** | 4 | Date of birth: (MM/DD/YYYY) ______ |
| **Contact information** | 5 | To assist your county elections officials in contacting you in a timely manner if your application is incomplete, please provide the following information.<br>Phone number: ______ Email: ______ |
| **Signature or mark of voter**<br>Required if voter fills out this application. | 6 | Signature or mark of voter: ______<br>Today's date: (MM/DD/YYYY) ______ |
| **Signature of person providing assistance**<br>Required if the voter receives assistance filling out this form. Assistance is only allowed if the voter is illiterate or physically disabled. | 7 | Name of assistant: ______<br>Signature of assistant: ______<br>Today's date: (MM/DD/YYYY) ______ |
| **Signature of person requesting ballot if not voter**<br>Required only if an eligible relative is making an application on behalf of the voter who is physically disabled or temporarily residing out of the county. | 8 | Signature of requestor: ______<br>Relationship to voter: ______<br>I swear that the facts contained in this application are true and that I am either the mother, father, grandparent, brother, sister, aunt, uncle, spouse, son, daughter, niece, nephew, grandchild, son-in-law, daughter-in-law, mother-in-law, father-in-law, brother-in-law or sister-in-law of the age of 18 and swear (or affirm) that the above-named voter is<br>(check one) ☐ physically disabled or ☐ temporarily residing out of the county |
| **If you meet one of the described conditions in this section and would like to receive a mail ballot for the rest of the elections cycle without another application, indicate by checking the applicable eligibility requirement.** | 9 | ☐ E - Elderly - I am 65 years of age or older ☐ D - Disabled - I have a physical disability<br>☐ U – UOCAVA Voter - I am a uniformed service member, spouse or dependent of a uniformed service member, or other US citizen residing overseas. **My current status is (please mark one):**<br>☐ MOS – Military Overseas ☐ OST – Overseas Temporary Resident<br>☐ MST – Military Stateside ☐ OSP – Overseas Permanent Resident (federal offices only)<br>Email: (required for UOCAVA voters requesting electronic transmission) ______ |

**FOR OFFICE USE ONLY**

Dist. Combo: ______ Precinct: ______ Ballot #: ______
Received Date: ______ ISS Date: ______ Certified Date: ______ Rejection Date: ______
ID SHOWN: GADL ______ Other: ______
I certify that the above named voter ☐ is eligible ☐ is not eligible to receive a vote by mail ballot
Reason for Rejection: ______ Registrar Signature: ______
Ballot to be: ☐ Mailed Electronically ☐ Transmitted/delivered to voter in hospital by Registrars/Deputy ☐ Voted in office (municipal only)

FORM #ABS-APP-18

Brad Raffensperger
SECRETARY OF STATE

APPLICATION FOR OFFICIAL ABSENTEE BALLOT

PLEASE PRINT (Failure to fill out the form completely could delay your application)

Date of Primary, Election, or Runoff: (MM/DD/YYYY) November 3, 2020

Voter name 1 First: ______ Middle: ______ Last: ______ Suffix: ______
Permanent address on file with county election office. This is the address at which you are registered OR the mailing address you have given your county elections office. Your ballot will be sent here unless you provide a valid address in Section 3. 2 Street: ______ City: ______ Zip: ______ County: ______
Temporary address where you want ballot sent. If you wish to receive your absentee ballot at an address other than the one in Section 2, fill it in here. This address must be in a different county that the county listed in Section 2 unless you are physically disabled or detained in jail or other detention facility. 3 Street: ______ City: ______ State: ______ Zip: ______ County: ______
Date of birth 4 Date of birth: (MM/DD/YYYY) ______
Contact information 5 To assist your county elections officials in contacting you in a timely manner if your application is incomplete, please provide the following information. Phone number: ______ Email: ______
Signature or mark of voter. Required if voter fills out this application. 6 Signature or mark of voter: ______ Today's date: (MM/DD/YYYY) ______
Signature of person providing assistance. Required if the voter receives assistance filling out this form. Assistance is only allowed if the voter is illiterate or physically disabled. 7 Name of assistant: ______ Signature of assistant: ______ Today's date: (MM/DD/YYYY) ______
Signature of person requesting ballot if not voter. Required only if an eligible relative is making an application on behalf of the voter who is physically disabled or temporarily residing out of the county. 8 Signature of requestor: ______ Relationship to voter: ______ I swear that the facts contained in this application are true and that I am either the mother, father, grandparent, brother, sister, aunt, uncle, spouse, son, daughter, niece, nephew, grandchild, son-in-law, daughter-in-law, mother-in-law, father-in-law, brother-in-law or sister-in-law of the age of 18 and swear (or affirm) that the above-named voter is (check one) ☐ physically disabled or ☐ temporarily residing out of the county
If you meet one of the described conditions in this section and would like to receive a mail ballot for the rest of the elections cycle without another application, indicate by checking the applicable eligibility requirement. 9 ☐ E - Elderly - I am 65 years of age or older ☐ D - Disabled - I have a physical disability ☐ U – UOCAVA Voter - I am a uniformed service member, spouse or dependent of a uniformed service member, or other US citizen residing overseas. My current status is (please mark one): ☐ MOS – Military Overseas ☐ OST – Overseas Temporary Resident ☐ MST – Military Stateside ☐ OSP – Overseas Permanent Resident (federal offices only) Email: (required for UOCAVA voters requesting electronic transmission) ______

FOR OFFICE USE ONLY
Dist. Combo: ______ Precinct: ______ Ballot #: ______
Received Date: ______ ISS Date: ______ Certified Date: ______ Rejection Date: ______
ID SHOWN: GADL ______ Other: ______
I certify that the above named voter ☐ is eligible ☐ is not eligible to receive a vote by mail ballot
Reason for Rejection: ______ Registrar Signature: ______
Ballot to be: ☐ Mailed Electronically ☐ Transmitted/delivered to voter in hospital by Registrars/Deputy ☐ Voted in office (municipal only)

FORM #ABS-APP-18

# FINAL NOTICE

## REQUEST YOUR ABSENTEE BALLOT TODAY.

## Voting by absentee ballot is EASY, SAFE AND SECURE.

**Return this absentee ballot request form today.**

## OFFICIAL REPUBLICAN PARTY NOTICE

ABSENTEE BALLOT REQUEST FORM ENCLOSED

# THE BEST IS YET TO COME
## PRESIDENT TRUMP NEEDS YOU TO ACT NOW.

**President Trump will always put America First by:**
- Fighting for law and order
- Promoting pro-firm the radical left
- Leading our Great American Comeback

Support our Great American Comeback. Make a plan today to fill out one of the attached Absentee Ballot Request forms.

GEORGIA
TRUMP VICTORY

Paid for by the Georgia Republican Party, Inc.
Post Office Box 550000
Atlanta, Georgia 30355

# THE LAND OF GREATNESS

"My fellow citizens, America's destiny is in our sights. America's heroes are embedded in our hearts, America's future is in our hands. And ladies and gentlemen: the best is yet to come"

– President Donald J. Trump, Speech at Mt. Rushmore, July 3, 2020

## PRESIDENT TRUMP NEEDS YOU TO ACT NOW.

Support our Great American Comeback. Make a plan today to fill out one of the attached Absentee Ballot Request forms.

<ID_ELECTORID>
<ID_ELECTORIDADDRESS>
<ID_ELECTORIDCSZ>

Place Stamp Here

## TO ENSURE YOUR ABSENTEE BALLOT REQUEST IS RECEIVED, PLEASE DO THE FOLLOWING:

Don't wait. Fill out, sign, and date the attached application. Your signature must appear on the application, or you will not receive an absentee ballot.

Affix first-class postage and drop your completed application in the mail. Wait to receive your ballot in the mail from your local County Board of Registrar's Office.

<ID_ELECTORID>
<ID_ELECTORIDADDRESS>
<ID_ELECTORIDCSZ>

Place Stamp Here



# APPLICATION FOR OFFICIAL ABSENTEE BALLOT

**Brad Raffensperger** SECRETARY OF STATE

**PLEASE PRINT.** Failure to fill out the form completely could delay your application

Date of Primary, Election or Runoff: (MM/DD/YYYY) _____

| | |
|---|---|
| **Voter name** | 1   First: _____ Middle: _____ Last: _____ Suffix: _____ |
| **Permanent address on file with county election office** | 2   Street: _____ City: _____ Zip: _____ County: _____ State: _____ |
| **Temporary address where you want ballot sent** | 3   Street: _____ City: _____ Zip: _____ County: _____ State: _____ |
| **Date of birth** | 4   Date of birth: (MM/DD/YYYY) _____ |
| **Type of ballot** Required in a primary or primary/runoff | 5   ☐ Democratic   ☐ Republican   ☐ Non Partisan (will not have ANY party candidates listed) |
| **Contact information** | 6   Phone number: _____ Email: _____ |
| **Signature or mark of voter** Required if voter fills out this application | 7   Signature or mark of voter: _____ Today's date: (MM/DD/YYYY) _____ |
| **Signature of person providing assistance** Required if the voter receives assistance | 8   Name of assistant: _____ Signature of assistant: _____ Today's date: (MM/DD/YYYY) _____ |
| **Signature of person requesting ballot if not voter** Required only if an eligible relative | 9   Relationship to voter: _____ Signature of requestor: _____ Today's date: (MM/DD/YYYY) _____ |
| **If you meet one of the described conditions and would like to receive a mail ballot for the rest of the elections cycle without another application, indicate by checking the applicable eligibility requirement.** | 10   ☐ O - Disabled - I have a physical disability   ☐ E - Elderly - I am 65 years of age or older   ☐ L - LOCA Voter   ☐ MOS - Military Overseas   ☐ MBT - Military Stateside   ☐ OST - Overseas Temporary Resident   ☐ OSP - Overseas Permanent Resident (federal offices only)   Email: _____ |

**FOR OFFICE USE ONLY**

Dist. Combo: _____   Precinct: _____

Received Date: _____   ISS Date: _____

ID SHOWN: GA,DL _____   Other: _____

I certify that the above named voter ☐ eligible ☐ is not eligible to receive a vote by mail ballot

Ballot to be: ☐ Mailed Electronically, ☐ Transmitted/delivered to voter in hospital by Registrar/Deputy ☐ Voted in office (municipal only)

Ballot #: _____   Certified Date: _____   Rejection Date: _____

FORM MABS-APP-18

---

# APPLICATION FOR OFFICIAL ABSENTEE BALLOT

**Brad Raffensperger** SECRETARY OF STATE

**PLEASE PRINT.** Failure to fill out the form completely could delay your application

Date of Primary, Election or Runoff: (MM/DD/YYYY) _____

| | |
|---|---|
| **Voter name** | 1   First: _____ Middle: _____ Last: _____ Suffix: _____ |
| **Permanent address on file with county election office** | 2   Street: _____ City: _____ Zip: _____ County: _____ State: _____ |
| **Temporary address where you want ballot sent** | 3   Street: _____ City: _____ Zip: _____ County: _____ State: _____ |
| **Date of birth** | 4   Date of birth: (MM/DD/YYYY) _____ |
| **Type of ballot** Required in a primary or primary/runoff | 5   ☐ Democratic   ☐ Republican   ☐ Non Partisan (will not have ANY party candidates listed) |
| **Contact information** | 6   Phone number: _____ Email: _____ |
| **Signature or mark of voter** Required if voter fills out this application | 7   Signature or mark of voter: _____ Today's date: (MM/DD/YYYY) _____ |
| **Signature of person providing assistance** Required if the voter receives assistance | 8   Name of assistant: _____ Signature of assistant: _____ Today's date: (MM/DD/YYYY) _____ |
| **Signature of person requesting ballot if not voter** Required only if an eligible relative | 9   Relationship to voter: _____ Signature of requestor: _____ Today's date: (MM/DD/YYYY) _____ |
| **If you meet one of the described conditions and would like to receive a mail ballot for the rest of the elections cycle without another application, indicate by checking the applicable eligibility requirement.** | 10   ☐ O - Disabled - I have a physical disability   ☐ E - Elderly - I am 65 years of age or older   ☐ L - LOCA Voter   ☐ MOS - Military Overseas   ☐ MBT - Military Stateside   ☐ OST - Overseas Temporary Resident   ☐ OSP - Overseas Permanent Resident (federal offices only)   Email: _____ |

**FOR OFFICE USE ONLY**

Dist. Combo: _____   Precinct: _____

Received Date: _____   ISS Date: _____

ID SHOWN: GA,DL _____   Other: _____

I certify that the above named voter ☐ eligible ☐ is not eligible to receive a vote by mail ballot

Ballot to be: ☐ Mailed Electronically, ☐ Transmitted/delivered to voter in hospital by Registrar/Deputy ☐ Voted in office (municipal only)

Ballot #: _____   Certified Date: _____   Rejection Date: _____

FORM MABS-APP-18

FOLD AND TAPE TO SEAL

---



# President Trump is Counting on You.

Join millions of your fellow Americans doing their part to support our Great American Comeback. Make a plan today to fill out one of the attached Absentee Ballot Request forms.

"I will be an absentee voter. We have so many absentee voters. It works, so we are in favor of absentee."

– President Donald J. Trump, 7/30/20

**Don't Wait. Fill Out One Of The Attached Forms In Order To Request Your Absentee Ballot Today!**

In order to complete your request, you will need to:

- Don't wait. Fill out, sign, and date the attached application.
- Your signature must appear on the application, or you will not receive an absentee ballot.
- Affix first-class postage and drop your completed application in the mail.
- Wait to receive your ballot in the mail from your local County Board of Registrars Office.

## TAKE IMMEDIATE ACTION:

MAKE A PLAN TODAY TO FILL OUT ONE OF THE ATTACHED ABSENTEE BALLOT REQUEST FORMS.

COMPLETE THE ATTACHED OFFICIAL
PRIMARY ABSENTEE BALLOT APPLICATION

With one trip
to the mailbox,
you can *make*
*a difference.*

Paid for by the Georgia Republican Party
(www.gagop.org) and not authorized by
any candidate or candidate's committee.

Post Office Box 550008
Atlanta, GA 30355

OFFICIAL

REPUBLICAN
PARTY NOTICE

YOUR PRIMARY
ABSENTEE BALLOT
APPLICATION

INSTRUCTIONS ARE INSIDE

PLACE
STAMP
HERE

PLACE
STAMP
HERE

**VD_ElectionOrg**
VD_ElectionOrgAddress
VD_ElectionCityStateZip

**VD_ElectionOrg**
VD_ElectionOrgAddress
VD_ElectionCityStateZip

# YOU CAN MAKE A DIFFERENCE

### WITH ONE TRIP TO THE MAILBOX,

# REQUEST YOUR PRIMARY ABSENTEE BALLOT TODAY

## Fill Out One of the Attached Forms to Request Your Absentee Ballot Today

**WE HAVE GOOD NEWS:**
*YOU ARE ELIGIBLE TO VOTE BY MAIL!*

Fill out and return the attached form, and an absentee ballot for the June 9th Republican Primary will be mailed to you.

**PROTECT OUR VALUES AND OUR LIBERTIES BY REQUESTING YOUR PRIMARY ABSENTEE BALLOT TODAY.**

Your fellow conservatives are counting on your vote. Do not wait any longer. **The deadline to request a primary absentee ballot is before Friday, June 5th.**

## INSTRUCTIONS FOR PRIMARY ABSENTEE BALLOT APPLICATION

**STEP 1:** Fill out, sign, and date the attached application. Your signature must appear on the application, or you will not receive an absentee ballot.

**STEP 2:** Affix first-class postage and drop your completed application in the mail. Wait to receive your ballot in the mail from your local County Board of Registrar's Office.

## Request Your Primary Absentee Ballot Today!

---

# APPLICATION FOR OFFICIAL ABSENTEE BALLOT

**FOR PRIMARY ELECTIONS ONLY** (please check one): ☐ Democratic ☐ Non Partisan (will not have ANY party candidates listed) ☐ Republican

Application Date (MM/DD/YYYY)

Date of Primary, Election, or Runoff: **06/09/2020**

Name as Registered (Last) _____ (First) _____ (Middle)

Mailing Address as Registered (Street) _____ (City) _____ (Zip)

Date of Birth (MM/DD/YYYY)

Daytime Contact Number *(Optional)*

**SIGNATURE OR MARK OF VOTER – REQUIRED**

*Signature of Person Preparing Application if Voter is Disabled or Illiterate - REQUIRED*

**ARE YOU ELIGIBLE TO RECEIVE ABSENTEE FOR THE REST OF THIS ELECTION CYCLE WITHOUT ANOTHER APPLICATION? SEE BELOW**

☐ **E - Elderly** – I am 65 years of age or older. ☐ **D - Disabled** – I have a physical disability.

---



# APPLICATION FOR OFFICIAL ABSENTEE BALLOT

**FOR PRIMARY ELECTIONS ONLY** (please check one): ☐ Democratic ☐ Non Partisan (will not have ANY party candidates listed) ☐ Republican

Application Date (MM/DD/YYYY)

Date of Primary, Election, or Runoff: **06/09/2020**

Name as Registered (Last) _____ (First) _____ (Middle)

Mailing Address as Registered (Street) _____ (City) _____ (Zip)

Date of Birth (MM/DD/YYYY)

Daytime Contact Number *(Optional)*

**SIGNATURE OR MARK * OF VOTER – REQUIRED**

*Signature of Person Preparing Application if Voter is Disabled or Illiterate - REQUIRED*

**ARE YOU ELIGIBLE TO RECEIVE ABSENTEE FOR THE REST OF THIS ELECTION CYCLE WITHOUT ANOTHER APPLICATION? SEE BELOW**

☐ **E - Elderly** – I am 65 years of age or older. ☐ **D - Disabled** – I have a physical disability.



Cover

Transition

**APPLICATION FOR OFFICIAL ABSENTEE BALLOT**

**FOR PRIMARY ELECTIONS ONLY** (please check one): ☐ **Democratic** ☐ **Republican** ☐ **Non Partisan** (will not have ANY party candidates listed)

Date of Primary, Election, or Runoff: 06/09/2020

Application Date (MM/DD/YYYY) | Date of Birth (MM/DD/YYYY) | Daytime Contact. Number *(Optional)*

Name as Registered (Last) | (First) | (Middle)

Mailing Address as Registered (Street) | (City) | (Zip)

SIGNATURE OR MARK* OF VOTER – **REQUIRED** | *Signature of Person Preparing Application if Voter is Disabled or Illiterate – REQUIRED

**ARE YOU ELIGIBLE TO RECEIVE ABSENTEE FOR THE REST OF THIS ELECTION CYCLE WITHOUT ANOTHER APPLICATION? SEE BELOW**

☐ **E – Elderly** – I am 65 years of age or older. ☐ **D – Disabled** – I have a physical disability.

**APPLICATION FOR OFFICIAL ABSENTEE BALLOT**

**FOR PRIMARY ELECTIONS ONLY** (please check one): ☐ **Democratic** ☐ **Republican** ☐ **Non Partisan** (will not have ANY party candidates listed)

Date of Primary, Election, or Runoff: 06/09/2020

Application Date (MM/DD/YYYY) | Date of Birth (MM/DD/YYYY) | Daytime Contact. Number *(Optional)*

Name as Registered (Last) | (First) | (Middle)

Mailing Address as Registered (Street) | (City) | (Zip)

SIGNATURE OR MARK* OF VOTER – **REQUIRED** | *Signature of Person Preparing Application if Voter is Disabled or Illiterate – REQUIRED

**ARE YOU ELIGIBLE TO RECEIVE ABSENTEE FOR THE REST OF THIS ELECTION CYCLE WITHOUT ANOTHER APPLICATION? SEE BELOW**

☐ **E – Elderly** – I am 65 years of age or older. ☐ **D – Disabled** – I have a physical disability.

Inside

Mail Panel

Place
First-Class
Postage
Here

**Return this absentee
ballot request form today.**

ENSURE YOUR VOTE COUNTS.

1. After completing your application,
   detach along the perforated line.
2. Re-fold and tape closed.
3. Place a First-Class stamp where
   indicated and drop in the mail.

ABAPPOFCNM
ABAPPADDR1
ABAPPADDR2
ABAPPCSZ

# REQUEST YOUR ABSENTEE BALLOT TODAY.



**VOTE IN THE SAFETY AND
COMFORT OF YOUR HOME.**

**TO ENSURE YOUR ABSENTEE BALLOT REQUEST IS RECEIVED,
PLEASE DO THE FOLLOWING:**

Don't wait. Fill out, sign, and date the attached application. Your signature
must appear on the application, or you will not receive an absentee ballot.

Affix first-class postage and drop your completed application in the mail.
Wait to receive your ballot in the mail from your local County Board of
Registrar's Office.

**Your application must be received by your county election official by
the end of the business day on the Friday before Election Day (Oct. 30).**

You may also apply for a ballot online at
https://ballotrequest.sos.ga.gov/

**Return this absentee ballot request form today.**

Detach, fill out and mail today. Fold and tape closed.

---

Place
First-Class
Postage
Here

**Return this absentee
ballot request form today.**

ENSURE YOUR VOTE COUNTS.

1. After completing your application,
   detach along the perforated line.
2. Re-fold and tape closed.
3. Place a First-Class stamp where
   indicated and drop in the mail.

ABAPPOFCNM
ABAPPADDR1
ABAPPADDR2
ABAPPCSZ

# REQUEST YOUR ABSENTEE BALLOT TODAY.

**TO ENSURE YOUR ABSENTEE BALLOT REQUEST IS RECEIVED,
PLEASE DO THE FOLLOWING:**

Don't wait. Fill out, sign, and date the attached application. Your signature
must appear on the application, or you will not receive an absentee ballot.

Affix first-class postage and drop your completed application in the mail.
Wait to receive your ballot in the mail from your local County Board of
Registrar's Office.

**Your application must be received by your county election official by
the end of the business day on the Friday before Election Day (Oct. 30).**

You may also apply for a ballot online at
https://ballotrequest.sos.ga.gov/

**Return this absentee ballot request form today.**

Detach, fill out and mail today. Fold and tape closed.

**ONE MORE VOTE IN YOUR
NEIGHBORHOOD COULD
MAKE THE DIFFERENCE.**

**URGENT:** *COMPLETE & MAIL YOUR ABSENTEE
BALLOT REQUEST FORM TODAY!*

Non-Profit Org.
U.S. Postage
**PAID**
Campaign Mail



"I am going to be voting absentee."
—PRESIDENT TRUMP

Worried about COVID-19, long lines, or bad weather?
**JOIN PRESIDENT TRUMP.
VOTE ABSENTEE.**

Georgia Republican Party
P.O. Box 550008
Atlanta, GA 30355

*******************ECR*WSH**C-001
NAME
COMPANY
ADDRESS
ADDRESS2
CITY STATE ZIP



Return This Absentee Ballot Request Form Today.



VOTE IN THE
SAFETY AND
COMFORT OF
YOUR HOME.

Vote absentee.

**IT'S SAFE AND SECURE.**

OFFICIAL ABSENTEE BALLOT
BALLOT MUST BE ENCLOSED

**URGENT:** *ABSENTEE BALLOT REQUEST FORM ENCLOSED!*

# Just one more vote in your neighborhood will make a difference.

**IF YOU WILL NOT BE ABLE TO CAST YOUR VOTE IN PERSON, SUBMIT YOUR ABSENTEE BALLOT REQUEST FORM TODAY.**

**YOUR VOTE MATTERS**
Millions of patriots are counting on you to vote. This is your chance to protect America's future.

**VOTING ABSENTEE IS SAFE AND SECURE**
Absentee voting is a safe and secure way to guarantee your voice is heard.

**VOTE FROM THE COMFORT OF YOUR HOME**
Avoid crowds, skip the lines and protect your health. Return the enclosed absentee ballot request form today!

**MAIL YOUR ABSENTEE BALLOT REQUEST FORM TODAY!**

Paid for by the Georgia Republican Party, Inc. www.gagop.org

*Brad Raffensperger*
SECRETARY OF STATE

## APPLICATION FOR OFFICIAL ABSENTEE BALLOT

**PLEASE PRINT** (Failure to fill out the form completely could delay your application)

Date of Primary, Election, or Runoff: (MM/DD/YYYY) **November 3, 2020**

| | | |
|---|---|---|
| **Voter name** | 1 | First: ____ Middle: ____<br>Last: ____ Suffix: ____ |
| **Permanent address on file with county election office**<br>This is the address at which you are registered OR the mailing address you have given your county elections office. Your ballot will be sent here unless you provide a valid address in Section 3. | 2 | Street: ____<br>City: ____ Zip: ____<br>County: ____ |
| **Temporary address where you want ballot sent**<br>If you wish to receive your absentee ballot at an address other than the one in Section 2, fill it in here. This address **must be in a different county that the county listed in Section 2** unless you are physically disabled or detained in jail or other detention facility. | 3 | Street: ____<br>City: ____ State: ____<br>Zip: ____ County: ____ |
| **Date of birth** | 4 | Date of birth: (MM/DD/YYYY) ____ |
| **Contact information** | 5 | To assist your county elections officials in contacting you in a timely manner if your application is incomplete, please provide the following information.<br>Phone number: ____ Email: ____ |
| **Signature or mark of voter**<br>**Required if** voter fills out this application. | 6 | Signature or mark of voter: ____<br>Today's date: (MM/DD/YYYY) ____ |
| **Signature of person providing assistance**<br>**Required if** the voter receives assistance filling out this form. Assistance is only allowed if the voter is illiterate or physically disabled. | 7 | Name of assistant: ____<br>Signature of assistant: ____<br>Today's date: (MM/DD/YYYY) ____ |
| **Signature of person requesting ballot if not voter**<br>**Required only if** an eligible relative is making an application on behalf of the voter who is physically disabled or temporarily residing out of the county. | 8 | Signature of requestor: ____<br>Relationship to voter: ____<br>I swear that the facts contained in this application are true and that I am either the mother, father, grandparent, brother, sister, aunt, uncle, spouse, son, daughter, niece, nephew, grandchild, son-in-law, daughter-in-law, mother-in-law, father-in-law, brother-in-law or sister-in-law of the age of 18 and swear (or affirm) that the above-named voter is<br>(check one) ☐ physically disabled or ☐ temporarily residing out of the county |
| **If you meet one of the described conditions in this section and would like to receive a mail ballot for the rest of the elections cycle without another application, indicate by checking the applicable eligibility requirement.** | 9 | ☐ E - Elderly - I am 65 years of age or older ☐ D - Disabled - I have a physical disability<br>☐ U – UOCAVA Voter - I am a uniformed service member, spouse or dependent of a uniformed service member, or other US citizen residing overseas. **My current status is (please mark one):**<br>☐ MOS – Military Overseas ☐ OST – Overseas Temporary Resident<br>☐ MST – Military Stateside ☐ OSP – Overseas Permanent Resident (federal offices only)<br>Email: (required for UOCAVA voters requesting electronic transmission)<br>____ |

**FOR OFFICE USE ONLY**
Dist. Combo: ____ Precinct: ____ Ballot #: ____
Received Date: ____ ISS Date: ____ Certified Date: ____ Rejection Date: ____
ID SHOWN: GADL ____ Other: ____
I certify that the above named voter ☐ is eligible ☐ is not eligible to receive a vote by mail ballot
Reason for Rejection: ____ Registrar Signature: ____
Ballot to be: ☐ Mailed Electronically ☐ Transmitted/delivered to voter in hospital by Registrars/Deputy ☐ Voted in office (municipal only)

FORM #ABS-APP-18

*Brad Raffensperger*
SECRETARY OF STATE

APPLICATION FOR OFFICIAL ABSENTEE BALLOT

**PLEASE PRINT** (Failure to fill out the form completely could delay your application)

Date of Primary, Election, or Runoff: (MM/DD/YYYY) **November 3, 2020**

| | | |
|---|---|---|
| **Voter name** | 1 | First: ____ Middle: ____<br>Last: ____ Suffix: ____ |
| **Permanent address on file with county election office**<br>This is the address at which you are registered OR the mailing address you have given your county elections office. Your ballot will be sent here unless you provide a valid address in Section 3. | 2 | Street: ____<br>City: ____ Zip: ____<br>County: ____ |
| **Temporary address where you want ballot sent**<br>If you wish to receive your absentee ballot at an address other than the one in Section 2, fill it in here. This address **must be in a different county that the county listed in Section 2** unless you are physically disabled or detained in jail or other detention facility. | 3 | Street: ____<br>City: ____ State: ____<br>Zip: ____ County: ____ |
| **Date of birth** | 4 | Date of birth: (MM/DD/YYYY) ____ |
| **Contact information** | 5 | To assist your county elections officials in contacting you in a timely manner if your application is incomplete, please provide the following information.<br>Phone number: ____ Email: ____ |
| **Signature or mark of voter**<br>**Required if** voter fills out this application. | 6 | Signature or mark of voter: ____<br>Today's date: (MM/DD/YYYY) ____ |
| **Signature of person providing assistance**<br>**Required if** the voter receives assistance filling out this form. Assistance is only allowed if the voter is illiterate or physically disabled. | 7 | Name of assistant: ____<br>Signature of assistant: ____<br>Today's date: (MM/DD/YYYY) ____ |
| **Signature of person requesting ballot if not voter**<br>**Required only if** an eligible relative is making an application on behalf of the voter who is physically disabled or temporarily residing out of the county. | 8 | Signature of requestor: ____<br>Relationship to voter: ____<br>I swear that the facts contained in this application are true and that I am either the mother, father, grandparent, brother, sister, aunt, uncle, spouse, son, daughter, niece, nephew, grandchild, son-in-law, daughter-in-law, mother-in-law, father-in-law, brother-in-law or sister-in-law of the age of 18 and swear (or affirm) that the above-named voter is<br>(check one) ☐ physically disabled or ☐ temporarily residing out of the county |
| **If you meet one of the described conditions in this section and would like to receive a mail ballot for the rest of the elections cycle without another application, indicate by checking the applicable eligibility requirement.** | 9 | ☐ E - Elderly - I am 65 years of age or older ☐ D - Disabled - I have a physical disability<br>☐ U – UOCAVA Voter - I am a uniformed service member, spouse or dependent of a uniformed service member, or other US citizen residing overseas. **My current status is (please mark one):**<br>☐ MOS – Military Overseas ☐ OST – Overseas Temporary Resident<br>☐ MST – Military Stateside ☐ OSP – Overseas Permanent Resident (federal offices only)<br>Email: (required for UOCAVA voters requesting electronic transmission)<br>____ |

**FOR OFFICE USE ONLY**
Dist. Combo: ____ Precinct: ____ Ballot #: ____
Received Date: ____ ISS Date: ____ Certified Date: ____ Rejection Date: ____
ID SHOWN: GADL ____ Other: ____
I certify that the above named voter ☐ is eligible ☐ is not eligible to receive a vote by mail ballot
Reason for Rejection: ____ Registrar Signature: ____
Ballot to be: ☐ Mailed Electronically ☐ Transmitted/delivered to voter in hospital by Registrars/Deputy ☐ Voted in office (municipal only)

FORM #ABS-APP-18

# ATTACHMENT B

**voterparticipation**
CENTER

CENTER FOR
**voterinformation**

| | |
|---|---|
| **To:** | Interested parties |
| **From:** | The VPC and CVI team |
| **Re:** | Lessons learned from summer 2020 VBM recruitment programs |
| **Date:** | September 14, 2020 |

## Executive Summary

In response to COVID-19, the Voter Participation Center (VPC) and the Center for Voter Information (CVI) launched a major program pushing voters to vote by mail—and this program has already produced significant results.

**To date, VPC and CVI have helped more than 3.5 million voters in key states request vote-by-mail (VBM) ballots for the November election**—and nearly tens of thousands of people continue to respond to VPC and CVI VBM mail every day. The response rate for the first large-scale wave of mail sent in early August is currently an impressive 12%.

VPC and CVI also completed large-scale testing to understand which audiences are most responsive to which tactics and strategies—because with COVID-19 changing voting behavior, it is vitally important to reevaluate to this particular moment.

As recent elections have illustrated, signing voters up to vote by mail early can relieve pressure on local election offices, making it more likely that everyone gets their ballots on time. This work puts the VPC and CVI VBM programs in an extremely strong position for the rest of the cycle.

VPC's mission, as a 501(c)(3), is to increase the participation of the Rising American Electorate (RAE)—composed of communities of color, unmarried women, and young people. CVI, a 501(c)(4) organization, speaks to different audiences of progressive voters outside the RAE.

Key lessons learned from testing to date include:

- **Vote by mail programs increase turnout.** VPC and CVI have run VBM programs for the past 16 years and consistently found that they increase total turnout and do not simply shift voters from Election Day to mail voting, and this is true in the era of COVID. VPC and CVI VBM programs increased net turnout in primary elections in Pennsylvania and Wisconsin, and increased net ballot returns in Georgia and Iowa primary elections.

VoterParticipation.org
202-659-9570
1707 L St NW, Washington, DC 20036

CenterForVoterInformation.org
202-766-6575
1707 L St NW, Washington, DC 20036

1

**voter**participation
C E N T E R

CENTER FOR
**voter**information

- **We cannot rely on states and localities to sign people up to vote by mail.** VPC and CVI have consistently found that multiple waves of effective mail (be it voter registration, VBM, or social normative turnout mail) produce additive net vote effects. In the Georgia and Iowa 2020 primary elections, VPC and CVI mailed voters who had received an official application form from their state. In both states, this mail produced a statistically significant increase in ballot returns. Mailing voters who receive official application forms for the general election is a necessary  for a comprehensive VBM program.

- **Past experience with VBM matters more than vote propensity**. In the Wisconsin election in April, the VBM program produced a statistically significant net impact even among the voters most likely to vote—but did not produce a net impact on voters with prior VBM experience, and this an enormously important lesson. In a normal election cycle, there would be different strategies for reaching and mobilizing frequent voters on a chosen scale. In 2020, with COVID-19 lingering and in some states, resurgent, it is important to help frequent voters with little or no experience with voting by mail to navigate the new reality.

- **Layering programs around VBM recruitment mail can increase the impact.** VPC and CVI have worked closely with America Votes and other organizations to send texts and to make live calls to people receiving recruitment mail. There is an effect but only among people contacted. Chase is effective when voters can be contacted but suffers due to low contract rates. VPC and CVI chase mail is effective but expensive.

- **Early VBM programs are effective**. Programs designed to get people to take an action—from registering to vote to donating money—are often more effective in leading up to a deadline. Historically that is true for VBM. However, large-scale mailings VPC and CVI conducted in June and August have double the responses compared to 2018.  Both the June and first August VBM mailings in 2020 were more effective than similar  mailing in September/October of 2018, and this is noteworthy in that these applications can be sent over a more extended period, increasing the numbers of people who sign up and not endangering the vote by mail process by overloading election officials close to key deadlines.

- **Messaging matters**. Emphasizing that voting by mail is healthy and safe increases response rates among some voters. Emphasizing that a high percentage of voters in a given state vote early/by mail also increases response rates—but interestingly emphasizing high raw numbers of voters voting early/by mail doesn't appear to have an impact. And sending English/Spanish bilingual mail to voters who model as likely to speak Spanish substantially increases response rates. Ongoing testing is important to

VoterParticipation.org
202-659-9570
1707 L St NW, Washington, DC 20036

CenterForVoterInformation.org
202-766-6575
1707 L St NW, Washington, DC 20036

2

understand what works with what audience in a given moment. The ballot request effect for anticipatory language resulted in statistically insignificant but does produce suggestively higher response rates than other creatives.

VPC and CVI are already implementing these lessons', with three more VBM mailings planned in September through the first few days of October, and with a large-scale digital VBM recruitment program.

It is important to acknowledge that voting by mail is not the right solution for every voter. VPC and CVI will also encourage voters to vote early in person and on Election Day. The overall VPC/CVI strategy is to sign up as many voters as possible to vote by mail and push people with mail ballots to return them early, so that there are shorter lines on Election Day—and as a way to mitigate potential turnout reductions due to closing polling places.[1]

## The VPC/CVI VBM Program

16 years of testing informs VPC and CVI VBM programs. VPC/CVI send voters a letter package that includes a partially-pre-filled VBM application form (if allowed by the state), instructions on how to complete the form, a letter telling people that voting by mail is easy and convenient that includes social normative language, and a postage-paid return envelope to the voter's county or municipal election office. These return envelopes include a unique tracking barcode so VPC/CVI can track who has responded to which mailing. Testing has consistently shown that VBM mail works best when it is black and white and has no political messaging.

Central to all VPC/CVI programs is randomized controlled trial testing. This allows VPC/CVI to understand not just who responded and who voted, but who only voted as a result of receiving a VPC or CVI mailing, controlling for everything else happening in the election. This has allowed VPC and CVI to develop and optimize VBM strategy and tactics to-date. Testing over the past few months will allow VPC and CVI to run the most effective program going forward.

VPC and CVI have five large-scale VBM mailings planned for the cycle. These mailings aim for voters in states where the Rising American Electorate—and those who share the values of the Rising American Electorate— can have a decisive voice in the 2020 election. The first three waves have already landed in homes.

- **Wave A:** in homes August 5 – 8

---

[1] In the Wisconsin April election, a Brennan Center analysis found that reducing election day polling places reduced turnout by a staggering 8.6 percentage points.

VoterParticipation.org
202-659-9570
1707 L St NW, Washington, DC 20036

CenterForVoterInformation.org
202-766-6575
1707 L St NW, Washington, DC 20036

3

**voter**participation
CENTER

CENTER FOR
**voter**information

- **Wave B:** n homes August 19 – 22
- **Wave C:** in homes September 9 – 11
- **Wave D:** in homes September 16 – 19
- **Wave E:** in homes September 28 – October 1

The five waves include most key states, but some states were held out of specific waves in order for mail to not land too close to primary VBM request deadlines. The table below shows the states included by wave.

| State | Wave One Mail | Wave Two Mail | Wave Three Mail | Wave Four Mail | Wave Five Mail |
|-------|---------------|---------------|-----------------|----------------|----------------|
| AK    | No            | Yes           | Yes             | Yes            | Yes            |
| AR    | No            | No            | Yes             | No             | No             |
| AZ    | Yes           | Yes           | Yes             | Yes            | Yes            |
| FL    | Yes           | Yes           | Yes             | Yes            | Yes            |
| GA    | No            | Yes           | Yes             | Yes            | Yes            |
| IA    | Yes           | Yes           | Yes             | Yes            | Yes            |
| ME    | No            | Yes           | Yes             | Yes            | Yes            |
| MI    | Yes           | Yes           | Yes             | Yes            | Yes            |
| MN    | Yes           | Yes           | Yes             | Yes            | Yes            |
| NC    | Yes           | Yes           | Yes             | Yes            | Yes            |
| NE-02 | No            | Yes           | No              | No             | Yes            |
| NM    | Yes           | Yes           | Yes             | Yes            | Yes            |
| OH    | Yes           | No            | Yes             | Yes            | Yes            |
| PA    | Yes           | Yes           | Yes             | Yes            | Yes            |

VoterParticipation.org
202-659-9570
1707 L St NW, Washington, DC 20036

CenterForVoterInformation.org
202-766-6575
1707 L St NW, Washington, DC 20036

4

voter**participation**
CENTER

CENTER FOR
voter**information**

| | | | | | |
|------|-----|-----|-----|-----|-----|
| TX | Yes | No | Yes | Yes | Yes |
| VA | Yes | No | No | No | No |
| WI | No | Yes | Yes | Yes | Yes |

VPC is currently running digital VBM programs in FL,IA, NC, OH, PA, and WI and will expand to GA, ME, MI, MN, and NM shortly using the CampaignOS VBM tool. The CampaignOS tool produced the best cost per successful VBM signup, but the net requests evaluation was inconclusive and different metrics performed better or worse for different tools, thus other organizations may reach different conclusions.

## Detailed Results from Wave A Mailing

The table below shows three response rates by state for vote by mail. One wave of VBM recruitment mail sent in May and June 2020, compared to the response rate by state of one wave of very similar mail sent in late September 2018, and Wave A. In all cases, the 2020 response rate is significantly higher than the 2018 response rate.

| State | 2018 Response Rates | Response Rate From May/June 2020 | Wave A  Response Rate Aug 2020 |
|-------|---------------------|----------------------------------|--------------------------------|
| AZ | 4.9% | 7.0% | 5.0% |
| FL | 4.7% | 6.6% | 8.9% |
| IA | NA | NA | 19.2% |
| KS | NA | NA | 15.5% |
| MI | NA | 7.9% | 6.6% |
| MN | 4.6% | 16.0% | 10.1% |
| NC | 3.5% | 5.6% | 11.7% |
| NM | NA | NA | 16.3% |
| OH | NA | NA | 18.0% |
| PA | NA | NA | 10.8% |

VoterParticipation.org
202-659-9570
1707 L St NW, Washington, DC 20036

CenterForVoterInformation.org
202-766-6575
1707 L St NW, Washington, DC 20036

5

voterparticipation
CENTER

CENTER FOR
voterinformation

| | | | |
|---|---|---|---|
| **TX** | NA | NA | 26.5% |
| **VA** | NA | N/A | 12.6% |
| **WI** | 2.1% | 8.3% | NA |
| **Overall** | **4.9%** | **8.5%** | **11.9%** |

High-vote-propensity voters and older voters responded at the highest rates. The tables below show response rates from the Wave One VBM program mailed in early August by age and by 2020 modeled vote propensity score

| 2020 Vote Propensity Score | Response Rate | Age | Response Rate |
|---|---|---|---|
| 0 - 50 | 8.2% | 18 - 19 | 7.9% |
| 50 - 70 | 8.7% | 20 - 34 | 5.6% |
| 70 - 80 | 9.9% | 35 - 49 | 8.2% |
| 80 - 90 | 11.7% | 50 - 64 | 13.7% |
| 90 - 100 | 17.5% | 65+ | 23.6% |

The next tables show response rates by race, gender, and marital status for Wave A mailing.

| Race | Response Rate | Gender/Marital Status [2] | Response Rate |
|---|---|---|---|
| African American | 8.1% | Married Men | 15.2% |
| AAPI | 13.9% | Married Women | 15.4% |
| LatinX | 7.8% | Unmarried Men | 7.9% |
| Other PoC | 9.5% | Unmarried Women | 10.1% |
| Caucasian | 14.4% | | |

It is incredibly important to note that lower response rates among communities of color, unmarried women, and young people are why VPC focuses on these communities with all programs. Collectively, the RAE represents 64% of the eligible voting population, but are

[2] Based on model scores. VPC/CVI do not model for likely LGBTQ community status.

VoterParticipation.org
202-659-9570
1707 L St NW, Washington, DC 20036

CenterForVoterInformation.org
202-766-6575
1707 L St NW, Washington, DC 20036

6

voterparticipation
CENTER

CENTER FOR
voterinformation

underrepresented in American politics. VPC programs are designed to emphasize these audiences, not despite their lower response rates, but because of them.

**Messaging Test Results from Wave A and B  VBM Mail**

While tens of thousands of people continue to respond to the most recent mailing in August, enough people have responded to date to evaluate the messages VPC and CVI tested in mailing.

**Wave A message tests**

Five states (MI, NC, OH, PA, and VA) tested three new messages for vote by mail recruitment. One message offers reassurance to voters by educating them they can track the status of their ballot online. A second message was tested around  the coronavirus, and how to not let the virus takeaway your ability to vote. And a third message provided a message of exclusivity and the voter has been selected to receive a vote by mail application.

- **Reassurance**. Research on voter confidence finds that people trust "local" more than other levels of election administration. The reassurance message states local election officials are taking steps to make voting by mail safe and secure. The message also encourages voters to track their ballot status, thus offering a reassurance voters can trust the mail ballot process and feel it is safe and secure by tracking the status of their mail ballot. The response rate of the  message Reassurance rate of 12.2%.
- **Virus**. 2020 has been an unpredictable year as the coronavirus has changed daily life. To an extent, the virus has taken away the ability to go about the day as one usually would. Just because there is a pandemic, it does not mean that the virus has the ability to take away your vote because there are too few polling locations in the primaries, and general fear of contracting the virus in a public voting location. "*Voting by mail ensures coronavirus cannot take away your ability to vote,*" messaging puts the power of voting into the voters hand, and implies vote by mail is an opportunity to keep the voters ability to vote. Like Reassurance, Virus also has a 12.2% response rate.
- **Selected**. The message Selected, paired with a report card, resulted in a 11.7% response rate. Selected messaging calls attention to the fact that the voter was explicitly chosen to receive the application by mail. Their information is populated onto the vote by mail form, which provides an exclusive voter experience.

**Voters 65 and older**
- **Good Citizen** language was also tested in Wave A only to Texas voters 65 and older, and resulted in a significant 26.3% response rate. Indicating Good Citizen is the best messaging for voters 65 and over. The message addresses challenging times and that

VoterParticipation.org
202-659-9570
1707 L St NW, Washington, DC 20036

CenterForVoterInformation.org
202-766-6575
1707 L St NW, Washington, DC 20036

7

voting by mail is being considerate of family, friends, and neighbors. The message also indicates voting by mail is also creating a shorter line for people who have to vote in-person.

**Wave B Message Test**

- **CDC COVID Message Test.** In wave B, five states (FL, GA, MI, NC, PA) received letters stating, "The Center for Disease Control recommends lower risk voting options like mail ballots to minimize potential exposure to COVID." Currently, a 6.6% response rate, which is slightly outperforming other creatives, but keep in mind Wave B has only recently arrived in voter's mailboxes, explaining the lower response rate relative to Wave A messages at this point.

**Previous Message Tests from May and June**

- **Report Card**. The standard version. Testing in 2016 showed that adding social normative language comparing the voters' voting record targeted with their community substantially increased the effectiveness of the program.

  - **Anticipatory Benefits.** It comes from the social psychology principle that some people get more pleasure from anticipating something (a vacation, for example) than the thing itself. This approach showed some promise in testing conducted in May and June mailing, and Wave A. The ballot request effect for anticipatory language resulted in statistically insignificant but higher response rates compared to other creatives.

  - **Descriptive Norm**. Emphasizing high usage of mail ballot voting in past elections to drive participation in this election. This proved effective in tests by the League of Conservation Voters in 2016. When emphasizing high percentages of people voting before Election Day, this creative resulted in a statistically significant higher response rate than Report Card. When emphasizing high raw totals of people voting before Election Day, this creative did not produce better results than Report Card.

  - **Healthy and Safe.** CVI tested adding language to the standard VBM mailing in the April Wisconsin election, saying, "voting at home keeps you healthy and safe." Despite reducing response rates (but not net votes) in an earlier test in Wisconsin, this language increased response rates in the June mailing. This increase is suggestive but not statistically significant overall, but is statistically significant among voters with vote propensity scores 70 - 90.

  - **New to VBM**. In MI, PA, and VA, no-excuse VBM is available to voters for the first time, and in other states like FL and NC, most voters have never voted by mail before despite having the opportunity. This experiment introduces people to VBM and

VoterParticipation.org
202-659-9570
1707 L St NW, Washington, DC 20036

CenterForVoterInformation.org
202-766-6575
1707 L St NW, Washington, DC 20036

8

voterparticipation
CENTER

CENTER FOR
voterinformation

encourages them to sign up now. This mailing produced the best results of anything tested in North Carolina, but under-performed in other states.

● **Permanent Status**. Some states allow voters to join permanent mail ballot lists so that they don't need to request ballots every year. This test was designed to determine whether there is a decline in impact when pushing voters to join the permanent list, whatever their previous experience with voting by mail. Encouraging voters to join permanent vote-by-mail lists didn't reduce response rates, so future programs can safely push voters towards permanent VBM lists where available, providing a head-start on the work of 2022 and beyond. In May, mailing the response rate to Permanent status was 8.2%.

● **New Format**. VPC/CVI traditionally sends voters a letter and a form in an envelope that also contains a smaller return envelope. The new format experiment uses a new package that has proven successful in voter registration mailings that is quicker and cheaper to produce. This new format is a postcard "self-mailer" and includes a tear-off application form and a tear-off postage-paid return envelope. Despite success as a voter registration concept, this substantially underperformed the Report Card in this test.

● **Bilingual mail**. VPC and CVI have found that in voter registration, sending a mailing where the letter is translated into Spanish on the back increases response rates when sent to unregistered voters who model as likely to speak Spanish.[3] VPC and CVI tried a similar test in Florida and found that a bilingual mailer produced statistically significant higher response rates than the English-only mailer among likely Spanish-speakers.

**VBM Recruitment Mail  for 2020 PA Primary Results for Low and Mid-Propensity Voters**

The VBM requests analyzed in this memo are valid for the June 2 primary. Mail ballot use and turnout are measured in the June 2 Pennsylvania primary. The mailing use of Report Card social pressure messaging was based on past testing by CVI/VPC. There were random assignments of three versions of instructions for requesting mail ballot: Official state instructions; Simplified state instructions; Easy as 1-2-3.

● Easy: Message follows numbered, and step-by-step instructions how to to obtain a ballot by mail, and how to run the ballot. Step 1: Complete, sign, and mail form. 2. Officials mail you an absentee ballot, and 3. Fill out the ballot and return by mail.

---

[3] According to the Catalist/Latino Decisions Spanish-speaker model.

VoterParticipation.org
202-659-9570
1707 L St NW, Washington, DC 20036

CenterForVoterInformation.org
202-766-6575
1707 L St NW, Washington, DC 20036

voterparticipation
CENTER

CENTER FOR
voterinformation

- Official state instructions: Vote by mail instructions in the official state instructions is smaller than the simplified version, and includes a warning message that if a voter receives a mail-ballot and returns said ballot, voters may note vote at polling locations on election day. This letter has broken down the process for the vote by mail application, which includes, how to submit, deadline alert, necessary identification, information on annual mail-in ballot request, and website and phone number for questions.
- Simplified: Looks similar to the official state instructions, but the letter as slightly larger text font, breaks down the process for the vote by mail application, which includes how to submit, deadline alert, necessary identification, information on annual mail-in ballot request, and website and phone number for questions.

**Voting by Mail** was used by 9.1% of the control group, based on voting method data provided by Catalist. The differences among these three versions are marginally statistically significant (p=0.072); the differences between Easy instructions and the State instructions are statistically significant (p=0.029). The effects on voting by mail were slightly higher for whites than African American and Latinx voters. Across ideology scores, voting by mail was slightly larger among 0-50 (only People of Color) and 80-100 than the middle categories.

| | Voting by Mail | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Message | Increase of VBM | Caucasian Voters | African American Voters | Latinx Voters | Cost Per Net Mail Ballot | Ideology Score Range 0-50 (PoC) | Ideology Score Range 50-64.9 | Ideology Score Range 65-80 | Ideology Score Range 80-100 |
| Easy | 1.6% | 1.7% | 1.5% | 1.1% | $32 | 1.9 | 0.8 | 1.3 | 2.0 |
| Simplified | 1.2% | 1.2% | 1.3% | 1.1% | $43 | 1.6 | 0.5 | 1.5 | 1.4 |
| State | 1.1% | 1.2% | 0.8% | 0.8% | $47 | 2.1 | 0.4 | 1.3 | 1.0 |

**Turnout** was 17.3% of the control group, based on voting data provided by Catalist. The differences among these three versions are marginally statistically significant (p=0.088); the differences between Easy instructions and the State instructions are marginally statistically significant (p=0.071). The effects on turnout were indistinguishable for Caucausian, African

VoterParticipation.org
202-659-9570
1707 L St NW, Washington, DC 20036

CenterForVoterInformation.org
202-766-6575
1707 L St NW, Washington, DC 20036

10

American, and Latinx voters.  Across ideology scores, turnout effects were larger among 0-50 (only People of Color) and 80-100 than the middle categories. Easy instructions increased turnout, and pulled votes prior to Election Day, while  African American, and Latinx voters saw an increase in mobilization.

| Turnout | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Message | Increase of Turnout | Caucasian Voters | African American Voters | Latinx Voters | Cost Per Net Mail Ballot | Ideology Score Range 0-50 (PoC) | Ideology Score Range 50-64.9 | Ideology Score Range 65-80 | Ideology Score Range 80-100 |
| Easy | 1.5% | 1.5% | 1.5% | 1.2% | $37 | 2.9 | 0.4 | 1.2 | 2.1 |
| Simplified | 0.9% | 0.9% | 0.6% | 1.0% | $58 | 2.8 | 0.2 | 0.9 | 1.0 |
| State | 1.0% | 1.1% | 0.6% | 1.1% | $52 | 2.6 | 0.6 | 1.3 | 0.8 |

**Learnings from Wisconsin**

The net impact of the Wisconsin programs is, not surprisingly, lower than VPC and CVI have seen historically and in other states, due to the chaotic nature of the April election, and due to the impact of the requirement that voters submit voter ID with their absentee ballot request and get a witness signature for their ballots. Despite those challenges, VCP/CVI has takeaways regarding a voters experience with vote by mail, as well as from a digital layer test.

- **Prior experience with VBM is very important**. Among people with experience voting by mail, the VPC/CVI VBM mail had no detectable effect. Among people without experience voting by mail, the VPC/CVI VBM mail increased turnout by 0.9 percentage points to 1.1 percentage points at $64 to $78 per net vote, depending on the experimental condition.

- **Running targeted digital ads to the mail universe doubled the impact of the mail by itself**. VPC and CVI ran ads on Facebook, highlighting news stories that the Governor was encouraging everyone to vote by mail, among other ads. The mail-only condition increased turnout by 0.34 percentage points over the control group turnout rate at $176 per net additional vote. The mail plus digital condition increased turnout over the

VoterParticipation.org
202-659-9570
1707 L St NW, Washington, DC 20036

CenterForVoterInformation.org
202-766-6575
1707 L St NW, Washington, DC 20036

11

control group turnout rate by 0.86 percentage points, at $105 per net additional vote.[4] A replication from June shows a much smaller and not statistically significant effect in the May/June program.

**Net Ballot Return Rates from Primary**

While final post-election voter files are not available, analysis of ballot return data in Georgia, Iowa, and Pennsylvania shows that VBM is even more effective outside Wisconsin.[5]

The table below shows the response rates, the net ballot return rate (the increase in ballots returned treatment over control) in Georgia, Iowa, and Pennsylvania, and the cost per net ballot return. In GA and IA, VPC and CVI only mailed people who received official applications, so these effects are 100% additive above and beyond the effect of receiving the official state mailer.

| State | Response Rate | Net Ballot Return Rate (PP) | Net Ballot Return Rate (% Increase of Control Turnout) | Cost per Net Ballot Return |
|---|---|---|---|---|
| Georgia | 5.1% | 1.0 pp | 20% | $42 |
| Iowa | 4.1% | 0.7 pp | 10% | $60 |
| Pennsylvania | 8.3% | 2.1 pp | 26% | $20 |

**Digital VBM Results**

**Digital Layer Test**

In the Wisconsin primary, VPC targeted digital ads to the mail universe which doubled the impact of the mail. In order to test this at a larger scale and across states, VPC launched a program in June surrounding the vote-by-mail mailings in Florida, Wisconsin, Minnesota, Arizona. The objective of this program was to replicate the findings from Wisconsin and test the effects of the number of impressions someone gets. Half of the universe received an average of 40 impressions, while the other half received an average of 15 impressions. VPC tested five messenge tracks and multiple creatives. At the start of the test, VPC was not yet using a vote-by-mail tool to track sign ups and thus to fully evaluate the



---

[4] The difference between treatments was statistically significant.

[5] Historically, net ballot return rates are highly correlated with net vote effects.

VoterParticipation.org
202-659-9570
1707 L St NW, Washington, DC 20036

CenterForVoterInformation.org
202-766-6575
1707 L St NW, Washington, DC 20036

12

test, which concluded June 26. There are however initially messaging results.

- Overall, the PSA copy (see right) performed best as a category but especially the variation with DEADLINE and the shortURL in the copy (.80% Click-Thru rate (CTR)).
- The general election language also had a high CTR at .75%. And influencers performed in the mid-range with the ad featuring Shanel beating out the others. All of these results are statistically significant.
- The highlighted map ended up beating the state flag at all points (.73% vs .61%) to a statistically significant degree.

Overall, the digital layering program did not produce a statistically significant increase in ballots returned in August primary elections, but the high-frequency track did produce a statistically significant 0.20 percentage point net increase in ballot return rate ($p$=0.01).

However, VPC also ran these ads to the control group that did not receive any mail and produced similar effects, so it appears that the ads were effective in driving VBM signups online but not more effective when timed around the mail program.

**VPC Search Lift Results from YouTube with Fellow Americans**

VPC partnered with Fellow Americans to test the effectiveness of digital video at driving VBM signups, using videos that Fellow Americans had previously developed and tested on their own. These were set up as randomized controlled trial tests looking at both the effect on ballot requests but also whether they drove changes in search behavior.

Precedents often show videos tend not to directly drive people to take online action, but can make people likely to take action later, which is why testing to see whether seeing these videos drove people to search for terms related to vote by mail is a meaningful evaluation metric.

VPC tested five messages, and users who saw the ads were 1.3 times more likely to search for vote-by-mail terms online than users who were not exposed. In this test, VPC was able to provide a 500K mail universe for NM, PA and VA, and 200K was matched, at a match rate of 30%. The viewers who went to the video link have an approximate median age of 26, which is significant because reaching younger voters is often challenging. VPC videos drove the highest lift with mail search terms with an overall lift at +128%. VPC will optimize future campaigns with a shorter video (15s) format with tight framing and succinct messaging. A key takeaway is that

VoterParticipation.org
202-659-9570
1707 L St NW, Washington, DC 20036

CenterForVoterInformation.org
202-766-6575
1707 L St NW, Washington, DC 20036

13

this opens up another platform to reach out to audiences in different ways. When there is the ability to penetrate the universe with more impressions, we expect to see stronger return rates.

| Creative<br><br>Easy, Home, and Grandpa were non-skippable 15s ads, while Sarah and Military were 30s skippable ads. Skippable ads can skip around 7s. | Mail-in Voting Lift | Voting by Mail Lift | Vote by Mail Lift |
|---|---|---|---|
| Vote by Mail is Easy: 15s<br><br>Video: Showing a young woman carrying her ballot to a post box and dropping it in the box. | +165% | +164% | +164% |
| Vote from Home: 15s<br><br>Video: Animated video referencing how much people do from home now, and voting by mail should be a part of being at home. | +156% | +155% | +155% |
| Grandpa Voted by Mail 15s<br><br>Video: Young African American woman sharing her grandfather voted by mail in WWII. | +151% | +149% | +149% |
| Sarah Votes by Mail 30s<br><br>Video: Sarah shares her story of voting by mail multiple times due to school, work, and even a family funeral. | +119% | +116% | +116% |
| The Military Votes by Mail 30s | +115% | +112% | +112% |

VoterParticipation.org
202-659-9570
1707 L St NW, Washington, DC 20036

CenterForVoterInformation.org
202-766-6575
1707 L St NW, Washington, DC 20036

14

**voter**participation
C E N T E R

CENTER FOR
**voter**information

| Video: Older African American Vietnam veteran shares a history of voting by mail in the military and calls out voting is the freedom he has defended. | | | |
|---|---|---|---|

Looking at AVEV data, this experiment did not find a statistically significant increase in net ballot request rate overall, although it did produce a marginally-significant 0.34 pp net ballot request effect ($p$=0.81) among people with past VBM experience. A larger program building off other findings that more impression frequency drives greater effects will hopefully yield stronger and more detectable results.

## Conclusion

Thank you to everyone who worked on these projects and made these results possible. VPC and CVI team will continue to test, evaluate, and implement programs, and will continue to share these findings with the civic engagement community—and VPC/CVI programs will be shaped by these results as well. To date, VPC and CVI have helped more than 3.5 million voters, and are well on the way to achieving the goal of over 5 million VBM signups in key states. Thousands of people continue to respond to VPC and CVI VBM mail every day.

VoterParticipation.org
202-659-9570
1707 L St NW, Washington, DC 20036

CenterForVoterInformation.org
202-766-6575
1707 L St NW, Washington, DC 20036

15