# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| VOTER PARTICIPATION CENTER; and CENTER FOR VOTER INFORMATION,<br><br>Plaintiffs,<br><br>v.<br><br>BRAD RAFFENSPERGER, in his official capacity as Secretary of State of the State of Georgia; SARA GHAZAL, JANICE JOHNSTON, EDWARD LINDSEY, and MATTHEW MASHBURN, in their official capacities as members of the STATE ELECTION BOARD, Defendants,<br><br>and<br><br>REPUBLICAN NATIONAL COMMITTEE; NATIONAL REPUBLICAN SENATORIAL COMMITTEE; NATIONAL REPUBLICAN CONGRESSIONAL COMMITTEE; and GEORGIA REPUBLICAN PARTY, INC.,<br>Intervenor-Defendants. | Case No. 1:21-cv-01390-JPB<br><br>Judge J.P. Boulee |

**EXHIBIT LIST IN SUPPORT OF PLAINITFFS'
RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION FOR
<u>SUMMARY JUDGMENT</u>**

| Exhibit No. | Description |
|---|---|
| 1 | January 31, 2023 Attorney Declaration of Valencia Richardson and Attachments |
| 2 | Deposition of Blake Evans [Excerpted] |
| 3 | Deposition of Brandon Waters [Excerpted] |
| 4 | Deposition of Thomas Lopach [Excerpted] |
| 5 | Deposition of Francis Watson [Excerpted] |
| 6 | Deposition of Ryan Germany [Excerpted] |
| 7 | Deposition of Matthew Mashburn [Excerpted] |
| 8 | Deposition of Milton Kidd [Excerpted] |
| 9 | June 9, 2022 Transcript of Preliminary Injunction Hearing – Day 1 [Excerpted] |
| 10 | June 10, 2022 Transcript of Preliminary Injunction Hearing – Day 2 [Excerpted] |
| 11 | Plaintiffs' Amended Responses and Objections [Excerpted] |
| 12 | 2021 Georgia Absentee Ballot Application |
| 13 | June 3, 2022 Attorney Declaration of Jonathan Diaz and Attachments [Excerpted] |
| 14 | 2005 Georgia Laws Act 53 (H.B. 244) [Excerpted] |
| 15 | April 26, 2022 Declaration of Thomas Lopach |
| 16 | Plaintiffs' Sample 2022 Absentee Ballot Application Mailers |
| 17 | Plaintiffs' 2018-2020 Georgia Unsubscribe List |
| 18 | Government Communications and Voter Email Alerts |

| | |
|---|---|
| 19 | February 22, 2021 Hearing on Georgia SB 202 before Special Committee on Election Integrity Transcript [Excerpted] |
| 20 | April 6, 2021 Mission Control Memo re "Complying with New GA Requirements for VBM Mailings" |
| 21 | VPC and CVI 2022 Absentee Ballot Application Mailer Data |
| 22 | 2022 VPC and CVI Correspondence with Defendants |
| 23 | May 20, 2022 Declaration of Ryan Germany |
| 24 | March 21, 2022 Expert Report of Dr. Donald Green |
| 25 | CVI and GA NAACP Sample Cover Letter |
| 26 | June 16, 2022, Amended Expert Rebuttal Report of Dr. Donald Green |
| 27 | Deposition of Dr. Donald Green [Excerpted] |
| 28 | Deposition of Dr. Justin Grimmer [Excerpted] |
| 29 | *League of Women Voters v. State of Missouri* Order Granting Preliminary Injunction |