# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

**1:21-cv-01390-JPB**
**VoteAmerica et al v. Raffensperger et al**
**Honorable J. P. Boulee**

Minute Sheet for proceedings held In Open Court on 01/03/2024.

| | |
|---|---|
| TIME COURT COMMENCED: 10:20 A.M. | |
| TIME COURT CONCLUDED: 10:40 A.M. | COURT REPORTER: Penny Coudriet |
| TIME IN COURT: 00:20 | DEPUTY CLERK: Jennifer Lee |
| OFFICE LOCATION: Atlanta | |

ATTORNEY(S) PRESENT:
- William Carver representing Georgia Republican Party, Inc.
- William Carver representing National Republican Congressional Committee
- William Carver representing National Republican Senatorial Committee
- William Carver representing Republican National Committee
- Katherine D'Ambrosio representing Center for Voter Information
- Katherine D'Ambrosio representing VoteAmerica
- Katherine D'Ambrosio representing Voter Participation Center
- Baxter Drennon representing Georgia Republican Party, Inc.
- Baxter Drennon representing National Republican Congressional Committee
- Baxter Drennon representing National Republican Senatorial Committee
- Baxter Drennon representing Republican National Committee
- Brian Field representing Anh Le
- Brian Field representing Brad Raffensperger
- Brian Field representing David Worley
- Brian Field representing Matthew Mashburn
- Brian Field representing Rebecca Sullivan
- Alice Huling representing Center for Voter Information
- Alice Huling representing VoteAmerica
- Alice Huling representing Voter Participation Center
- Bryan Jacoutot representing Anh Le
- Bryan Jacoutot representing Brad Raffensperger
- Bryan Jacoutot representing David Worley
- Bryan Jacoutot representing Matthew Mashburn
- Bryan Jacoutot representing Rebecca Sullivan
- Danielle Lang representing Center for Voter Information
- Danielle Lang representing VoteAmerica
- Danielle Lang representing Voter Participation Center
- Gene Schaerr representing Anh Le
- Gene Schaerr representing Brad Raffensperger
- Gene Schaerr representing David Worley
- Gene Schaerr representing Matthew Mashburn
- Gene Schaerr representing Rebecca Sullivan
- Bryan Tyson representing Anh Le
- Bryan Tyson representing Brad Raffensperger
- Bryan Tyson representing David Worley
- Bryan Tyson representing Matthew Mashburn
- Bryan Tyson representing Rebecca Sullivan

| | |
|---|---|
| OTHER(S) PRESENT: | Diane LaRoss |
| PROCEEDING CATEGORY: | Status Conference(Other Proceeding Non-evidentiary); |
| MINUTE TEXT: | The Court specially sets a bench trial for April 15, 2024 at 9:00 AM with a pretrial conference set for March 26, 2024, at 10:00 AM via Zoom.  Parties estimate 5 days and will advise the Court on a proposed pretrial briefing schedule. |
| HEARING STATUS: | Hearing Concluded |