UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| VOTER PARTICIPATION CENTER, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>BRAD RAFFENSPERGER, in his official capacity as Secretary of State of the State of Georgia, *et al.*,<br><br>    Defendants,<br><br>and<br><br>REPUBLICAN NATIONAL COMMITTEE, *et al.*,<br><br>    Intervenor-Defendants. | Case No. 1:21-cv-01390-JPB<br>Judge J.P. Boulee |

**JOINT MOTION FOR SCHEDULING ORDER**

The parties in the above-captioned matter ("Parties") respectfully submit this Joint Motion for Scheduling Order pursuant to the Court's direction during the January 3, 2024 Status Conference that Parties propose pretrial briefing dates. Counsel for the Parties have conferred on this issue and propose that any motions in limine be due by February 16, 2024, any oppositions to motions in limine be due by March 1, 2024, and any replies in support of motions of limine be due by March 15, 2024. The Parties further propose that trial briefs limited to the application of the

*Burns v. Town of Palm Beach*, 999 F.3d 1317 (11th Cir. 2021), factors identified on pages 20-22 of the Court's September 27, 2023 Order, ECF 179, be due by April 3, 2024.

A proposed order is attached for the Court's convenience.

Respectfully submitted this 6th day of February, 2024.

| | |
|---|---|
| /s/ Alice C.C. Huling | /s/ Robert. B. Remar |
| Danielle Lang* | Robert B. Remar |
| Jonathan Diaz* | (Ga. Bar No. 600575) |
| Alice Huling* | SMITH, GAMBRELL & RUSSELL, LLP |
| Hayden Johnson* | 1105 W. Peachtree NE, Suite 1000 |
| Valencia Richardson* | Atlanta, GA 30309 |
| CAMPAIGN LEGAL CENTER 1101 14th | Tel: (404) 815-3500 |
| St. NW, Ste. 400 Washington, D.C. 20005 | rremar@sgrlaw.com |
| Tel: (202) 736-2200 | |
| Fax: (202) 736-2222 | Katherine L. D'Ambrosio |
| dlang@campaignlegalcenter.org | (Ga. Bar No. 780128) |
| jdiaz@campaignlegalcenter.org | COUNCILL, GUNNEMANN & CHALLY, LLC |
| ahuling@campaignlegalcenter.org | 75 14th Street, NE, Suite 2475 |
| hjohnson@campaignlegalcenter.org | Atlanta, GA 30309 |
| vrichardson@campaignlegalcenter.org | Tel: (404) 407-5250 |
| *Admitted pro hac vice | Fax: (404) 600-1624 |
| | kdambrosio@cgc-law.com |

*Counsel for Plaintiffs*

Christopher M. Carr
Attorney General
Georgia Bar No. 112505
Bryan K. Webb
Deputy Attorney General
Georgia Bar No. 743580

Russell D. Willard
Senior Assistant Attorney General Georgia
Bar No. 760280
**State Law Department**
40 Capitol Square, S.W.
Atlanta, Georgia 30334

*/s/ Gene C. Schaerr*

| | |
|---|---|
| Gene C. Schaerr* | Bryan P. Tyson |
| Special Assistant Attorney General | Special Assistant Attorney General |
| Erik Jaffe* | Georgia Bar No. 515411 |
| H. Christopher Bartolomucci* | btyson@taylorenglish.com |
| Brian J. Field* | Bryan F. Jacoutot |
| **SCHAERR \| JAFFE LLP** | Georgia Bar No. 668272 |
| 1717 K Street NW, Suite 900 Washington, DC 20006 | bjacoutot@taylorenglish.com |
| (202) 787-1060 | **Taylor English Duma LLP** |
| gschaerr@schaerr-jaffe.com | 1600 Parkwood Circle |
| *Admitted pro hac vice* | Suite 200 |
| | Atlanta, Georgia 0339 |
| | (678) 336-7249 |

*Counsel for State Defendants*


*/s/ Gilbert C. Dickey*

| | |
|---|---|
| Tyler R. Green (*pro hac vice*) | William Bradley Carver, Sr. |
| Cameron T. Norris (*pro hac vice*) | Baxter D. Drennon |
| Gilbert C. Dickey (*pro hac vice*) | |
| | HALL BOOTH SMITH, P.C. |
| CONSOVOY MCCARTHY PLLC | 191 Peachtree St. NE, Ste. 2900 Atlanta, GA 30303 |
| 1600 Wilson Blvd., Ste. 700 | (404) 954-6967 |
| Arlington, VA 22209 | |
| (703) 243-9423 | |
| tyler@consovoymccarthy.com | |
| cam@consovoymccarthy.com | |
| gilbert@consovoymccarthy.com | |

*Counsel for Intervenor-Defendants*

## CERTIFICATE OF SERVICE
## AND COMPLIANCE WITH LOCAL RULE 5.1

I hereby certify that I have this date electronically filed the within and foregoing, which has been prepared using Times New Roman font, with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record.

Dated: February 6, 2024

/s/ *Alice C.C. Huling*
Alice C.C. Huling
*Counsel for Plaintiffs*
*\*Admitted pro hac vice*