# Excerpts of Deposition of Josh Findlay

```
                                                                Page 1
 1                         J. Findlay

 2                UNITED STATES DISTRICT COURT

 3            FOR THE NORTHERN DISTRICT OF GEORGIA

 4                       ATLANTA DIVISION

 5   _____
     VOTEAMERICA; VOTER PARTICIPATION   )
 6   CENTER; and CENTER FOR VOTER       )CASE NO. 1:21-cv-1390-JPB
     INFORMATION,                       )
 7            Plaintiffs,               )
                                        )
 8         v.                           )
     BRAD RAFFGENSPRGER, IN HIS         )
 9   OFFICIAL CAPACITY AS SECRETARY     )
     OF THE STATE OF GEORGIA; SARA      )
10   GHAZAL, JANICE JOHNSTON,           )
     EDWARD LINDSEY, and MATTHEW        )
11   MASHBURN in their Official         )
     Capacities as Members of the       )
12   State Election Board,              )
                                        )
13            Defendants,               )
                                        )
14              AND                     )
                                        )
15   REPUBLICAN NATIONAL                )
     COMMITTEE; NATIONAL REPUBLICAN     )
16   SENATORIAL COMMITTEE; NATIONAL     )
     REPUBLICAN CONGRESSIONAL           )
17   COMMITTEE; and GEORGIA             )
     REPUBLICAN PARTY, INC.,            )
18   ELECTION BOARD,                    )
                                        )
19       Intervenor-Defendants.         )

20   _____

21
                  DEPOSITION OF JOSH FINDLAY
22                    30(b)(6)GAGOP
                    Arlington, Virginia
23                  September 30, 2022

24   Reported by: BARBARA MOORE, CRR, RMR

25   Job No. 217802
```

1    J. Findlay

2

3

4

5         Friday, September  30, 2022

6              10:16 a.m.

7

8    Deposition of JOSH FINDLAY, held at the law offices

9    of CONSOVOY McCARTHY, PLLC, 1600 Wilson Boulevard,

10   Arlington, Virginia, pursuant to Notice before

11   Barbara Moore, Certified Realtime Reporter and

12   Registered Merit Reporter and Notary Public of the

13   District of Columbia and the state of Maryland and

14   the Commonwealth of Virginia.

15

16

17

18

19

20

21

22

23

24

25

```
                                                                Page 3
 1                         J. Findlay

 2


 3    APPEARANCES:

 4    ON BEHALF OF PLAINTIFFS:

 5         JONATHAN DIAZ, ESQ.
           VALENCIA RICHARDSON, ESQ.
 6         CAMPAIGN LEGAL CENTER
           1101 14th Street NW
 7         Washington, D.C. 20005


 8


 9    ON BEHALF OF DEFENDANTS:

10         EDWARD TRENT, ESQ.
           SCHAERR JAFFE
11         1717 K Street NW
           Washington, D.C. 20006
12         (Via Zoom)

13         THOMAS McCARTHY, ESQ.
           CONSOVOY McCARTHY PLLC
14         1600 Wilson Boulevard
           Arlington, VA 22209

15

16    ON BEHALF OF INTERVENOR-DEFENDANTS:

17         BAXTER DRENNON, ESQ.
           WILLIAM CARVER, ESQ.
18         HALL BOOTH SMITH, P.C.
           2710 Old Milton Parkway
19         Alpharetta, GA 30009

20

21

22

23

24

25
```

```
                                                              Page 4
 1                         J. Findlay

 2                      TABLE OF CONTENTS

 3                          WITNESSES

 4   WITNESS                                              PAGE

 5   JOSH FINDLAY

 6   By Mr. Diaz                                            5

 7   By Mr. Drennon                                        42

 8

 9

10
     _____EXHIBITS_____
11
     EXHIBIT         DESCRIPTION                           PAGE
12
     Exhibit 1   Notice of 30(b)(6) deposition              7
13
     Exhibit 2   Senate Bill 202                           11
14
     Exhibit 3   Absentee Ballot application               19
15
     Exhibit 4   Application for Official Absentee         23
16               Ballot

17   Exhibit 5   Application for Official Absentee         23
                 Ballot
18
     Exhibit 6   Email                                     25
19
     Exhibit 7   Document Bates-stamped -1761              26
20
     Exhibit 8   Email                                     29
21
     Exhibit 9   Email                                     32
22
     Exhibit 10  Email                                     35
23
     Exhibit 11  Email                                     37
24
     Exhibit 12  Table                                     42
25
```

Page 23

1        J. Findlay
2                (Exhibit 4, Application for
3                Official Absentee ballot,
4                was marked for
5                identification.)
6           MR. DIAZ:  Let's pull up 1836 as
7     well and call that Exhibit 5.
8                (Exhibit 5, Application for
9                Official Absentee Ballot,
10               was marked for
11               identification.)
12    BY MR. DIAZ:
13        Q.    Actually, I think we've covered this
14   already.  We can skip past these.  We'll keep them
15   as 4 and 5 so we won't burden our court reporter.
16        Do you know how many absentee ballot
17   application mailers the RNC or the Georgia
18   Republican Party sent to Georgia voters in the 2020
19   elections?
20        A.    Generally, yes.  I believe the RNC
21   sent roughly 660,000.  And the Georgia GOP sent, I
22   think -- the RNC I believe sent one mailing.  It
23   was roughly 660-ish thousand.  I believe that the
24   Georgia GOP sent about five mailings, and they had
25   RNC's from, I think, a couple hundred, maybe like

```
                                                           Page 24
 1                      J. Findlay
 2    300,000 to over a million, if I remember correctly.
 3            Q.    When you say "a couple of
 4    hundred" --
 5            A.    A couple --
 6            Q.    A couple hundred thousand?
 7            A.    Yes, a couple hundred thousand.  I
 8    think maybe 300,000 was the minimum.  It was in
 9    about five mailings.  I think the largest was
10    upwards of a million.
11            Q.    And so within those five mailings by
12    the Georgia Republican Party, do you know if the
13    same voters would have received a mailing in each
14    of those waves?
15            A.    I don't know.
16            Q.    Did any voters receive more than one
17    absentee application from the Georgia Republican
18    Party?
19            A.    I'm not sure of any specific
20    instance, but I can say it's possible.
21            Q.    Okay.  Do you have a sense of how
22    many of the applications sent out by the RNC or the
23    Georgia Republican Party were completed and
24    returned to election officials?
25            A.    I don't know how many specifically
```