IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

VOTEAMERICA, *et al.*,

    *Plaintiffs*,

v.

BRAD RAFFENSPERGER, in his official capacity as the Secretary of State for the State of Georgia, *et al.*,

    *Defendants*,

REPUBLICAN NATIONAL COMMITTEE, *et al.*,

    *Intervenor-Defendants.*

Civil Action No.:
1:21-CV-1390-JPB

**ORDER**

State Defendants' counsel may bring electronic equipment into the Federal Courthouse from Monday, April 15, 2024 through Friday, April 19, 2024, for the trial of this matter before the Honorable J.P. Boulee. All equipment shall be subject to inspection.

Specifically, Gene C. Schaerr, H. Christopher Bartolomucci, Brian J. Field, Edward H. Trent, Justin A. Miller, and Miranda Cherkas Sherrill are allowed to bring in laptop computers, iPads, iPhones, cellular phones (personal, which will be turned off in the courtroom), and accompanying accessories (chargers, mice, etc.).

Proper identification is required upon entering the security station on the Plaza or Lower Level Plaza.  Recording is strictly prohibited.

SO ORDERED this 4th day of April, 2024

_____
J.P. BOULEE
United States District Judge