# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

### 1:21-cv-01390-JPB
### Voter Participation Center at al v. Raffensperger et al
### Honorable J. P. Boulee

Minute Sheet for proceedings held In Open Court (via ZOOM) on 04/09/2024.

TIME COURT COMMENCED: 8:35 A.M.
TIME COURT CONCLUDED: 9:15 A.M.    COURT REPORTER: Penny Coudriet
TIME IN COURT: 00:40    DEPUTY CLERK: Jennifer Lee
OFFICE LOCATION: Atlanta

ATTORNEYS PRESENT:
William Carver representing Georgia Republican Party, Inc.
William Carver representing National Republican Congressional Committee
William Carver representing National Republican Senatorial Committee
William Carver representing Republican National Committee
Katherine D'Ambrosio representing Center for Voter Information
Katherine D'Ambrosio representing Voter Participation Center Jonathan Diaz representing Center for Voter Information

Jonathan Diaz representing Voter Participation Center
Gilbert Dickey representing Georgia Republican Party, Inc.
Gilbert Dickey representing National Republican Congressional Committee
Gilbert Dickey representing National Republican Senatorial Committee
Gilbert Dickey representing Republican National Committee
Baxter Drennon representing Georgia Republican Party, Inc.
Baxter Drennon representing National Republican Congressional Committee
Baxter Drennon representing National Republican Senatorial Committee
Baxter Drennon representing Republican National Committee
Brian Field representing Anh Le
Brian Field representing Brad Raffensperger
Brian Field representing David Worley
Brian Field representing Matthew Mashburn
Brian Field representing Rebecca Sullivan

Alice Huling representing Center for Voter Information
Alice Huling representing Voter Participation Center
Valencia Richardson representing Center for Voter Information
Valencia Richardson representing Voter Participation Center
Gene Schaerr representing Anh Le
Gene Schaerr representing Brad Raffensperger
Gene Schaerr representing David Worley
Gene Schaerr representing Matthew Mashburn
Gene Schaerr representing Rebecca Sullivan
Miranda Sherrill representing Anh Le
Miranda Sherrill representing Brad Raffensperger
Miranda Sherrill representing David Worley
Miranda Sherrill representing Matthew Mashburn
Miranda Sherrill representing Rebecca Sullivan
Bryan Tyson representing Anh Le
Bryan Tyson representing Brad Raffensperger
Bryan Tyson representing David Worley
Bryan Tyson representing Matthew Mashburn
Bryan Tyson representing Rebecca Sullivan
Conor Woodfin representing Georgia Republican Party, Inc.
Conor Woodfin representing National Republican Congressional Committee
Conor Woodfin representing National Republican Senatorial Committee
Conor Woodfin representing Republican National Committee

**PROCEEDING CATEGORY:** Pretrial Conference;

**MOTIONS RULED ON:** [187]Motion to Exclude DENIED without prejudice to renew at trial.

[205]Motion in Limine DENIED without prejudice to renew at trial.
[206]Motion in Limine DENIED without prejudice to renew at trial.

**MINUTE TEXT:** Parties estimated the trial can be completed within five days. The Court directed Parties to discuss exhibits and submit a consolidated list of exhibits that can be admitted without objection. Parties shall provide the Court with this list on the morning of trial. Parties shall remit an updated list of witnesses to the Court by the end of the week. Plaintiffs will have 35 minutes for openings and 75 minutes for closings; State Defendants will have 30 minutes for openings and 60 minutes for closings, and Intervenor Defendants will have 5 minutes for openings and 10 minutes for closings. The Court granted Parties' request to set up an audio feed of trial for case participants, only. The Court denied the motions in limine without prejudice to renew at trial, [Docs. 205, 206], and heard argument from counsel on State Defendants' Motion to Exclude, [Doc. 187]. The Court denied without prejudice to renew at trial the request to exclude Dr. Green's opinions as to the Pre-Filling Provision and as to the error rates and the impact of multiple mailers related to the Anti-Duplication Provision. The Court denied as moot State Defendants' request to exclude Dr. Green's opinions as to behavioral impacts related to the Anti-Duplication Provision.

HEARING STATUS: Hearing Concluded