IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| VOTEAMERICA, *et al.*,<br><br>*Plaintiffs,*<br><br>v.<br><br>BRAD RAFFENSPERGER, in his official capacity as the Secretary of State for the State of Georgia, *et al.*,<br><br>*Defendants,*<br><br>REPUBLICAN NATIONAL COMMITTEE, *et al.*,<br><br>*Intervenor-Defendants.* | Civil Action No.: 1:21-CV-1390-JPB |

## ORDER

**IT IS HEREBY ORDERED** that State Defendants' counsel may bring electronic equipment into the Federal Courthouse from Monday, April 15, 2024, through Friday, April 19, 2024, for the trial of this matter before the Honorable J.P. Boulee.  All equipment shall be subject to inspection.

Specifically, Defendants' witnesses Ryan Germany, Blake Evans, Frances Watson, and Justin Grimmer are allowed to bring in laptop computers, iPads, iPhones, cellular phones (personal, which will be turned off in the courtroom), and accompanying accessories (chargers, mice, etc.).

Proper identification is required upon entering the security station on the Plaza or Lower Level Plaza.  Recording and photography are strictly prohibited.

SO ORDERED this 10th day of April, 2024.

_____
J. P. BOULEE
United States District Judge